IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Pamela A. Baker,                       ) | Civil Action No.: 3:24-cv-04303-JDA |
|             Plaintiff,                  ) | |
| v.                                       ) | **DESIGNATION OF EXPERT WITNESS ON BEHALF OF DEFENDANTS** |
| Leon Lott, individually and in his official capacity as the Sheriff of Richland County; the Richland County Sheriff's Department; and Deputies Matthew Smith, Michael Dillard and Bryan Hodge,       ) | |
|             Defendants.           ) | |

Pursuant to Rule 26(a)(2)(B), Fed. R. Civ. P., the Defendants hereby designate the expert witness listed below in connection with this matter and certifies that the expert's written report and all information required by Rule 26(a)(2)(B) have been disclosed to the other parties to this action.

> John "Jack" Ryan
> 700 North Carr Road, #595
> Plainfield, Indiana 46168
> T: (317) 386-8325

> GARFIELD SPREEUWERS LAW GROUP
>
> */s/ Robert D. Garfield*
> Robert D. Garfield, Fed. ID 7799
> Steven R. Spreeuwers, Fed. ID 11766
> 1220 Pickens Street
> Columbia, South Carolina 29201
> T: 803.830.5496
> robert@gslawsc.com
> steve@gslawsc.com

Columbia, South Carolina
October 24, 2025