IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Pamela A. Baker, | ) | C/A No.: 3:24-cv-04303-JDA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Leon Lott, individually and in his official capacity as the Sheriff of Richland County; the Richland County Sheriff's Department; and Deputies Matthew Smith, Michael Dillard and Bryan Hodge, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF REQUEST FOR PROTECTION

YOU WILL PLEASE TAKE NOTICE that pursuant to Local Civil Rule 6.02, Plaintiff's attorney, Celeste T. Jones, respectfully requests protection from Court appearances in the above matter for the time period of May 24, 2026 through June 3, 2026, for vacation plans.

    Respectfully submitted,

    BURR & FORMAN, LLP

    *s/Celeste T. Jones*
    Celeste T. Jones, Fed. ID #2225
    ctjones@burr.com
    Benjamin R. Jenkins, IV, Fed. ID #14138
    bjenkins@burr.com
    Burr & Forman, LLP
    P.O. Box 11390
    Columbia, South Carolina 29211
    803-799-9800
    803-753-3278 (Fax)
    *Attorneys for Plaintiff*

    Henrietta U. Golding, Fed. ID 2125
    hgolding@burr.com
    Burr & Forman LLP

64665822 v1

        Post Office Box 336
        Myrtle Beach, SC 29578
        843-444-1107
        843-444-4729 (Fax)
        *Attorneys for Plaintiff*

        Michael K. K. Choy (*pro hac vice*)
        mchoy@burr.com
        Burr & Forman, LLP
        420 20th St. N #3400
        Birmingham, Alabama 35203
        (205) 251-3000
        (205) 458-5100 (fax)
        *Of Counsel for Plaintiff*

Columbia, SC

December 30, 2025