IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Pamela A. Baker, | ) | C/A No.: 3:24-cv-04303-JDA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Leon Lott, individually and in his official capacity as the Sheriff of Richland County; the Richland County Sheriff's Department; and Deputies Matthew Smith, Michael Dillard and Bryan Hodge, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REQUEST FOR PROTECTION

YOU WILL PLEASE TAKE NOTICE that pursuant to Local Civil Rule 6.02, Plaintiff's attorney, Benjamin R. Jenkins, IV, respectfully requests protection from Court appearances in the above matter for the time period of May 25, 2026 through June 5, 2026, for vacation plans.

Respectfully submitted,

BURR & FORMAN, LLP

*s/Benjamin R. Jenkins, IV*
Celeste T. Jones, Fed. ID #2225
ctjones@burr.com
Benjamin R. Jenkins, IV, Fed. ID #14138
bjenkins@burr.com
Burr & Forman, LLP
P.O. Box 11390
Columbia, South Carolina 29211
803-799-9800
803-753-3278 (Fax)
*Attorneys for Plaintiff*

Henrietta U. Golding, Fed. ID 2125
hgolding@burr.com
Burr & Forman LLP

64790245 v1

Post Office Box 336
Myrtle Beach, SC 29578
843-444-1107
843-444-4729 (Fax)
*Attorneys for Plaintiff*

Michael K. K. Choy (*pro hac vice*)
mchoy@burr.com
Burr & Forman, LLP
420 20th St. N #3400
Birmingham, Alabama 35203
(205) 251-3000
(205) 458-5100 (fax)
*Of Counsel for Plaintiff*

Columbia, SC

January 5, 2026