IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Pamela A. Baker, | ) | Civil Action No.: 3:24-cv-04303-JDA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **APPENDIX TO MOVANT'S** |
| | ) | **STATEMENT OF MATERIAL FACTS** |
| Leon Lott, individually and in his official | ) | |
| capacity as the Sheriff of Richland County; the | ) | |
| Richland County Sheriff's Department; and | ) | |
| Deputies Matthew Smith, Michael Dillard and | ) | |
| Bryan Hodge, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

| **Exhibit No.** | **Document** | **Identifier** |
|---|---|---|
| Ex. 1 | Richland County Sheriff's Department records on Byron Pringle | BAKER-B-001 – BAKER-B-102 |
| Ex. 2 | Lexington County Sheriff's Department records on Byron Pringle | BAKER-K-001 – BAKER-K-178 |
| Ex. 3 | John J. Ryan - Deposition Excerpts | January 28, 2026 |
| Ex. 4 | Byron Pringle Prisma Medical Record Excerpts | Pringle Medical Subp. Resp. (Prisma)_ 00000007; 0000042-43; 0000199 |
| Ex. 5 | Zaid Abdussabur Abdullah – Deposition Excerpts | September 5, 2025 |
| Ex. 6 | Chase Audio | SCDPS_Subp-0000096 |
| Ex. 7 | Hodge Dash Cam Video | Produced by Defendants |
| Ex. 8 | Dillard Dash Cam Video | Produced by Defendants |
| Ex. 9 | Smith Dash Cam Video | Produced by Defendants |
| Ex. 10 | Stokes Body Cam Video | Produced by Defendants |

66148949 v1

| Ex. 11 | Matthew Smith – Deposition Excerpts | May 13, 2025 |
|---|---|---|
| Ex. 12 | MAIT Report | SCDPS_Subp-0000901 - 0000923 |
| Ex. 13 | Pamela A. Baker – Deposition Excerpts | October 24, 2025 |
| Ex. 14 | Defendant Expert Report Excerpt – Lindsay Moore | September 10, 2025 |
| Ex. 15 | Defendant Expert Report – C. Philip Toussaint, MD | September 24, 2025 |
| Ex. 16 | Richland County Sheriff's Department Policy and Procedure Manual Excerpts | Baker-M-142; Baker-M-146; Baker-M-312-323 (800); Baker-M-323-326 (801); Baker-M-328-346 (802); Baker-M-348-357 (803) |
| Ex. 17 | "Honoring the Fallen by Training the Living" – RCSD PowerPoint Excerpts | Baker-N-039; Baker-N-044; Baker-N-076; Baker-N-124 |
| Ex. 18 | Leon Lott – Deposition Excerpts | September 4, 2025 |
| Ex. 19 | Bryan Hodge – Deposition Excerpts | September 19, 2025 |
| Ex. 20 | Richland County Sheriff's Department – Professional Standards Report on Complaints, Defensive Actions, Traffic Collisions, and Assaults on Richland County Deputies Excerpts | Baker-Q-022; Baker-Q-048; Baker-Q-075; Baker-Q-081 |
| Ex. 21 | WIS Investigates Video | Baker_0000432 |
| Ex. 22 | 30(b)(6) Deposition of Richland County Sheriff's Department (Joanna McDuffie) – Deposition Excerpts | November 20, 2025 |
| Ex. 23 | Michael Dillard – Deposition Excerpts | October 2, 2025 |