PAMELA A. BAKER V. LEON LOTT, IN HIS OFFICIAL CAPACITY AS THE SHERIFF OF RICHLAND COUNTY SHERIFF'S OFFICE, ET AL.
CASE NO. 3:24-CV-04303-JDA

# EXHIBIT 2

## TO MOVANT'S STATEMENT OF MATERIAL FACTS

***LEXINGTON COUNTY SHERIFF'S DEPARTMENT RECORDS ON BYRON PRINGLE***

# INCIDENT/INVESTIGATION REPORT

Agency Name: *Lexington County Sheriff`s Department*

ORI: *SC0320000*

Case#: *22-015458*

Date / Time Reported: *08/08/2022 18:06 Mon*

Last Known Secure: *08/08/2022 18:06 Mon*

At Found: *08/08/2022 18:06 Mon*

## INCIDENT DATA

| Location of Incident | Gang Relat | Premise Type | Zone/Tract |
|---|---|---|---|
| *2200 AIRPORT BLVD Apt. 158, Springdale SC* | NO | *Hotel/motel/etc* | SPPD |

| # | Crime Incident(s) | | Weapon / Tools | Activity | Entry | Exit | Security |
|---|---|---|---|---|---|---|---|
| #1 | *Drug/narcotics Violation 35A* | (Com) | | *D, N* | | | |
| #2 | | ( ) | | | | | |
| #3 | | ( ) | | | | | |

MO:

## VICTIM

# of Victims *1* Type: SOCIETY/PUBLIC Injury:

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| **V1** | *State Of South Carolina* | *1,* | | | | | | |

Home Address: Email: Home Phone:

Employer Name/Address: Business Phone: Mobile Phone:

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

## OTHERS INVOLVED

CODES: V- Victim (Denote V2, V3) WI = Witness IO = Involved Other RP = Reporting Person (if other than victim)

Type: Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Home Address: Email: Home Phone:

Employer Name/Address: Business Phone: Mobile Phone:

Type: Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Home Address: Email: Home Phone:

Employer Name/Address: Business Phone: Mobile Phone:

## PROPERTY

1 = None 2 = Burned 3 = Counterfeit / Forged 4 = Damaged / Vandalized 5 = Recovered 6 = Seized 7 = Stolen 8 = Unknown ("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Officer/ID#: *SANNER, A. N. (NARC, NARC) (E75256)*

Invest ID#: *SANNER, A. N. (NARC, NARC) (E75256)* Supervisor: *MCMILLIN, N. B. (PATR, SOUR)*

Status: Complainant Signature: Case Status: *Arrested 09/21/2023* Case Disposition: *Not Exceptionally Cleared 09/21/2023* Page 1

# INCIDENT/INVESTIGATION REPORT

*Lexington County Sheriff`s Department*

Case # *22-015458*

Status Codes 1 = None 2 = Burned 3 = Counterfeit / Forged 4 = Damaged / Vandalized 5 = Recovered 6 = Seized 7 = Stolen 8 = Unknown

| DRUGS | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| | *D* | *6* | *1.000* | *XX* | *BEST KIT C003898* | |

Assisting Officers

Suspect Hate / Bias Motivated:

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.) OCA: 22-015458 *Lexington County Sheriff`s Department*

NARRATIVE

**REPORTING OFFICER NARRATIVE**

*Lexington County Sheriff`s Department*

| OCA |
|---|
| *22-015458* |

| Victim | Offense | Date / Time Reported |
|---|---|---|
| *Society* | *DRUG/NARCOTICS VIOLATION* | *Mon 08/08/2022 18:06* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

I opened a narcotics investigation.

# Incident Report Suspect List

*Lexington County Sheriff`s Department*

OCA: *22-015458*

**1**

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| *PRINGLE, BYRON LINDELLE* | *EATON, TYRONE; CONNERS, BYRON; PALMER, BYRON;* | *COLUMBIA, SC 29210* |

Business Address *UNEMPLOYED, UNEMPLOYED*

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State |
|---|---|---|---|---|---|---|---|---|---|---|
| | *46* | *B* | *M* | *N* | *511* | *190* | *BLK* | *BRO* | *LBR* | |

Scars, Marks, Tattoos, or other distinguishing features

*TATT LFOR ARM / "CHASER"; TATT RFOR ARM / "PAPER"; TATT CNTR CHEST / DRAGON*

| *Reported Suspect Detail* | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel / Mode of Travel |
|---|---|---|---|---|---|---|
| | | | | | | |

| Veh Yr / Make / Model | Drs | Style | Color | Lic Plate / State | VIN |
|---|---|---|---|---|---|
| | | | | | |

Notes

Physical Char

*Jail Pant Size, Jail Pant 2X*
*Jail Top Size, Jail Top 2X*
*Substance Use, ILLEGAL DRUGS*
*Build, MEDIUM*
*Hair Length, Short*
*Hands, RIGHT HANDED*
*Hair Facial, Full Beard*

# Incident Report Related Property List

*Lexington County Sheriff`s Department*

OCA: *22-015458*

**1**

| Property Description | Make | Model | Caliber |
|---|---|---|---|
| BEST KIT C003898 | | | |

| Color | Serial No. | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|
| | | $0.00 | 1.000 | XX | Locally |

| Status | Date | NIC # | State # | Local # | OAN |
|---|---|---|---|---|---|
| Seized | 08/08/2022 | | | | |

| Name (Last, First, Middle) | DOB | Age | Race | Sex |
|---|---|---|---|---|
| Pringle, Byron Lindelle | [redacted] | 46 | B | M |

Notes

# CASE SUPPLEMENTAL REPORT

Printed: 10/30/2024 17:39

*Lexington County Sheriff`s Department*

OCA: 22015458

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *ARRESTED* **Case Mng Status:** *ARRESTED* **Occurred:** *08/08/2022*

**Offense:** *DRUG/NARCOTICS VIOLATION*

**Investigator:** *SANNER, A. N. (E75256)* **Date / Time:** *08/10/2022 12:52:50, Wednesday*

**Supervisor:** *HODGES, T. Q. (E73440)* **Supervisor Review Date / Time:** *08/10/2022 15:08:43, Wednesday*

**Contact:** **Reference:** *Investigative Supplemental*

On 8/8/22 Agent Smith and Agent Sanner met with confidential informant 2K1666 to make a controlled purchase of heroin from an individual the informant knows as "Buster". We met with the informant at a secure location where Agent Smith searched the informants for drugs, money, and other contraband with negative results. This search was to ensure drugs placed in evidence were purchased from the target, and that the money used in the transaction was documented funds given to the informants by law enforcement. The informant, 2K1666, was then given audio/video recording equipment that was recovered after the controlled purchase. The informant, 2K1666, was given documented US Currency and instructions. The informant then traveled to the target location to make a controlled purchase. The purchase was monitored by technical means by agents. The informant then returned to the secure location and the informant, 2K1666, then gave Agent Sanner the heroin and Agent Smith then searched the informant for other drugs, money, and contraband with negative results. The informant, 2K1666, then provided a written statement which was transcribed by Agent Sanner. The informant stated that they contacted "Buster" by phone (803-334-2976) to facilitate the purchase. The informant then traveled to the location instructed by "Buster", 2200 Airport Blvd. room 158, where they met with "Buster" and exchanged the documented funds for a quantity of heroin. The informant then left the location and returned to the secure location and turned over the heroin, which I later placed into evidence (Best Kit C003898) for testing and storage.

Through previous interactions, I, Agent Sanner, know "Buster" to be Byron Pringle. On 8/10/22 I met with CI 2K1666 and advised them of the Lexington County MANET Photographic Lineup Admonition and a black and white six person photo lineup and without hesitation they identified number 5 as the subject, Byron Pringle, of which they conducted a controlled purchase of fentanyl from on 8/10/22.

Upon completion of the purchase, a TruNarc scan (2554) was completed of the heroin purchased which showed the substance to be presumptive positive for Fentanyl.

Investigator Signature Supervisor Signature

# CASE SUPPLEMENTAL REPORT

Printed: 10/30/2024 17:39

*Lexington County Sheriff`s Department*

OCA: 22015458

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *ARRESTED* **Case Mng Status:** *ARRESTED* **Occurred:** *08/08/2022*

**Offense:** *DRUG/NARCOTICS VIOLATION*

**Investigator:** *SANNER, A. N. (E75256)* **Date / Time:** *05/22/2023 08:10:06, Monday*

**Supervisor:** *HODGES, T. Q. (E73440)* **Supervisor Review Date / Time:** *05/22/2023 13:14:49, Monday*

**Contact:** **Reference:** *Investigative Supplemental*

On 5/19/23 I obtained an arrest warrant for Byron PRINGLE for the distribution that occurred on 8/8/22. PRINGLE was charged with Manufacture, Distribute, Possess, Narcotic drugs in Sch. I(b) & (c), LSD/Cocaine/Heroin, and Sched. II - 2nd Offense due to the substance field testing positive for fentanyl. PRINGLE has a prior conviction for possession of less than one gram of meth or cocaine base on 2/24/21. The warrant was given to warrant division and a hold was placed on PRINGLE who is currently at Alvin S. Glenn Detention Center.

Investigator Signature Supervisor Signature

# Case File Checklist

Case # 2015458 + 15644 Offender B ron PRINGLE

Charges Dist. x2 Arrest Date 9/7/2023

| ITEM | COMPLETE | PENDING | N/A |
|---|---|---|---|
| Case Synopsis | ☑ | ☐ | ☐ |
| Incident Report | ☑ | ☐ | ☐ |
| Supplements | ☑ | ☐ | ☐ |
| Witness Statements | ☑ | ☐ | ☐ |
| Advise of Rights | ☐ | ☐ | ☑ |
| Suspect Statements | ☐ | ☐ | ☑ |
| Photo Line Up | ☑ | ☐ | ☐ |
| Arrest Warrants | ☑ | ☐ | ☐ |
| Booking Sheet | ☑ | ☐ | ☐ |
| CHR | ☐ | ☐ | ☑ |
| Search Warrant (SW) | ☐ | ☐ | ☑ |
| SW (Digital Devices) | ☐ | ☐ | ☑ |
| Date Submitted: ______ | | | |
| Evidence Forms | ☐ | ☑ | ☐ |
| Body Worn Camera | ☐ | ☐ | ☑ |
| Drug Analysis | ☐ | ☑ | ☐ |
| Date Submitted: ______ | | | |
| Documented Money | ☐ | ☑ | ☐ |
| Buy Audio | ☐ | ☑ | ☐ |
| Buy Video | ☐ | ☑ | ☐ |
| Photographs | ☐ | ☐ | ☑ |
| Tow Sheet | ☐ | ☐ | ☑ |
| Seizure Paperwork | ☐ | ☐ | ☑ |
| Vehicle / DL Info | ☐ | ☐ | ☑ |
| Evidence.com Case Created & Shared | ☐ | ☐ | ☑ |

**Case File Submitted** 9 20 23 (Date) **Case File Scanned** 9 21/23 (Date)

**Supervisor Sign** [signature] 9/21/23 (Date)

**LEXINGTON COUNTY MULTI-AGENCY NARCOTICS ENFORCEMENT TEAM**

284 LCSD 6/2023



**LEXINGTON COUNTY MULTI-AGENCY NARCOTICS ENFORCEMENT TEAM**
521 GIBSON ROAD
LEXINGTON, SC 29072
OFFICE (803) 951-2451 FAX (803) 359-1162

---

## CASE FILE SUMMARY

CASE AGENT: Sanner
CASE NUMBER: 22015458 and 22015644
DATE OF ARREST: 9/7/23
DEFENDANT: Bryon PRINGLE
CHARGES: Manufacture, Distribute, Possess, Narcotic drugs in Sch. I(b) & (c), LSD/Cocaine/Heroin, and Sched. II - 2nd Offense x2

---

## SUMMARY

That on 8/8/22 while at 2200 blk of Airport Blvd in the Springdale area of Lexington County, South Carolina, the defendant Byron Pringle, did commit the crime of Manufacture, Distribute, Possess, Narcotic drugs in Sch. I(b) & (c), LSD/Cocaine/Heroin, and Sched. II - 2nd Offense after he did distribute a quanity of fentanyl to an operative of law enforcement. This transaction was monitored and recorded by law enforcement via techical means. The defendant was identified by the operative utilizing a six person photo lineup. The defendant has a prior conviction for possession < than one gram meth or cocaine base 1st on 2/24/21. Ref. LCSD case number 22015458.

That on 8/11/22 while at 2200 blk of Airport Blvd in the Springdale area of Lexington County, South Carolina, the defendant Byron Pringle, did commit the crime of Manufacture, Distribute, Possess, Narcotic drugs in Sch. I(b) & (c), LSD/Cocaine/Heroin, and Sched. II - 2nd Offense after he did distribute a quanity of cocaine to an operative of law enforcement. This transaction was monitored and recorded by law enforcement via techical means. The defendant was identified by Law Enforcement who knows him by sight. The defendant has a prior conviction for possession < than one gram meth or cocaine base 1st on 2/24/21. Ref. LCSD case number 22015644.

# INCIDENT/INVESTIGATION

## Internal Copy

Agency Name: *Lexington County Sheriff's Department*

ORI: *SC0320000*

Case#: *22015458*

Date / Time Reported: *08/08/2022 18:06 Mon*

Last Known Secure: *08/08/2022 18:06 Mon*

At Found: *08/08/2022 18:06 Mon*

**INCIDENT DATA**

Location of Incident: *2200 Airport Blvd Apt. 158, Springdale SC 29170-*

Premise Type: *Hotel/motel/etc*

Zone/Tract: SPPD

#1 Crime Incident(s): *Drug/narcotics Violation 35A* (Com) Weapon / Tools

Entry Exit Security

Activity: *D N*

#2 Crime Incident ( ) Weapon / Tools

Entry Exit Security Activity

#3 Crime Incident ( ) Weapon / Tools

Entry Exit Security Activity

MO

**VICTIM**

# of Victims *1* Type: SOCIETY/PUBLIC Injury:

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | *State Of South Carolina* | *1,* | Age | | | | | |

Home Address | Home Phone

Employer Name/Address | Business Phone | Mobile Phone

VYR | Make | Model | Style | Color | Lic/Lis | VIN

**OTHERS INVOLVED**

CODES: V- Victim (Denote V2, V3) O = Owner (if other than victim) R = Reporting Person (if other than victim)

Type: Injury:

Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status

Home Address | Home Phone

Employer Name/Address | Business Phone | Mobile Phone

Type: Injury:

Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status

Home Address | Home Phone

Employer Name/Address | Business Phone | Mobile Phone

**PROPERTY**

1 = None 2 = Burned 3 = Counterfeit / Forged 4 = Damaged / Vandalized 5 = Recovered 6 = Seized 7 = Stolen 8 = Unknown
"OJ" = Recovered for Other Jurisdiction

| VI | Cod | Status Frm/T | Value | OJ | TY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|

Officer/ID#: *SANNER, A. N. ARC NARC E75256*

Invest ID#: *SANNER, A. N. ARC NARC E75256*

Supervisor: *MCMILLIN, N. B. MC, MAJC) (E74519)*

Status: Complainant Signature

Case Status: *08/10/2022*

Case Disposition:

# INCIDENT/INVESTIGATION REPORT

*Lexington County Sheriff's Department*

Case # *22-015458*

Status Codes 1 = None 2 = Burned 3 = Counterfeit / Forged 4 = Damaged / Vandalized 5 = Recovered 6 = Seized 7 = Stolen 8 = Unknown

DRUGS

| IBR | Statu | Quantity | Type Measure | Suspected Type |
|---|---|---|---|---|
| *D* | *6* | *1.000* | *XX* | *BEST KIT C003898* |

Assisting Officers

Suspect Hate / Bias Motivated:

# INCIDENT/INVESTIGATION REPORT

Narr. (cont.) OCA: 22-015458 *Lexington County Sheriff's Department*

NARRATIVE

I opened a narcotics investigation.

# Incident Report Suspect List

*Lexington County Sheriff's Department*

OCA: *22-015458*

1

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| *PRINGLE, BYRON LINDELLE* | *EATON, TYRONE; CONNERS, BYRON; PALMER, BYRON;* | *COLUMBIA, SC 29210* |

Business Address *UNEMPLOYED, UNEMPLOYED*

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| *xx/xx/1975* | *46* | *B* | *M* | *N* | *511* | *200* | *BLK* | *BRO* | *LBR* | |

Scars, Marks, Tattoos, or other distinguishing features

*TATT LFOR ARM / "CHASER"; TATT RFOR ARM / "PAPER"; TATT CNTR CHEST / DRAGON*

| *Reported Suspect Detail* | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel / Mode of Travel |
|---|---|---|---|---|---|---|
| | | | | | | |

| VehYr/Make/Model | Drs | Style | Color | Lic/St | VIN |
|---|---|---|---|---|---|
| | | | | | |

Notes

Physical Char

*Jail Pant Size, Jail Pant 2X*
*Jail Top Size, Jail Top 2X*
*Substance Use, ILLEGAL DRUGS*
*Build, MEDIUM*
*Hair Length, Short*
*Hands, RIGHT HANDED*
*Hair Facial, Full Beard*

# Incident Report Related Property List

*Lexington County Sheriff's Department*

OCA: 22-015458

1

| Property Description | | | Make | Model | Caliber |
|---|---|---|---|---|---|
| BEST KIT C003898 | | | | | |

| Color | Serial No. | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|
| | | $0.00 | 1.000 | XX | Locally |

| Status | Date | NIC # | State # | Local # | OAN |
|---|---|---|---|---|---|
| Seized | 08/08/2022 | | | | |

| Name (Last, First, Middle) | DOB | Age | Race | Sex |
|---|---|---|---|---|
| Pringle, Byron Lindelle | [redacted] | 46 | B | M |

Notes

**REPORTING OFFICER NARRATIVE**

*Lexington County Sheriff's Department*

| OCA |
|---|
| *22-015458* |

| Victim | Offense | Date / Time Reported |
|---|---|---|
| *Society* | *DRUG/NARCOTICS VIOLATION* | *Mon 08/08/2022 18:06* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

I opened a narcotics investigation.

# CASE SUPPLEMENTAL REPORT

Printed: 09/20/2023 13:03

*Lexington County Sheriff's Department* OCA: **22015458**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *ACTIVE* **Case Mng Status:** *ACTIVE* **Occurred:**

**Offense:** *.F.*

**Investigator:** *SANNER, A. N. (E75256)* **Date / Time:** *08/10/2022 12:52:50, Wednesday*

**Supervisor:** *HODGES, T. Q. (E73440)* **Supervisor Review Date / Time:** *08/10/2022 15:08:43, Wednesday*

**Contact:** **Reference:** *Investigative Supplemental*

On 8/8/22 Agent Smith and Agent Sanner met with confidential informant 2K1666 to make a controlled purchase of heroin from an individual the informant knows as "Buster". We met with the informant at a secure location where Agent Smith searched the informants for drugs, money, and other contraband with negative results. This search was to ensure drugs placed in evidence were purchased from the target, and that the money used in the transaction was documented funds given to the informants by law enforcement. The informant, 2K1666, was then given audio/video recording equipment that was recovered after the controlled purchase. The informant, 2K1666, was given documented US Currency and instructions. The informant then traveled to the target location to make a controlled purchase. The purchase was monitored by technical means by agents. The informant then returned to the secure location and the informant, 2K1666, then gave Agent Sanner the heroin and Agent Smith then searched the informant for other drugs, money, and contraband with negative results. The informant, 2K1666, then provided a written statement which was transcribed by Agent Sanner. The informant stated that they contacted "Buster" by phone (803-334-2976) to facilitate the purchase. The informant then traveled to the location instructed by "Buster", 2200 Airport Blvd. room 158, where they met with "Buster" and exchanged the documented funds for a quantity of heroin. The informant then left the location and returned to the secure location and turned over the heroin, which I later placed into evidence (Best Kit C003898) for testing and storage.

Through previous interactions, I, Agent Sanner, know "Buster" to be Byron Pringle. On 8/10/22 I met with CI 2K1666 and advised them of the Lexington County MANET Photographic Lineup Admonition and a black and white six person photo lineup and without hesitation they identified number 5 as the subject, Byron Pringle, of which they conducted a controlled purchase of fentanyl from on 8/10/22.

Upon completion of the purchase, a TruNarc scan (2554) was completed of the heroin purchased which showed the substance to be presumptive positive for Fentanyl.

Investigator Signature Supervisor Signature

**CASE SUPPLEMENTAL REPORT** Printed: 09/20/2023 13:03

*Lexington County Sheriff's Department* OCA: **22015458**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *ACTIVE* **Case Mng Status:** *ACTIVE* **Occurred:**

**Offense:** *.F.*

**Investigator:** *SANNER, A. N. (E75256)* **Date / Time:** *05/22/2023 08:10:06, Monday*

**Supervisor:** *HODGES, T. Q. (E73440)* **Supervisor Review Date / Time:** *05/22/2023 13:14:49, Monday*

**Contact:** **Reference:** *Investigative Supplemental*

On 5/19/23 I obtained an arrest warrant for Byron PRINGLE for the distribution that occurred on 8/8/22. PRINGLE was charged with Manufacture, Distribute, Possess, Narcotic drugs in Sch. I(b) & (c), LSD/Cocaine/Heroin, and Sched. II - 2nd Offense due to the substance field testing positive for fentanyl. PRINGLE has a prior conviction for possession of less than one gram of meth or cocaine base on 2/24/21. The warrant was given to warrant division and a hold was placed on PRINGLE who is currently at Alvin S. Glenn Detention Center.

Investigator Signature Supervisor Signature

# INCIDENT/INVESTIGATION
## Internal Copy

**INCIDENT DATA**

Agency Name: *Lexington County Sheriff's Department*

ORI: *SC0320000*

Case#: *22015644*

Date / Time Reported: *08/11/2022 17:31 Thu*

Last Known Secure: *08/11/2022 17:31 Thu*

At Found: *08/11/2022 17:31 Thu*

Location of Incident: *2200 Airport Blvd - BLK, Springdale SC 29170-*

Premise Type: *Parking Lot/parking*

Zone/Tract: SPPD

#1 Crime Incident(s): *Drug/narcotics Violation* *35A* (Com)
Weapon / Tools
Activity: D N
Entry / Exit / Security

#2 Crime Incident ( )
Weapon / Tools
Activity
Entry / Exit / Security

# Crime Incident ( )
Weapon / Tools
Activity
Entry / Exit / Security

MO

**VICTIM**

# of Victims: *1* Type: SOCIETY/PUBLIC Injury:

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|---|
| V1 | *State Of South Carolina* | *1,* | | | | | | | |

Home Address | Home Phone

Employer Name/Address | Business Phone | Mobile Phone

VYR | Make | Model | Style | Color | Lic/Lis | VIN

**OTHERS INVOLVED**

CODES: V- Victim (Denote V2, V3) O = Owner (if other than victim) R = Reporting Person (if other than victim)

Type: Injury:

Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status

Home Address | Home Phone

Employer Name/Address | Business Phone | Mobile Phone

Type: Injury:

Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status

Home Address | Home Phone

Employer Name/Address | Business Phone | Mobile Phone

**PROPERTY**

1 = None 2 = Burned 3 = Counterfeit / Forged 4 = Damaged / Vandalized 5 = Recovered 6 = Seized 7 = Stolen 8 = Unknown
"OJ" = Recovered for Other Jurisdiction

| VI | Cod | Status Frm/T | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|

Officer/ID#: *SANNER A. N. ARC NARC E75256*

Invest ID#: *SANNER, A. N. ARC, NARC E75256*

Supervisor: *HODGES, T. . (NARC, NARC) (E73440*

Status | Complainant Signature | Case Status | *08/22/2022* | Case Disposition:

# INCIDENT/INVESTIGATION REPORT

*Lexington County Sheriff's Department*

Case # *22-015644*

Status Codes 1 = None 2 = Burned 3 = Counterfeit / Forged 4 = Damaged / Vandalized 5 = Recovered 6 = Seized 7 = Stolen 8 = Unknown

DRUGS

| IBR | Statu | Quantity | Type Measure | Suspected Type |
|---|---|---|---|---|
| *D* | *6* | *1.000* | *XX* | *BEST KIT C003312* |

Assisting Officers

Suspect Hate / Bias Motivated:

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.) OCA: 22-015644 *Lexington County Sheriff's Department*

NARRATIVE

I opened a narcotics investigation.

# Incident Report Suspect List

*Lexington County Sheriff's Department*

OCA: *22-015644*

**1**

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| *PRINGLE, BYRON LINDELLE* | *EATON, TYRONE; CONNERS, BYRON; PALMER, BYRON;* | [REDACTED] *COLUMBIA, SC 29210* [REDACTED] |
| Business Address *UNEMPLOYED, UNEMPLOYED* | | |

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| *xx/xx/1975* | *46* | *B* | *M* | *N* | *511* | *200* | *BLK* | *BRO* | *LBR* | [REDACTED] |

Scars, Marks, Tattoos, or other distinguishing features

*TATT LFOR ARM / "CHASER"; TATT RFOR ARM / "PAPER"; TATT CNTR CHEST / DRAGON*

| *Reported Suspect Detail* | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel / Mode of Travel |
|---|---|---|---|---|---|---|
| | | | | | | |

| VehYr/Make/Model | Drs | Style | Color | Lic/St | VIN |
|---|---|---|---|---|---|
| | | | | | |

Notes

Physical Char

*Jail Pant Size, Jail Pant 2X*
*Jail Top Size, Jail Top 2X*
*Substance Use, ILLEGAL DRUGS*
*Build, MEDIUM*
*Hair Length, Short*
*Hands, RIGHT HANDED*
*Hair Facial, Full Beard*

# Incident Report Related Property List

*Lexington County Sheriff's Department*

OCA: *22-015644*

1

| Property Description | | Make | Model | Caliber |
|---|---|---|---|---|
| BEST KIT C003312 | | | | |

| Color | Serial No. | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|
| | | $0.00 | 1.000 | XX | Locally |

| Status | Date | NIC # | State # | Local # | OAN |
|---|---|---|---|---|---|
| Seized | 08/11/2022 | | | | |

| Name (Last, First, Middle) | DOB | Age | Race | Sex |
|---|---|---|---|---|
| Pringle, Byron Lindelle | [redacted] | 46 | B | M |

Notes

**REPORTING OFFICER NARRATIVE**

*Lexington County Sheriff's Department*

| OCA |
| --- |
| *22-015644* |

| Victim | Offense | Date / Time Reported |
| --- | --- | --- |
| *Society* | *DRUG/NARCOTICS VIOLATION* | *Thu 08/11/2022 17:31* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

I opened a narcotics investigation.

# CASE SUPPLEMENTAL REPORT

Printed: 09/20/2023 13:02

*Lexington County Sheriff's Department* OCA: **22015644**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *ACTIVE* **Case Mng Status:** *ACTIVE* **Occurred:**

**Offense:** *.F.*

**Investigator:** *SANNER, A. N. (E75256)* **Date / Time:** *08/21/2022 12:49:55, Sunday*

**Supervisor:** *HODGES, T. Q. (E73440)* **Supervisor Review Date / Time:** *08/22/2022 10:05:22, Monday*

**Contact:** **Reference:** *Investigative Supplemental*

On 8/11/22 Agent Smith and Agent Sanner met with confidential informant 2K1666 to make a controlled purchase of heroin from an individual the informant knows as "Buster". We met with the informant at a secure location where Agent Smith searched the informant for drugs, money, and other contraband with negative results. This search was to ensure drugs placed in evidence were purchased from the target, and that the money used in the transaction was documented funds given to the informant by law enforcement. The informant, 2K1666, was then given audio/video recording equipment that was recovered after the controlled purchase. The informant, 2K1666, was given documented US Currency and instructions. The informant then traveled to the target location to make a controlled purchase. The purchase was monitored by technical means by agents. The informant then returned to the secure location and the informant, 2K1666, then gave Agent Sanner the heroin and Agent Smith then searched the informant for other drugs, money, and contraband with negative results. The informant, 2K1666, then provided a written statement which was transcribed by Agent Sanner. The informant stated that they contacted "Buster" by phone (803-334-2976) to facilitate the purchase. The informant then traveled to the location instructed by "Buster", 2200 blk of Airport Blvd., where they met with "Buster" and exchanged the documented funds for a quantity of heroin. The informant then left the location and returned to the secure location and turned over the heroin, which I later placed into evidence (Best Kit C003312) for testing and storage.

Upon completion of the purchase, a TruNarc scan (2567) was completed of the heroin purchased which showed the substance to be presumptive positive for Cocaine.

Investigator Signature Supervisor Signature

**CASE SUPPLEMENTAL REPORT** Printed: 09/20/2023 13:02

*Lexington County Sheriff's Department* OCA: **22015644**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *ACTIVE* **Case Mng Status:** *ACTIVE* **Occurred:**

**Offense:** *.F.*

**Investigator:** *SANNER, A. N. (E75256)* **Date / Time:** *05/22/2023 08:07:06, Monday*

**Supervisor:** *HODGES, T. Q. (E73440)* **Supervisor Review Date / Time:** *05/22/2023 13:14:14, Monday*

**Contact:** **Reference:** *Investigative Supplemental*

On 5/19/23 I obtained an arrest warrant for Byron PRINGLE for the distribution that occurred on 8/11/22. PRINGLE was charged with Manufacture, Distribute, Possess, Narcotic drugs in Sch. I(b) & (c), LSD/Cocaine/Heroin, and Sched. II - 2nd Offense due to the substance field testing positive for cocaine HCI. PRINGLE has a prior conviction for possession of less than one gram of meth or cocaine base on 2/24/21. The warrant was given to warrant division and a hold was placed on PRINGLE who is currently at Alvin S. Glenn Detention Center.

Investigator Signature Supervisor Signature

# VOLUNTARY STATEMENT

**I volunteer the following information of my own free will, for whatever purposes it may serve.**

**I have read and received a copy of this statement consisting of** 1 **page(s), each page of which bears my signature, and corrections, if any, bear my initials, and I certi that the facts contained herein are true and correct.**

**WITNESS**

**SIGNATURE OF PERSON GIVING VOLUNTARY STATEMENT**

**Lexington County Multi-Agency Narcotics Enforcement Team**

# VOLUNTARY STATEMENT

**I volunteer the following information of my own free will, for whatever purposes it may serve.**

On 8 1/22 I [illegible]

**I have read and received a copy of this statement consisting of 1 page(s), each page of which bears my signature, and corrections, if any, bear my initials, and I certify that the facts contained herein are true and correct.**

**WITNESS**

**SIGNATURE OF PERSON GIVING VOLUNTARY STATEMENT**

**Lexington County Multi-Agency Narcotics Enforcement Team**



**LEXINGTON COUNTY MULTI-AGENCY NARCOTICS ENFORCEMENT TEAM**
521 GIBSON ROAD
LEXINGTON, SC 29072
OFFICE (803) 951-2451 FAX (803) 359-1162

## PHOTOGRAPHIC LINEUP ADMONITION

In a moment, I am going to show you a group of photographs that may or may not contain a picture of a person involved in the crime now being investigated. The fact that photographs are being shown to you should not cause you to believe that anyone has been or will be arrested.

Remember: when viewing a group of photographs, you should consider the lighting and how it might affect the complexion of some persons, making them appear lighter or darker. You should also consider the fact that hair styles, facial hair, scars, marks, etc can be easily changed, added, or taken away. Finally, do not allow yourself to be distracted by any background scenery since photographs are sometimes taken at various locations or obtained from a variety of sources.

Please take your time and study the photographs carefully. Once you have viewed the photographs, you will be asked to record your viewing.

On 8 10 20 22 at 1130 (am) / pm.

Name of person viewing photographs (printed)

Viewed a group of six photographs and indicated:

☒ **IDENTIFICATION OF PHOTOGRAPH #**_____

☐ **NO ONE WAS RECOGNIZED FROM THE PHOTOGRAPHS PROVIDED.**

The viewing of photographs and any identification made this date was done freely and voluntarily. No threats or promises of reward have been made to me. Any positive identification or lack of identification from photographs viewed was not influenced in any way by detectives or other police personnel investigating this case.

8/10/22

*Signature of person viewing photographs / Date*

8 10 22

*Signature of person presenting photographs / Date*

*Location where photographs viewed*

Lexington County Sheriff's Department Photo Line-Up

1

2

3

4

6

LCSD Case Number 22-015458

10 22
Date Viewed

Agen anner
Shown By

Suspect Selected
(circle one)
1 2 3 4 5 6

Created by SLED/Byron Bell

Signature

## ARREST WARRANT

**2023A3210201481**

STATE OF SOUTH CAROLINA
[X] County/ [ ] Municipality of
Lexington

THE STATE 22015644
against
Byron Lindelle Pringle

Address: [redacted]
Columbia, SC 29204-

Phone: SSN: [redacted]
Sex: M Race: B Height: 5 11 Weight: 190
DL State: SC DL #: [redacted]
DOB: [redacted] Agency ORI #: SC0320000
Prosecuting Agency: Lexington County Sheriff
Prosecuting Officer: Austin N Sanner - S00378
Offense: Drugs / MDP, Narcotic drugs in Sch. I(b) & (c), LSD, and Sched. II - 2nd offense
Offense Code: 0184
Code/Ordinance Sec: 44-53-0370(b)(1)

This warrant is CERTIFIED FOR SERVICE in the [ ] County/ [ ] Municipality of . The accused is to be arrested and brought before me to be dealt with according to the law.

(L.S.)
Signature of Judge

Date:

### RETURN

A copy of this arrest warrant was delivered to defendant on

Signature of Constable/Law Enforcement Officer

RETURN WARRANT TO:
General Sessions
Mark H. Westbrook Judicial Center
205 East Main Street
Lexington, SC 29072

ORIGINAL ORIGINAL

STATE OF SOUTH CAROLINA )
[X] County/ [ ] Municipality of )
Lexington )

## AFFIDAVIT

ORIGINAL

Form Approved by S.C. Attorney General April 21, 2003 SCCA 518

Personally appeared before me the affiant Austin N Sanner who being duly sworn deposes and says that defendant Byron Lindelle Pringle did within this county and state on or about 8/11/2022 violate the criminal laws of the State of South Carolina (or ordinance of [X] County/ [ ] Municipality of Lexington ) in the following particulars:

**DESCRIPTION OF OFFENSE:** Drugs / MDP, Narcotic drugs in Sch. I(b) & (c), LSD, and Sched. II - 2nd offense

I further state that there is probable cause to believe that the defendant named above did commit the crime set forth and that probable cause is based on the following facts:

That on 8/11/22 while at 2200 blk of Airport Blvd in the Springdale area of Lexington County, South Carolina, the defendant Byron Pringle, did commit the crime of Manufacture, Distribute, Possess, Narcotic drugs in Sch. I(b) & (c), LSD/Cocaine/Heroin, and Sched. II - 2nd Offense after he did distribute a quanity of cocaine to an operative of law enforcement. This transaction was monitored and recorded by law enforcement via techical means. The defendant was identified by Law Enforcement who knows him by sight. The defendant has a prior conviction for possession < than one gram meth or cocaine base 1st on 2/24/21. Ref. LCSD case number 22015644.

Signature of Affiant

STATE OF SOUTH CAROLINA )
[X] County/ [ ] Municipality of )
Lexington )

Affiant's Address 521 Gibson Road
Lexington, SC 29072-
Affiant's Telephone (803)785-2400

## ARREST WARRANT

**TO ANY LAW ENFORCEMENT OFFICER OF THIS STATE OR MUNICIPALITY OR ANY CONSTABLE OF THIS COUNTY:**

It appearing from the above affidavit that there are reasonable grounds to believe that on or about 8/11/2022 defendant Byron Lindelle Pringle did violate the criminal laws of the State of South Carolina (or ordinance of [X] County/ [ ] Municipality of Lexington ) as set forth below:

**DESCRIPTION OF OFFENSE:** Drugs / MDP, Narcotic drugs in Sch. I(b) & (c), LSD, and Sched. II - 2nd offense

Having found probable cause and the above affiant having sworn before me, you are empowered and directed to arrest the said defendant and bring him or her before me forthwith to be dealt with according to law. A copy of this Arrest Warrant shall be delivered to the defendant at the time of its execution, or as soon thereafter as is practicable

Sworn to and subscribed before me )
on 5/19/2023 )
(L.S.) )
Signature of Issuing Judge
Brian Norman Buck (Magistrate) )
Judge Code: 7322 )

Judge's Address 521 Gibson Road
Lexington, SC 29072-
Judge's Telephone (803)951-2518
Issuing Court: [X] Magistrate [ ] Municipal [ ] Circuit

ORIGINAL ORIGINAL ORIGINAL ORIGINAL ORIGINAL

## ARREST WARRANT

2023A3210201482

STATE OF SOUTH CAROLINA

[X] County/ [ ] Municipality of

Lexington

THE STATE 22015458

against

Byron Lindelle Pringle

Address: [redacted]

Columbia, SC 29204-

Phone: SSN: [redacted]

Sex: M Race: B Height: 5 11 Weight: 190

DL State: SC DL #: [redacted]

DOB: [redacted] Agency ORI #: SC0320000

Prosecuting Agency: Lexington County Sheriff

Prosecuting Officer: Austin N Sanner - S00378

Offense: Drugs / MDP, Narcotic drugs in Sch. I(b) & (c), LSD, and Sched. II - 2nd offense

Offense Code: 0184

Code/Ordinance Sec: 44-53-0370(b)(1)

This warrant is CERTIFIED FOR SERVICE in the [ ] County/ [ ] Municipality of ________ The accused is to be arrested and brought before me to be dealt with according to the law.

________ (L.S.)
Signature of Judge

Date:

### RETURN

A copy of this arrest warrant was delivered to defendant ________ on ________

________
Signature of Law Enforcement Officer

RETURN WARRANT TO:

General Sessions
Mark H. Westbrook Judicial Center
205 East Main Street
Lexington, SC 29072

STATE OF SOUTH CAROLINA )
[X] County/ [ ] Municipality of )
Lexington )

## AFFIDAVIT

ORIGINAL

Form Approved by S.C. Attorney General April 21, 2003 SCCA 518

Personally appeared before me the affiant Austin N Sanner who being duly sworn deposes and says that defendant Byron Lindelle Pringle did within this county and state on or about 8/ 8/2022 violate the criminal laws of the State of South Carolina (or ordinance of [X] County/ [ ] Municipality of Lexington ) in the following particulars:

**DESCRIPTION OF OFFENSE:** Drugs / MDP, Narcotic drugs in Sch. I(b) & (c), LSD, and Sched. II - 2nd offense

I further state that there is probable cause to believe that the defendant named above did commit the crime set forth and that probable cause is based on the following facts:

That on 8/8/22 while at 2200 blk of Airport Blvd in the Springdale area of Lexington County, South Carolina, the defendant Byron Pringle, did commit the crime of Manufacture, Distribute, Possess, Narcotic drugs in Sch. I(b) & (c), LSD/Cocaine/Heroin, and Sched. II - 2nd Offense after he did distribute a quanity of fentanyl to an operative of law enforcement. This transaction was monitored and recorded by law enforcement via techical means. The defendant was identified by the operative utilizing a six person photo lineup. The defendant has a prior conviction for possession < than one gram meth or cocaine base 1st on 2/24/21. Ref. LCSD case number 22015458.

________
Signature of Affiant

STATE OF SOUTH CAROLINA )
[X] County/ [ ] Municipality of )
Lexington )

Affiant's Address 521 Gibson Road
Lexington, SC 29072-
Affiant's Telephone (803)785-2400

## ARREST WARRANT

**TO ANY LAW ENFORCEMENT OFFICER OF THIS STATE OR MUNICIPALITY OR ANY CONSTABLE OF THIS COUNTY:**

It appearing from the above affidavit that there are reasonable grounds to believe that on or about 8/ 8/2022 defendant Byron Lindelle Pringle did violate the criminal laws of the State of South Carolina (or ordinance of [X] County/ [ ] Municipality of Lexington ) as set forth below:

**DESCRIPTION OF OFFENSE:** Drugs / MDP, Narcotic drugs in Sch. I(b) & (c), LSD, and Sched. II - 2nd offense

Having found probable cause and the above affiant having sworn before me, you are empowered and directed to arrest the said defendant and bring him or her before me forthwith to be dealt with according to law. A copy of this Arrest Warrant shall be delivered to the defendant at the time of its execution, or as soon thereafter as is practicable

Sworn to and subscribed before me on 5/19/2023 )

________ (L.S.) )
Signature of Issuing Judge
Brian Norman Buck (Magistrate) )
Judge Code: 7322 )

Judge's Address 521 Gibson Road
Lexington, SC 29072-
Judge's Telephone (803)951-2518

Issuing Court: [X] Magistrate [ ] Municipal [ ] Circuit

ORIGINAL ORIGINAL ORIGINAL ORIGINAL ORIGINAL ORIGINAL ORIGINAL

LEXINGTON COUNTY SHERIFF 09/20/2023 13:04

BOOKING REPORT

| | |
|---|---|
| Booking # | 131174 |
| | *JM131174* |
| Status | Active |
| Date/Time | 09/07/2023 20:55 |
| Cell Location | OJL, 2NDB, 2NDB, 07B202 |

**INMATE INFORMATION**

| | |
|---|---|
| Name | PRINGLE, BYRON LINDELLE |
| Local ID (Names) | N/A |
| AKA | EATON, TYRONE; CONNERS, BYRON; PALMER, BYRON; PRINGLE, SHYLEK |
| Address | [redacted] COLUMBIA, SC 29210 |
| Race | B |
| Sex | M |
| Hair | BLK |
| Eye | BRO |
| DOB | [redacted] |
| Age | 47 |
| Height | 5'11 |
| Weight | 200 |
| SSN | [redacted] |
| Marital Status | Single, 4 Dependents |
| Time Lived In Area | Unk |
| Local ID (Jail) | N/A |
| SID | SC00899591 |
| FBI # | 227365TA1 |
| Country of Birth | United States |
| Citizenship | United States |
| Juvenile | Adult |
| Security | MAX |
| Name ID | *IM68554* 68554 |
| Employer | Unemployed |
| Religion | Christian |
| Employer Address | N/A |
| Employer Phone # | N/A |
| Attorney | Unk |
| Attorney Phone # | N/A |
| Property Bins | 0160 |
| Booking Officer | OLSON, JILLIAN HOPE |
| Intake Officer | OLSON, JILLIAN HOPE |
| Search Officer | OLSON, JILLIAN HOPE |
| Prior Bookings | 123199, 120653, 111605, 109359, 106353, 105323, 92902, 81872, 75221, 43069 |
| Jail Alerts | None |

**CHARGES**

Arrest ID #: 290009

| Case ID | Date Arrested | Officer | Agency | Charge | UCR | Charge: Type | Status | Amount | Bond: Status | Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 600017 | 09/07/2023 | Sanchez | LMC | ESCAPE / ESCAPE, ATTEMPTED ESCAPE OR POSSESS TOOLS TO ESCAPE | 99XX | F | PRET | $25,000.00 | ACTR | RECO |
| 22015644 | 09/07/2023 | Sanchez | LMC | DRUGS/MDP, NARCOTIC SCHED. I(B)&(C), LSD, AND SCHED. II 2ND | 99XX | F | PRET | $50,000.00 | ACTI | SURE |
| 22015458 | 09/07/2023 | Sanchez | LMC | DRUGS/MDP, NARCOTIC SCHED. I(B)&(C), LSD, AND SCHED. II 2ND | 99XX | F | PRET | $50,000.00 | ACTI | SURE |
| | 09/07/2023 | Sanchez | LMC | DRUGS/MDP, NARCOTIC SCHED. I(B)&(C), LSD, AND | 99XX | F | PRET | | ACTR | RECO |

LEXINGTON COUNTY SHERIFF 09/20/2023 13:04

**BOOKING REPORT**

| Case ID | Date Arrested | Officer | Agency | Charge | UCR | Charge: Type | Charge: Status | Amount | Bond: Status | Bond: Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | SCHED. II 1ST | | | | | | |
| | 09/07/2023 | Sanchez | LMC | TRAFFICK HEROIN MORPH ETC >4G BUT <14G 2ND OR SUB OFFENSE | 99XX | F | PRET | | ACTR | RECO |

NOTES

68554 .F.

PRINGLE, BYRON LINDELLE

*JM131174*

User: HODGEST

# PROPERTY AND EVIDENCE VOUCHER

09/21/2023 09:49

| Agency Name | ORI | Incident Date / Time Reported | OCA File No. |
|---|---|---|---|
| *Lexington County Sheriff's Department* | *SC SC0320000* | *08/08/2022 18:06 Mon* | *22-015458* |

| Location from which property was obtained | Collecting Officer |
|---|---|
| | *SANNER, A. N.* |

| Date / Time Seized | Locker |
|---|---|
| *08/08/2022 18:08* | *GBOX* |

| Stored By | Date/Time | Submitted By | Date/Time |
|---|---|---|---|
| *SANNER, A. N.* | *08/08/2022 18:09* | *SANNER, A. N.* | *08/08/2022 18:08* |

| No. | Bag | Item | Description of Articles (Include model, serial no., identifying marks, condition, etc.) | Category | Property Value |
|---|---|---|---|---|---|
| *1* | *1* | *1* | Best Kit C003898 1.000 XX DRUG<br>*Owner: PRINGLE, BYRON LINDELLE, [redacted] COLUMBIA, SC 29210, [redacted]*<br>*Seized From: <Unknown>* | | *$0.00* |

Narrative

| Officer's Name/ID Number | Supervisor Name/ID Number | Case Status |
|---|---|---|
| *SANNER, A. N.* | *MCMILLIN, N. B.* | *Active* |

| Officer's Signature | Submitted Date | Case Disposition |
|---|---|---|
| | *08/08/2022 18:08:12 Mon* | *Not Exceptionally Cleared* |

User: HODGEST

**PROPERTY AND EVIDENCE VOUCHER**

09/21/2023 09:49

| Agency Name | ORI | Incident Date / Time Reported | OCA File No. |
|---|---|---|---|
| Lexington County Sheriff's Department | SC SC0320000 | 08/11/2022 17:31 Thu | 22-015644 |

| Location from which property was obtained | Collecting Officer |
|---|---|
| | SANNER, A. N. |

| Date / Time Seized | Locker |
|---|---|
| 08/11/2022 18:11 | GBOX |

| Stored By | Date/Time | Submitted By | Date/Time |
|---|---|---|---|
| SANNER, A. N. | 08/11/2022 18:12 | SANNER, A. N. | 08/11/2022 18:11 |

| No. | Bag | Item | Description of Articles (Include model, serial no., identifying marks, condition, etc.) | Category | Property Value |
|---|---|---|---|---|---|
| 1 | 1 | 1 | Best Kit C003312 1.000 XX DRUG<br>Owner: PRINGLE, BYRON LINDELLE, [redacted] COLUMBIA, SC 29210, [redacted]<br>Seized From: <Unknown> | | $0.00 |

Narrative

| Officer's Name/ID Number | Supervisor Name/ID Number | Case Status |
|---|---|---|
| SANNER, A. N. | HODGES, T. Q. | Active |

| Officer's Signature | Submitted Date | Case Disposition |
|---|---|---|
| | 08/11/2022 18:11:22 Thu | Not Exceptionally Cleared |

PEVch1a **Offense Code: 35A** **Voucher ID: 48805**

# INCIDENT/INVESTIGATION REPORT

| Agency Name | Case# |
|---|---|
| *Lexington County Sheriff`s Department* | *22-015644* |
| ORI: *SC0320000* | Date / Time Reported: *08/11/2022 17:31 Thu* |
| | Last Known Secure: *08/11/2022 17:31 Thu* |
| | At Found: *08/11/2022 17:31 Thu* |

**INCIDENT DATA**

| Location of Incident | Gang Relat | Premise Type | Zone/Tract |
|---|---|---|---|
| *2200 AIRPORT BLVD - BLK, Springdale SC* | NO | *Parking Lot/parking* | SPPD |

| # | Crime Incident(s) | | Weapon / Tools | Activity |
|---|---|---|---|---|
| #1 | *Drug/narcotics Violation 35A* | (Com) | Weapon / Tools | *D, N* |
| | | | Entry / Exit / Security | |
| #2 | Crime Incident | ( ) | Weapon / Tools | Activity |
| | | | Entry / Exit / Security | |
| #3 | Crime Incident | ( ) | Weapon / Tools | Activity |
| | | | Entry / Exit / Security | |

MO

**VICTIM**

# of Victims *1* Type: SOCIETY/PUBLIC Injury:

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | *State Of South Carolina* | *1,* | | | | | | |

Home Address | Email | Home Phone

Employer Name/Address | Business Phone | Mobile Phone

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHERS INVOLVED**

CODES: V- Victim (Denote V2, V3) WI = Witness IO = Involved Other RP = Reporting Person (if other than victim)

Type: Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Home Address | Email | Home Phone

Employer Name/Address | Business Phone | Mobile Phone

Type: Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Home Address | Email | Home Phone

Employer Name/Address | Business Phone | Mobile Phone

**PROPERTY**

1 = None 2 = Burned 3 = Counterfeit / Forged 4 = Damaged / Vandalized 5 = Recovered 6 = Seized 7 = Stolen 8 = Unknown ("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Officer/ID#: *SANNER, A. N. (NARC, NARC) (E75256)*

Invest ID#: *SANNER, A. N. (NARC, NARC) (E75256)* Supervisor: *HODGES, T. Q. (NARC, NARC) (E73440)*

| Status | Complainant Signature | Case Status | Case Disposition: | |
|---|---|---|---|---|
| | | *Arrested 09/21/2023* | *Not Exceptionally Cleared 09/21/2023* | Page 1 |

# INCIDENT/INVESTIGATION REPORT

*Lexington County Sheriff`s Department*

Case # *22-015644*

Status Codes: 1 = None 2 = Burned 3 = Counterfeit / Forged 4 = Damaged / Vandalized 5 = Recovered 6 = Seized 7 = Stolen 8 = Unknown

| DRUGS | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| | *D* | *6* | *1.000* | *XX* | *BEST KIT C003312* | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.) OCA: 22-015644 *Lexington County Sheriff`s Department*

N A R R A T I V E

# REPORTING OFFICER NARRATIVE

*Lexington County Sheriff`s Department*

| OCA |
|---|
| *22-015644* |

| Victim | Offense | Date / Time Reported |
|---|---|---|
| *Society* | *DRUG/NARCOTICS VIOLATION* | *Thu 08/11/2022 17:31* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

I opened a narcotics investigation.

## Incident Report Suspect List

*Lexington County Sheriff`s Department*

OCA: *22-015644*

**1**

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| *PRINGLE, BYRON LINDELLE* | *EATON, TYRONE; CONNERS, BYRON; PALMER, BYRON;* | [redacted] *COLUMBIA, SC 29210* [redacted] |

Business Address *UNEMPLOYED, UNEMPLOYED*

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | *46* | *B* | *M* | *N* | *511* | *190* | *BLK* | *BRO* | *LBR* | [redacted] |

Scars, Marks, Tattoos, or other distinguishing features

*TATT LFOR ARM / "CHASER"; TATT RFOR ARM / "PAPER"; TATT CNTR CHEST / DRAGON*

| *Reported Suspect Detail* Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|
| | | | | | | |

| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel / Mode of Travel |
|---|---|---|---|---|---|---|
| | | | | | | |

| Veh Yr / Make / Model | Drs | Style | Color | Lic Plate / State | VIN |
|---|---|---|---|---|---|
| | | | | | |

Notes

Physical Char

*Jail Pant Size, Jail Pant 2X*
*Jail Top Size, Jail Top 2X*
*Substance Use, ILLEGAL DRUGS*
*Build, MEDIUM*
*Hair Length, Short*
*Hands, RIGHT HANDED*
*Hair Facial, Full Beard*

# Incident Report Related Property List

*Lexington County Sheriff`s Department*

OCA: *22-015644*

**1**

| Property Description | Make | Model | Caliber |
|---|---|---|---|
| BEST KIT C003312 | | | |

| Color | Serial No. | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|
| | | $0.00 | 1.000 | XX | Locally |

| Status | Date | NIC # | State # | Local # | OAN |
|---|---|---|---|---|---|
| Seized | 08/11/2022 | | | | |

| Name (Last, First, Middle) | DOB | Age | Race | Sex |
|---|---|---|---|---|
| Pringle, Byron Lindelle | [redacted] | 46 | B | M |

Notes

# CASE SUPPLEMENTAL REPORT

Printed: 10/30/2024 17:37

*Lexington County Sheriff`s Department* OCA: 22015644

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *ARRESTED* **Case Mng Status:** *ARRESTED* **Occurred:** *08/11/2022*

**Offense:** *DRUG/NARCOTICS VIOLATION*

**Investigator:** *SANNER, A. N. (E75256)* **Date / Time:** *08/21/2022 12:49:55, Sunday*

**Supervisor:** *HODGES, T. Q. (E73440)* **Supervisor Review Date / Time:** *08/22/2022 10:05:22, Monday*

**Contact:** **Reference:** *Investigative Supplemental*

On 8/11/22 Agent Smith and Agent Sanner met with confidential informant 2K1666 to make a controlled purchase of heroin from an individual the informant knows as "Buster". We met with the informant at a secure location where Agent Smith searched the informant for drugs, money, and other contraband with negative results. This search was to ensure drugs placed in evidence were purchased from the target, and that the money used in the transaction was documented funds given to the informant by law enforcement. The informant, 2K1666, was then given audio/video recording equipment that was recovered after the controlled purchase. The informant, 2K1666, was given documented US Currency and instructions. The informant then traveled to the target location to make a controlled purchase. The purchase was monitored by technical means by agents. The informant then returned to the secure location and the informant, 2K1666, then gave Agent Sanner the heroin and Agent Smith then searched the informant for other drugs, money, and contraband with negative results. The informant, 2K1666, then provided a written statement which was transcribed by Agent Sanner. The informant stated that they contacted "Buster" by phone (803-334-2976) to facilitate the purchase. The informant then traveled to the location instructed by "Buster", 2200 blk of Airport Blvd., where they met with "Buster" and exchanged the documented funds for a quantity of heroin. The informant then left the location and returned to the secure location and turned over the heroin, which I later placed into evidence (Best Kit C003312) for testing and storage.

Upon completion of the purchase, a TruNarc scan (2567) was completed of the heroin purchased which showed the substance to be presumptive positive for Cocaine.

Investigator Signature Supervisor Signature

# CASE SUPPLEMENTAL REPORT

Printed: 10/30/2024 17:37

*Lexington County Sheriff`s Department*

OCA: 22015644

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *ARRESTED* **Case Mng Status:** *ARRESTED* **Occurred:** *08/11/2022*

**Offense:** *DRUG/NARCOTICS VIOLATION*

**Investigator:** *SANNER, A. N. (E75256)* **Date / Time:** *05/22/2023 08:07:06, Monday*

**Supervisor:** *HODGES, T. Q. (E73440)* **Supervisor Review Date / Time:** *05/22/2023 13:14:14, Monday*

**Contact:** **Reference:** *Investigative Supplemental*

On 5/19/23 I obtained an arrest warrant for Byron PRINGLE for the distribution that occurred on 8/11/22. PRINGLE was charged with Manufacture, Distribute, Possess, Narcotic drugs in Sch. I(b) & (c), LSD/Cocaine/Heroin, and Sched. II - 2nd Offense due to the substance field testing positive for cocaine HCI. PRINGLE has a prior conviction for possession of less than one gram of meth or cocaine base on 2/24/21. The warrant was given to warrant division and a hold was placed on PRINGLE who is currently at Alvin S. Glenn Detention Center.

Investigator Signature Supervisor Signature

# Case File Checklist

Case # 2015458 + 15644 Offender B ron PRINGLE

Charges Dist. x2 Arrest Date 9/7/2023

| ITEM | COMPLETE | PENDING | N/A |
|---|---|---|---|
| Case Synopsis | ☑ | ☐ | ☐ |
| Incident Report | ☑ | ☐ | ☐ |
| Supplements | ☑ | ☐ | ☐ |
| Witness Statements | ☑ | ☐ | ☐ |
| Advise of Rights | ☐ | ☐ | ☑ |
| Suspect Statements | ☐ | ☐ | ☑ |
| Photo Line Up | ☑ | ☐ | ☐ |
| Arrest Warrants | ☑ | ☐ | ☐ |
| Booking Sheet | ☑ | ☐ | ☐ |
| CHR | ☐ | ☐ | ☑ |
| Search Warrant (SW) | ☐ | ☐ | ☑ |
| SW (Digital Devices) | ☐ | ☐ | ☑ |
| Date Submitted: ______ | | | |
| Evidence Forms | ☐ | ☑ | ☐ |
| Body Worn Camera | ☐ | ☐ | ☑ |
| Drug Analysis | ☐ | ☑ | ☐ |
| Date Submitted: ______ | | | |
| Documented Money | ☐ | ☑ | ☐ |
| Buy Audio | ☐ | ☑ | ☐ |
| Buy Video | ☐ | ☑ | ☐ |
| Photographs | ☐ | ☐ | ☑ |
| Tow Sheet | ☐ | ☐ | ☑ |
| Seizure Paperwork | ☐ | ☐ | ☑ |
| Vehicle / DL Info | ☐ | ☐ | ☑ |
| Evidence.com Case Created & Shared | ☐ | ☐ | ☑ |

**Case File Submitted** 9 20 23 (Date) **Case File Scanned** 9 21/23 (Date)

**Supervisor Sign** [signature] 9/21/23 (Date)

**LEXINGTON COUNTY MULTI-AGENCY NARCOTICS ENFORCEMENT TEAM**

284 LCSD 6/2023



**LEXINGTON COUNTY MULTI-AGENCY NARCOTICS ENFORCEMENT TEAM**
521 GIBSON ROAD
LEXINGTON, SC 29072
OFFICE (803) 951-2451 FAX (803) 359-1162

---

## CASE FILE SUMMARY

CASE AGENT: Sanner
CASE NUMBER: 22015458 and 22015644
DATE OF ARREST: 9/7/23
DEFENDANT: Bryon PRINGLE
CHARGES: Manufacture, Distribute, Possess, Narcotic drugs in Sch. I(b) & (c), LSD/Cocaine/Heroin, and Sched. II - 2nd Offense x2

---

## SUMMARY

That on 8/8/22 while at 2200 blk of Airport Blvd in the Springdale area of Lexington County, South Carolina, the defendant Byron Pringle, did commit the crime of Manufacture, Distribute, Possess, Narcotic drugs in Sch. I(b) & (c), LSD/Cocaine/Heroin, and Sched. II - 2nd Offense after he did distribute a quanity of fentanyl to an operative of law enforcement. This transaction was monitored and recorded by law enforcement via techical means. The defendant was identified by the operative utilizing a six person photo lineup. The defendant has a prior conviction for possession < than one gram meth or cocaine base 1st on 2/24/21. Ref. LCSD case number 22015458.

That on 8/11/22 while at 2200 blk of Airport Blvd in the Springdale area of Lexington County, South Carolina, the defendant Byron Pringle, did commit the crime of Manufacture, Distribute, Possess, Narcotic drugs in Sch. I(b) & (c), LSD/Cocaine/Heroin, and Sched. II - 2nd Offense after he did distribute a quanity of cocaine to an operative of law enforcement. This transaction was monitored and recorded by law enforcement via techical means. The defendant was identified by Law Enforcement who knows him by sight. The defendant has a prior conviction for possession < than one gram meth or cocaine base 1st on 2/24/21. Ref. LCSD case number 22015644.

# INCIDENT/INVESTIGATION

## Internal Copy

Agency Name: *Lexington County Sheriff's Department*

ORI: *SC0320000*

Case#: *22015458*

Date / Time Reported: *08/08/2022 18:06 Mon*

Last Known Secure: *08/08/2022 18:06 Mon*

At Found: *08/08/2022 18:06 Mon*

**INCIDENT DATA**

Location of Incident: *2200 Airport Blvd Apt. 158, Springdale SC 29170-*

Premise Type: *Hotel/motel/etc*

Zone/Tract: SPPD

#1 Crime Incident(s): *Drug/narcotics Violation 35A* (Com) Weapon / Tools — Activity: *D N*

Entry — Exit — Security

#2 Crime Incident ( ) Weapon / Tools — Activity

Entry — Exit — Security

#3 Crime Incident ( ) Weapon / Tools — Activity

Entry — Exit — Security

MO

**VICTIM**

# of Victims *1* Type: SOCIETY/PUBLIC Injury:

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|---|
| V1 | *State Of South Carolina* | *1,* | | | | | | | |

Home Address — Home Phone

Employer Name/Address — Business Phone — Mobile Phone

VYR — Make — Model — Style — Color — Lic/Lis — VIN

**OTHERS INVOLVED**

CODES: V- Victim (Denote V2, V3) O = Owner (if other than victim) R = Reporting Person (if other than victim)

Type: Injury:

Code — Name (Last, First, Middle) — Victim of Crime # — DOB — Age — Race — Sex — Relationship To Offender — Resident Status — Military Branch/Status

Home Address — Home Phone

Employer Name/Address — Business Phone — Mobile Phone

Type: Injury:

Code — Name (Last, First, Middle) — Victim of Crime # — DOB — Age — Race — Sex — Relationship To Offender — Resident Status — Military Branch/Status

Home Address — Home Phone

Employer Name/Address — Business Phone — Mobile Phone

**PROPERTY**

1 = None 2 = Burned 3 = Counterfeit / Forged 4 = Damaged / Vandalized 5 = Recovered 6 = Seized 7 = Stolen 8 = Unknown "OJ" = Recovered for Other Jurisdiction

| VI | Cod | Status Frm/T | Value | OJ | TY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|

Officer/ID#: *SANNER, A. N. ARC NARC E75256*

Invest ID#: *SANNER, A. N. ARC NARC E75256*

Supervisor: *MCMILLIN, N. B. MC, MAJC) (E74519)*

Status: Complainant Signature — Case Status: *08/10/2022* — Case Disposition:

# INCIDENT/INVESTIGATION REPORT

*Lexington County Sheriff's Department* Case # *22-015458*

Status Codes 1 = None 2 = Burned 3 = Counterfeit / Forged 4 = Damaged / Vandalized 5 = Recovered 6 = Seized 7 = Stolen 8 = Unknown

DRUGS

| IBR | Statu | Quantity | Type Measure | Suspected Type |
|---|---|---|---|---|
| *D* | *6* | *1.000* | *XX* | *BEST KIT C003898* |

Assisting Officers

Suspect Hate / Bias Motivated:

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.) OCA: 22-015458 *Lexington County Sheriff's Department*

NARRATIVE

I opened a narcotics investigation.

# Incident Report Suspect List

*Lexington County Sheriff's Department*

OCA: *22-015458*

**1**

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| *PRINGLE, BYRON LINDELLE* | *EATON, TYRONE; CONNERS, BYRON; PALMER, BYRON;* | [redacted] *COLUMBIA, SC 29210* [redacted] |

Business Address *UNEMPLOYED, UNEMPLOYED*

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| *xx/xx/1975* | *46* | *B* | *M* | *N* | *511* | *200* | *BLK* | *BRO* | *LBR* | [redacted] |

Scars, Marks, Tattoos, or other distinguishing features

*TATT LFOR ARM / "CHASER"; TATT RFOR ARM / "PAPER"; TATT CNTR CHEST / DRAGON*

| *Reported Suspect Detail* | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel / Mode of Travel |
|---|---|---|---|---|---|---|
| | | | | | | |

| VehYr/Make/Model | Drs | Style | Color | Lic/St | VIN |
|---|---|---|---|---|---|
| | | | | | |

Notes

Physical Char

*Jail Pant Size, Jail Pant 2X*
*Jail Top Size, Jail Top 2X*
*Substance Use, ILLEGAL DRUGS*
*Build, MEDIUM*
*Hair Length, Short*
*Hands, RIGHT HANDED*
*Hair Facial, Full Beard*

# Incident Report Related Property List

*Lexington County Sheriff's Department*

OCA: *22-015458*

1

| Property Description | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|
| BEST KIT C003898 | | | | | | | |
| Color | Serial No. | Value | | Qty | Unit | Jurisdiction | |
| | | $0.00 | | 1.000 | XX | Locally | |
| Status | Date | NIC # | State # | Local # | | OAN | |
| Seized | 08/08/2022 | | | | | | |
| Name (Last, First, Middle) | | | DOB | Age | Race | Sex | |
| Pringle, Byron Lindelle | | | [redacted] | 46 | B | M | |

Notes

**REPORTING OFFICER NARRATIVE**

*Lexington County Sheriff's Department*

| OCA |
| --- |
| *22-015458* |

| Victim | Offense | Date / Time Reported |
| --- | --- | --- |
| *Society* | *DRUG/NARCOTICS VIOLATION* | *Mon 08/08/2022 18:06* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

I opened a narcotics investigation.

# CASE SUPPLEMENTAL REPORT

Printed: 09/20/2023 13:03

*Lexington County Sheriff's Department* OCA: **22015458**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *ACTIVE* **Case Mng Status:** *ACTIVE* **Occurred:**

**Offense:** *.F.*

**Investigator:** *SANNER, A. N. (E75256)* **Date / Time:** *08/10/2022 12:52:50, Wednesday*

**Supervisor:** *HODGES, T. Q. (E73440)* **Supervisor Review Date / Time:** *08/10/2022 15:08:43, Wednesday*

**Contact:** **Reference:** *Investigative Supplemental*

On 8/8/22 Agent Smith and Agent Sanner met with confidential informant 2K1666 to make a controlled purchase of heroin from an individual the informant knows as "Buster". We met with the informant at a secure location where Agent Smith searched the informants for drugs, money, and other contraband with negative results. This search was to ensure drugs placed in evidence were purchased from the target, and that the money used in the transaction was documented funds given to the informants by law enforcement. The informant, 2K1666, was then given audio/video recording equipment that was recovered after the controlled purchase. The informant, 2K1666, was given documented US Currency and instructions. The informant then traveled to the target location to make a controlled purchase. The purchase was monitored by technical means by agents. The informant then returned to the secure location and the informant, 2K1666, then gave Agent Sanner the heroin and Agent Smith then searched the informant for other drugs, money, and contraband with negative results. The informant, 2K1666, then provided a written statement which was transcribed by Agent Sanner. The informant stated that they contacted "Buster" by phone (803-334-2976) to facilitate the purchase. The informant then traveled to the location instructed by "Buster", 2200 Airport Blvd. room 158, where they met with "Buster" and exchanged the documented funds for a quantity of heroin. The informant then left the location and returned to the secure location and turned over the heroin, which I later placed into evidence (Best Kit C003898) for testing and storage.

Through previous interactions, I, Agent Sanner, know "Buster" to be Byron Pringle. On 8/10/22 I met with CI 2K1666 and advised them of the Lexington County MANET Photographic Lineup Admonition and a black and white six person photo lineup and without hesitation they identified number 5 as the subject, Byron Pringle, of which they conducted a controlled purchase of fentanyl from on 8/10/22.

Upon completion of the purchase, a TruNarc scan (2554) was completed of the heroin purchased which showed the substance to be presumptive positive for Fentanyl.

Investigator Signature Supervisor Signature

# CASE SUPPLEMENTAL REPORT

Printed: 09/20/2023 13:03

*Lexington County Sheriff's Department* OCA: **22015458**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *ACTIVE* **Case Mng Status:** *ACTIVE* **Occurred:**

**Offense:** *.F.*

**Investigator:** *SANNER, A. N. (E75256)* **Date / Time:** *05/22/2023 08:10:06, Monday*

**Supervisor:** *HODGES, T. Q. (E73440)* **Supervisor Review Date / Time:** *05/22/2023 13:14:49, Monday*

**Contact:** **Reference:** *Investigative Supplemental*

On 5/19/23 I obtained an arrest warrant for Byron PRINGLE for the distribution that occurred on 8/8/22. PRINGLE was charged with Manufacture, Distribute, Possess, Narcotic drugs in Sch. I(b) & (c), LSD/Cocaine/Heroin, and Sched. II - 2nd Offense due to the substance field testing positive for fentanyl. PRINGLE has a prior conviction for possession of less than one gram of meth or cocaine base on 2/24/21. The warrant was given to warrant division and a hold was placed on PRINGLE who is currently at Alvin S. Glenn Detention Center.

Investigator Signature Supervisor Signature

# INCIDENT/INVESTIGATION
## Internal Copy

**INCIDENT DATA**

Agency Name: *Lexington County Sheriff's Department*
ORI: *SC0320000*
Case#: *22015644*
Date / Time Reported: *08/11/2022 17:31 Thu*
Last Known Secure: *08/11/2022 17:31 Thu*
At Found: *08/11/2022 17:31 Thu*

Location of Incident: *2200 Airport Blvd - BLK, Springdale SC 29170-*
Premise Type: *Parking Lot/parking*
Zone/Tract: SPPD

#1 Crime Incident(s): *Drug/narcotics Violation 35A* (Com) Weapon / Tools
Entry Exit Security
Activity: *D N*

#2 Crime Incident ( ) Weapon / Tools
Entry Exit Security
Activity

# Crime Incident ( ) Weapon / Tools
Entry Exit Security
Activity

MO

**VICTIM**

# of Victims *1* Type: SOCIETY/PUBLIC Injury:

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|---|
| V1 | *State Of South Carolina* | *1,* | | | | | | | |

Home Address | Home Phone
Employer Name/Address | Business Phone | Mobile Phone

VYR | Make | Model | Style | Color | Lic/Lis | VIN

**OTHERS INVOLVED**

CODES: V- Victim (Denote V2, V3) O = Owner (if other than victim) R = Reporting Person (if other than victim)

Type: Injury:
Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status
Home Address | Home Phone
Employer Name/Address | Business Phone | Mobile Phone

Type: Injury:
Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status
Home Address | Home Phone
Employer Name/Address | Business Phone | Mobile Phone

**PROPERTY**

1 = None 2 = Burned 3 = Counterfeit / Forged 4 = Damaged / Vandalized 5 = Recovered 6 = Seized 7 = Stolen 8 = Unknown
"OJ" = Recovered for Other Jurisdiction

| VI | Cod | Status Frm/T | Value | OJ | TY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|

Officer/ID#: *SANNER, A. N. ARC NARC E75256*
Invest ID#: *SANNER, A. N. ARC, NARC E75256*
Supervisor: *HODGES, T. . (NARC, NARC) (E73440*
Status: Complainant Signature
Case Status: *08/22/2022*
Case Disposition:

## INCIDENT/INVESTIGATION REPORT

*Lexington County Sheriff's Department*

Case # *22-015644*

Status Codes: 1 = None 2 = Burned 3 = Counterfeit / Forged 4 = Damaged / Vandalized 5 = Recovered 6 = Seized 7 = Stolen 8 = Unknown

DRUGS

| IBR | Statu | Quantity | Type Measure | Suspected Type |
|---|---|---|---|---|
| *D* | *6* | *1.000* | *XX* | *BEST KIT C003312* |

Assisting Officers

Suspect Hate / Bias Motivated:

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.) OCA: 22-015644 *Lexington County Sheriff's Department*

NARRATIVE

I opened a narcotics investigation.

# Incident Report Suspect List

*Lexington County Sheriff's Department*

OCA: *22-015644*

**1**

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| *PRINGLE, BYRON LINDELLE* | *EATON, TYRONE; CONNERS, BYRON; PALMER, BYRON;* | [redacted] *COLUMBIA, SC 29210* [redacted] |

Business Address *UNEMPLOYED, UNEMPLOYED*

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| *xx/xx/1975* | *46* | *B* | *M* | *N* | *511* | *200* | *BLK* | *BRO* | *LBR* | [redacted] |

Scars, Marks, Tattoos, or other distinguishing features

*TATT LFOR ARM / "CHASER"; TATT RFOR ARM / "PAPER"; TATT CNTR CHEST / DRAGON*

| *Reported Suspect Detail* | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel / Mode of Travel |
|---|---|---|---|---|---|---|
| | | | | | | |

| VehYr/Make/Model | Drs | Style | Color | Lic/St | VIN |
|---|---|---|---|---|---|
| | | | | | |

Notes

Physical Char

*Jail Pant Size, Jail Pant 2X*
*Jail Top Size, Jail Top 2X*
*Substance Use, ILLEGAL DRUGS*
*Build, MEDIUM*
*Hair Length, Short*
*Hands, RIGHT HANDED*
*Hair Facial, Full Beard*

## Incident Report Related Property List

*Lexington County Sheriff's Department*

OCA: *22-015644*

1

| Property Description | Make | Model | Caliber |
|---|---|---|---|
| BEST KIT C003312 | | | |

| Color | Serial No. | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|
| | | $0.00 | 1.000 | XX | Locally |

| Status | Date | NIC # | State # | Local # | OAN |
|---|---|---|---|---|---|
| Seized | 08/11/2022 | | | | |

| Name (Last, First, Middle) | DOB | Age | Race | Sex |
|---|---|---|---|---|
| Pringle, Byron Lindelle | [redacted] | 46 | B | M |

Notes

# REPORTING OFFICER NARRATIVE

*Lexington County Sheriff's Department*

| OCA |
|---|
| *22-015644* |

| Victim | Offense | Date / Time Reported |
|---|---|---|
| *Society* | *DRUG/NARCOTICS VIOLATION* | *Thu 08/11/2022 17:31* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

I opened a narcotics investigation.

# CASE SUPPLEMENTAL REPORT

Printed: 09/20/2023 13:02

*Lexington County Sheriff's Department* OCA: **22015644**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *ACTIVE* **Case Mng Status:** *ACTIVE* **Occurred:**

**Offense:** *.F.*

**Investigator:** *SANNER, A. N. (E75256)* **Date / Time:** *08/21/2022 12:49:55, Sunday*

**Supervisor:** *HODGES, T. Q. (E73440)* **Supervisor Review Date / Time:** *08/22/2022 10:05:22, Monday*

**Contact:** **Reference:** *Investigative Supplemental*

On 8/11/22 Agent Smith and Agent Sanner met with confidential informant 2K1666 to make a controlled purchase of heroin from an individual the informant knows as "Buster". We met with the informant at a secure location where Agent Smith searched the informant for drugs, money, and other contraband with negative results. This search was to ensure drugs placed in evidence were purchased from the target, and that the money used in the transaction was documented funds given to the informant by law enforcement. The informant, 2K1666, was then given audio/video recording equipment that was recovered after the controlled purchase. The informant, 2K1666, was given documented US Currency and instructions. The informant then traveled to the target location to make a controlled purchase. The purchase was monitored by technical means by agents. The informant then returned to the secure location and the informant, 2K1666, then gave Agent Sanner the heroin and Agent Smith then searched the informant for other drugs, money, and contraband with negative results. The informant, 2K1666, then provided a written statement which was transcribed by Agent Sanner. The informant stated that they contacted "Buster" by phone (803-334-2976) to facilitate the purchase. The informant then traveled to the location instructed by "Buster", 2200 blk of Airport Blvd., where they met with "Buster" and exchanged the documented funds for a quantity of heroin. The informant then left the location and returned to the secure location and turned over the heroin, which I later placed into evidence (Best Kit C003312) for testing and storage.

Upon completion of the purchase, a TruNarc scan (2567) was completed of the heroin purchased which showed the substance to be presumptive positive for Cocaine.

Investigator Signature Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 09/20/2023 13:02

*Lexington County Sheriff's Department* OCA: **22015644**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *ACTIVE* **Case Mng Status:** *ACTIVE* **Occurred:**

**Offense:** *.F.*

**Investigator:** *SANNER, A. N. (E75256)* **Date / Time:** *05/22/2023 08:07:06, Monday*

**Supervisor:** *HODGES, T. Q. (E73440)* **Supervisor Review Date / Time:** *05/22/2023 13:14:14, Monday*

**Contact:** **Reference:** *Investigative Supplemental*

On 5/19/23 I obtained an arrest warrant for Byron PRINGLE for the distribution that occurred on 8/11/22. PRINGLE was charged with Manufacture, Distribute, Possess, Narcotic drugs in Sch. I(b) & (c), LSD/Cocaine/Heroin, and Sched. II - 2nd Offense due to the substance field testing positive for cocaine HCI. PRINGLE has a prior conviction for possession of less than one gram of meth or cocaine base on 2/24/21. The warrant was given to warrant division and a hold was placed on PRINGLE who is currently at Alvin S. Glenn Detention Center.

Investigator Signature Supervisor Signature



# VOLUNTARY STATEMENT

**I volunteer the following information of my own free will, for whatever purposes it may serve.**

**I have read and received a copy of this statement consisting of 1 page(s), each page of which bears my signature, and corrections, if any, bear my initials, and I certi that the facts contained herein are true and correct.**

WITNESS

SIGNATURE OF PERSON GIVING VOLUNTARY STATEMENT

**Lexington County Multi-Agency Narcotics Enforcement Team**

# VOLUNTARY STATEMENT

**I volunteer the following information of my own free will, for whatever purposes it may serve.**

On 8 1/22 I [illegible]

**I have read and received a copy of this statement consisting of 1 page(s), each page of which bears my signature, and corrections, if any, bear my initials, and I certify that the facts contained herein are true and correct.**

**WITNESS**

**SIGNATURE OF PERSON GIVING VOLUNTARY STATEMENT**

**Lexington County Multi-Agency Narcotics Enforcement Team**



**LEXINGTON COUNTY MULTI-AGENCY NARCOTICS ENFORCEMENT TEAM**
521 GIBSON ROAD
LEXINGTON, SC 29072
OFFICE (803) 951-2451 FAX (803) 359-1162

## PHOTOGRAPHIC LINEUP ADMONITION

In a moment, I am going to show you a group of photographs that may or may not contain a picture of a person involved in the crime now being investigated. The fact that photographs are being shown to you should not cause you to believe that anyone has been or will be arrested.

Remember: when viewing a group of photographs, you should consider the lighting and how it might affect the complexion of some persons, making them appear lighter or darker. You should also consider the fact that hair styles, facial hair, scars, marks, etc can be easily changed, added, or taken away. Finally, do not allow yourself to be distracted by any background scenery since photographs are sometimes taken at various locations or obtained from a variety of sources.

Please take your time and study the photographs carefully. Once you have viewed the photographs, you will be asked to record your viewing.

On 8 10 20 22 at 1130 am / pm.

Name of person viewing photographs (printed)

Viewed a group of six photographs and indicated:

☒ **IDENTIFICATION OF PHOTOGRAPH #** ____

☐ **NO ONE WAS RECOGNIZED FROM THE PHOTOGRAPHS PROVIDED.**

The viewing of photographs and any identification made this date was done freely and voluntarily. No threats or promises of reward have been made to me. Any positive identification or lack of identification from photographs viewed was not influenced in any way by detectives or other police personnel investigating this case.

8/10/22

*Signature of person viewing photographs / Date*

8 10 22

*Signature of person presenting photographs / Date*

*Location where photographs viewed*



3:24-cv-04303-JDA Date Filed 03/10/26 Entry Number 56-3 Page 61 of 179

Lexington County Sheriff's Department Photo Line-Up
1
2
3
4
6
LCSD Case Number 22-015458
10 22
Date Viewed
Agen anner
Shown By
Suspect Selected
(circle one)
1 2 3 4 5 6
Signature
Created by SLED/Byron Bell

BAKER-K-060

**ARREST WARRANT**

**2023A3210201481**

**STATE OF SOUTH CAROLINA**

[X] County/ [ ] Municipality of

Lexington

**THE STATE** 22015644

against

Byron Lindelle Pringle

Address: [redacted]

Columbia, SC 29204-

Phone: SSN [redacted]

Sex: M Race: B Height: 5 11 Weight: 190

DL State: SC DL #: [redacted]

DOB: [redacted] Agency ORI #: SC0320000

Prosecuting Agency: Lexington County Sheriff

Prosecuting Officer: Austin N Sanner - S00378

Offense: Drugs / MDP, Narcotic drugs in Sch. I(b) & (c), LSD, and Sched. II - 2nd offense

Offense Code: 0184

Code/Ordinance Sec: 44-53-0370(b)(1)

This warrant is CERTIFIED FOR SERVICE in the [ ] County/ [ ] Municipality of . The accused is to be arrested and brought before me to be dealt with according to the law.

(L.S.)

Signature of Judge

Date:

**RETURN**

A copy of this arrest warrant was delivered to defendant on

Signature of Constable/Law Enforcement Officer

**RETURN WARRANT TO:**

General Sessions
Mark H. Westbrook Judicial Center
205 East Main Street
Lexington, SC 29072

**ORIGINAL** **ORIGINAL**

---

**STATE OF SOUTH CAROLINA**

[X] County/ [ ] Municipality of

Lexington

**AFFIDAVIT**

**ORIGINAL**

Form Approved by S.C. Attorney General April 21, 2003 SCCA 518

Personally appeared before me the affiant Austin N Sanner who being duly sworn deposes and says that defendant Byron Lindelle Pringle did within this county and state on or about 8/11/2022 violate the criminal laws of the State of South Carolina (or ordinance of [X] County/ [ ] Municipality of Lexington ) in the following particulars:

**DESCRIPTION OF OFFENSE:** Drugs / MDP, Narcotic drugs in Sch. I(b) & (c), LSD, and Sched. II - 2nd offense

I further state that there is probable cause to believe that the defendant named above did commit the crime set forth and that probable cause is based on the following facts:

That on 8/11/22 while at 2200 blk of Airport Blvd in the Springdale area of Lexington County, South Carolina, the defendant Byron Pringle, did commit the crime of Manufacture, Distribute, Possess, Narcotic drugs in Sch. I(b) & (c), LSD/Cocaine/Heroin, and Sched. II - 2nd Offense after he did distribute a quanity of cocaine to an operative of law enforcement. This transaction was monitored and recorded by law enforcement via techical means. The defendant was identified by Law Enforcement who knows him by sight. The defendant has a prior conviction for possession < than one gram meth or cocaine base 1st on 2/24/21. Ref. LCSD case number 22015644.

Signature of Affiant

**STATE OF SOUTH CAROLINA**

[X] County/ [ ] Municipality of

Lexington

Affiant's Address 521 Gibson Road
Lexington, SC 29072-

Affiant's Telephone (803)785-2400

**ARREST WARRANT**

**TO ANY LAW ENFORCEMENT OFFICER OF THIS STATE OR MUNICIPALITY OR ANY CONSTABLE OF THIS COUNTY:**

It appearing from the above affidavit that there are reasonable grounds to believe that on or about 8/11/2022 defendant Byron Lindelle Pringle did violate the criminal laws of the State of South Carolina (or ordinance of [X] County/ [ ] Municipality of Lexington ) as set forth below:

**DESCRIPTION OF OFFENSE:** Drugs / MDP, Narcotic drugs in Sch. I(b) & (c), LSD, and Sched. II - 2nd offense

Having found probable cause and the above affiant having sworn before me, you are empowered and directed to arrest the said defendant and bring him or her before me forthwith to be dealt with according to law. A copy of this Arrest Warrant shall be delivered to the defendant at the time of its execution, or as soon thereafter as is practicable

Sworn to and subscribed before me on 5/19/2023

(L.S.)

Signature of Issuing Judge

Brian Norman Buck (Magistrate)

Judge Code: 7322

Judge's Address 521 Gibson Road
Lexington, SC 29072-

Judge's Telephone (803)951-2518

Issuing Court: [X] Magistrate [ ] Municipal [ ] Circuit

**ORIGINAL** **ORIGINAL** **ORIGINAL** **ORIGINAL** **ORIGINAL**

## ARREST WARRANT

2023A3210201482

STATE OF SOUTH CAROLINA
[X] County/ [ ] Municipality of
Lexington

THE STATE 22015458
against
Byron Lindelle Pringle

Address: 3101 Saint Louis St
[redacted]

Phone: SSN: [redacted]
Sex: M Race: B Height: 5 11 Weight: 190
DL State: SC DL #: [redacted]
DOB: [redacted] Agency ORI #: SC0320000
Prosecuting Agency: Lexington County Sheriff
Prosecuting Officer: Austin N Sanner - S00378
Offense: Drugs / MDP, Narcotic drugs in Sch. I(b) & (c), LSD, and Sched. II - 2nd offense
Offense Code: 0184
Code/Ordinance Sec: 44-53-0370(b)(1)

This warrant is CERTIFIED FOR SERVICE in the [ ] County/ [ ] Municipality of ______ The accused is to be arrested and brought before me to be dealt with according to the law.

______ (L.S.)
Signature of Judge

Date: ______

### RETURN

A copy of this arrest warrant was delivered to defendant ______ on ______

______
Signature of Law Enforcement Officer

RETURN WARRANT TO:
General Sessions
Mark H. Westbrook Judicial Center
205 East Main Street
Lexington, SC 29072

ORIGINAL ORIGINAL

STATE OF SOUTH CAROLINA )
[X] County/ [ ] Municipality of )
Lexington )

## AFFIDAVIT

ORIGINAL

Form Approved by S.C. Attorney General April 21, 2003 SCCA 518

Personally appeared before me the affiant Austin N Sanner who being duly sworn deposes and says that defendant Byron Lindelle Pringle did within this county and state on or about 8/ 8/2022 violate the criminal laws of the State of South Carolina (or ordinance of [X] County/ [ ] Municipality of Lexington ) in the following particulars:

**DESCRIPTION OF OFFENSE:** Drugs / MDP, Narcotic drugs in Sch. I(b) & (c), LSD, and Sched. II - 2nd offense

I further state that there is probable cause to believe that the defendant named above did commit the crime set forth and that probable cause is based on the following facts:

That on 8/8/22 while at 2200 blk of Airport Blvd in the Springdale area of Lexington County, South Carolina, the defendant Byron Pringle, did commit the crime of Manufacture, Distribute, Possess, Narcotic drugs in Sch. I(b) & (c), LSD/Cocaine/Heroin, and Sched. II - 2nd Offense after he did distribute a quanity of fentanyl to an operative of law enforcement. This transaction was monitored and recorded by law enforcement via techical means. The defendant was identified by the operative utilizing a six person photo lineup. The defendant has a prior conviction for possession < than one gram meth or cocaine base 1st on 2/24/21. Ref. LCSD case number 22015458.

Signature of Affiant

STATE OF SOUTH CAROLINA )
[X] County/ [ ] Municipality of )
Lexington )

Affiant's Address 521 Gibson Road
Lexington, SC 29072-
Affiant's Telephone (803)785-2400

## ARREST WARRANT

**TO ANY LAW ENFORCEMENT OFFICER OF THIS STATE OR MUNICIPALITY OR ANY CONSTABLE OF THIS COUNTY:**

It appearing from the above affidavit that there are reasonable grounds to believe that on or about 8/ 8/2022 defendant Byron Lindelle Pringle did violate the criminal laws of the State of South Carolina (or ordinance of [X] County/ [ ] Municipality of Lexington ) as set forth below:

**DESCRIPTION OF OFFENSE:** Drugs / MDP, Narcotic drugs in Sch. I(b) & (c), LSD, and Sched. II - 2nd offense

Having found probable cause and the above affiant having sworn before me, you are empowered and directed to arrest the said defendant and bring him or her before me forthwith to be dealt with according to law. A copy of this Arrest Warrant shall be delivered to the defendant at the time of its execution, or as soon thereafter as is practicable

Sworn to and subscribed before me )
on 5/19/2023 )
(L.S.) )
Signature of Issuing Judge
Brian Norman Buck (Magistrate) )
Judge Code: 7322 )

Judge's Address 521 Gibson Road
Lexington, SC 29072-
Judge's Telephone (803)951-2518
Issuing Court: [X] Magistrate [ ] Municipal [ ] Circuit

ORIGINAL ORIGINAL ORIGINAL ORIGINAL ORIGINAL

# LEXINGTON COUNTY SHERIFF

09/20/2023 13:04

## BOOKING REPORT

| Field | Value |
|---|---|
| Booking # | 131174 |
| | *JM131174* |
| Status | Active |
| Date/Time | 09/07/2023 20:55 |
| Cell Location | OJL, 2NDB, 2NDB, 07B202 |

### INMATE INFORMATION

| Field | Value |
|---|---|
| Name | PRINGLE, BYRON LINDELLE |
| Local ID (Names) | N/A |
| AKA | EATON, TYRONE; CONNERS, BYRON; PALMER, BYRON; PRINGLE, SHYLEK |
| Address | [redacted] COLUMBIA, SC 29210 |
| Race | B |
| Sex | M |
| Hair | BLK |
| Eye | BRO |
| DOB | [redacted] |
| Age | 47 |
| Height | 5'11 |
| Weight | 200 |
| SSN | [redacted] |
| Marital Status | Single, 4 Dependents |
| Time Lived In Area | Unk |
| Local ID (Jail) | N/A |
| SID | SC00899591 |
| FBI # | 227365TA1 |
| Country of Birth | United States |
| Citizenship | United States |
| Juvenile | Adult |
| Security | MAX |
| | *IM68554* |
| Name ID | 68554 |
| Employer | Unemployed |
| Religion | Christian |
| Employer Address | N/A |
| Employer Phone # | N/A |
| Attorney | Unk |
| Attorney Phone # | N/A |
| Property Bins | 0160 |
| Booking Officer | OLSON, JILLIAN HOPE |
| Intake Officer | OLSON, JILLIAN HOPE |
| Search Officer | OLSON, JILLIAN HOPE |
| Prior Bookings | 123199, 120653, 111605, 109359, 106353, 105323, 92902, 81872, 75221, 43069 |
| Jail Alerts | None |

### CHARGES

Arrest ID #: 290009

| Case ID | Date Arrested | Officer | Agency | Charge | UCR | Charge: Type | Charge: Status | Amount | Bond: Status | Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 600017 | 09/07/2023 | Sanchez | LMC | ESCAPE / ESCAPE, ATTEMPTED ESCAPE OR POSSESS TOOLS TO ESCAPE | 99XX | F | PRET | $25,000.00 | ACTR | RECO |
| 22015644 | 09/07/2023 | Sanchez | LMC | DRUGS/MDP, NARCOTIC SCHED. I(B)&(C), LSD, AND SCHED. II 2ND | 99XX | F | PRET | $50,000.00 | ACTI | SURE |
| 22015458 | 09/07/2023 | Sanchez | LMC | DRUGS/MDP, NARCOTIC SCHED. I(B)&(C), LSD, AND SCHED. II 2ND | 99XX | F | PRET | $50,000.00 | ACTI | SURE |
| | 09/07/2023 | Sanchez | LMC | DRUGS/MDP, NARCOTIC SCHED. I(B)&(C), LSD, AND | 99XX | F | PRET | | ACTR | RECO |

LEXINGTON COUNTY SHERIFF 09/20/2023 13:04

BOOKING REPORT

| Case ID | Date Arrested | Officer | Agency | Charge | UCR | Charge: Type | Charge: Status | Bond: Amount | Bond: Status | Bond: Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | SCHED. II 1ST | | | | | | |
| | 09/07/2023 | Sanchez | LMC | TRAFFICK HEROIN MORPH ETC >4G BUT <14G 2ND OR SUB OFFENSE | 99XX | F | PRET | | ACTR | RECO |

NOTES

68554 .F.

PRINGLE, BYRON LINDELLE

*JM131174*

BAKER-K-064

User: HODGEST

## PROPERTY AND EVIDENCE VOUCHER

09/21/2023 09:49

| Agency Name | ORI | Incident Date / Time Reported | OCA File No. |
|---|---|---|---|
| Lexington County Sheriff's Department | SC SC0320000 | 08/08/2022 18:06 Mon | 22-015458 |

| Location from which property was obtained | Collecting Officer |
|---|---|
| | SANNER, A. N. |

| Date / Time Seized | Locker |
|---|---|
| 08/08/2022 18:08 | GBOX |

| Stored By | Date/Time | Submitted By | Date/Time |
|---|---|---|---|
| SANNER, A. N. | 08/08/2022 18:09 | SANNER, A. N. | 08/08/2022 18:08 |

| No. | Bag | Item | Description of Articles (Include model, serial no., identifying marks, condition, etc.) | Category | Property Value |
|---|---|---|---|---|---|
| 1 | 1 | 1 | Best Kit C003898 1.000 XX DRUG<br>Owner: PRINGLE, BYRON LINDELLE, [redacted] COLUMBIA, SC 29210, [redacted]<br>Seized From: <Unknown> | | $0.00 |

Narrative

| Officer's Name/ID Number | Supervisor Name/ID Number | Case Status |
|---|---|---|
| SANNER, A. N. | MCMILLIN, N. B. | Active |

| Officer's Signature | Submitted Date | Case Disposition |
|---|---|---|
| | 08/08/2022 18:08:12 Mon | Not Exceptionally Cleared |

User: HODGEST

# PROPERTY AND EVIDENCE VOUCHER

09/21/2023 09:49

| Agency Name | ORI | Incident Date / Time Reported | OCA File No. |
|---|---|---|---|
| *Lexington County Sheriff's Department* | *SC SC0320000* | *08/11/2022 17:31 Thu* | *22-015644* |

| Location from which property was obtained | Collecting Officer |
|---|---|
| | *SANNER, A. N.* |
| **Date / Time Seized** | **Locker** |
| *08/11/2022 18:11* | *GBOX* |

| Stored By | Date/Time | Submitted By | Date/Time |
|---|---|---|---|
| *SANNER, A. N.* | *08/11/2022 18:12* | *SANNER, A. N.* | *08/11/2022 18:11* |

| No. | Bag | Item | Description of Articles (Include model, serial no., identifying marks, condition, etc.) | Category | Property Value |
|---|---|---|---|---|---|
| *1* | *1* | *1* | Best Kit C003312 1.000 XX DRUG<br>*Owner: PRINGLE, BYRON LINDELLE, [redacted] COLUMBIA, SC 29210, [redacted]*<br>*Seized From: <Unknown>* | | *$0.00* |

Narrative

| Officer's Name/ID Number | Supervisor Name/ID Number | Case Status |
|---|---|---|
| *SANNER, A. N.* | *HODGES, T. Q.* | *Active* |
| **Officer's Signature** | **Submitted Date** | **Case Disposition** |
| | *08/11/2022 18:11:22 Thu* | *Not Exceptionally Cleared* |

PEVch1a **Offense Code: 35A** **Voucher ID: 48805**

# INCIDENT/INVESTIGATION REPORT

**INCIDENT DATA**

| Field | Value |
|---|---|
| Agency Name | *Lexington County Sheriff`s Department* |
| ORI | *SC0320000* |
| Case# | *22-016656* |
| Date / Time Reported | *08/26/2022 15:07 Fri* |
| Last Known Secure | *08/26/2022 15:07 Fri* |
| At Found | *08/26/2022 15:07 Fri* |
| Location of Incident | *347 ZIMALCREST DR Apt. 362, Columbia SC* |
| Gang Relat | NO |
| Premise Type | *Hotel/motel/etc* |
| Zone/Tract | N2 |

| # | Crime Incident(s) | (Com) | Weapon / Tools | Activity | Entry | Exit | Security |
|---|---|---|---|---|---|---|---|
| #1 | *Drug/narcotics Violation 35A* | (Com) | | *D, N* | | | |
| #2 | | ( ) | | | | | |
| #3 | | ( ) | | | | | |

MO

**VICTIM**

# of Victims *1* Type: SOCIETY/PUBLIC Injury:

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | *State Of South Carolina* | *1,* | | | | | | |

Home Address | Email | Home Phone

Employer Name/Address | Business Phone | Mobile Phone

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHERS INVOLVED**

CODES: V- Victim (Denote V2, V3) WI = Witness IO = Involved Other RP = Reporting Person (if other than victim)

Type: Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Home Address | Email | Home Phone

Employer Name/Address | Business Phone | Mobile Phone

Type: Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Home Address | Email | Home Phone

Employer Name/Address | Business Phone | Mobile Phone

**PROPERTY**

1 = None 2 = Burned 3 = Counterfeit / Forged 4 = Damaged / Vandalized 5 = Recovered 6 = Seized 7 = Stolen 8 = Unknown ("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Officer/ID# *SANNER, A. N. (NARC, NARC) (E75256)*

Invest ID# *SANNER, A. N. (NARC, NARC) (E75256)* Supervisor *HODGES, T. Q. (NARC, NARC) (E73440)*

Status | Complainant Signature | Case Status *Administratively Closed* *09/19/2023* | Case Disposition: *Not Exceptionally Cleared* *09/19/2023* | Page 1

# INCIDENT/INVESTIGATION REPORT

*Lexington County Sheriff`s Department*

Case # *22-016656*

Status Codes: 1 = None 2 = Burned 3 = Counterfeit / Forged 4 = Damaged / Vandalized 5 = Recovered 6 = Seized 7 = Stolen 8 = Unknown

DRUGS

| IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|
| *D* | *6* | *1.000* | *XX* | *BEST KIT C003334* | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.) OCA: 22-016656 *Lexington County Sheriff`s Department*

N A R R A T I V E

# REPORTING OFFICER NARRATIVE

*Lexington County Sheriff`s Department*

| OCA |
|---|
| *22-016656* |

| Victim | Offense | Date / Time Reported |
|---|---|---|
| *Society* | *DRUG/NARCOTICS VIOLATION* | *Fri 08/26/2022 15:07* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

I opened a narcotics investigation.

# Incident Report Suspect List

*Lexington County Sheriff`s Department*

OCA: *22-016656*

**1**

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| *PRINGLE, BYRON LINDELLE* | *EATON, TYRONE; CONNERS, BYRON; PALMER, BYRON;* | [redacted] *COLUMBIA, SC 29210* [redacted] |

Business Address *UNEMPLOYED, UNEMPLOYED*

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | *46* | *B* | *M* | *N* | *511* | *190* | *BLK* | *BRO* | *LBR* | [redacted] |

Scars, Marks, Tattoos, or other distinguishing features

*TATT LFOR ARM / "CHASER"; TATT RFOR ARM / "PAPER"; TATT CNTR CHEST / DRAGON*

| *Reported Suspect Detail* | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel / Mode of Travel |
|---|---|---|---|---|---|---|
| | | | | | | |

| Veh Yr / Make / Model | Drs | Style | Color | Lic Plate / State | VIN |
|---|---|---|---|---|---|
| | | | | | |

Notes

Physical Char

*Jail Pant Size, Jail Pant 2X*
*Jail Top Size, Jail Top 2X*
*Substance Use, ILLEGAL DRUGS*
*Build, MEDIUM*
*Hair Length, Short*
*Hands, RIGHT HANDED*
*Hair Facial, Full Beard*

## Incident Report Related Property List

*Lexington County Sheriff`s Department*

OCA: *22-016656*

**1**

| Property Description | Make | Model | Caliber |
|---|---|---|---|
| BEST KIT C003334 | | | |

| Color | Serial No. | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|
| | | $0.00 | 1.000 | XX | Locally |

| Status | Date | NIC # | State # | Local # | OAN |
|---|---|---|---|---|---|
| Seized | 08/26/2022 | | | | |

| Name (Last, First, Middle) | DOB | Age | Race | Sex |
|---|---|---|---|---|
| Pringle, Byron Lindelle | [redacted] | 46 | B | M |

Notes

**CASE SUPPLEMENTAL REPORT** Printed: 10/30/2024 17:36

*Lexington County Sheriff`s Department* OCA: 22016656

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *ADMINISTRATIVELY…* **Case Mng Status:** *ADMINISTRATIVELY CLOSED* **Occurred:** *08/26/2022*

**Offense:** *DRUG/NARCOTICS VIOLATION*

**Investigator:** *SANNER, A. N. (E75256)* **Date / Time:** *09/02/2022 14:07:42, Friday*

**Supervisor:** *HODGES, T. Q. (E73440)* **Supervisor Review Date / Time:** *09/02/2022 16:52:30, Friday*

**Contact:** **Reference:** *Investigative Supplemental*

On 8/26/22 Agent Smith and Agent Sanner met with confidential informant 2K1666 to make a controlled purchase of heroin from an individual the informant knows as "Buster". We met with the informant at a secure location where Agent Smith searched the informant for drugs, money, and other contraband with negative results. This search was to ensure drugs placed in evidence were purchased from the target, and that the money used in the transaction was documented funds given to the informant by law enforcement. The informant, 2K1666, was then given audio/video recording equipment that was recovered after the controlled purchase. The informant, 2K1666, was given documented US Currency and instructions. The informant then traveled to the target location to make a controlled purchase. The purchase was monitored by technical means by agents. The informant then returned to the secure location and the informant, 2K1666, then gave Agent Sanner the heroin and Agent Smith then searched the informant for other drugs, money, and contraband with negative results. The informant, 2K1666, then provided a written statement which was transcribed by Agent Sanner. The informant stated that they contacted "Buster" by phone (803-334-2976) to facilitate the purchase. The informant then traveled to the location instructed by "Buster", 1313 Bush River Rd., where they met with "Buster" and got into the passenger seat of his vehicle. "Buster" then drove the informant to 347 Zimalcrest Dr. at which time they went to his room, 362, and exchanged the documented funds for a quantity of heroin. The informant then left the location with "Buster" and was dropped off on Zimalcrest Dr. at which time he returned to the secure location and turned over the heroin, which I later placed into evidence (Best Kit C003334) for testing and storage.

Investigator Signature Supervisor Signature

# INCIDENT/INVESTIGATION REPORT

Agency Name: *Lexington County Sheriff`s Department*
ORI: *SC0320000*
Case#: *23-023232*
Date / Time Reported: *12/04/2023 16:11 Mon*
Last Known Secure: *12/04/2023 16:11 Mon*
At Found: *12/04/2023 16:11 Mon*

**INCIDENT DATA**

| Location of Incident | Gang Relat | Premise Type | Zone/Tract |
|---|---|---|---|
| *330 COLUMBIANA DR, Columbia SC 29212* | NO | *Hotel/motel/etc* | |

| # | Crime Incident(s) | | Weapon / Tools | Activity | Entry | Exit | Security |
|---|---|---|---|---|---|---|---|
| #1 | *Drug/narcotics Violation* *35A* | (Com) | | *D* | | | |
| #2 | Crime Incident | ( ) | | | | | |
| #3 | Crime Incident | ( ) | | | | | |

MO:

**VICTIM**

# of Victims *1* Type: SOCIETY/PUBLIC Injury:

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | *State Of South Carolina* | *1,* | | | | | | |

Home Address | Email | Home Phone
Employer Name/Address | Business Phone | Mobile Phone

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHERS INVOLVED**

CODES: V- Victim (Denote V2, V3) WI = Witness IO = Involved Other RP = Reporting Person (if other than victim)

Type: Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Home Address | Email | Home Phone
Employer Name/Address | Business Phone | Mobile Phone

Type: Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Home Address | Email | Home Phone
Employer Name/Address | Business Phone | Mobile Phone

**PROPERTY**

1 = None 2 = Burned 3 = Counterfeit / Forged 4 = Damaged / Vandalized 5 = Recovered 6 = Seized 7 = Stolen 8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Officer/ID#: *SMITH, H. M. (NARC, NARC) (E74996)*
Invest ID#: *SMITH, H. M. (NARC, NARC) (E74996)*
Supervisor: *HODGES, T. Q. (NARC, NARC) (E73440)*

Status | Complainant Signature | Case Status: *Exceptionally Cleared* *01/09/2024* | Case Disposition: *Death Of Offender* *01/09/2024* | Page 1

# INCIDENT/INVESTIGATION REPORT

*Lexington County Sheriff`s Department*

Case # *23-023232*

Status Codes: 1 = None 2 = Burned 3 = Counterfeit / Forged 4 = Damaged / Vandalized 5 = Recovered 6 = Seized 7 = Stolen 8 = Unknown

DRUGS

| IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|
| *D* | *6* | *1.000* | *XX* | *BEST KIT C009627* | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.) OCA: 23-023232 *Lexington County Sheriff`s Department*

N A R R A T I V E

**REPORTING OFFICER NARRATIVE**

*Lexington County Sheriff`s Department*

| OCA |
| --- |
| *23-023232* |

| Victim | Offense | Date / Time Reported |
| --- | --- | --- |
| *Society* | *DRUG/NARCOTICS VIOLATION* | *Mon 12/04/2023 16:11* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Agents opened a narcotics investigation.

# Incident Report Suspect List

*Lexington County Sheriff`s Department*

OCA: *23-023232*

**1**

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| *PRINGLE, BYRON LINDELLE* | *EATON, TYRONE; CONNERS, BYRON; PALMER, BYRON;* | [redacted] *COLUMBIA, SC 29210* [redacted] |

Business Address *UNEMPLOYED, UNEMPLOYED*

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | *48* | *B* | *M* | *N* | *511* | *190* | *BLK* | *BRO* | *LBR* | [redacted] |

Scars, Marks, Tattoos, or other distinguishing features

*TATT LFOR ARM / "CHASER"; TATT RFOR ARM / "PAPER"; TATT CNTR CHEST / DRAGON*

| *Reported Suspect Detail* | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel / Mode of Travel |
|---|---|---|---|---|---|---|
| | | | | | | |

| Veh Yr / Make / Model | Drs | Style | Color | Lic Plate / State | VIN |
|---|---|---|---|---|---|
| | | | | | |

Notes

Physical Char

*Jail Pant Size, Jail Pant 2X*
*Jail Top Size, Jail Top 2X*
*Substance Use, ILLEGAL DRUGS*
*Build, MEDIUM*
*Hair Length, Short*
*Hands, RIGHT HANDED*
*Hair Facial, Full Beard*

## Incident Report Related Property List

*Lexington County Sheriff`s Department*

OCA: *23-023232*

**1**

| Property Description | Make | Model | Caliber |
|---|---|---|---|
| BEST KIT C009627 | | | |

| Color | Serial No. | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|
| | | $0.00 | 1.000 | XX | Locally |

| Status | Date | NIC # | State # | Local # | OAN |
|---|---|---|---|---|---|
| Seized | 12/04/2023 | | | | |

| Name (Last, First, Middle) | DOB | Age | Race | Sex |
|---|---|---|---|---|
| * No name * | | | | |

Notes

small, sealable plastic baggy containing white powdery substance

# CASE SUPPLEMENTAL REPORT

Printed: 10/30/2024 17:35

*Lexington County Sheriff`s Department* OCA: 23023232

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED* **Case Mng Status:** *EXCEPTIONALLY…* **Occurred:** *12/04/2023*

**Offense:** *DRUG/NARCOTICS VIOLATION*

**Investigator:** *SMITH, H. M. (E74996)* **Date / Time:** *12/04/2023 16:21:34, Monday*

**Supervisor:** *HODGES, T. Q. (E73440)* **Supervisor Review Date / Time:** *12/08/2023 14:39:18, Friday*

**Contact:** **Reference:** *Investigative Supplemental*

On 12/04/2023 Agent(s) Wood and I conducted a controlled purchase with confidential informant 2K1683. We met with 2K1683 at a secure location where I searched 2K1683 for money, drugs and contraband, finding none. The searches were to ensure the drugs placed into evidence were acquired during this controlled purchase, and that the money used in the controlled purchase was the documented funds given to 2K1683 by Agents. I then gave 2K1683 documented funds and instructions to make a controlled purchase of fentanyl from a target 2K1683 knows as "Buster" or Byron Pringle and whom I have identified from previous narcotics investigation is Byron Pringle, hereafter referred to as the target. 2K1683 advised they communicated with the target to facilitate this controlled purchase by phone. I gave 2K1683 audio/video recording equipment that I recovered after the controlled purchase.

2K1683 contacted the target at phone number (803) 586-9589 and then met the target at a location at 330 Columbiana Dr in Columbia, SC to make the controlled purchase. 2K1683 met with the target and then exchanged the documented funds with the target for a quantity of a substance represented as fentanyl. 2K1683 returned to a secure location and then gave me the substance they purchased with the documented funds.

I then searched 2K1683 again for money, drugs and contraband, finding none. 2K1683 then provided a written statement stating that they exchanged the documented funds with the target for what they believed to be fentanyl. The substance that 2K1683 handed me was a white powdery substance consistent with fentanyl packaged in a small, sealable plastic bag. I photographed and field weighed the substance. I tested the substance with the TruNarc which indicated the substance was fentanyl (Scan 4544). I placed the substance into LCSD evidence in Best Kit C009627 for testing and storage.

Investigator Signature Supervisor Signature

**CASE SUPPLEMENTAL REPORT** Printed: 10/30/2024 17:35

*Lexington County Sheriff`s Department* OCA: 23023232

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED* **Case Mng Status:** *EXCEPTIONALLY…* **Occurred:** *12/04/2023*

**Offense:** *DRUG/NARCOTICS VIOLATION*

**Investigator:** *SMITH, H. M. (E74996)* **Date / Time:** *01/01/2024 06:07:26, Monday*

**Supervisor:** *HODGES, T. Q. (E73440)* **Supervisor Review Date / Time:** *01/01/2024 08:53:02, Monday*

**Contact:** **Reference:** *Case Status Change*

This case is exceptionally cleared due to the death of offender Byron Pringle.

Investigator Signature Supervisor Signature

User: SMILEYJ, 10/30/2024 17:45

**LEXINGTON COUNTY SHERIFF`S DEPARTMENT**

**BOOKING REPORT**

| Booking # | *JM120653* | Status |
|---|---|---|
| 120653 | | Inactive |

| Date/Time | Cell Location |
|---|---|
| 06/07/2022 16:42 | |

**INMATE INFORMATION**

| Field | Value |
|---|---|
| Name | PRINGLE, BYRON LINDELLE |
| Local ID (Names) | N/A |
| AKA | EATON, TYRONE; CONNERS, BYRON; PALMER, BYRON; PRINGLE, SHYLEK |
| Address | [redacted] COLUMBIA, SC 29210 |
| Race | B |
| Sex | M |
| Hair | BLK |
| Eye | BRO |
| DOB | [redacted] |
| Age | 46 |
| Height | 5'11 |
| Weight | 190 |
| SSN | [redacted] |
| Marital Status | Single, 4 Dependents |
| Time Lived In Area | Unk |
| Local ID (Jail) | N/A |
| SID | SC00899591 |
| FBI # | 227365TA1 |
| Country of Birth | United States |
| Citizenship | United States |
| Juvenile | Adult |
| Security | MAX |
| Name ID | *IM68554* 68554 |
| Employer | Unemployed |
| Religion | Christian |
| Employer Address | N/A |
| Employer Phone # | N/A |
| Attorney | Unk |
| Attorney Phone # | N/A |
| Property Bins | None |
| Booking Officer | BAUM, K. L. (E74677) |
| Intake Officer | BAUM, K. L. (E74677) |
| Search Officer | BAUM, K. L. (E74677) |
| Prior Bookings | 131174, 123199, 111605, 109359, 106353, 105323, 92902, 81872, 75221, 43069 |
| Jail Alerts | None |

**CHARGES**

**Arrest ID #: 277054**

| Docket # | Date Arrested | | Charge | Charge: Type | Status | Amount | Bond: Status | Type |
|---|---|---|---|---|---|---|---|---|
| 8102P0673183 WCPD | 06/07/2022 | 61-06-4020\|0607 | ALCOHOL / TRANSPORT ALCOHOL IN MOTOR VEHICLE WITH SEAL BROKE | M | PRET | $250.00 | INAC | SURE |
| 8102P0673182 WCPD | 06/07/2022 | 56-01-0460(A)(1)(B)\|0174 | TRAFFIC/DUS LICENSE NOT SUSPENDED FOR DUI - 2ND OFFENSE | M | PRET | $250.00 | INAC | SURE |

**Arrest ID #: 277198**

| Docket # | Date Arrested | | Charge | Charge: Type | Status | Amount | Bond: Status | Type |
|---|---|---|---|---|---|---|---|---|
| 2021A3210900024 BOND | 06/08/2022 | 44-53-0370(b)(1)\|2ND\|018 4 | DRUGS/MDP, NARCOTIC SCHED. I(B)&(C), LSD, AND SCHED. II 2ND | F | PRET | | INAC | RECO |

User: SMILEYJ, **LEXINGTON COUNTY SHERIFF`S DEPARTMENT** 10/30/2024 17:45

**BOOKING REPORT**

| Case ID | Date Arrested | Officer | Agency | Charge | UCR | Charge: Type | Charge: Status | Amount | Bond: Status | Bond: Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 2021A3210201330 | 06/08/2022 | 44-53-0370(e)(3)(a)2\|0156 | | TRAFFICK HEROIN MORPH ETC >4G BUT <14G 2ND OR SUB OFFENSE | | F | PRET | | INAC | RECO BOND |

**NOTES**

**[06/21/2022 09:59, SCOTTE, 7557, LCSD] NEW PIN AS OF 6/21: 68554109172**

**HOLD FOR RICHLAND CO. 1894248 FRAUDULENT CHECK VIA RUTH [06/08/2022 16:58, KEYESL, 584, LCSD]**

User: JORDANS

**LEXINGTON COUNTY SHERIFF'S DEPARTMENT**

**BOOKING REPORT**

06/27/2022 09:10

| Booking # | | Status | |
|---|---|---|---|
| 120653 | *JM120653* | Inactive | |
| Date/Time 06/07/2022 16:42 | Cell Location | | |

**INMATE INFORMATION**

| Field | Value |
|---|---|
| Name | PRINGLE, BYRON LINDELLE |
| Local ID (Names) | N/A |
| AKA | EATON, TYRONE; CONNERS, BYRON; PALMER, BYRON; PRINGLE, SHYLEK |
| Address | [redacted] COLUMBIA, SC 292041342 |
| Race | B |
| Sex | M |
| Hair | BLK |
| Eye | BRO |
| DOB | [redacted] |
| Age | 46 |
| Height | 5'11 |
| Weight | 189 |
| SSN | [redacted] |
| Marital Status | Single, 2 Dependents |
| Time Lived In Area | Unk |
| Local ID (Jail) | N/A |
| SID | SC00899591 |
| FBI # | 227365TA1 |
| Country of Birth | United States |
| Citizenship | United States |
| Juvenile | Adult |
| Security | MED |
| Name ID | 68554 (*IM68554*) |
| Employer | Unemployed |
| Religion | Christian |
| Employer Address | N/A |
| Employer Phone # | N/A |
| Attorney | Unk |
| Attorney Phone # | N/A |
| Property Bins | None |
| Booking Officer | BAUM, K. L. (E74677) |
| Intake Officer | BAUM, K. L. (E74677) |
| Search Officer | BAUM, K. L. (E74677) |
| Prior Bookings | 111605, 110174, 109359, 106353, 105323, 92902, 81872, 75221, 43069 |
| Jail Alerts | None |

**CHARGES**

**Arrest ID #:** 277054

| Docket # | Date Arrested | | Charge | Charge Type | Status | Amount | Bond Status | Type |
|---|---|---|---|---|---|---|---|---|
| 8102P0673183 WCPD | 06/07/2022 | 61-06-4020\|0607 | ALCOHOL / TRANSPORT ALCOHOL IN MOTOR VEHICLE WITH SEAL BROKE | M | PRET | $250.00 | INAC | SURE |
| 8102P0673182 WCPD | 06/07/2022 | 56-01-0460(A)(1)(B)\|0174 | TRAFFIC/DUS LICENSE NOT SUSPENDED FOR DUI - 2ND OFFENSE | M | PRET | $250.00 | INAC | SURE |

**Arrest ID #:** 277198

| Docket # | Date Arrested | Charge | Charge Type | Status | Amount | Bond Status | Type |
|---|---|---|---|---|---|---|---|

68554

**PRINGLE, BYRON LINDELLE**

STATE OF SOUTH CAROLINA,
COUNTY/MUNICIPALITY OF Lexington

STATE OF SOUTH CAROLINA
vs.
Byron Lindelle Pringle
Defendant.

IN RE: A 1 Bonding / Kirk Brunson
Surety

IN THE COURT OF General Sessions

AFFIDAVIT OF SURRENDER OF DEFENDANT BY SURETY

Amount of Bond: $25000.00
S.S.N.: ______
D.O.B.: ______
By: Robbin Thompson
Date of Bond: 05/07/2021

PERSONALLY APPEARED BEFORE ME, the undersigned surety/deponent, who being duly sworn, states that he is a duly authorized representative of A 1 Bonding / Kirk Brunson Surety Company, who is contractually acting as surety for the above named defendant on the following ☐ ticket ☒ warrant ☐ indictment number(s) and charges: MDP Narc drugs 2nd Offense 2021A3210900024, Trafficking in Heroin 2nd Offense - 2021A3210201330

☒ Defendant was incarcerated by surety/deponent for a violation or imminent violation of a specific term(s) of the bail bond as sworn to below. **Surety/deponent states under penalty of perjury that the information contained in this Affidavit constitutes good cause for the immediate incarceration of defendant.**

☐ Defendant was incarcerated by ☐ surety/deponent ☐ law enforcement as the result of a bench warrant for a violation of a specific term(s) of the bail bond as stated in the bench warrant and sworn to below.

Defendant was rearrested on 6/7/22 for Transport Alcohol with broken seal (3102P0673183), DUS 2nd (3102P0673182). Defendant fails to check in with Surety as required. Surety can not guarantee defendant's appearance in court
(Attach additional sheets if necessary.)

Sworn to and Subscribed before me
this 8 day of June, 2022
Brittany Hydrick
Notary Public for South Carolina
My Commission expires 03/26/2025

[signature]
Signature of Surety/Deponent
A 1 Bonding / Kirk Brunson
Surety Company

I have received custody of the above named defendant pursuant to ☑ immediate incarceration by surety ☐ bench warrant and the defendant will remain in custody until such time as notice concerning defendant is received from a clerk of court or court of competent jurisdiction.
Officer: [signature] Date: June 8, 2022
Detention Facility for the: ☑ County ☐ Municipality of Lexington

SCCA/636 (07/2008)

STATE OF SOUTH CAROLINA
COUNTY OF Lexington

IN THE COURT OF General Sessions

WARRANT/TICKET/ INDICTMENT # 2021A3210900024 / 2021A3210201330

STATE OF SOUTH CAROLINA

AMOUNT OF BOND $25000.00

-VS-

Byron Lindile Pringle
DEFENDANT

SSN ______ DOB ______

DATE BOND POSTED 05/07/2021

IN RE: A1 Bonding/Kirk Brunson
SURETY

MOTION TO BE RELIEVED ON BOND

PLEASE TAKE NOTICE that A 1 Bonding/Kirk Brunson Surety, moves before this Court, such motion to be heard on the date and time indicated below, requesting an Order to be Relieved on the bond of the above named defendant.

Surety moves to be relieved on the bond based on the following grounds and facts as stated in the attached affidavit (**affidavit required**):

☐ 1. To prevent defendant from committing an imminent violation of specific terms of the bail bond.

☐ 2. The defendant has violated any one of the specific terms of the bond.

☒ 3. Other: (specify) See Attached Affidavit

SWORN TO AND SUBSCRIBED BEFORE ME
THIS 8 DAY OF June, 2022

[signature]
NOTARY PUBLIC FOR SOUTH CAROLINA
My Commission expires: 7-14-27

Brittany Hydrick
SURETY

**ORDER OF COURT**

The above motion is hereby ☐ GRANTED ☐ DENIED.
The bond shall be set at ______ ☐ remain as is.

Defendant to be ☐ committed ☐ released under the above charge(s).

Date and Location: ______ County, South Carolina.

**NOTICE OF HEARING**
Please take notice that a hearing on the above motion is scheduled at the ______ located at ______ at ______ o'clock on ______. If you do not appear, the hearing will be held in your absence.

**JUDGE** ______

SCCA/635 (07/2008) ☐ **Court Copy** ☐ **Defendant Copy** ☐ **Solicitor's Copy** ☐ **Surety Copy**

3:24-cv-04303-JDA Date Filed 03/10/26 Entry Number 56-3 Page 87 of 179

Form B-408
Rev. 06/2014

# UNIFORM TRAFFIC TICKET

STATE OF SOUTH CAROLINA
VERSUS

CITY/COUNTY OF

VIOLATOR
FIRST NAME | MIDDLE NAME | LAST NAME
STREET
CITY | STATE | ZIP CODE
DL STATE | DRIVER'S LICENSE NO. | CLASS | CDL ☐ YES ☐ NO
RACE | SEX | BIRTH DATE | HGT. | WGT. | HAIR | EYES

VEHICLE
VEH. LIC. NO. | STATE | MAKE OF VEH | YEAR
VEHICLE OWNER FIRST NAME | MIDDLE NAME | LAST NAME
OWNER STREET | CITY | STATE | ZIP CODE

**YOU ARE SUMMONED TO APPEAR BEFORE THE TRIAL COURT**

INCIDENT NO.

TRIAL COURT
NAME OF TRIAL COURT | STREET
DATE OF TRIAL | TIME OF TRIAL | CITY | STATE | ZIP CODE

VIOLATION
VIOLATION SECTION NO. | VIOLATION - COURT APPEARANCE REQUIRED YES NO
DATE OF VIOLATION | TIME OF VIOL. | SC POINTS | B.A. LEVEL
VIOLATION LOCATION | COUNTY
LAT | LONG | CITY

OFFICER
NAME AND RANK OF ARRESTING OFFICER | SCCJA OFFICER NUMBER

AGENCY/TROOP

ARREST
BAIL DEPOSITED | DATE OF ARREST | BOND AMOUNT REQUESTED
DATE BAIL REC'D | BY

COURT INFORMATION
CASE BEFORE: MAGISTRATE ☐ MUN. COURT ☐ CIRCUIT COURT ☐ FAMILY COURT ☐ FEDERAL COURT ☐
NAME OF THE TRIAL COURT IF DIFFERENT FROM ABOVE
TRIAL BY: TRIAL JUDGE ☐ JURY ☐ | DEFENDANT DID NOT APPEAR ☐ APPEARED ☐
DISPOSITION DATE | DISPOSITION: NOLLE PROSSED ☐ FORFEITED BOND ☐ | GUILTY ☐ NOT GUILTY ☐ | PLED NOLO CONTENDERE ☐
CHARGE CONVICTED OF | SAME AS ORIGINAL ☐ | SC POINTS
JAIL | SUSPEND | FINE | AMT. COLLECTED | AMT. SUSPENDED | COMMITTED TO: | Vehicle Searched
CERTIFIED CORRECT | DATE | Arrest as Result of Collision

TRIAL COURT COPY TICKET# 8102P 0673182

BAKER-K-086



3:24-cv-04303-JDA Date Filed 03/10/26 Entry Number 56-3 Page 88 of 179

Rev. 08/2014

# UNIFORM TRAFFIC TICKET

STATE OF SOUTH CAROLINA
VERSUS

CITY/COUNTY OF

VIOLATOR

FIRST NAME | MIDDLE NAME | LAST NAME

STREET

CITY | STATE | ZIP CODE

DL STATE | DRIVER'S LICENSE NO. | CLASS | CDL ☐ YES ☐ NO

RACE | SEX | BIRTH DATE | HGT. | WGT. | HAIR | EYES

VEHICLE

VEH. LIC. NO. | STATE | MAKE OF VEH. | YEAR

VEHICLE OWNER FIRST NAME | MIDDLE NAME | LAST NAME

OWNER STREET | CITY | STATE | ZIP CODE

INCIDENT NO.

YOU ARE SUMMONED TO APPEAR BEFORE THE TRIAL COURT

TRIAL COURT

NAME OF TRIAL COURT | STREET

DATE OF TRIAL | TIME OF TRIAL | CITY | STATE | ZIP CODE

VIOLATION

VIOLATION SECTION NO. | VIOLATION - COURT APPEARANCE REQUIRED YES NO

DATE OF VIOLATION | TIME OF VIOL. | SC POINTS | B.A. LEVEL

VIOLATION LOCATION | COUNTY

LAT | LONG | CITY

OFFICER

NAME AND RANK OF ARRESTING OFFICER | SCCJA OFFICER NUMBER

AGENCY/TROOP

ARREST

BAIL DEPOSITED | DATE OF ARREST | BOND AMOUNT REQUESTED

DATE BAIL REC'D. | BY

COURT INFORMATION

CASE BEFORE: MAGISTRATE ☐ MUN. COURT ☐ CIRCUIT COURT ☐ FAMILY COURT ☐ FEDERAL COURT ☐

NAME OF THE TRIAL COURT IF DIFFERENT FROM ABOVE

TRIAL BY: TRIAL JUDGE ☐ JURY ☐ | DEFENDANT: DID NOT APPEAR ☐ APPEARED ☐

DISPOSITION DATE | DISPOSITION: NOLLE PROSSED ☐ FORFEITED BOND ☐ | GUILTY ☐ NOT GUILTY ☐ | PLED NOLO CONTENDERE ☐

CHARGE CONVICTED OF | SAME AS ORIGINAL ☐ | SC POINTS

JAIL | SUSPEND | FINE | AMT. COLLECTED | AMT. SUSPENDED | COMMITTED TO | Vehicle Searched

CERTIFIED CORRECT | DATE | Arrest as Result of Collision

TRIAL COURT COPY TICKET# 8102P 0673183

BAKER-K-087

User: DAVENPORTJ, LEXINGTON COUNTY SHERIFF'S DEPARTMENT 06/24/2022 10:58

BOOKING REPORT

Booking # 120653 *JM120653* Status Active

Date/Time 06/07/2022 16:42 Cell Location NJL, CPOD, CPOD, 06PC06

INMATE INFORMATION

Name PRINGLE, BYRON LINDELLE ✓ Local ID (Names) N/A

AKA EATON, TYRONE; CONNERS, BYRON; PALMER, BYRON; PRINGLE, SHYLEK

Address [REDACTED] COLUMBIA, SC 292041342

Race B Sex M

Hair BLK Eye BRO

DOB [REDACTED] Age 46 Height 5'11 Weight 189

SSN [REDACTED] Marital Status Single, 2 Dependents Time Lived In Area Unk

Local ID (Jail) N/A SID SC00899591 ✓ FBI # 227365TA1 ✓

Country of Birth United States Citizenship United States

*IM68554*

Name ID 68554

Juvenile Adult Security MED

Employer Unemployed Religion Christian

Employer Address N/A Employer Phone # N/A

Attorney Unk Attorney Phone # N/A

Property Bins 0137

Booking Officer BAUM, K. L. (E74677)

Intake Officer BAUM, K. L. (E74677)

Search Officer BAUM, K. L. (E74677)

Prior Bookings 111605, 110174, 109359, 106353, 105323, 92902, 81872, 75221, 43069

Jail Alerts None

CHARGES

Arrest ID #: 277054

| Docket # | Date Arrested | | Charge | Charge: Type | Status | Amount | Bond: Status | Type |
|---|---|---|---|---|---|---|---|---|
| 8102P0673183 ✓ WCPD ✓ | 06/07/2022 | 61-06-4020\|0607 ✓ | ALCOHOL / TRANSPORT ALCOHOL IN MOTOR VEHICLE WITH SEAL BROKE | M | PRET | $250.00 | INAC | SURE |
| 8102P0673182 ✓ WCPD ✓ | 06/07/2022 | 56-01-0460(A)(1)(B)\|0174 ✓ | TRAFFIC/DUS LICENSE NOT SUSPENDED FOR DUI - 2ND OFFENSE | M | PRET | $250.00 | INAC | SURE |

Arrest ID #: 277198

| Docket # | Date Arrested | Charge | Charge: Type | Status | Amount | Bond: Status | Type |
|---|---|---|---|---|---|---|---|



3:24-cv-04303-JDA Date Filed 03/10/26 Entry Number 56-3 Page 90 of 179

BAKER-K-089



3:24-cv-04303-JDA Date Filed 03/10/26 Entry Number 56-3 Page 91 of 179

BAKER-K-090



LEXINGTON COUNTY DETEN[illegible]
[illegible]
Lexington, S.C. [illegible]
[illegible]

[illegible]
TRANSACTION #[illegible]
Inmate: [illegible]
Inmate ID: [illegible]
Amount [illegible]

[illegible]
Amount [illegible]

ALL TRANSACTIONS ARE FINAL
ONCE YOU LEAVE THE FACILITY

# Lexington County Detention Center

**Receipt Of Personal Property From An Arrestee**

**ARRESTEE INFORMATION**

*This shaded portion is to be completed by the transporting officer - PRINT*

| Time Arrestee Arrived | Date Arrestee Arrived | Transporting Officer(PRINT) | Transporting Agency |
|---|---|---|---|
| 1608 | 04/07/12 | J. Snow | WCPD |

| Arrestee Name(First, Middle, Last) | Social Security Number | DOB | Race | Sex |
|---|---|---|---|---|
| ~~[illegible]~~ Kirk Pringle | [redacted] | [redacted] | B | M |

**Charges Arrestee Being Comitted To [illegible]**

VIOLATION ABC ACT

DUS 2ND

Probable Cause Statement Form Needed? YES NO

Signature of arresting officer emailing form to Bond Ct.

Towing Co. Name | Towing Co. Address | Towing Co. Phone #

**PROPERTY INVENTORY**

| Wallet | Watch | Ring | Earring |
|---|---|---|---|
| | | | |

| Bracelet | Necklace | Elec. Device(cellphone laptop etc.) | Drivers License(State and #) |
|---|---|---|---|
| | | Item: Black flip phon<br>Item Status: | J[redacted] |

| Cigarettes | Keys | Elec. Device(cellphone laptop etc.) | Other |
|---|---|---|---|
| | | Item:<br>Item Status: | |

**MONEY**

| Cash Received | Confirming Transp. Officer | Confirming Intake Officer |
|---|---|---|
| $16.90 | J. Snow | [signature] |

| Checks Received | Confirming Transp. Officer | Confirming Intake Officer |
|---|---|---|
| Ø | [signature] | [signature] |

**CLOTHING**

| Shirt | Pants | Shoes | Coat |
|---|---|---|---|
| white | Black | Black | |

| Hat/Cap | Skirt | Dress | Other |
|---|---|---|---|
| | | | Black Belt |

**MEDS**

| Medication Received | Nurse Taking Possession of Medication |
|---|---|
| | |

| INTAKE OFFICER(Print) | REVIEWING BOOKING SUPERVISOR(Print) |
|---|---|
| | |

| PROPERTY BAG NUMBER | INMATE SIGNATURE STATING ALL ENTRIES ARE CORRECT |
|---|---|
| 0137 | X [signature] |

Lexington County Detention Center
Intake Officer Observations

| Inmate Full Name (Last, First, Middle) | Booking Number | Sex | Date of Intake | Time of Intake |
|---|---|---|---|---|
| MCNOLE BYRON | | M | 06/07/22 | 1610 |

Questions for Transporting Officer/Deputy

| Print Name & Signature of Transporting Officer/Deputy: | A. DINOVO |
|---|---|

| | A-C to be answered by the transport officer/deputy | Comments | | |
|---|---|---|---|---|
| A | Does your arrestee have any injuries, mental health issues or medical concerns of which you are aware? | | YES | NO (circled) |
| B | Was your arrestee involved in a motor vehicle collision? | | YES | NO (circled) |
| C | Was an electronic control device or chemical agent (Taser, stun gun, OC spray, etc.) utilized on your arrestee? | | YES | NO (circled) |

| | Intake Officer *Observations* (Explain all YES answers) | Comments | | |
|---|---|---|---|---|
| 1 | Did arrestee need assistance to enter intake area? (i.e. not under his/her own power) | | YES | NO (circled) |
| 2 | Was the arrestee brought via the hospital by the arresting officer? **(Provide comment if YES)** | | YES | NO (circled) |
| 3 | Is the arrestee unconscious or showing signs of illness, injury, bleeding, pain, headaches, diarrhea, vomiting, stomach pains suggesting the need for immediate emergency medical referral? **(If yes provide comment and contact intake nurse)** | | YES | NO (circled) |
| 4 | Are there any visible signs of fever, jaundice, skin lesions, rash, infections, cuts, bruises, or minor injuries? | | YES | NO (circled) |
| 5 | Has the arrestee traveled to or from Wuhan China (or been exposed to someone who has) within the last 14 days? | | YES | NO (circled) |
| 6 | Does the arrestee exhibit any signs that suggest the risk of suicide, assault, or abnormal behavior? | | YES | NO (circled) |
| 7 | **Ask the arrestee if they have consumed/ingested alcohol or drugs within the last 24 hours; OR immediately before, during, after arrest to evade prosecution. List name of substance and how much.** | | YES | NO (circled) |
| 8 | **Is the arrestee a diabetic? If yes, medical MUST perform blood sugar reading** | **BLOOD SUGAR RESULT:** ______ | YES | NO (circled) |
| 9 | Does arrestee appear to be under the influence of or withdrawing from drugs or alcohol? | | YES | NO (circled) |
| 10 | Is arrestee's mobility restricted due to deformity, cast, injury, etc.? | | YES | NO (circled) |
| 11 | Did the arrestee go directly to the safety (holding) cell? | | YES | NO (circled) |
| 12 | Has the arrestee experienced any injuries in the last 48 hours? | | YES | NO (circled) |
| 13 | **Has the arrestee been involved in a CAR accident within the last 48 hours? Verify w/ transporting officer** | | YES | NO (circled) |
| 14 | **Do you have any relatives (inmate or officer) currently in this facility?** | | YES | NO (circled) |
| 15 | **Does arrestee identify as a male or female?** | MALE (circled) | FEMALE | |

*If there are any YES answers to these questions, a nurse SHALL physically assess and approve an inmate PRIOR to acceptance*

| Intake Officer Signature | Reviewing Booking Supervisor Signature |
|---|---|
| J. Snelgrove | |

| Reviewing Nurse Signature |
|---|
| |



INMATE PROPERTY RELEASE FORM

State of South Carolina )
County of *Lexington* )
State of South Carolina )
Vs. )
*Byron Lindelle Pringle* )

In the Court of
*General Sessions*

Warrant/Ticket Numbers
*2021A3210201330/2021A3210900024*

ORDER OF CONSENT
WITHDRAWAL OF RECOMMITTAL BY SURETY

This matter comes before me by a consent order from the Surety. It appears from the signature affixed hereto that the Surety, **A-1 Bonding / Kirk Brunson** posted a total amount of ***$25,000.00*** for (Defendant) ***Byron Lindelle Pringle*** for (CHARGE(S)) ***MDP Narc drugs Sch I & Sch II 2nd Offense; Trafficking Heroin 2nd Offense***

**A-1 Bonding / Kirk Brunson** filed an affidavit of recommittal on these bonds. It appears from the affixed signature that the **A-1 Bonding / Kirk Brunson** rescinds the recommittal and agrees to remain on the bonds for (DEFENDANT) ***Byron Lindelle Pringle***

Therefore, I hereby order that the recommittal is rescinded and ***Byron Lindelle Pringle*** will remain on the bond. Furthermore, the bond amounts and conditions shall remain the same. The defendant shall be released from the detention center on these charges.

AND IT IS SO ORDERED this 21 day of June, 2022

_______________
*Judge*

I Consent:
_______________
*Agent*
*A-1 Bonding / Kirk Brunson*

I So Move:
_______________
*Attorney for Defendant*

A TRUE COPY



3:24-cv-04303-JDA Date Filed 03/10/26 Entry Number 56-3 Page 97 of 179

BAKER-K-096

STATE OF SOUTH CAROLINA,
COUNTY/MUNICIPALITY OF Lexington

IN THE COURT OF General Sessions

AFFIDAVIT OF SURRENDER OF DEFENDANT BY SURETY

TATE OF SOUTH CAROLINA

vs.

Byron Lindelle Pringle
Defendant.

Amount of Bond: $25000.00
S.S.N.:
D.O.B.:
By: Robbin Thompson
Date of Bond: 09/07/2021

IN RE: A 1 Bonding / Kirk Brunson
Surety

PERSONALLY APPEARED BEFORE ME, the undersigned surety/deponent, who being duly sworn, states that he is a duly authorized representative of A 1 Bonding / Kirk Brunson Surety Company, who is contractually acting as surety for the above named defendant on the following ☐ticket ☒warrant ☐indictment number(s) and charges: MDP Narc drugs 2nd Offense-2021A3210900024, Trafficking in Heroin 2nd Offense-2021A3210201330.

☒ Defendant was incarcerated by surety/deponent for a violation or imminent violation of a specific term(s) of the bail bond as sworn to below. **Surety/deponent states under penalty of perjury that the information contained in this Affidavit constitutes good cause for the immediate incarceration of defendant.**

] Defendant was incarcerated by ☐ surety/deponent ☐ law enforcement as the result of a bench warrant for a violation of a specific term(s) of the bail bond as stated in the bench warrant and sworn to below.

Defendant was rearrested on 6/7/22 for Transport Alcohol with broken seal (8102P0673183), DUS 2nd (8102P0673182). Defendant fails to check in with Surety as required. Surety can not guarantee defendant's appearance in court

(Attach additional sheets if necessary.)

Sworn to and Subscribed before me this 8 day of June, 2022
Brittany Hydrick
Notary Public for South Carolina
My Commission expires 03/26/2025

[signature]
Signature of Surety/Deponent
A 1 Bonding / Kirk Brunson
Surety Company

I have received custody of the above named defendant pursuant to ☑ immediate incarceration by surety ☐ bench warrant and the defendant will remain in custody until such time as notice concerning defendant is received from a clerk of court or court of competent jurisdiction.
Officer: [signature] Date: June 8, 2022
Detention Facility for the: ☑ County ☐ Municipality of Lexington

SCCA/636 (07/2008)

STATE OF SOUTH CAROLINA )
COUNTY OF Lexington )

IN THE COURT OF General Sessions

STATE OF SOUTH CAROLINA

-VS-

Byron Lindelle Pringle
DEFENDANT

IN RE: A 1 Bonding/Kirk Brunson
SURETY

WARRANT/TICKET/ INDICTMENT # 2021A3210900024 2021A3210201330

AMOUNT OF BOND $25000.00

SSN ____ DOB ____

DATE BOND POSTED 05/07/2021

MOTION TO BE RELIEVED ON BOND

PLEASE TAKE NOTICE that A 1 Bonding/Kirk Brunson Surety, moves before this Court, such motion to be heard on the date and time indicated below, requesting an Order to be Relieved on the bond of the above named defendant.

Surety moves to be relieved on the bond based on the following grounds and facts as stated in the attached affidavit (**affidavit required**):

☐ 1. To prevent defendant from committing an imminent violation of specific terms of the bail bond.

☐ 2. The defendant has violated any one of the specific terms of the bond.

☒ 3. Other: (specify) See Attached Affidavit

SWORN TO AND SUBSCRIBED BEFORE ME THIS 8 DAY OF June, 2022

[signature]
NOTARY PUBLIC FOR SOUTH CAROLINA
My Commission expires: 7-14-27

Brittany Hudnick [signature]
SURETY

**ORDER OF COURT**

The above motion is hereby ☐ GRANTED ☐ DENIED.
The bond shall be set at ____ ☐ remain as is.

Defendant to be ☐ committed ☐ released under the above charge(s).

Date and Location: ____ County, South Carolina.

**JUDGE** ____

**NOTICE OF HEARING**
Please take notice that a hearing on the above motion is scheduled at the ____
located at ____
at ____ o'clock on ____.
If you do not appear, the hearing will be held in your absence.

SCCA/635 (07/2008) ☐ **Court Copy** ☐ **Defendant Copy** ☐ **Solicitor's Copy** ☐ **Surety Copy**



3:24-cv-04303-JDA Date Filed 03/10/26 Entry Number 56-3 Page 100 of 179

Banking Folder Notes

Inmate's Name: ______

| DATE | TIME | SHIFT | Officer | Note(s) |
| --- | --- | --- | --- | --- |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

BAKER-K-099

3:24-cv-04303-JDA Date Filed 03/10/26 Entry Number 56-3 Page 101 of 179

BAKER-K-100



3:24-cv-04303-JDA Date Filed 03/10/26 Entry Number 56-3 Page 102 of 179

[illegible]

[illegible]

BAKER-K-101

# RICHLAND COUNTY SHERIFF'S DEPARTMENT

## WARRANT DIVISION

2500 Decker Blvd
COLUMBIA, SOUTH CAROLINA 29223

FAX / HOLD

Agency: Lexington Co. Detention Center From: Ruth

Attn: RECORDS Date: 6/8/22

Fax Number: 803 785 2742 Phone No. (803) 576-3185

Phone Number: 803 785 2755 Number of Page(s) Two (2)

Subject: Pringle, Byron L. Race: B Sex: M DOB:

Offender# SSN: SCDL:

PLEASE PLACE A HOLD ON THIS SUBJECT FOR OUR DEPARTMENT.
We have the following charge(s) on this Subject.

Warrant # I894248 Charges: Fraudulent Check
Warrant # Charges:
Warrant # Charges:

**PLEASE NOTIFY WARRANT DIVISION @ 803-576-3185 WHEN SUBJECT IS READY FOR PICK-UP OR IS TURNED OVER TO ANOTHER AGENCY**

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY NOT CONTAIN INFORMATION THAT IS PRIVILEDGED, CONFIDENTIAL & EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPENT, THE EMPLOYEE, OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATIN IN ERROR PLEASE ADVISE THE SENDER IMMEDIATELY BY TELEPHONE, AND DESTROY THE ORIGINAL MESSAGE.
THANK YOU

From: 06/08/2022 16:43 #946 P.002

## ARREST WARRANT

**I-894248**

STATE OF SOUTH CAROLINA
[X] County/ [ ] Municipality of
Richland / Olympia Magistrate

THE STATE
against

Byron L Pringle

Address: [redacted]
Columbia, SC 29201-

Phone: SSN: [redacted]
Sex: M Race: BLACK Height: Weight:
DL State: SC DL #:
DOB: [redacted] Agency ORI #:
Prosecuting Agency:
Prosecuting Officer:
Offense: Checks / Fraudulent check, or stop payment, $500 or less - 1st offense
Offense Code: 0670
Code/Ordinance Sec: 34-11-0060, 0080,

This warrant is CERTIFIED FOR SERVICE in the [ ] County/ [ ] Municipality of ______. The accused is to be arrested and brought before me to be dealt with according to the law.

(L.S.)
Signature of Judge

Date:

### RETURN

A copy of this arrest warrant was delivered to defendant on

Signature of Constable/Law Enforcement Officer

RETURN WARRANT TO:
Olympia Magistrate
1601 Shop Road
Columbia, SC 29201

---

STATE OF SOUTH CAROLINA
[X] County/ [ ] Municipality of
Richland / Olympia Magistrate

## AFFIDAVIT

**DEFENDANT COPY**

Form Approved by S.C. Attorney General April 21, 2003 SCCA 613

Personally appeared before me the affiant Richland County Solicitors W C U/ Piggly Wiggly who being duly sworn deposes and says that defendant Byron L Pringle did within this county and state on or about 09/08/2011 violate the criminal laws of the State of South Carolina (or ordinance of [X] County/ [ ] Municipality of Richland / Olympia Magistrate ) in the following particulars:

DESCRIPTION OF OFFENSE: Checks / Fraudulent check, or stop payment, $500 or less - 1st offense

I further state that there is probable cause to believe that the defendant named above did commit the crime set forth and that probable cause is based on the following facts:

That on the above date, in Richland County, the defendant did commit the crime of Uttering a Fraudulent Check/Issuing Stop Payment Order on Check in violation of Section 34-11-0060, 0080, SC Code of Laws, by uttering check # 1139, drawn on Wachovia Bank, made payable to Piggly Wiggly in the amount of $ 52.74. Check was deposited within 10 days and check was returned from the bank marked "Uncollected Funds". The check was then turned over to the 5th Circuit Solicitor's Office Worthless Check Unit (WCU). The 10 day certified letter was sent to the defendant and restitution has not been made. Affiant and others are witness to prove same.

Signature of Affiant

STATE OF SOUTH CAROLINA
[X] County/ [ ] Municipality of
Richland / Olympia Magistrate

Affiant's Address: R C Sol W C U -1701 Main St Room 408
Columbia, SC 29201-
Affiant's Telephone: (803)576-1860

## ARREST WARRANT

TO ANY LAW ENFORCEMENT OFFICER OF THIS STATE OR MUNICIPALITY OR ANY CONSTABLE OF THIS COUNTY:

It appearing from the above affidavit that there are reasonable grounds to believe that on or about 9/8/2011 defendant Byron L Pringle did violate the criminal laws of the State of South Carolina (or ordinance of [X] County/ [ ] Municipality of Richland / Olympia Magistrate ) as set forth below:

DESCRIPTION OF OFFENSE: Checks / Fraudulent check, or stop payment, $500 or less - 1st offense

Having found probable cause and the above affiant having sworn before me, you are empowered and directed to arrest the said defendant and bring him or her before me forthwith to be dealt with according to law. A copy of this Arrest Warrant shall be delivered to the defendant at the time of its execution, or as soon thereafter as is practicable.

Sworn to and subscribed before me on 02/13/2012

(L.S.)
Signature of Issuing Judge
Harold A. Cuff
Judge Code: 5906

Judge's Address: 1601 - B Shop Road
Columbia, SC 29201-4847
Judge's Telephone: (803)576-2550
Issuing Court: [X] Magistrate [ ] Municipal [ ] Circuit

**DEFENDANT COPY DEFENDANT COPY DEFENDANT COPY DEFENDANT COPY DEFENDANT COPY DEFENDANT COPY DEFENDANT COPY**

Richland County Sheriff's Department
KENNETH MILTON SKIPPER
DEP NO. S624
HEIGHT
601
WEIGHT
220
COLOR HAIR
GRAY
COLOR EYES
BLUE
D.O.B
RANK
Sergeant
SIGNATURE
LEON LOTT - SHERIFF OF RICHLAND COUNTY

# N_ C/IN-HOUSE WARRANT MODULE CHECK

| Last Name: | PRINGLE | First Name: | BYRON | Middle Name: | |
|---|---|---|---|---|---|
| SSN # | [redacted] | DOB: | [redacted] Sex: | M | Race: B |
| Aliases: | | | | | |

After querying (TF QW) an inmate in NCIC and receiving a possible **WANTED PERSON** match: 1. Check identifiers to ensure possible match (Sex, Race, DOB, SSN, etc.) 2. Normal working hours call records to advise them that you are faxing them an inmate that needs a "Hit" confirmation sent on—FAX to 2419 3. After normal working hours call 2400 the front desk confirm the "Hit" - Fax to 2463 4. Activate the HOLD module in IMS if the inmate comes back wanted.

| ***INITIAL BOOKING CHECKS:*** | Annotate **CLEAR** if there are no HITS or if the HIT comes back clear or not wanted. Annotate **WILL NOT EXTRADITE** when an out of state agency will not extradite. Annotate **WANTED** of inmate is confirmed as wanted. |
|---|---|

| NCIC CHECK CONDUCTED BY: | OFFICER NAME | Agency with the HIT: ______ Status: ______ Agency with the HIT: ______ Status: ______ |
|---|---|---|
| IN-HOUSE & WARRANT MODULE checked by: | | Circle: **WANTED** by / **CLEAR** |

**PRE-RELEASE CHECKS:**

Final check is to be conducted by the highest ranking supervisor involved in the release authorization process. **N/A fields for not applicable.**

| *Initial Supervisory Prerelease Check* | | Final Supervisory Prerelease Check |
|---|---|---|
| | Verified Warrant/Ticket Number(s) - Satisfied | [initials] |
| | Verified All Charges - Satisfied | [initials] |
| | Victim(s) Notified of I/M's Release | [initials] |
| | Time Served on Sentenced Charges - Satisfied | [initials] |
| | Appropriate Discharge(s) on file - Satisfied | [initials] |
| | In-House/Warrant Module Clear of all Charges | [initials] |
| | IF GPS Monitoring Required - sign/annotate date/time GPS placed on inmate | [mark] |
| | Is I/M to await bedspace at a treatment facility? YES = DO NOT RELEASE!! | [mark] |
| | DNA NEEDED/COLLECTED? If YES, annotate date collected | [mark] |
| | VERIFIED INMATE FINGERPRINTED ON ALL CHARGES Created HARD CARD if NOT showing on RAP sheet | [initials] |
| | CHECKED FOR ANY HOLDS AND VERIFIED NO NCIC HITS - PLACED NEW QW IN FOLDER | [initials] |

| HIT Warrant # | Serv Agency | Status | Issue Agency | Issue Date | Serving Area | Date Served in jail |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

User: SMILEYJ, 10/30/2024 17:43

**LEXINGTON COUNTY SHERIFF`S DEPARTMENT**

**BOOKING REPORT**

| Booking # | | Status | Cell Location |
|---|---|---|---|
| 123199 | *JM123199* | Inactive | |

Date/Time: 09/24/2022 21:55

**INMATE INFORMATION**

| Field | Value |
|---|---|
| Name | PRINGLE, BYRON LINDELLE |
| Local ID (Names) | N/A |
| AKA | EATON, TYRONE; CONNERS, BYRON; PALMER, BYRON; PRINGLE, SHYLEK |
| Address | [redacted] COLUMBIA, SC 29210 |
| Race | B |
| Sex | M |
| Hair | BLK |
| Eye | BRO |
| DOB | [redacted] |
| Age | 47 |
| Height | 5'11 |
| Weight | 190 |
| SSN | [redacted] |
| Marital Status | Single, 4 Dependents |
| Time Lived In Area | Unk |
| Local ID (Jail) | N/A |
| SID | SC00899591 |
| FBI # | 227365TA1 |
| Country of Birth | United States |
| Citizenship | United States |
| Juvenile | Adult |
| Security | MAX |
| Name ID | *IM68554* 68554 |
| Employer | Unemployed |
| Religion | Christian |
| Employer Address | N/A |
| Employer Phone # | N/A |
| Attorney | Unk |
| Attorney Phone # | N/A |
| Property Bins | None |
| Booking Officer | ANDERSON, C. (E73050) |
| Intake Officer | LYONS, A. P. (E71693) |
| Search Officer | LYONS, A. P. (E71693) |
| Prior Bookings | 131174, 120653, 111605, 109359, 106353, 105323, 92902, 81872, 75221, 43069 |
| Jail Alerts | None |

**CHARGES**

**Arrest ID #: 280079**

| Docket # | Date Arrested | | Charge | Charge: Type | Status | Amount | Bond: Status | Type |
|---|---|---|---|---|---|---|---|---|
| 20222610007857 SPRN | 09/24/2022 | 56-01-0460(A)(1)(C)\|3798 | TRAFFIC/DRIVING UNDER SUSPENSION NOT SUSPENDED FOR DUI 3RD | M | PRET | $2,100.00 | INAC | SURE |

**Arrest ID #: 280108**

| Docket # | Date Arrested | | Charge | Charge: Type | Status | Amount | Bond: Status | Type |
|---|---|---|---|---|---|---|---|---|
| 2021A3210201330 BOND | 09/25/2022 | 44-53-0370(e)(3)(a)2\|0156 | TRAFFICK HEROIN MORPH ETC >4G BUT <14G 2ND OR SUB OFFENSE | F | PRET | $15,000.00 | INAC | SURE |
| 2021A3210900024 BOND | 09/25/2022 | 44-53-0370(b)(1)\|2ND\|0184 | DRUGS/MDP, NARCOTIC SCHED. I(B)&(C), LSD, AND SCHED. II 2ND | F | PRET | $10,000.00 | INAC | SURE |

User: SMILEYJ, **LEXINGTON COUNTY SHERIFF`S DEPARTMENT** 10/30/2024 17:43

**BOOKING REPORT**

| Case ID | Date Arrested | Officer | Agency | Charge | UCR | Charge: Type | Charge: Status | Bond: Amount | Bond: Status | Bond: Type |
|---|---|---|---|---|---|---|---|---|---|---|
| **2021A321060017 BOND** | **09/25/2022** | | **16-13-0160(A)(1)\|0258** | **LARCENY/BREAK INTO MOTOR VEH. OR TANKS, PUMPS, WHERE FUEL ST** | | **F** | **PRET** | **$2,000.00** | **INAC** | **SURE** |

**Arrest ID #: 280112**

| Docket # | Date Arrested | | Charge | Charge: Type | Charge: Status | Amount | Bond: Status | Bond: Type |
|---|---|---|---|---|---|---|---|---|
| **8102P0673182 BOND** | **09/25/2022** | **56-01-0460(A)(1)(B)\|0174** | **TRAFFIC/DUS LICENSE NOT SUSPENDED FOR DUI - 2ND OFFENSE** | **M** | **PRET** | | **INAC** | **RECO** |
| **8102P0673183 BOND** | **09/25/2022** | **61-06-4020\|0607** | **ALCOHOL / TRANSPORT ALCOHOL IN MOTOR VEHICLE WITH SEAL BROKE** | **M** | **PRET** | | **INAC** | **RECO** |

**NOTES**

**68554**

**PRINGLE, BYRON LINDELLE**

User: JORDANS, 11/16/2022 13:31

# LEXINGTON COUNTY SHERIFF'S DEPARTMENT
## BOOKING REPORT

Booking #: 123199 | *JM123199* | Status: Inactive

Date/Time: 09/24/2022 21:55 | Cell Location:

**INMATE INFORMATION**

Name: PRINGLE, BYRON LINDELLE | Local ID (Names): N/A

AKA: EATON, TYRONE; CONNERS, BYRON; PALMER, BYRON; PRINGLE, SHYLEK

Address: [redacted] COLUMBIA, SC 292041342 | Race: B | Sex: M | Hair: BLK | Eye: BRO

DOB: [redacted] | Age: 47 | Height: 5'11 | Weight: 200

SSN: [redacted] | Marital Status: Single, 2 Dependents | Time Lived In Area: Unk

Local ID (Jail): N/A | SID: SC00899591 | FBI #: 227365TA1

Country of Birth: United States | Citizenship: United States

Juvenile: Adult | Security: MIN

*IM68554* Name ID: 68554

Employer: Unemployed | Religion: Christian

Employer Address: N/A | Employer Phone #: N/A

Attorney: Unk | Attorney Phone #: N/A

Property Bins: None

Booking Officer: ANDERSON, C. (E73050)

Intake Officer: LYONS, A. P. (E71693)

Search Officer: LYONS, A. P. (E71693)

Prior Bookings: 120653, 111605, 110174, 109359, 106353, 105323, 92902, 81872, 75221, 43069

Jail Alerts: None

**CHARGES**

**Arrest ID #:** 280079

| Docket # | Date Arrested | | Charge | Charge Type | Status | Amount | Bond Status | Type |
|---|---|---|---|---|---|---|---|---|
| 20222610007857 SPRN | 09/24/2022 | 56-01-0460(A)(1)(C)3798 | TRAFFIC/DRIVING UNDER SUSPENSION NOT SUSPENDED FOR DUI 3RD | M | PRET | $2,100.00 | INAC | SURE |

**Arrest ID #:** 280108

| Docket # | Date Arrested | | Charge | Charge Type | Status | Amount | Bond Status | Type |
|---|---|---|---|---|---|---|---|---|
| 2021A3210201330 BOND | 09/25/2022 | 44-53-0370(e)(2)(a)2 0156 | TRAFFICK HEROIN, MORPH ETC >4G BUT <14G 2ND OR SUB OFFENSE | F | PRET | $15,000.00 | INAC | SURE |

68554 PRINGLE, BYRON LINDELLE



3:24-cv-04303-JDA Date Filed 03/10/26 Entry Number 56-3 Page 110 of 179

BAKER-K-109



UNIFORM TRAFFIC TICKET

STATE OF SOUTH CAROLINA

VERSUS

FIRST NAME: BYRON
MIDDLE NAME: L
LAST NAME: PRINGLE

CITY: COLUMBIA
STATE: SC
ZIP CODE: 29204

CLASS: D
CDL: NO

DL STATE: SC

RACE: B
SEX: M
HGT: 5-11
WGT: 189
HAIR: BLK
EYES: BRO

STATE: SC
MAKE OF VEH: HOND
YEAR: 1994
AUTO

VEHICLE OWNER: BYRON L PRINGLE
OWNER STREET: 1301 ST LOUIS ST
CITY: COLUMBIA
STATE: SC
ZIP CODE: 29204

YOU ARE SUMMONED TO APPEAR BEFORE THE TRIAL COURT

NAME OF TRIAL COURT: SPRINGDALE MUNICIPAL
STREET: 2915 PLATT SPRINGS ROAD
DATE OF TRIAL: 11/01/2022
TIME OF TRIAL: 0830
CITY: SPRINGDALE
STATE: SC
ZIP CODE: 29170
COURT APPEARANCE REQUIRED: YES

VIOLATION: DRIVING UNDER SUSPENSION 3RD
DATE OF VIOLATION: 09/24/2022
TIME OF VIOL: 1730
COUNTY: 32
VIOLATION LOCATION: I 26W EXIT 2200 AIRPORT BLVD
CITY: SPRINGDALE

NAME AND RANK OF ARRESTING OFFICER: PTL C J DAY
OFFICER NUMBER: 4418-7385
BAIL DEPOSITED: JAIL
DATE OF ARREST: 09/24/2022
BOND AMOUNT REQUESTED: 2100.00
DATE BAIL REC'D
BY

CASE REFER: MAGISTRATE ☐ MUN COURT ☒ CIRCUIT COURT ☐ FAMILY COURT ☐ FEDERAL COURT ☐

DISPOSITION DATE: 11/01/2022
FINE: 2100.0

TRIAL OFFICER'S COPY

TICKET# 20222610007857

CITY/COUNTY OF: SPRINGDALE

INCIDENT NO: 2022-09-0879

AGENCY/TROOP: SPRINGDALE POLICE DEPARTMENT

STATE OF SOUTH CAROLINA,
COUNTY/MUNICIPALITY OF Lexington

IN THE COURT OF General Sessions

AFFIDAVIT OF SURRENDER OF DEFENDANT BY SURETY

STATE OF SOUTH CAROLINA

vs.

Pringle, Byron Lindelle
Defendant.

Amount of Bond: 27,000
S.S.N.: [redacted]
D.O.B.: [redacted]
By: Robbin Thompson
Date of Bond: 5/10/2021

IN RE: A-1/Kirk Brunson/American Surety Corp
Surety

PERSONALLY APPEARED BEFORE ME, the undersigned surety/deponent, who being duly sworn, states that he is a duly authorized representative of A-1 Bonding/Kirk Brunson Surety Company, who is contractually acting as surety for the above named defendant on the following ☒ ticket ☐ warrant ☐ indictment number(s) and charges: Drugs/Trafficking in Heroin morph., etc. 4g or more but less 14g - 2nd or Sub - 2021A3210201330 2021A3210900024 Drugs/MDP Narcotic drugs in Sch. I(b),(c),LSD, and Sched. II - 2nd 2021A3210600027 Larceny/Breaking into motor vehicle or tanks/pumps where fuel

☒ Defendant was incarcerated by surety/deponent for a violation or imminent violation of a specific term(s) of the bail bond as sworn to below. **Surety/deponent states under penalty of perjury that the information contained in this Affidavit constitutes good cause for the immediate incarceration of defendant.**

☐ Defendant was incarcerated by ☐ surety/deponent ☐ law enforcement as the result of a bench warrant for a violation of a specific term(s) of the bail bond as stated in the bench warrant and sworn to below.

(Attach additional sheets if necessary.)

Sworn to and Subscribed before me this 25th day of Sept, 2022
[signature]
Notary Public for South Carolina
My Commission expires 7/14/27

[signature]
Signature of Surety/Deponent

Surety Company

I have received custody of the above named defendant pursuant to ☐ immediate incarceration by surety ☐ bench warrant and the defendant will remain in custody until such time as notice concerning defendant is received from a clerk of court or court of competent jurisdiction.
Officer: [signature] Date:
Detention Facility for the: ☒ County ☐ Municipality of Lexington

SCCA/636 (07/2008)

STATE OF SOUTH CAROLINA,
COUNTY/MUNICIPALITY OF W. Columbia

STATE OF SOUTH CAROLINA

vs

Byron Lindelle Pringle
Defendant.

IN RE: Help Yourself Bail Bond Co.
Surety

IN THE COURT OF W. Columbia Municipal

AFFIDAVIT OF SURRENDER OF DEFENDANT BY SURETY

Amount of Bond: $ 500.00
S.S.N.: [REDACTED]
D.O.B.: [REDACTED]
By: Rachel Wilburn
Date of Bond: June 18, 2022

PERSONALLY APPEARED BEFORE ME the undersigned surety/deponent, who being duly sworn, states that he is a duly authorized representative of Help Yourself Bail Bond Co. Surety Company, who is contractually acting as surety for the above named defendant on the following ☐ ticket, ☐ warrant ☐ indictment number(s) and charges: 8102P0673182 - DUS | Driving under Suspension, license not suspended for DUI - 2nd offense; 8102P0673183 - Alcohol | Transport alcohol in motor vehicle w/ seal broken

☐ Defendant was incarcerated by surety/deponent for a violation or imminent violation of a specific term(s) of the bail bond as sworn to below. **Surety/deponent states under penalty of perjury that the information contained in this Affidavit constitutes good cause for the immediate incarceration of defendant.**

☐ Defendant was incarcerated by ☐ surety/deponent ☐ law enforcement as the result of a bench warrant for a violation of a specific term(s) of the bail bond as stated in the bench warrant and sworn to below.

Defendant was arrested on 9/24/2022 on Charges of DUS 3rd degree, which is a violation of his bond conditions. Also the defendant doesnt have a stable address.

(Attach additional sheets if necessary.)

Sworn to and Subscribed before me this 25th day of Sep 2022

[signature]
Notary Public for South Carolina
My Commission expires 12-2025

[signature]
Signature of Surety/Deponent

Help Yourself Bail Bond Company
Surety Company

I have received custody of the above named defendant pursuant to ☐ immediate incarceration by surety ☐ bench warrant and the defendant will remain in custody until such time as notice concerning defendant is received from a clerk of court or court of competent jurisdiction.

Officer: [signature] Date: ____

Detention Facility for the: ☑ County ☐ Municipality of ____

SCCA/636 (07/2008)

STATE OF SOUTH CAROLINA
COUNTY OF W. Columbia

IN THE COURT OF W. Columbia Municipal

STATE OF SOUTH CAROLINA

Byron Lindelle Pringle
DEFENDANT

IN RE:
Help Yourself Bail Bond Co.
SURETY

WARRANT/TICKET/INDICTMENT # 8102PD673182 - 8102PD673183

AMOUNT OF BOND $500

SSN [redacted] DOB [redacted]

DATE BOND POSTED June 8, 2022

MOTION TO BE RELIEVED ON BOND

PLEASE TAKE NOTICE that Help Yourself Bail Bond Company Surety, moves before this Court, such motion to be heard on the date and time indicated below, requesting an Order to be Relieved on the bond of the above named defendant.

Surety moves to be relieved on the bond based on the following grounds and facts as stated in the attached affidavit (**affidavit required**):

☐ 1. To prevent defendant from committing an imminent violation of specific terms of the bail bond.

☐ 2. The defendant has violated any one of the specific terms of the bond.

☒ 3. Other: (specify) See Affidavit

SWORN TO AND SUBSCRIBED BEFORE ME
THIS 23rd DAY OF Sep, 2022

[signature]
NOTARY PUBLIC FOR SOUTH CAROLINA
My Commission expires: 12-2030

[signature]
SURETY

**ORDER OF COURT**

The above motion is hereby ☐ GRANTED ☐ DENIED.
The bond shall be set at ______ ☐ remain as is.

Defendant to be ☐ committed ☐ released under the above charge(s).

Date and Location: ______ County, South Carolina.

JUDGE ______

**NOTICE OF HEARING**

Please take notice that a hearing on the above motion is scheduled at the ______ located at ______ at ______ o'clock on ______. If you do not appear, the hearing will be held in your absence.

SCCA 655 (07/2008) ☐ Court Copy ☐ Defendant Copy ☐ Solicitor's Copy ☐ Surety Copy

User: DAVENPORTJ, 11/14/2022 12:47

# LEXINGTON COUNTY SHERIFF'S DEPARTMENT
## BOOKING REPORT

Booking #: 123199 — *JM123199* — Status: Active

Date/Time: 09/24/2022 21:55 — Cell Location: NJL, CPOD, CPOD, 02PC09

**INMATE INFORMATION**

Name: PRINGLE, BYRON LINDELLE — Local ID (Names): N/A

AKA: EATON, TYRONE; CONNERS, BYRON; PALMER, BYRON; PRINGLE, SHYLEK

Address: [redacted] COLUMBIA, SC 292041342

Race: B — Sex: M — Hair: BLK — Eye: BRO

DOB: [redacted] — Age: 47 — Height: 5'11 — Weight: 200

SSN: [redacted] — Marital Status: Single, 2 Dependents — Time Lived In Area: Unk

Local ID (Jail): N/A — SID: SC00899591 — FBI #: 227365TA1

Country of Birth: United States — Citizenship: United States

*IM68554*

Name ID: 68554

Juvenile: Adult — Security: MIN

Employer: Unemployed — Religion: Christian

Employer Address: N/A — Employer Phone #: N/A

Attorney: Unk — Attorney Phone #: N/A

Property Bins: 0260

Booking Officer: ANDERSON, C. (E73050)

Intake Officer: LYONS, A. P. (E71693)

Search Officer: LYONS, A. P. (E71693)

Prior Bookings: 120653, 111605, 110174, 109359, 106353, 105323, 92902, 81872, 75221, 43069

Jail Alerts: None

**CHARGES**

Arrest ID #: 280079

| Docket # | Date Arrested | | Charge | Charge Type | Status | Amount | Bond Status | Type |
|---|---|---|---|---|---|---|---|---|
| 20222610007867 SPRN | 09/24/2022 | 56-01-0460(A)(1)(C)(3798 | TRAFFIC/DRIVING UNDER SUSPENSION NOT SUSPENDED FOR DUI 3RD | M | PRET | $2,100.00 | INAC | SURE |

Arrest ID #: 280108

| Docket # | Date Arrested | | Charge | Charge Type | Status | Amount | Bond Status | Type |
|---|---|---|---|---|---|---|---|---|
| 2021A3210201330 BOND | 09/26/2022 | 44-53-0370(e)(3)(c)(0149 | DRUGS / TRAFFICKING IN HEROIN, MORPHINE, ETC., 28 G OR MORE | F | PRET | $15,000.00 | INAC | SURE |









3:24-cv-04303-JDA Date Filed 03/10/26 Entry Number 56-3 Page 117 of 179

# INMATE PROPERTY RECORD

| Item | Bin | | | Date/Time | Reason From | Officer |
|---|---|---|---|---|---|---|
| [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] |

BAKER-K-116

User: ANDERSONC **LEXINGTON COUNTY SHERIFF'S DEPARTMENT** 09/24/2022 22:11:58

## Inmate Classification

**Inmate:** PRINGLE, BYRON LINDELLE **Race:** B **Sex:** M **DOB:** [redacted] **SSN:** [redacted]

**Booking #:** 123199 **Booking Officer:** ANDERSON, C **Date/Time:** 09/24/2022 21:55

**Screening Officer:** ANDERSON, C. **Date:** 09/24/2022 22:11:12

| Q. # | Question | Answer | Notes |
|---|---|---|---|
| 1 | Current Offense Assaultive Felony? | N | |
| 3 | Prior Assaultive Felony Convictions? | N | |
| 5 | Escape History? (Secure) | N | |
| 8 | 3 or More Prior Felony Convictions Within 5 Years? | N | |
| 9 | Detainer, Warrants, or Pending Charges? | N | |
| 10 | Known Past/Present Institutional Behavior Problem? | N | |
| 11 | If presentenced - answer Yes<br>If sentenced - answer No | Y | |
| 14 | Family Ties or Employment? | N | |

**Classification** MIN

**Reason for Re-Classification:**

Inmate Was Reclassified From - MED to MIN . classification

Signature of Classification Officer

Signature of Inmate

**Total 'YES' Answers:** 1 **Total 'NO' Answers:** 7 **Total 'REFUSE' Answers:** 0

*- Inmate's response to this question triggered the above security classification*

# Lexington County Detention Center

**Receipt Of Personal Property From An Arrestee**

**ARRESTEE INFORMATION**

*This shaded portion is to be completed by the transporting officer - PRINT*

| Time Arrestee Arrived | Date Arrestee Arrived | Transporting Officer(PRINT) | Transporting Agency |
|---|---|---|---|
| 1830 | 7/19/22 | B. [illegible] | [illegible] |

| Arrestee Name(First, Middle, Last) | Social Security Number | DOB | Race | Sex |
|---|---|---|---|---|
| [illegible] | [redacted] | | B | M |

**Charges Arrestee Being Comitted To LCDC On:**

[illegible]

Probable Cause Statement Form Needed? YES NO

Signature of arresting officer swearing  to Bond Ct.

Towing Co. Name | Towing Co. Address | Towing Co. Phone #

**PROPERTY INVENTORY**

| Wallet | Watch | Ring | Earring |
|---|---|---|---|
| | BLK | Yellow/[illegible] | |

| Bracelet | Necklace | Elec. Device(cellphone laptop etc.) | Drivers License(State and #) |
|---|---|---|---|
| | | Item: | |
| | | Item Status: | |

| Cigarettes | Keys | Elec. Device(cellphone laptop etc.) | Other |
|---|---|---|---|
| | | Item: | |
| | | Item Status: | |

**MONEY**

| Cash Received | Confirming Transp. Officer | Confirming Intake Officer |
|---|---|---|
| Ø 0.75 [illegible] | [signature] | LYONS, A. |

| Checks Received | Confirming Transp. Officer | Confirming Intake Officer |
|---|---|---|
| Ø | [signature] | LYONS, A. |

**CLOTHING**

| Shirt | Pants | Shoes | Coat |
|---|---|---|---|
| White | Blue | Black [illegible] | |

| Hat/Cap | Skirt | Dress | Other |
|---|---|---|---|
| | | | Brown [illegible] |

**MEDS**

| Medication Received | Nurse Taking Possession of Medication |
|---|---|
| | |

| INTAKE OFFICER(Print) | REVIEWING BOOKING SUPERVISOR(Print) |
|---|---|
| LYONS, A. | |

| PROPERTY BAG NUMBER | INMATE SIGNATURE STATING ALL ENTRIES ARE CORRECT |
|---|---|
| 0260 | X [signature] |

Lexington County Detention Center
Intake Officer Observations

| Inmate Full Name (Last, First, Middle) | Booking Number | Sex | Date of Intake | Time of Intake |
|---|---|---|---|---|
| [illegible handwriting] | | M | 9/24/22 | 1830 |

Questions for Transporting Officer/Deputy

| Print Name & Signature of Transporting Officer/Deputy | [signature] |
|---|---|

| | A-C to be answered by the transport officer/deputy | Comments | | |
|---|---|---|---|---|
| A | Does your arrestee have any injuries, mental health issues or medical concerns of which you are aware? | | YES | NO (circled) |
| B | Was your arrestee involved in a motor vehicle collision? | | YES | NO (circled) |
| C | Was an electronic control device or chemical agent (Taser, stun gun, OC spray, etc.) utilized on your arrestee? | | YES | NO (circled) |

| | Intake Officer *Observations* (Explain all YES answers) | Comments | | |
|---|---|---|---|---|
| 1 | Did arrestee need assistance to enter intake area? (i.e. not under his/her own power) | | YES | NO (circled) |
| 2 | Was the arrestee brought via the hospital by the arresting officer? **(Provide comment if YES)** | | YES | NO (circled) |
| 3 | Is the arrestee unconscious or showing signs of illness, injury, bleeding, pain, headaches, diarrhea, vomiting, stomach pains suggesting the need for immediate emergency medical referral? **(If yes provide comment and contact intake nurse)** | | YES | NO (circled) |
| 4 | Are there any visible signs of fever, jaundice, skin lesions, rash, infections, cuts, bruises, or minor injuries? | | YES | NO (circled) |
| 5 | Has the arrestee traveled to or from Wuhan China (or been exposed to someone who has) within the last 14 days? | | YES | NO (circled) |
| 6 | Does the arrestee exhibit any signs that suggest the risk of suicide, assault, or abnormal behavior? | | YES | NO (circled) |
| 7 | **Ask the arrestee if they have consumed/ingested alcohol or drugs within the last 24 hours; OR immediately before, during, after arrest to evade prosecution. List name of substance and how much.** | | YES | NO (circled) |
| 8 | **Is the arrestee a diabetic? If yes, medical MUST perform blood sugar reading** | **BLOOD SUGAR RESULT:** ______ | YES | NO (circled) |
| 9 | Does arrestee appear to be under the influence of or withdrawing from drugs or alcohol? | | YES | NO (circled) |
| 10 | Is arrestee's mobility restricted due to deformity, cast, injury, etc ? | | YES | NO (circled) |
| 11 | Did the arrestee go directly to the safety (holding) cell? | | YES | NO (circled) |
| 12 | Has the arrestee experienced any injuries in the last 48 hours? | | YES | NO (circled) |
| 13 | **Has the arrestee been involved in a CAR accident within the last 48 hours? Verify w/ transporting officer** | | YES | NO (circled) |
| 14 | **Do you have any relatives (inmate or officer) currently in this facility?** | | YES | NO (circled) |
| 15 | **Does arrestee identify as a male or female?** | MALE (circled) | FEMALE | |

If there are any YES answers to these questions, a nurse SHALL physically assess and approve an inmate PRIOR to acceptan

| Intake Officer Signature | Reviewing Booking Supervisor Signature |
|---|---|
| LYONS, A. | |

| Reviewing Nurse Signature |
|---|
| |



3:24-cv-04303-JDA Date Filed 03/10/26 Entry Number 56-3 Page 121 of 179

BAKER-K-120

**FW: [External] Byron Pringle**

Cindy Webber <[redacted]>
Thu 11/10/2022 3:05 PM
To: Swilley, Vanessa <[redacted]>

**From:** Cindy Webber
**Sent:** Wednesday, November 9, 2022 3:48 PM
**To:** Davenport, James <[redacted]>
**Subject:** RE: [External] Byron Pringle

$220.00 NRVC TRIED IN ABSENCE

257.50 NRVC TRIED IN ABSENCE

**From:** Davenport, James <[redacted]>
**Sent:** Wednesday, November 9, 2022 3:44 PM
**To:** Cindy Webber <[redacted]>
**Subject:** Re: [External] Byron Pringle

[EXTERNAL]
What was the outcome of his sentence?

**Sgt. James Davenport**

Detention Bureau

**Lexington County Sheriff's Department**

m: 803-977-4220 o: 803-785-2755

a: 521 Gibson Road, Lexington, SC 29072

w: www.lexingtonsheriff.com e: [redacted]

---

**From:** Cindy Webber <[redacted]>
**Sent:** Wednesday, November 9, 2022 3:34 PM
**To:** Davenport, James <[redacted]>
**Subject:** [External] Byron Pringle

3:24-cv-04303-JDA Date Filed 03/10/26 Entry Number 56-3 Page 123 of 179

[illegible]

[illegible]

[illegible]

[illegible]

---

[illegible]

[illegible]

BAKER-K-122

3:24-cv-04303-JDA Date Filed 03/10/26 Entry Number 56-3 Page 124 of 179

BAKER-K-123

**COMMITMENT**

BOND ST[illegible] ORDER CIRCUIT C[illegible]

☐ Original Commitment

☐ Additional Charge(s)

TO: Director Lexington County Detention Center

Date: 11/7/2022

You are hereby commanded by this Court to hold in your custody.

Byron Lincelle Pringle
(Defendant's name)

DOB: [redacted] Race: B Sex: M

[redacted]
Columbia, SC 29204-1342
(Address)

Bonding Company

| Case number | Charge | Trial Court | Bond Type | Amount |
| --- | --- | --- | --- | --- |
| 2021A3210600017 | Larceny / Breaking into motor vehicle or tanks pumps, where fuel, lubricants stored | General Sessions | Cash Bond<br>Surety Bond | $2,000.00<br>$2,000.00 |

**Per GSC order bond is reset due to recommittal. A1 bonding is relieved**

That you are commanded by this Court to continue custody of the named person until the person in custody is ordered to be released by a Judicial Officer.

Judge ______________________ Lexington County, SC

STATE OF SOUTH CAROLINA )
County of Lexington )
State of South Carolina )

IN THE SUMMARY COURT

DISCHARGE

vs.

Byron Lindelle Pringle
DEFENDANT(S)

**DISCHARGE**

By Gary W. [illegible], Judge in and for the County and State aforesaid:

To the Sheriff and Keeper of the Common Jail in the said County:

The Defendant, Byron Lindelle Pringle, having been committed to your custody for the charge of:

| Case number | Charge | Trial Court | Bond Type | Amount |
|---|---|---|---|---|
| 2021A32[illegible] | Drugs / Trafficking in Heroin, morphine, etc., 4 g or more, or less than 14 g - 2nd or sub. offense | General Sessions | Cash Bond / Surety Bond | $[illegible] / $25,000.00 |
| 2021A32[illegible] | Drugs / MDP, narcotic drugs in Sch. I(b) & (c), LSD, and Sch. II - 2nd offense | General Sessions | Cash Bond / Surety Bond | $10,000.00 / $10,000.00 |

Per GS order bond is reset due to recommitment. [illegible] bonding is allowed

and posted bond of type:
**Surety Bond** in the amount of **$25,000.00** by **Free-Man Bonding/ Joyce Freeman** at **1106 Kitty Hawk Dr. West Columbia, SC 29170**

and having given same as required by the Court, you are hereby authorized and required to discharge the said Defendant from your custody. Provided that said Defendant is not held by you upon commitment for some other offense.

GIVEN UNDER MY HAND AND SEAL THIS DAY November 09, 2022

(Seal)
(Judge)
Lexington County, SC

Commission Expires [illegible]



**COMMITMENT**

**BOND SE ORDER CIRCUIT C... RT**

- [ ] Original Commitment
- [ ] Additional Charge(s)

TO: Director Lexington County Detention Center

Date: 11/7/2022

You are hereby commanded by this Court to hold in your custody:

Byron Lindelle Pringle
(Defendant's name)

DOB [redacted] Race: B Sex: M

[redacted]
Columbia, SC 29204-1342

(Address)

Bonding Company:

| Case number | Charge | Trial Court | Bond Type | Amount |
|---|---|---|---|---|
| 2021A3210201330 | Drugs / Trafficking in Heroin, morph., etc. 4 g or more, but less than 14 g - 2nd or sub. offense | General Sessions | Cash Bond<br>Surety Bond | $15,000.00<br>$15,000.00 |
| 2021A3210900024 | Drugs / MDP, Narcotic drugs in Sch. I(b) & (c), LSD, and Sched. II - 2nd offense | General Sessions | Cash Bond<br>Surety Bond | $10,000.00<br>$10,000.00 |

25,000

**Per GSC order bond is reset due to recommittal. AT bonding is relieved**

That you are commanded by this Court to continue custody of the named person until the person in custody is ordered to be released by a Judicial Officer.

Judge ______________________ Lexington County, SC

A TRUE COPY

2022 NOV -3 PM 2:16

STATE OF SOUTH CAROLINA ) IN THE COURT OF GENERAL SESSIONS
) ELEVENTH JUDICIAL CIRCUIT
COUNTY OF LEXINGTON )

CLERK OF COURT LEXINGTON SC

State of South Carolina ) ORDER OF CONSENT WITHDRAWAL OF RECOMMITTAL BY SURETY

VS.

Byron Lindelle Pringle ) 2021A3210201330
DEFENDANT ) 2021A3210600017,2021A3210900024

This matter comes before me by a consent order from the Surety. It appears from the sign at fixed hereto that the Surety, A-1 Bonding / Kirk Brunson posted a total amount of $27,000 to (Defendant) Byron Lindelle Pringle for (CHARGE;S) MDP Narc drugs Sch 1 & Sch II 2nd 0,Trafficking Heroin 2nd Offense and Breaking into a Motor vehicle.

A-1 Bonding / Kirk Brunson filed an motion to be relieved on bond and an affidavit of recommittal on these bonds. it appears from the affixed signature that the A-1 Bonding / Kirk Brunson rescinds the recommittal and Bad Boyz Bonding agrees to be placed on the bonds for (DEFENDANT) Byron Lindelle Pringle.

Therefore, I hereby order that the recommittal is rescinded and Byron Lindelle Pringle will remain on the bond. Furthermore, the bond amounts and conditions shall remain the same. The defendant shall be released from the detention canter on these charges.

IT IS SO ORDERED this 3 day Nov, 2022

[signature]
Agent
A-1 Bonding / Kirk Brunson

[signature]
The Hon. Debra R. McCaslin
Chief Administrative Judge

[signature]
Agent
Bad Boyz Bail Bonds





# COMMITMENT

☐ Original Commitment
☐ Additional Charge(s)

TO: Director Lexington County Detention Center

Date: 9/25/2022

You are hereby commanded by this Court to hold in your custody

Byron Lindelle Pringle
(Defendant's name)

DOB [redacted] Race: B Sex: M

[redacted]
Columbia, SC 29203-1342

(Address)

Bonding Company:

| Case number | Charge | Trial Court | Bond Type | Amount |
|---|---|---|---|---|
| [illegible] | DUS - Driving under suspension, license revoked or suspended for DUI, 3rd or sub. offense | Springdale Municipal Court | Cash Bond<br>Surety Bond | [illegible]<br>[illegible] |

That you are commanded by this Court to continue custody of the named person until the person in custody is ordered to be released by a Judicial Officer.

Judge: ______________________ Lexington County, SC

# NCIC/IN-HOUSE WARRANT MODULE CHECK

| Last Name: | Pringle | First Name: | Byron | Middle Name: | Lodell |
|---|---|---|---|---|---|
| SSN # | [redacted] | DOB: | [redacted] Sex: | m | Race: B |
| Aliases: | | | | | |

After querying (TF QW) an inmate in NCIC and receiving a possible WANTED PERSON match: 1. Check identifiers to ensure possible match (Sex, Race, DOB, SSN, etc.) 2. Normal working hours call records to advise them that you are faxing them an inmate that needs a "Hit" confirmation sent on - FAX to 2419 3. After normal working hours call 2400 the front desk confirm the "Hit" - Fax to 2462 4. Activate the HOLD module in JMS if the inmate comes back wanted.

| INITIAL BOOKING CHECKS: | Annotate CLEAR if ther are no HITS or if the HIT comes back clear or not wanted. Annotate WILL NOT EXTRADITE when an out of state agency will not extradite. Annotate WANTED of inmate is confirmed as wanted. |
|---|---|
| NCIC CHECK CONDUCTED BY: [signature] OFFICER NAME | Agency with the HIT: ______ Status: Clear<br>Agency with the HIT: ______ Status: ______ |
| IN-HOUSE & WARRANT MODULE checked by: [signature] | Circle: WANTED by CLEAR (circled) |

PRE-RELEASE CHECKS:

Final check is to be conducted by the highest ranking supervisor involved in the release authorization process. N/A fields for not applicable.

| Initial Supervisory Prerelease Check | | Final Supervisory Prerelease Check |
|---|---|---|
| | Verified Warrant/Ticket Number(s) - Satisfied | [initials] |
| | Verified All Charges - Satisfied | [initials] |
| | Victim(s) Notified of I/M's Release | [initials] |
| | Time Served on Sentenced Charges - Satisfied | [initials] |
| | Appropriate Discharge(s) on file - Satisfied | [initials] |
| | In-House/Warrant Module Clear of all Charges | [initials] |
| | IF GPS Monitoring Required - sign/annotate date/time GPS placed on Inmate | N/A |
| | Is I/M to await bedspace at a treatment facility? YES = DO NOT RELEASE!! | N/A |
| | DNA NEEDED/COLLECTED? If YES, annotate date collected | [handwritten] |
| | VERIFIED INMATE FINGERPRINTED ON ALL CHARGES Created HARD CARD if NOT showing on RAP sheet | N/A |
| | CHECKED FOR ANY HOLDS AND VERIFIED NO NCIC HITS - PLACED NEW QW IN FOLDER | [initials] |

| HIT Warrant # | Serv Agency | Status | Issue Agency | Issue Date | Serving Area | Date Served in Jail |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

updated 09.26.18 thb

User: SMILEYJ,

**LEXINGTON COUNTY SHERIFF`S DEPARTMENT**

**BOOKING REPORT**

10/30/2024 17:41

| Field | Value |
|---|---|
| Booking # | 131174 |
| Barcode | *JM131174* |
| Status | Inactive |
| Date/Time | 09/07/2023 20:55 |
| Cell Location | |

**INMATE INFORMATION**

| Field | Value |
|---|---|
| Name | PRINGLE, BYRON LINDELLE |
| Local ID (Names) | N/A |
| AKA | EATON, TYRONE; CONNERS, BYRON; PALMER, BYRON; PRINGLE, SHYLEK |
| Address | [redacted] COLUMBIA, SC 29210 |
| Race | B |
| Sex | M |
| Hair | BLK |
| Eye | BRO |
| DOB | [redacted] |
| Age | 47 |
| Height | 5'11 |
| Weight | 190 |
| SSN | [redacted] |
| Marital Status | Single, 4 Dependents |
| Time Lived In Area | Unk |
| Local ID (Jail) | N/A |
| SID | SC00899591 |
| FBI # | 227365TA1 |
| Country of Birth | United States |
| Citizenship | United States |
| Juvenile | Adult |
| Security | MAX |
| Name ID | *IM68554* 68554 |
| Employer | Unemployed |
| Religion | Christian |
| Employer Address | N/A |
| Employer Phone # | N/A |
| Attorney | Unk |
| Attorney Phone # | N/A |
| Property Bins | None |
| Booking Officer | OLSON, J. H. (E76653) |
| Intake Officer | OLSON, J. H. (E76653) |
| Search Officer | OLSON, J. H. (E76653) |
| Prior Bookings | 123199, 120653, 111605, 109359, 106353, 105323, 92902, 81872, 75221, 43069 |
| Jail Alerts | None |

**CHARGES**

**Arrest ID #: 290009**

| Docket # | Date Arrested | | Charge | Charge: Type | Status | Amount | Bond: Status | Type |
|---|---|---|---|---|---|---|---|---|
| 2023A3210201481 LCSD | 09/07/2023 | 44-53-0370(b)(1)\|2ND\|0184 | DRUGS/MDP, NARCOTIC SCHED. I(B)&(C), LSD, AND SCHED. II 2ND | F | PRET | $50,000.00 | INAC | SURE |
| 2023A3210201482 LCSD | 09/07/2023 | 44-53-0370(b)(1)\|2ND\|0184 | DRUGS/MDP, NARCOTIC SCHED. I(B)&(C), LSD, AND SCHED. II 2ND | F | PRET | $50,000.00 | INAC | SURE |

**Arrest ID #: 290743**

| Docket # | Date Arrested | | Charge | Charge: Type | Status | Amount | Bond: Status | Type |
|---|---|---|---|---|---|---|---|---|
| 2021A3210600017 BOND | 09/12/2023 | 16-13-0160(A)(1)\|0258 | LARCENY/BREAK INTO MOTOR VEH. OR TANKS, PUMPS, WHERE FUEL ST | F | PRET | | | RECO |

User: SMILEYJ, **LEXINGTON COUNTY SHERIFF`S DEPARTMENT** 10/30/2024 17:41

**BOOKING REPORT**

| Case ID | Date Arrested | Officer | Agency | Charge | UCR | Charge: Type | Status | Bond: Amount | Status | Type |
|---|---|---|---|---|---|---|---|---|---|---|
| **2021A3210900024** | **09/12/2023** | | **44-53-0370(b)(1)\|2ND\|0184** | **DRUGS/MDP, NARCOTIC SCHED. I(B)&(C), LSD, AND SCHED. II 2ND** | | **F** | **PRET** | | | **RECO BOND** |
| **2021A3210201330** | **09/12/2023** | | **44-53-0370(e)(3)(a)2\|0156** | **TRAFFICK HEROIN MORPH ETC >4G BUT <14G 2ND OR SUB OFFENSE** | | **F** | **PRET** | | | **RECO BOND** |

**Arrest ID #: 290742**

| Docket # | Date Arrested | | Charge | Charge: Type | Status | Amount | Bond: Status | Type |
|---|---|---|---|---|---|---|---|---|
| **2023A3210600017** | **09/07/2023** | **24-13-0410\|2527** | **ESCAPE / ESCAPE, ATTEMPTED ESCAPE OR POSSESS TOOLS TO ESCAPE** | **F** | **PRET** | | | **LMC** |

**NOTES**

**68554**

**PRINGLE, BYRON LINDELLE**

BAKER-K-132

User: JORDANS | LEXINGTON COUNTY SHERIFF'S DEPARTMENT | 10/05/2023 08:30

# BOOKING REPORT

| Field | Value |
|---|---|
| Booking # | 131174 |
| Barcode | *JM131174* |
| Status | Inactive |
| Date/Time | 09/07/2023 20:55 |
| Cell Location | |

## INMATE INFORMATION

| Field | Value |
|---|---|
| Name | PRINGLE, BYRON LINDELLE |
| Local ID (Names) | N/A |
| AKA | EATON, TYRONE; CONNERS, BYRON; PALMER, BYRON; PRINGLE, SHYLEK |
| Address | [redacted] COLUMBIA, SC 29210 |
| Race | B |
| Sex | M |
| Hair | BLK |
| Eye | BRO |
| DOB | [redacted] |
| Age | 47 |
| Height | 5'11 |
| Weight | 200 |
| SSN | [redacted] |
| Marital Status | Single, 4 Dependents |
| Time Lived In Area | Unk |
| Local ID (Jail) | N/A |
| SID | SC00899591 |
| FBI # | 227365TA1 |
| Country of Birth | United States |
| Citizenship | United States |
| Juvenile | Adult |
| Security | MAX |
| Name ID | 68554 (*IM68554*) |
| Employer | Unemployed |
| Religion | Christian |
| Employer Address | N/A |
| Employer Phone # | N/A |
| Attorney | Unk |
| Attorney Phone # | N/A |
| Property Bins | None |
| Booking Officer | OLSON, J. H. (E76653) |
| Intake Officer | OLSON, J. H. (E76653) |
| Search Officer | OLSON, J. H. (E76653) |
| Prior Bookings | 123199, 120653, 111605, 109359, 106353, 105323, 92902, 81872, 75221, 43069 |
| Jail Alerts | None |

## CHARGES

Arrest ID #: 290009

| Docket # | Date Arrested | Charge | | Charge Type | Charge Status | Bond Amount | Bond Status | Bond Type |
|---|---|---|---|---|---|---|---|---|
| 2023A3210201481 LCSO | 09/07/2023 | 44-53-0370(b)(1)\|2ND\|018 4 | DRUGS/MDP, NARCOTIC SCHED. I(B)&(C), LSD, AND SCHED. II 2ND | F | PRET | $50,000.00 | INAC | SURE |
| 2023A3210201482 LCSO | 09/07/2023 | 44-53-0370(b)(1)\|2ND\|018 4 | DRUGS/MDP, NARCOTIC SCHED. I(B)&(C), LSD, AND SCHED. II 2ND | F | PRET | $50,000.00 | INAC | SURE |

Arrest ID #: 290743

| Docket # | Date Arrested | Charge | Charge Type | Charge Status | Bond Amount | Bond Status | Bond Type |
|---|---|---|---|---|---|---|---|



3:24-cv-04303-JDA Date Filed 03/10/26 Entry Number 56-3 Page 135 of 179

BAKER-K-134

# 2023A3210600017

STATE OF SOUTH CAROLINA

[X] County/ [ ] Municipality of

Lexington

THE STATE
against

Byron Lindelle Pringle

Address: [redacted]

Columbia, SC 29204-1342

Phone: (803)334-2976 SSN [redacted]

Sex M Race: B Height 5 11 Weight 190

DL State SC DL #: [redacted]

DOB: [redacted] Agency ORI # SC321700

Prosecuting Agency Lexington Medical Center Public Safety

Prosecuting Officer Nicholas A Dantzler - S00055

Offense Escape / Escape, attempted escape or possess tools to escape from prison, recaptured

Offense Code 2527

Code/Ordinance Sec. 24-13-0410

This warrant is CERTIFIED FOR SERVICE in the [ ] County/ [ ] Municipality of ______ The accused is to be arrested and brought before me to be dealt with according to the law.

______ (L.S.)
Signature of Judge

Date: ______

RETURN

A copy of this arrest warrant was delivered to defendant BYRON LINDELLE PRINGLE on 9/7/23

[signature]
Signature of Constable/Law Enforcement Officer

RETURN WARRANT TO:

General Sessions
Mark H. Westbrook Judicial Center
205 East Main Street
Lexington, SC 29072

[X] County/ [ ] Municipality of )
Lexington )

**AFFIDAVIT**

April 21, 2003
SCCA 516

Personally appeared before me the affiant Nicholas A Dantzler w being duly sworn deposes and says that defendant Byron Lindelle Pringle did within this county and state on or about 2/20/2023 violate the criminal laws of t State of South Carolina (or ordinance of [X] County/ [ ] Municipality of Lexington in the following particulars:

DESCRIPTION OF OFFENSE: Escape / Escape, attempted escape or possess tools to escape from prison, recaptured

I further state that there is probable cause to believe that the defendant named above did commit the crime set forth and that probable cause is based on the following facts:

On February 20, 2023 the defendant (Byron Pringle) did knowingly and willfully escape law enforcement while in the custody of Richland County Sheriff's Department. This did take place at Lexington Medical Center located at 2720 Sunset Blvd. West Columbia SC. 29169 in the County of Lexington. This incident did take place in the jurisdiction of Lexington County Health Services District Department of Public Safety.

Signature of Affiant [signature]

STATE OF SOUTH CAROLINA )
[X] County/ [ ] Municipality of )
Lexington )

Affiant's Address 105 West Hospital Drive
West Columbia, SC 29169-

Affiant's Telephone ______

## ARREST WARRANT

TO ANY LAW ENFORCEMENT OFFICER OF THIS STATE OR MUNICIPALITY OR ANY CONSTABLE OF THIS COUNTY:

It appearing from the above affidavit that there are reasonable grounds to believe th on or about 2/20/2023 defendant Byron Lindelle Pringle did violate the criminal laws of the State of South Carolina (or ordinance of [X] County/ [ ] Municipality of Lexington ) as set forth below:

DESCRIPTION OF OFFENSE: Escape / Escape, attempted escape or possess tools to escape from prison, recaptured

Having found probable cause and the above affiant having sworn before me, you are empowered and directed to arrest the said defendant and bring him or her before me forthwith to be dealt with according to law. A copy of this Arrest Warrant shall be delivered to the defendant at the time of its execution, or as soon thereafter as is practicable.

Sworn to and subscribed before me
on 2/21/2023

[signature] (L.S.)
Signature of Issuing Judge

Gary S. Morgan

Judge Code 5041

Judge's Address 231 West Church Street
Batesburg, SC 29006-2103

Judge's Telephone (803)359-8330

Issuing Court [X] Magistrate [ ] Municipal [ ] Circuit

ORIGINAL ORIGINAL ORIGINAL ORIGINAL ORIGINAL ORIGINAL ORIGINAL

**ARREST WARRANT**

2023A3210201481

STATE OF SOUTH CAROLINA

[X] County/ [ ] Municipality of

Lexington

THE STATE 22015644

against

Byron Lindelle Pringle

Address: [redacted]

Columbia, SC 29204-

Phone: SSN: [redacted]

Sex: M Race: B Height: 5 11 Weight: 190

DL State: SC DL #: [redacted]

DOB: [redacted] Agency ORI #: SC0320000

Prosecuting Agency: Lexington County Sheriff

Prosecuting Officer: Austin N Sanner - S00378

Offense: Drugs / MDP, Narcotic drugs in Sch. I(b) & (c), LSD, and Sched. II - 2nd offense

Offense Code: 0184

Code/Ordinance Sec: 44-53-0370(b)(1)

This warrant is CERTIFIED FOR SERVICE in the [ ] County/ [ ] Municipality of ______ The accused is to be arrested and brought before me to be dealt with according to the law.

(L.S.)

Signature of Judge

Date

**RETURN**

A copy of this arrest warrant was delivered to defendant Byron Lindelle Pringle on 9/8/23

[signature]

Signature of Constable/Law Enforcement Officer

RETURN WARRANT TO:

General Sessions
Mark H. Westbrook Judicial Center
205 East Main Street
Lexington, SC 29072

RECEIVED MAY 19 2023 Lexington Cty Sheriff's Dept.

STATE OF SOUTH CAROLINA

[X] County/ [ ] Municipality of

Lexington

**AFFIDAVIT** **ORIGINAL**

Form Approved by S.C. Attorney General April 21, 2003 SCCA 515

Personally appeared before me the affiant Austin N Sanner who being duly sworn deposes and says that defendant Byron Lindelle Pringle did within this county and state on or about 8/11/2022 violate the criminal laws of the State of South Carolina (or ordinance of [X] County/ [ ] Municipality of Lexington) in the following particulars:

DESCRIPTION OF OFFENSE: Drugs / MDP, Narcotic drugs in Sch. I(b) & (c), LSD, and Sched. II - 2nd offense

I further state that there is probable cause to believe that the defendant named above did commit the crime set forth and that probable cause is based on the following facts:

That on 8/11/22 while at 2200 blk of Airport Blvd in the Springdale area of Lexington County, South Carolina, the defendant Byron Pringle, did commit the crime of Manufacture, Distribute, Possess, Narcotic drugs in Sch. I(b) & (c), LSD/Cocaine/Heroin, and Sched. II - 2nd Offense after he did distribute a quanity of cocaine to an operative of law enforcement. This transaction was monitored and recorded by law enforcement via techical means. The defendant was identified by Law Enforcement who knows hir by sight. The defendant has a prior conviction for possession < than one gram meth or cocaine base 1st on 2/24/21. Ref. LCSD case number 22015644.

Signature of Affiant

STATE OF SOUTH CAROLINA

[X] County/ [ ] Municipality of

Lexington

Affiant's Address: 521 Gibson Road, Lexington, SC 29072-

Affiant's Telephone: (803)785-2400

**ARREST WARRANT**

TO ANY LAW ENFORCEMENT OFFICER OF THIS STATE OR MUNICIPALITY OR ANY CONSTABLE OF THIS COUNTY:

It appearing from the above affidavit that there are reasonable grounds to believe that on or about 8/11/2022 defendant Byron Lindelle Pringle did violate the criminal laws of the State of South Carolina (or ordinance of [X] County/ [ ] Municipality of Lexington) as set forth below:

DESCRIPTION OF OFFENSE: Drugs / MDP, Narcotic drugs in Sch. I(b) & (c), LSD, and Sched. II - 2nd offense

Having found probable cause and the above affiant having sworn before me, you are empowered and directed to arrest the said defendant and bring him or her before me forthwith to be dealt with according to law. A copy of this Arrest Warrant shall be delivered to the defendant at the time of its execution, or as soon thereafter as is practicable.

Sworn to and subscribed before me on 5/19/2023

(L.S.)

Signature of Issuing Judge

Brian Norman Buck (Magistrate)

Judge Code: 7322

Judge's Address: 521 Gibson Road, Lexington, SC 29072-

Judge's Telephone: (803)951-2518

Issuing Court: [X] Magistrate [ ] Municipal [ ] Circuit

ORIGINAL ORIGINAL ORIGINAL ORIGINAL ORIGINAL ORIGINAL ORIGINAL

## ARREST WARRANT

**2023A3210201482**

STATE OF SOUTH CAROLINA

[X] County/ [ ] Municipality of

Lexington

THE STATE 22015458

against

Byron Lindelle Pringle

Address [redacted]

Columbia, SC 29204-

Phone SSN: [redacted]

Sex M Race B Height 5 11 Weight 190

DL State SC DL #: [redacted]

DOB [redacted] Agency ORI # SC0320000

Prosecuting Agency Lexington County Sheriff

Prosecuting Officer Austin N Sanner - S00378

Offense Drugs / MDP, Narcotic drugs in Sch. I(b) & (c), LSD, and Sched. II - 2nd offense

Offense Code 0184

Code/Ordinance Sec 44-53-0370(b)(1)

This warrant is CERTIFIED FOR SERVICE in the [ ] County/ [ ] Municipality of ______ The accused is to be arrested and brought before me to be dealt with according to the law.

______ (L.S.)

Signature of Judge

Date ______

### RETURN

A copy of this arrest warrant was delivered to defendant Byron Lindelle Pringle on 9/8/23

J. Mobley

Signature of Constable/Law Enforcement Officer

RETURN WARRANT TO:

General Sessions
Mark H. Westbrook Judicial Center
205 East Main Street
Lexington, SC 29072

RECEIVED MAY 19 2023
Lexington Cty Sheriff's Dept.

ORIGINAL ORIGINAL ORIGINAL ORIGINAL ORIGINAL ORIGINAL ORIGINAL

---

STATE OF SOUTH CAROLINA )
[X] County/ [ ] Municipality of )
Lexington )

ORIGINAL

## AFFIDAVIT

Form Approved by S.C. Attorney General April 21, 2003 SCCA 513

Personally appeared before me the affiant Austin N Sanner who being duly sworn deposes and says that defendant Byron Lindelle Pringle did within this county and state on or about 8/ 8/2022 violate the criminal laws of the State of South Carolina (or ordinance of [X] County/ [ ] Municipality of Lexington ) in the following particulars:

DESCRIPTION OF OFFENSE: Drugs / MDP, Narcotic drugs in Sch. I(b) & (c), LSD, and Sched. II - 2nd offense

I further state that there is probable cause to believe that the defendant named above did commit the crime set forth and that probable cause is based on the following facts:

That on 8/8/22 while at 2200 blk of Airport Blvd in the Springdale area of Lexington County, South Carolina, the defendant Byron Pringle, did commit the crime of Manufacture, Distribute, Possess, Narcotic drugs in Sch. I(b) & (c), LSD/Cocaine/Heroin, and Sched. II - 2nd Offense after he did distribute a quanity of fentanyl to an operative of law enforcement. This transaction was monitored and recorded by law enforcement via techical means. The defendant was identified by the operative utilizing a six perso photo lineup. The defendant has a prior conviction for possession < than one gram meth or cocaine base 1st on 2/24/21. Ref. LCSD case number 22015458.

Signature of Affiant

STATE OF SOUTH CAROLINA )
[X] County/ [ ] Municipality of )
Lexington )

Affiant's Address 521 Gibson Road
Lexington, SC 29072-
Affiant's Telephone (803)785-2400

## ARREST WARRANT

TO ANY LAW ENFORCEMENT OFFICER OF THIS STATE OR MUNICIPALITY OR ANY CONSTABLE OF THIS COUNTY:

It appearing from the above affidavit that there are reasonable grounds to believe that on or about 8/ 8/2022 defendant Byron Lindelle Pringle did violate the criminal laws of the State of South Carolina (or ordinance of [X] County/ [ ] Municipality of Lexington ) as set forth below:

DESCRIPTION OF OFFENSE: Drugs / MDP, Narcotic drugs in Sch. I(b) & (c), LSD, and Sched. II - 2nd offense

Having found probable cause and the above affiant having sworn before me, you are empowered and directed to arrest the said defendant and bring him or her before me forthwith to be dealt with according to law. A copy of this Arrest Warrant shall be delivered to the defendant at the time of its execution, or as soon thereafter as is practicable.

Sworn to and subscribed before me on 5/19/2023

______ (L.S.)

Signature of Issuing Judge

Brian Norman Buck (Magistrate)

Judge Code 7322

Judge's Address 521 Gibson Road
Lexington, SC 29072-
Judge's Telephone (803)951-2518

Issuing Court: [X] Magistrate [ ] Municipal [ ] Circuit

STATE OF SOUTH CAROLINA,
COUNTY/MUNICIPALITY OF LEXINGTON

IN THE COURT OF GENERAL SESSIONS

AFFIDAVIT OF SURRENDER OF DEFENDANT BY SURETY

SEP 12 PM 2 16
LEXINGTON

STATE OF SOUTH CAROLINA

vs.

BYRON LINDELLE PRINGLE
Defendant

IN RE: FREE-MAN BAIL BONDS
Surety

Amount of Bond: 25,000.00
S.S.N.: [redacted]
D.O.B.: [redacted]
By: JOYCE FREEMAN
Date of Bond: 11/09/2022

PERSONALLY APPEARED BEFORE ME, the undersigned surety/deponent, who being duly sworn, states that he is a duly authorized representative of Free-Man Bail Bonds Surety Company, who is contractually acting as surety for the above named defendant on the following ☐ticket ☒warrant ☒indictment number(s) and charges: 2021A3210900024, 2021A3210201330.

☐ Defendant was incarcerated by surety/deponent for a violation or imminent violation of a specific term(s) of the bail bond as sworn to below. **Surety/deponent states under penalty of perjury that the information contained in this Affidavit constitutes good cause for the immediate incarceration of defendant.**

☐ Defendant was incarcerated by ☐ surety/deponent ☐ law enforcement as the result of a bench warrant for a violation of a specific term(s) of the bail bond as stated in the bench warrant and sworn to below.

REARRESTED

(Attach additional sheets if necessary.)

Sworn to and Subscribed before me this 7 day of SEPTEMBER, 2023

[signature]
Notary Public for South Carolina
My Commission expires 2-8-31

[signature]
Signature of Surety/Deponent
FREE-MAN BAIL BONDS
Surety Company

I have received custody of the above named defendant pursuant to ☐ immediate incarceration by surety ☐ bench warrant and the defendant will remain in custody until such time as notice concerning defendant is received from a clerk of court or court of competent jurisdiction.
Officer: [initials] Date: 9-7-23
Detention Facility for the: ☐ County ☐Municipality of ____

SCCA/636 (07/2008)

A TRUE COPY

STATE OF SOUTH CAROLINA
COUNTY OF LEXINGTON

IN THE COURT OF
General Sessions Court

WARRANT/TICKET/
INDICTMENT # 2021A3210900024, 2021A3210201330

STATE OF SOUTH CAROLINA

-vs-

BYRON LINDELLE PRINGLE
DEFENDANT

AMOUNT OF BOND $25,000.00

SSN [redacted] DOB [redacted]

DATE BOND POSTED November 9, 2022

IN RE:
FREE-MAN BAIL BONDS
SURETY

MOTION TO BE RELIEVED ON BOND

PLEASE TAKE NOTICE that **FREE-MAN BAIL BONDS** Surety, moves before this Court, such motion to be heard on the date and time indicated below, requesting an Order to be Relieved on the bond of the above named defendant.

Surety moves to be relieved on the bond based on the following grounds and facts as stated in the attached affidavit **(affidavit required)**

☐ 1. To prevent defendant from committing an imminent violation of specific terms of the bail bond.

☐ 2. The defendant has violated any one of the specific terms of the bond.

☒ 3. Other (specify) **REARRESTED**

SWORN TO AND SUBSCRIBED BEFORE ME
THIS 5 DAY OF September, 2023

[signature]
NOTARY PUBLIC FOR SOUTH CAROLINA
My Commission expires 2-8-31

[signature]
SURETY

**ORDER OF COURT**

The above motion is hereby ☐ GRANTED ☐ DENIED
The bond shall be set at ________ ☐ remain as is

Defendant to be ☐ committed ☐ released under the above charge(s)

Date and Location ________ County, South Carolina

JUDGE ________

**NOTICE OF HEARING**

Please take notice that a hearing on the above motion is scheduled at the ________ located at ________ at ________ o'clock on ________ If you do not appear, the hearing will be held in your absence

A TRUE COPY

SCCA/635 (07/2008) ☐ Court Copy ☐ Defendant Copy ☐ Solicitor's Copy ☐ Surety Copy

Criminal Charging Document No.

BOND SET BY ORDER OF CIRCUIT COURT

STATE OF SOUTH CAROLINA
COUNTY OF Lexington

BAIL PROCEEDING
FORM II
IN THE General Sessions

STATE OF SOUTH CAROLINA
v.
Pringle, Byron Lindelle
NAME OF DEFENDANT

ORDER SPECIFYING METHODS AND CONDITIONS OF RELEASE

Offense Charged: Drugs / Trafficking in Heroin, morph., etc. 4 g or more, but less than 14 g - 2nd or sub. offense-[2021A3210201330];Drugs / MDP, Narcotic drugs in Sch. I(b) & (c), LSD, and Sched. II - 2nd offense-[2021A3210900024]

At a bail proceeding conducted by the undersigned judge, for the defendant named above, it was determined by the court (check one or both).

[X] The release of the defendant on recognizance will not reasonably assure his appearance as required.

[X] The release of the defendant on recognizance will result in an unreasonable danger to the community.

This determination was based upon the following findings of fact.

Nature of Circumstances of Offense:

[Considerations: Nature and Circumstances of the offense charged, the defendant's family ties, employment, financial resources, character and mental condition, the length of his residence in the community, his record of convictions, and any record of flight to avoid prosecution or failure to appear at other court proceedings.]

**THEREFORE, IT IS HEREBY ORDERED:**

1. That the above named defendant be released from custody on the condition that he will personally appear before the designated court at the place, date and time required to answer the charge made against him and do what shall be ordered by the court and not depart the State without the permission of the court and be of good behavior.

2. That the above named defendant be released from custody provided as follows (check all that apply).

**CASH IN LIEU OF BOND**

[ ] The defendant, acknowledges himself to be indebted to the State of South Carolina in the sum of $ ________ to secure his release from custody. Should the defendant fail to comply with all terms and conditions of this Order, this sum of money is subject to being forfeited to the State.

**CASH PERCENTAGE IN LIEU OF BOND**

[ ] The defendant, acknowledging himself to be indebted to the State of South Carolina in the full amount of $ ________, his release to be obtained by payment to the court of ______ % (not to exceed 10%) of the full amount of the bond, deposits $ ________ to secure the release from custody. Should the defendant fail to perform the conditions of this Order, the full amount shall be levied on his real and personal property for the use of the state.

**APPEARANCE RECOGNIZANCE WITH SURETY**

[ ] The defendant will provide good and sufficient surety approved by the court, in the form hereinafter set forth in this Order, acknowledging an indebtedness to the State in the amount of $ ________.

3. That the defendant shall appear at (check one):

[X] the term of COURT OF GENERAL SESSIONS beginning on January 05, 2023 at 9:00 o'clock A.M. at General Sessions - Mark H. Westbrook Judicial Center/205 East Main Street/Lexington, SC 29072 / (803) 785-8212 and remain there throughout that term of court. If no disposition is made during that term, the defendant shall appear and remain throughout each succeeding term of court until final disposition is made of his case, unless otherwise ordered by the court.

[ ] the session of [ ] MAGISTRATE COURT [ ] MUNICIPAL COURT beginning on ________ at ______ o'clock ______ at ________. If no final disposition is made during that session, the defendant shall appear at such other times and places as ordered by the court.

Bond Amount(s): ~~[illegible]~~ 25,000 (CS) or $25,000.00 (SS)
Per GSC order bond is reset due to recommittal. A1 bonding is relieved.

INITIALS OF DEFENDANT: BP

4. That the defendant will notify the court promptly if he changes his address from the one contained in this order and he will comply with those conditions described hereinafter in the Order.

SIGNATURE OF JUDGE

11/07/2022
DATE

**ORIGINAL AND ONE COPY OF THIS FORM ARE TO BE COMPLETED IN EVERY BAIL PROCEEDING IN WHICH IT IS USED**



BOND SE
ORDER
CIRCUIT C

### ACKNOWLEDGEMENT BY DEFENDANT

I understand that if I violate any condition of this Order, a warrant for my arrest will be issued.

I understand and have been informed that I have a right and obligation to be present at trial and should I fail to attend the court, the trial will proceed in my absence.

It has been explained to me that if I fail to appear before the court as required, a warrant for my arrest will be issued.

ADDRESS | SIGNATURE OF DEFENDANT

Columbia, SC 29204-1342
CITY/STATE/ZIP | TELEPHONE | DATE

SOCIAL SECURITY NUMBER | DRIVER'S LICENSE OR ID NUMBER | ATTORNEY REPRESENTING ACCUSED (IF KNOWN)

### SPECIAL CONDITIONS OF RELEASE

a. ☐ Placement in custody. The defendant is placed in the custody of: ____ NAME OF PERSON OR ORGANIZATION

ADDRESS | CITY/STATE | ZIP | TELEPHONE

who agrees (1) to supervise the defendant as set forth by the court, (2) to use every effort to assure the appearance of the defendant at all scheduled hearings before the court, and (3) to notify the court immediately in the event the defendant violates any conditions of his release or disappears.

SIGNATURE OF CUSTODIAN (IF APPROVED) | DATE

b. ☐ Restrictions on Travel, Association or Residence. The defendant will comply with each of the following conditions:

c. ☐ Part-time Release. The defendant will be released from custody from ____ TIME o' clock, AM/PM to ____ TIME o' clock AM/PM on ____ DATE(S) on condition that he return to the custody of ____ NAME OF PERSON OR ORGANIZATION at ____ LOCATION as designated.

d. ☑ Other conditions. The defendant will comply with the following other conditions of release:
Must Notify Court Immediately of Change of Address; The Defendant must have no contact directly or indirectly with the victim

### APPEARANCE RECOGNIZANCE WITH SURETY

On the ____ day of ____, ____, personally appeared before the undersigned judge the surety named below who acknowledged himself indebted to the State of South Carolina, in the sum of $ ____ such sum to be levied on his real and personal property for the use of the State, should named defendant fail in performing the conditions of this Order.

The surety, being duly sworn, says that he is a resident and free holder within the State and is worth the sum acknowledged and underwritten herein, over all his debts and liabilities, and exclusive of property exempt from execution.

NAME OF SURETY BONDSMAN COMPANY | TELEPHONE | SIGNATURE OF SURETY BONDSMAN

ADDRESS OF SURETY BONDSMAN

CITY/STATE/ZIP | SIGNATURE OF JUDGE

NAME OF INSURANCE COMPANY | DATE

ADDRESS OF INSURANCE COMPANY

CITY/STATE/ZIP

STATE OF SOUTH CAROLINA

COUNTY/MUNICIPALITY OF LEXINGTON

IN THE COURT OF GENERAL SESSIONS

AFFIDAVIT OF SURRENDER OF DEFENDANT BY SURETY

STATE OF SOUTH CAROLINA

vs.

BYRON LINDELLE PRINGLE
Defendant

Amount of Bond: 2,000.00
S.S.N. [redacted]
D.O.B. [redacted]
By: JOYCE FREEMAN
Date of Bond: 11/09/2022

IN RE: FREE-MAN BAIL BONDS
Surety

PERSONALLY APPEARED BEFORE ME, the undersigned surety/deponent, who being duly sworn, states that he is a duly authorized representative of Free-Man Bail Bonds Surety Company, who is contractually acting as surety for the above named defendant on the following ☐ticket ☒warrant ☒indictment number(s) and charges. 2021A3210600017

☐ Defendant was incarcerated by surety/deponent for a violation or imminent violation of a specific term(s) of the bail bond as sworn to below. **Surety/deponent states under penalty of perjury that the information contained in this Affidavit constitutes good cause for the immediate incarceration of defendant.**

☐ Defendant was incarcerated by ☐ surety/deponent ☐ law enforcement as the result of a bench warrant for a violation of a specific term(s) of the bail bond as stated in the bench warrant and sworn to below

REARRESTED

(Attach additional sheets if necessary.)

Sworn to and Subscribed before me this 8 day of SEPTEMBER, 2023
[signature]
Notary Public for South Carolina
My Commission expires 2-8-31

[signature]
Signature of Surety/Deponent
FREE-MAN BAIL BONDS
Surety Company

I have received custody of the above named defendant pursuant to ☐ immediate incarceration by surety ☐ bench warrant and the defendant will remain in custody until such time as notice concerning defendant is received from a clerk of court or court of competent jurisdiction.
Officer: [illegible] Date: [illegible]
Detention Facility for the: ☐ County ☐ Municipality of ____

SCCA/636 (07/2008)

STATE OF SOUTH CAROLINA
COUNTY OF LEXINGTON

IN THE COURT OF
General Sessions Court

STATE OF SOUTH CAROLINA

-VS-

BYRON LINDELLE PRINGLE
DEFENDANT

WARRANT/TICKET/ INDICTMENT # 2021A3210600017

AMOUNT OF BOND $2,000.00

SSN [redacted] DOB [redacted]

DATE BOND POSTED November 9, 2022

IN RE:
FREE-MAN BAIL BONDS
SURETY

MOTION TO BE RELIEVED ON BOND

PLEASE TAKE NOTICE that **FREE-MAN BAIL BONDS** Surety, moves before this Court, such motion to be heard on the date and time indicated below, requesting an Order to be Relieved on the bond of the above named defendant.

Surety moves to be relieved on the bond based on the following grounds and facts as stated in the attached affidavit **(affidavit required)**:

☐ 1. To prevent defendant from committing an imminent violation of specific terms of the bail bond.

☐ 2. The defendant has violated any one of the specific terms of the bond.

☒ 3. Other (specify) **REARRESTED**

SWORN TO AND SUBSCRIBED BEFORE ME THIS 8 DAY OF September, 2023

[signature]
NOTARY PUBLIC FOR SOUTH CAROLINA
My Commission expires: 2-8-31

[signature]
SURETY

**ORDER OF COURT**

The above motion is hereby ☐ GRANTED ☐ DENIED.
The bond shall be set at ________ ☐ remain as is.

Defendant to be ☐ committed ☐ released under the above charge(s).

Date and Location: ________ County, South Carolina.

**NOTICE OF HEARING**
Please take notice that a hearing on the above motion is scheduled at the ________ located at ________ at ________ o'clock on ________. If you do not appear, the hearing will be held in your absence.

JUDGE ________

SCCA/635 (07/2008) ☐ **Court Copy** ☐ **Defendant Copy** ☐ **Solicitor's Copy** ☐ **Surety Copy**

Criminal Charging Document No.

**BOND SET ORDER CIRCUIT COURT**

STATE OF SOUTH CAROLINA
COUNTY OF Lexington

BAIL PROCEEDING
FORM II
IN THE General Sessions

STATE OF SOUTH CAROLINA
v.
Pringle, Byron Lindelle
NAME OF DEFENDANT

ORDER SPECIFYING METHODS AND CONDITIONS OF RELEASE

Offense Charged: Larceny / Breaking into motor vehicle or tanks, pumps, where fuel, lubricants stored-(2021A3210600017)

At a bail proceeding conducted by the undersigned judge, for the defendant named above, it was determined by the court (check one or both):

[X] The release of the defendant on recognizance will not reasonably assure his appearance as required.
[X] The release of the defendant on recognizance will result in an unreasonable danger to the community.

This determination was based upon the following findings of fact:

Nature of Circumstances of Offense; The defendant has an extensive criminal history; The defendant is currently out on bond for previous jailable offense. Contempt/FTSBL more than 40 convictions

[Considerations: Nature and Circumstances of the offense charged, the defendant's family ties, employment, financial resources, character and mental condition, the length of his residence in the community, his record of convictions, and any record of flight to avoid prosecution or failure to appear in other court proceedings.]

**THEREFORE, IT IS HEREBY ORDERED:**

1. That the above named defendant be released from custody on the condition that he will personally appear before the designated court at the place, date and time required to answer the charge made against him and do what shall be ordered by the court and not depart the State without the permission of the court and be of good behavior.

2. That the above named defendant be released from custody provided as follows (check all that apply):

**CASH IN LIEU OF BOND**

[ ] The defendant, acknowledges himself to be indebted to the State of South Carolina in the sum of $ ______ to secure his release from custody. Should the defendant fail to comply with all terms and conditions of this Order, this sum of money is subject to being forfeited to the State.

**CASH PERCENTAGE IN LIEU OF BOND**

[ ] The defendant, acknowledging himself to be indebted to the State of South Carolina in the full amount of $ ______ his release to be obtained by payment to the court of ____ % (not to exceed 10%) of the full amount of the bond, deposits $ ______ to secure his release from custody. Should the defendant fail to perform the conditions of this Order, the full amount shall be levied on his real and personal property for the use of the state.

**APPEARANCE RECOGNIZANCE WITH SURETY**

[ ] The defendant will provide good and sufficient surety approved by the court, in the form hereinafter set forth in this Order, acknowledging an indebtedness to the State in the amount of $ ______.

3. That the defendant shall appear at (check one):

[X] the term of COURT OF GENERAL SESSIONS beginning on January 05, 2023 at 9:00 o'clock A.M. at General Sessions - Mark H. Westbrook Judicial Center/205 East Main Street/Lexington, SC 29072 / (803) 785-8212 and remain there throughout that term of court. If no disposition is made during that term, the defendant shall appear and remain throughout each succeeding term of court until final disposition is made of his case, unless otherwise ordered by the court.

[ ] the session of [ ] MAGISTRATE COURT [ ] MUNICIPAL COURT beginning on ______ at ____ o'clock at ______
If no final disposition is made during that session, the defendant shall appear at such other times and places as ordered by the court.

Bond Amount(s): $2,000.00 (CS) or $2,000.00 (SB)
Per OSC order bond is reset due to recommittal. AJ bonding is relieved

INITIALS OF DEFENDANT: BP

4. That the defendant will notify the court promptly if he changes his address from the one contained in this order and he will comply with those conditions described hereinafter in the Order.

SIGNATURE OF JUDGE

11/07/2022
DATE

ORIGINAL AND ONE COPY OF THIS FORM ARE TO BE COMPLETED IN EVERY BAIL PROCEEDING IN WHICH IT IS USED

SCCA/511A (Revised 3/2012) Original Copy For The Trial Court - Copy For The Defendant

User: DAVENPORTJ | LEXINGTON COUNTY SHERIFF'S DEPARTMENT | 10/04/2023 09:15

# BOOKING REPORT

| Booking # | | Status |
|---|---|---|
| 131174 | *JM131174* | Active |

| Date/Time | Cell Location |
|---|---|
| 09/07/2023 20:55 | OJL, 2NDB, 2NDB, 07B202 |

## INMATE INFORMATION

| Name | Local ID (Names) |
|---|---|
| PRINGLE, BYRON LINDELLE | N/A |

AKA: EATON, TYRONE; CONNERS, BYRON; PALMER, BYRON; PRINGLE, SHYLEK

| Address | Race | Sex | Hair | Eye |
|---|---|---|---|---|
| [redacted] COLUMBIA, SC 29210 | B | M | BLK | BRO |

| DOB | Age | Height | Weight |
|---|---|---|---|
| [redacted] | 47 | 5'11 | 200 |

| SSN | Marital Status | Time Lived In Area |
|---|---|---|
| [redacted] | Single, 4 Dependents | Unk |

| Local ID (Jail) | SID | FBI # |
|---|---|---|
| N/A | SC00899591 | 227365TA1 |

| Country of Birth | Citizenship |
|---|---|
| United States | United States |

| Juvenile | Security |
|---|---|
| Adult | MAX |

*IM68554*

Name ID: 68554

| Employer | Religion |
|---|---|
| Unemployed | Christian |

| Employer Address | Employer Phone # |
|---|---|
| N/A | N/A |

| Attorney | Attorney Phone # |
|---|---|
| Unk | N/A |

Property Bins: 0160

Booking Officer: OLSON, J. H. (E76653)

Intake Officer: OLSON, J. H. (E76653)

Search Officer: OLSON, J. H. (E76653)

Prior Bookings: 123199, 120653, 111605, 109359, 106353, 105323, 92902, 81872, 75221, 43069

Jail Alerts: None

## CHARGES

Arrest ID #: 290009

| Docket # | Date Arrested | | Charge | Charge Type | Status | Bond Amount | Bond Status | Type |
|---|---|---|---|---|---|---|---|---|
| 2023A3210600017 LMC | 09/07/2023 | 24-13-0410\|2521 | ESCAPE / ESCAPE, ATTEMPTED ESCAPE OR POSSESS TOOLS TO ESCAPE | F | PRET | $25,000.00 | INAC | RECO |
| 2023A3210201481 LMC | 09/07/2023 | 44-53-0370(b)(1)\|2ND\|0184 | DRUGS/MDP; NARCOTIC SCHED I(B)&(C), LSD, AND SCHED. II 2ND | F | PRET | $60,000.00 | INAC | SURE |
| 2023A3210201482 LMC | 09/07/2023 | 44-53-0370(b)(1)\|2ND\|0184 | DRUGS/MDP; NARCOTIC SCHED I(B)&(C), LSD, AND SCHED. II 2ND | F | PRET | $60,000.00 | INAC | SURE |

68554

PRINGLE, BYRON LINDELLE







3:24-cv-04303-JDA Date Filed 03/10/26 Entry Number 56-3 Page 147 of 179

BAKER-K-146

User: ANDERSONC **LEXINGTON COUNTY SHERIFF'S DEPARTMENT** 09/08/2023 03:03:58

## INMATE PROPERTY RECORD

Booking #: *131171*

Inmate name: *PRINGLE, BYRON LINDELLE*

| Item | Bin | Qnty | Value | Date Recv. | Received From | Officer |
|---|---|---|---|---|---|---|
| JEWELRY, BRACELETS, BLACK | 0160 | 1 | | 09/08/2023 | Pringle, Byron Linde | Olson, J |
| JEWELRY, RINGS, WHITE | 0160 | 1 | | 09/08/2023 | Pringle, Byron Linde | Olson, J |
| CLOTHING, BLK SHIRT | 0160 | 1 | | 09/08/2023 | Pringle, Byron Linde | Olson, J |
| CLOTHING, BLUE PANTS | 0160 | 1 | | 09/08/2023 | Pringle, Byron Linde | Olson, J |
| FOOTWEAR, WHT/PINK/ORANGE/BLUE | 0160 | 1 | | 09/08/2023 | Pringle, Byron Linde | Olson, J |
| MISC, KEY CHAIN | 0160 | 1 | | 09/08/2023 | Pringle, Byron Linde | Olson, J |
| CELLS, 2 BLK | 0160 | 1 | | 09/08/2023 | Pringle, Byron Linde | Olson, J |
| JEWELRY, WHT RING | 0160 | 1 | | 09/08/2023 | Pringle, Byron Linde | Olson, J |
| BRACLETES, BLK | 0160 | 1 | | 09/08/2023 | Pringle, Byron Linde | Olson, J |
| MISC, 2 KEYS | 0160 | 1 | | 09/08/2023 | Pringle, Byron Linde | Olson, J |

**The Lexington County Detention Center does not tolerate sexual abuse or sexual harassment.**

Sexual assault is the commission of, or attempt to commit, a sex act on another person using actual, or constructive, force or if the other person is unconscious or otherwise physically incapable of resisting and has not consented to the sex act. Inmate(s) alleged to have committed sexual assault shall be placed in separation pending investigation of a violation of facility rules and possible criminal charges. Inmate(s) who falsely report allegations of sexual abuse or harassment are subject to disciplinary action and/or criminal charges.

The Lexington County Detention Center shall provide medical and mental health services to any inmate who alleges to have been sexually assaulted. You may report sexual assault or harassment verbally to any staff member through written communication on any available paper, electronically, through a third party, through the PREA Hotline (803) 555-3333, Pathways to healing 637 or by submitting an emergency grievance.

I hereby agree with the above inventory of my property that has been taken from me for storage and authorized the inspection of my mail for the duration of my incarceration at the LEXINGTON COUNTY SHERIFF'S DEPARTMENT.

I also acknowledge the above statement in reference to Sexual Abuse / Assault.

[signature] 09/08/2023 [signature] 09/08/2023

Inmate's Signature Date Officer Signature Date

jproprty

User: ANDERSONC **LEXINGTON COUNTY SHERIFF'S DEPARTMENT** 09/08/2023 03:41:55

**Inmate Classification**

**Inmate:** PRINGLE, BYRON LINDELLE **Race:** B **Sex:** M **DOB:** [redacted] **SSN:** [redacted]

**Booking #:** 131174 **Booking Officer:** OLSON, J. H. **Date/Time:** 09/07/2023 20:55

**Screening Officer:** ANDERSON, C. **Date:** 09/08/2023 03:38:51

| Q. # | Question | Answer | Notes |
|---|---|---|---|
| 1 | Current Offense Assaultive Felony? | Y | |
| 2 | Prior Assaultive Felony Convictions? | Y | ESCAPE |
| 3 | Known Past/Present Serious Institutional Behavior Problems? | N | |
| 4 | Prior Assaultive Felony Convictions? | Y | |
| 5 | Escape History? (Secure) | Y | |

**Classification:** MAX

**Reason for Re-Classification:**

Inmate Was Reclassified From - MIN to MAX . CLASSIFICATION

*= Inmate's response to this question triggered the above security classification*

**Total 'YES' Answers:** 4 **Total 'NO' Answers:** 1 **Total 'REFUSE' Answers:** 0

Signature of Classification Officer

Signature of Inmate



3:24-cv-04303-JDA Date Filed 03/10/26 Entry Number 56-3 Page 151 of 179

County Of Lexington

No. 233310

BAKER-K-150



# LEXINGTON COUNTY DETENTION CENTER

## TEK84 PRE-SCANNING QUESTIONNAIRE

This questionnaire is to be completed prior to scanning any individual using the TEK84 INTERCEPTOR. An affirmative answer to any question will disqualify an individual from being scanned and will require the individual to be frisk-searched consistent with detention center practices.

**Date:** 9/7/23 **Time:** 2025 **(24 hour)**

**First Name:** Byron **Main ID Number:** 68554

**Middle Name:** Lindelle

**Last Name:** Pringle

**Operator Name:** Olson

**PRE-SCREENING QUESTIONS**

1. Is the person/inmate in a wheelchair? ( ) YES (✓) NO
2. Did the person/inmate indicate she is pregnant or is unsure if she is pregnant or not? ( ) YES (✓) NO
   For inmates, has pregnancy been confirmed by the health care provider? ( ) YES (✓) NO
   Is the person/inmate obviously pregnant or known to be pregnant? ( ) YES (✓) NO
3. Has the person/inmate undergone chemotherapy or radiation in the past six (6) months? ( ) YES (✓) NO
   For inmates, has this information been confirmed by the health care provider? ( ) YES (✓) NO

**If the answer is, "Yes," to any of the above, the person/inmate will NOT be scanned.**

COMMENTS: ______________________________

**Operator Signature:** [signature]

**Signature of Person to be Scanned:** ______________________________

Revised 03.01.23 m6

# Lexington County Detention Center

Receipt of Personal Property From an Arrestee

This portion is to be completed by the TRANSPORTING OFFICER - PRINT

**ARRESTEE INFORMATION**

| Time Arrestee Arrived | Date Arrestee Arrived | Transporting Officer(PRINT) | Transporting Agency |
|---|---|---|---|
| 2025 | 9/7/23 | SANCHEZ | LMC DPS |

| Arrestee Name (First, Middle, Last) | Social Security Number | DOB | Race | Sex |
|---|---|---|---|---|
| BYRON LINDELLG PRINCE | [redacted] | | B | M |

CHARGES ARRESTEE BEING COMMITTED TO LCDC ON:

| Probable Cause Statement Form needed: YES NO | Signature of arresting officer emailing form to Bond Ct: |
|---|---|
| | |

| Towing Company Name | Towing Company Address | Towing Company Phone # |
|---|---|---|
| | | |

**PROPERTY INVENTORY**

| Wallet | Watch | Rings | Earrings |
|---|---|---|---|
| | | Wh | |

| Bracelets | Necklaces | Electronic Devices | Drivers Lic State & # |
|---|---|---|---|
| Blk | | Blk | |

| Cigarettes | Keys | Electronic Devices | Other |
|---|---|---|---|
| | 2 | Blk | headphones |

**MONEY**

| CASH RECEIVED | Confirming Transp. Officer | Confirming Intake Officer |
|---|---|---|
| [illegible] | [illegible] | |

| Checks Received | Confirming Transp. Officer | Confirming Intake Officer |
|---|---|---|
| 20.12 | [illegible] | |

**CLOTHING**

| Shirt | Pants | Shoes | Coat |
|---|---|---|---|
| Blk | Blu | White Pink Orange Blu | Camo |

| Hat/Cap | Skirt | Dress | Other |
|---|---|---|---|
| | | | Bonnet |

**MEDS/ blood**

| Medication Rec'd /Blood sample taken | Nurse Taking Possession of Medication |
|---|---|
| | |

| INTAKE OFFICER (Print) | REVIEWING BOOKING SUPERVISOR (Print) |
|---|---|
| Olson | |

| PROPERTY BAG NUMBER | INMATE SIGNATURE STATING ALL ENTRIES ARE CORRECT |
|---|---|
| 060 | X |

## Intake Officer Observations

| Inmate Full Name (Last, First, Middle) | Booking Number | Sex | Date of Intake | Time of Intake |
|---|---|---|---|---|
| BYRON LINDELLE PRINGLE | | M | 9/7/23 | |

Questions For Transporting Officer/Deputy

| Print Name & Signature of Transporting Officer/Deputy: | [signature] |
|---|---|

| | A-C To Be Answered By The Transport Officer/Deputy | Comments | | |
|---|---|---|---|---|
| A | Does your arrestee have any injuries, mental health issues or medical concerns of which you are aware? | | YES | NO (circled) |
| B | Was your arrestee involved in a motor vehicle collision? | | YES | NO (circled) |
| C | Was an electronic control device or chemical agent (Taser, Stun Gun, OC Spray etc.) utilized on your arrestee? | | YES | NO (circled) |

Intake Officer Observations (Explain all YES answers)

| | | Comments | | |
|---|---|---|---|---|
| 1 | Did arrestee need assistance to enter intake area? (i.e. not under his/her own power) | | YES | NO (circled) |
| 2 | Was the arrestee brought via the hospital by the arresting officer? (Provide comment if YES) | | YES | NO (circled) |
| 3 | Is the arrestee unconscious or showing signs of illness, injury bleeding, pain, headaches, diarrhea, vomiting, stomach pains suggesting the need for immediate emergency medical referral? (If yes provide comment and contact intake nurse) | | YES | NO (circled) |
| 4 | Are there any visible signs of fever, jaundice, skin lesions, rash, infections, cuts, bruises or minor injuries? | | YES | NO (circled) |
| 5 | Does the arrestee exhibit any signs that suggest the risk of suicide, assault, or abnormal behavior? | | YES | NO (circled) |
| 6 | Ask arrestee if they have consumed/ingested alcohol or drugs within last 24 hours; OR immediately before/during; after arrest to evade prosecution. List name of substance and how much. | | YES | NO (circled) |
| 7 | Is arrestee a diabetic? If yes, medical MUST perform blood sugar reading; | BLOOD SUGAR RESULT: ____ | YES | NO (circled) |
| 8 | Does arrestee appear to be under influence of or withdrawing from drugs or alcohol? | | YES | NO (circled) |
| 9 | Is arrestee's mobility restricted due to deformity, cast, injury, etc? | | YES | NO (circled) |
| 10 | Did the arrestee go directly to the safety(holding) cell? | | YES | NO (circled) |
| 11 | Has the arrestee experienced any injuries in the last 48 hours? | | YES | NO (circled) |
| 12 | Has the arrestee been involved in a CAR accident within the last 48 hours? Verify w/transporting officer | | YES | NO (circled) |
| 13 | Do you have any relatives(inmate or officer) currently in LCDC? | | YES | NO (circled) |
| 14 | For the safety of yourself and the facility are you a member of a gang? If so, what gang are you associated with? | | YES | NO (circled) |
| 15 | Does arrestee identify as a male or female? | MALE (circled) | FEMALE | |

| Intake Officer Signature |
|---|
| |

*If there are any YES answers to these questions (except #14), a nurse SHALL physically assess / approve inmate PRIOR to acceptance*

| Reviewing Nurse Signature |
|---|
| |

| Reviewing Booking Supervisor Signature |
|---|
| |

Updated 03.30.23 Int

Lexington County Jail, SC
Lexington County Jail (SCLX)
521 Gibson Road
Lexington, SC 29072

# L_ington County Detentio_ Center
# Medical Classification Form

| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date |
|---|---|---|---|---|
| PRINGLE, BYRON L | [redacted] | 131174 | [redacted] | 9/7/2023 |

**Special Housing for:**

_________ **Fall Risk**
_________ **Pregnancy**
_________ **Diabetic**
_________ **Heart Condition**
_________ **Medical Isolation r/t**
_________ **Single Cell r/t**
_________ **Work Restrictions r/t**
_________ **Alcohol/Drug Abuse**

**Mental Health Assessment: Placement on a *special watch* must be signed off by the Booking *and* Housing Supervisor**

_________ ***Elevated Suicide Watch*** **- *(Actively suicidal/homicidal threats or gestures)***
Close observation. No use of razors or the possession of linens will be permitted. Risk reduction clothing & Styrofoam trays without utensils will be provided. Inmate must shower and recreate under close supervision.

_________ ***Suicide Watch*** **- *History of Suicide Attempt in past 12 Months, Abnormal Emotional State, Offenders Age, 1st Time Offenders, Seriousness of Charges shall all be considered.***
Close Observation. No use of razors or the possession of linens will be permitted. Risk reduction clothing & Styrofoam trays without utensils will be provided. Inmates will shower and recreate in their assigned housing unit under close supervision.

_________ ***Mental Health Observation (MHO)*** - Close observation but may keep clothing and regular jail linens. Has had recent inpatient treatment less than 12 months.

_________ ***Needs to see Mental Health but may be placed in General Population*** * Must Be Referred to MH if reports history of Mental Health medications.

___X___ **General Population**

**Comments:** _________________________________

****Booking desk officers shall make a copy of this signed form to be transmitted to the inmates housing unit.**

9/7/23 — [signature]
**DATE** — ***Booking Supervisor*** — ***Housing Supervisor***

9/7/23 — [signature]
**DATE** — **Medical Personnel**

©2010 Correct Care Solutions, LLC



3:24-cv-04303-JDA Date Filed 03/10/26 Entry Number 56-3 Page 156 of 179

BAKER-K-155





COUNSEL FOR THE DEFENDANT

Lexington, South Carolina

STATE OF SOUTH CAROLINA,
COUNTY/MUNICIPALITY OF LEXINGTON

STATE OF SOUTH CAROLINA

vs.

BYRON LINDELLE PRINGLE
Defendant

IN RE: FREE-MAN BAIL BONDS
Surety

IN THE COURT OF GENERAL SESSIONS

AFFIDAVIT OF SURRENDER OF DEFENDANT BY SURETY

2023 SEP 12 PM 12: 17

Amount of Bond: 2,000.00
S.S.N. [redacted]
D.O.B. [redacted]
By: JOYCE FREEMAN
Date of Bond: 11/09/2022

PERSONALLY APPEARED BEFORE ME, the undersigned surety/deponent, who being duly sworn, states that he is a duly authorized representative of Free-Man Bail Bonds Surety Company, who is contractually acting as surety for the above named defendant on the following ☐ticket ☒warrant ☒indictment number(s) and charges: 2021A3210600017

☐ Defendant was incarcerated by surety/deponent for a violation or imminent violation of a specific term(s) of the bail bond as sworn to below. **Surety/deponent states under penalty of perjury that the information contained in this Affidavit constitutes good cause for the immediate incarceration of defendant.**

☐ Defendant was incarcerated by ☐ surety/deponent ☐ law enforcement as the result of a bench warrant for a violation of a specific term(s) of the bail bond as stated in the bench warrant and sworn to below.

REARRESTED

(Attach additional sheets if necessary.)

Sworn to and Subscribed before me this 8 day of SEPTEMBER, 2023
[signature]
Notary Public for South Carolina
My Commission expires 2-8-31

[signature]
Signature of Surety/Deponent
FREE-MAN BAIL BONDS
Surety Company

I have received custody of the above named defendant pursuant to ☐ immediate incarceration by surety ☐ bench warrant and the defendant will remain in custody until such time as notice concerning defendant is received from a clerk of court or court of competent jurisdiction.
Officer: [illegible] Date: 9-1-23
Detention Facility for the ☐ County ☐Municipality of ____

SCCA/635 (07/2008)

STATE OF SOUTH CAROLINA
COUNTY OF LEXINGTON

IN THE COURT OF General Sessions Court

STATE OF SOUTH CAROLINA

-VS-

BYRON LINDELLE PRINGLE
DEFENDANT

IN RE:
FREE-MAN BAIL BONDS
SURETY

WARRANT/TICKET/ INDICTMENT # 2021A3210600017

AMOUNT OF BOND $2,000.00

SSN [redacted] DOB [redacted]

DATE BOND POSTED November 9, 2022

MOTION TO BE RELIEVED ON BOND

PLEASE TAKE NOTICE that **FREE-MAN BAIL BONDS** Surety, moves before this Court, such motion to be heard on the date and time indicated below, requesting an Order to be Relieved on the bond of the above named defendant

Surety moves to be relieved on the bond based on the following grounds and facts as stated in the attached affidavit (**affidavit required**):

☐ 1. To prevent defendant from committing an imminent violation of specific terms of the bail bond.

☐ 2. The defendant has violated any one of the specific terms of the bond

☒ 3. Other (specify) **REARRESTED**

SWORN TO AND SUBSCRIBED BEFORE ME THIS 8 DAY OF September, 2023

[signature]
NOTARY PUBLIC FOR SOUTH CAROLINA
My Commission expires 2-8-31

[signature]
SURETY

**ORDER OF COURT**

The above motion is hereby ☐ GRANTED ☐ DENIED.
The bond shall be set at ________ ☐ remain as is

Defendant to be ☐ committed ☐ released under the above charge(s).

Date and Location ________ County, South Carolina

JUDGE ________

**NOTICE OF HEARING**
Please take notice that a hearing on the above motion is scheduled at the ________ located at ________ at ________ o'clock on ________ If you do not appear, the hearing will be held in your absence

SCCA/635 (07/2008) ☐ Court Copy ☐ Defendant Copy ☐ Solicitor's Copy ☐ Surety Copy

Criminal Charging Document No.

BAIL PROCEEDING
FORM II

**BOND SET ORDER CIRCUIT COURT**

STATE OF SOUTH CAROLINA
COUNTY OF Lexington

IN THE General Sessions

STATE OF SOUTH CAROLINA
v.
Pringle, Byron Lindell
NAME OF DEFENDANT

ORDER SPECIFYING METHODS AND CONDITIONS OF RELEASE

Offense Charged: Larceny / Breaking into motor vehicle or tanks, pumps, where fuel, lubricants stored-(2021A3210600171)

At a bail proceeding conducted by the undersigned judge, for the defendant named above, it was determined by the court (check one or both):

[X] The release of the defendant on recognizance will not reasonably assure his appearance as required.
[X] The release of the defendant on recognizance will result in an unreasonable danger to the community.

This determination was based upon the following findings of fact:

Nature of Circumstances of Offense: The defendant has an extensive criminal history. The defendant is currently out on bond for previous jailable offense. Contempt of TSSL more than 40 convictions

[Considerations: Nature and Circumstances of the offense charged, the defendant's family ties, employment, financial resources, character and mental condition, the length of his residence in the community, his record of convictions, and any record of flight to avoid prosecution or failure to appear at other court proceedings.]

**THEREFORE, IT IS HEREBY ORDERED:**

1. That the above named defendant be released from custody on the condition that he will personally appear before the designated court at the place, date and time required to answer the charge made against him and do what shall be ordered by the court and not depart the State without the permission of the court and be of good behavior.

2. That the above named defendant be released from custody provided as follows (check all that apply):

**CASH IN LIEU OF BOND**

[ ] The defendant, acknowledges himself to be indebted to the State of South Carolina in the sum of $ __________ to secure his release from custody. Should the defendant fail to comply with all terms and conditions of this Order, this sum of money is subject to being forfeited to the State.

**CASH PERCENTAGE IN LIEU OF BOND**

[ ] The defendant, acknowledging himself to be indebted to the State of South Carolina in the full amount of $ __________, his release to be obtained by payment to the court of ______ % (not to exceed 10%) of the full amount of the bond, deposits $ __________ to secure his release from custody. Should the defendant fail to perform the conditions of this Order, the full amount shall be levied on his real and personal property for the use of the state.

**APPEARANCE RECOGNIZANCE WITH SURETY**

[ ] The defendant will provide good and sufficient surety approved by the court, in the form hereinafter set forth in this Order, acknowledging an indebtedness to the State in the amount of $ __________.

3. That the defendant shall appear at (check one):

[X] the term of COURT OF GENERAL SESSIONS beginning on January 05, 2023 at 9:00 o'clock, AM, at General Sessions - Mark H. Westbrook Judicial Center/205 East Main Street/Lexington, SC 29072 / (803) 785-8212 and remain there throughout that term of court. If no disposition is made during that term, the defendant shall appear and remain throughout each succeeding term of court until final disposition is made of his case, unless otherwise ordered by the court.

[ ] the session of [ ] MAGISTRATE COURT [ ] MUNICIPAL COURT beginning on __________ at __________ o'clock at __________. If no final disposition is made during that session, the defendant shall appear at such other times and places as ordered by the court.

Bond Amount(s): $2,000.00 (GS) or $2,000.00 (GS)
Per OBC order bond is reset due to recommitment. AI booking is relieved

BP
INITIALS OF DEFENDANT

4. That the defendant will notify the court promptly if he changes his address from that contained in this order and he will comply with those conditions described hereinafter in the Order.

SIGNATURE OF JUDGE

11/07/2022
DATE

ORIGINAL AND ONE COPY OF THIS FORM ARE TO BE COMPLETED IN EVERY BAIL PROCEEDING IN WHICH IT IS USED

SCCA/571A (Revised 3/2012) Original Copy For The Trial Court • Copy For The Defendant

**BOND SET BY ORDER OF CIRCUIT COURT**

## ACKNOWLEDGEMENT BY DEFENDANT

I understand that if I violate any condition of this Order, a warrant for my arrest will be issued.

I understand and have been informed that I have a right and obligation to be present at trial and should I fail to attend the court, the trial will proceed in my absence.

It has been explained to me that if I fail to appear before the court as required, a warrant for my arrest will be issued.

[redacted]
ADDRESS

Columbia, SC 29204-1242
CITY/STATE/ZIP

[redacted]
TELEPHONE

[redacted]
SOCIAL SECURITY NUMBER

[redacted]
DRIVER'S LICENSE OR ID NUMBER

SIGNATURE OF DEFENDANT

DATE

ATTORNEY REPRESENTING ACCUSED (IF KNOWN)

## SPECIAL CONDITIONS OF RELEASE

a. ☐ Placement in custody. The defendant is placed in the custody of:

NAME OF PERSON OR ORGANIZATION

ADDRESS CITY/STATE ZIP TELEPHONE

who agrees (1) to supervise the defendant as set forth by the court, (2) to use every effort to assure the appearance of the defendant at all scheduled hearings before the court, and (3) to notify the court immediately in the event the defendant violates any conditions of his release or disappears.

SIGNATURE OF CUSTODIAN (IF APPROVED) DATE

b. ☐ Restrictions on Travel, Association or Residence. The defendant will comply with each of the following conditions:

c. ☐ Part-time Release. The defendant will be released from custody from ______ TIME o'clock, ______ AM/PM to ______ TIME o'clock, ______ AM/PM on ______ DATE(S) on condition that he return to the custody of ______ NAME OF PERSON OR ORGANIZATION at ______ LOCATION as designated.

d. ☒ Other conditions. The defendant will comply with the following other conditions of release:
Must Notify Court Immediately of Change of Address

## APPEARANCE RECOGNIZANCE WITH SURETY

On the ______ day of ______, ______, personally appeared before the undersigned judge the surety named below who acknowledged himself indebted to the State of South Carolina, in the sum of $ ______ such sum to be levied on his real and personal property for the use of the State, should named defendant fail in performing the conditions of this Order.

The surety, being duly sworn, says that he is a resident and free holder within the State and is worth the sum acknowledged and underwritten herein, over all his debts and liabilities, and exclusive of property except from execution.

NAME OF SURETY BONDSMAN COMPANY TELEPHONE

SIGNATURE OF SURETY BONDSMAN

ADDRESS OF SURETY BONDSMAN

CITY/STATE/ZIP

SIGNATURE OF JUDGE

NAME OF INSURANCE COMPANY

DATE

ADDRESS OF INSURANCE COMPANY

CITY/STATE/ZIP

Form Approved by S.C. Attorney General
Section 17-15-40
March 21, 2012

SCCA/311A (Revised 3/2012)

STATE OF SOUTH CAROLINA,
COUNTY/MUNICIPALITY OF LEXINGTON

IN THE COURT OF GENERAL SESSIONS

AFFIDAVIT OF SURRENDER OF DEFENDANT BY SURETY

STATE OF SOUTH CAROLINA

vs.

BYRON LINDELLE PRINGLE
Defendant

Amount of Bond: 25,000.00
S.S.N.:
D.O.B.: [redacted]
By: JOYCE FREEMAN
Date of Bond: 11/09/2022

IN RE: FREE-MAN BAIL BONDS
Surety

2023 SEP 12 PM 12:16 LEXINGTON

PERSONALLY APPEARED BEFORE ME, the undersigned surety/deponent, who being duly sworn, states that he is a duly authorized representative of Free-Man Bail Bonds Surety Company, who is contractually acting as surety for the above named defendant on the following ☐ticket ☒warrant ☒indictment number(s) and charges: 2021A3210900024, 2021A3210201330.

☐ Defendant was incarcerated by surety/deponent for a violation or imminent violation of a specific term(s) of the bail bond as sworn to below. **Surety/deponent states under penalty of perjury that the information contained in this Affidavit constitutes good cause for the immediate incarceration of defendant.**

☐ Defendant was incarcerated by ☐ surety/deponent ☐ law enforcement as the result of a bench warrant for a violation of a specific term(s) of the bail bond as stated in the bench warrant and sworn to below.

REARRESTED

(Attach additional sheets if necessary.)

Sworn to and Subscribed before me this 7 day of SEPTEMBER, 2023
[signature]
Notary Public for South Carolina
My Commission expires 2-8-31

[signature: Joyce Freeman]
Signature of Surety/Deponent
FREE-MAN BAIL BONDS
Surety Company

I have received custody of the above named defendant pursuant to ☐ immediate incarceration by surety ☐ bench warrant and the defendant will remain in custody until such time as notice concerning defendant is received from a clerk of court or court of competent jurisdiction.
Officer: [illegible] Date: [illegible]
Detention Facility for the ☐ County ☐Municipality of ____

A TRUE COPY

SCCA/636 (07/2008)

STATE OF SOUTH CAROLINA
COUNTY OF LEXINGTON

IN THE COURT OF
General Sessions Court

2023 SEP 12 [illegible]

WARRANT/TICKET/INDICTMENT # 2021A3210900024, 2021A3210201330

STATE OF SOUTH CAROLINA

-VS-

BYRON LINDELLE PRINGLE
DEFENDANT

AMOUNT OF BOND $25,000.00

SSN [redacted] DOB [redacted]

DATE BOND POSTED November 9, 2022

IN RE:
FREE-MAN BAIL BONDS
SURETY

MOTION TO BE RELIEVED ON BOND

PLEASE TAKE NOTICE that FREE-MAN BAIL BONDS Surety, moves before this Court, such motion to be heard on the date and time indicated below, requesting an Order to be Relieved on the bond of the above named defendant.

Surety moves to be relieved on the bond based on the following grounds and facts as stated in the attached affidavit (**affidavit required**):

☐ 1. To prevent defendant from committing an imminent violation of specific terms of the bail bond.

☐ 2. The defendant has violated any one of the specific terms of the bond.

☒ 3. Other (specify) **REARRESTED**

SWORN TO AND SUBSCRIBED BEFORE ME THIS 12 DAY OF September, 2023

[signature]
NOTARY PUBLIC FOR SOUTH CAROLINA
My Commission expires: 2.9.31

[signature]
SURETY

**ORDER OF COURT**

The above motion is hereby ☐ GRANTED ☐ DENIED.
The bond shall be set at ________ ☐ remain as is.

Defendant to be ☐ committed ☐ released under the above charge(s).

Date and Location: ________ County, South Carolina

JUDGE ________

**NOTICE OF HEARING**
Please take notice that a hearing on the above motion is scheduled at the ________
located at ________
at ________ o'clock on ________
If you do not appear, the hearing will be held in your absence.

SCCA/635 (07/2008) ☐ Court Copy ☐ Defendant Copy ☐ Solicitor's Copy ☐ Surety Copy

Criminal Charging Document No.

BOND SET BY ORDER OF CIRCUIT COURT

STATE OF SOUTH CAROLINA
COUNTY OF Lexington

BAIL PROCEEDING
FORM II
IN THE General Sessions

STATE OF SOUTH CAROLINA

v.

Pringle, Byron Lindelle
NAME OF DEFENDANT

ORDER SPECIFYING METHODS AND CONDITIONS OF RELEASE

Offense Charged: Drugs / Trafficking in Heroin, morph., etc. 4 g or more, but less than 14 g - 2nd or sub. offense; [2021A3210201830] Drugs / MDP, Narcotic drugs in Sch. I(b) & (c), LSD, and Sched. II - 2nd offense; [2021A3210900024]

At a bail proceeding conducted by the undersigned judge, for the defendant named above, it was determined by the court (check one or both):

[X] The release of the defendant on recognizance will not reasonably assure his appearance as required.

[X] The release of the defendant on recognizance will result in an unreasonable danger to the community.

This determination was based upon the following findings of fact:

Nature of Circumstances of Offense

[Considerations: Nature and Circumstances of the offense charged, the defendant's family ties, employment, financial resources, character and mental condition, the length of his residence in the community, his record of convictions, and any record of flight to avoid prosecution or failure to appear at other court proceedings.]

**THEREFORE, IT IS HEREBY ORDERED:**

1. That the above named defendant be released from custody on the condition that he will personally appear before the designated court at the place, date and time required to answer the charge made against him and do what shall be ordered by the court and not depart the State without the permission of the court and be of good behavior.

2. That the above named defendant be released from custody provided as follows (check all that apply):

**CASH IN LIEU OF BOND**

[ ] The defendant, acknowledges himself to be indebted to the State of South Carolina in the sum of $ __________ to secure his release from custody. Should the defendant fail to comply with all terms and conditions of this Order, this sum of money is subject to being forfeited to the State.

**CASH PERCENTAGE IN LIEU OF BOND**

[ ] The defendant, acknowledging himself to be indebted to the State of South Carolina in the full amount of $ __________, his release to be obtained by payment to the court of ______ % (not to exceed 10%) of the full amount of the bond, deposits $ __________ to secure his release from custody. Should the defendant fail to perform the conditions of this Order, the full amount shall be levied on his real and personal property for the use of the state.

**APPEARANCE RECOGNIZANCE WITH SURETY**

[ ] The defendant will provide good and sufficient surety approved by the court, in the form hereinafter set forth in this Order, acknowledging an indebtedness to the State in the amount of $ __________.

3. That the defendant shall appear at (check one):

[X] the term of COURT OF GENERAL SESSIONS beginning on January 03, 2023 at 9:00 o'clock, AM, at General Sessions - Mark H. Westbrook Judicial Center/205 East Main Street/Lexington, SC 29072 / (803) 785-8212 and remain there throughout that term of court. If no disposition is made during that term, the defendant shall appear and remain throughout each succeeding term of court until final disposition is made of his case, unless otherwise ordered by the court.

[ ] the session of [ ] MAGISTRATE COURT [ ] MUNICIPAL COURT beginning on __________ at __________ o'clock, ____ at

If no final disposition is made during that session, the defendant shall appear at such other times and places as ordered by the court.

Bond Amount(s): ~~$50000 (CS)~~ or $25,000.00 (SR) 25,000

Per OSC order bond is reset due to recommitment. All bonding is relieved

INITIALS OF DEFENDANT BP

4. That the defendant will notify the court promptly if he changes his address from that contained in this order and he will comply with those conditions described hereinafter in the Order.

SIGNATURE OF JUDGE

11/07/2022
DATE

ORIGINAL AND ONE COPY OF THIS FORM ARE TO BE COMPLETED IN EVERY BAIL PROCEEDING IN WHICH IT IS USED

SCCA/0/1A (Revised 2/2012) Original Copy For The Trial Court - Copy For The Defendant



BOND SE
ORDER
CIRCUIT C

## ACKNOWLEDGEMENT BY DEFENDANT

I understand that if I violate any condition of this Order, a warrant for my arrest will be issued.

I understand and have been informed that I have a right and obligation to be present at trial and should I fail to attend the court, the trial will proceed in my absence.

It has been explained to me that if I fail to appear before the court as required, a warrant for my arrest will be issued.

ADDRESS

SIGNATURE OF DEFENDANT

Columbia, SC 29204-1342

CITY/STATE/ZIP

TELEPHONE

DATE

SOCIAL SECURITY NUMBER

DRIVER'S LICENSE OR ID NUMBER

ATTORNEY REPRESENTING ACCUSED (IF KNOWN)

## SPECIAL CONDITIONS OF RELEASE

a. ☐ Placement in custody. The defendant is placed in the custody of: ______ NAME OF PERSON OR ORGANIZATION

ADDRESS ______ CITY/STATE ______ ZIP ______ TELEPHONE ______

who agrees (1) to supervise the defendant as set forth by the court, (2) to use every effort to assure the appearance of the defendant at all scheduled hearings before the court, and (3) to notify the court immediately in the event the defendant violates any conditions of his release or disappears.

SIGNATURE OF CUSTODIAN (IF APPROVED) ______ DATE ______

b. ☐ Restrictions on Travel, Association or Residence. The defendant will comply with each of the following conditions:

c. ☐ Part-time Release. The defendant will be released from custody from ______ TIME o' clock, AM/PM to ______ TIME o' clock AM/PM

on ______ DATE(S) on condition that he return to the custody of ______ NAME OF PERSON OR ORGANIZATION

at ______ LOCATION as designated.

d. ☑ Other conditions. The defendant will comply with the following other conditions of release:

Must Notify Court Immediately of Change of Address; The Defendant must have no contact directly or indirectly with the victim

## APPEARANCE RECOGNIZANCE WITH SURETY

On the ______ day of ______, personally appeared before the undersigned judge the surety named below who acknowledged himself indebted to the State of South Carolina, in the sum of $ ______ such sum to be levied on his real and personal property for the use of the State, should named defendant fail in performing the conditions of this Order.

The surety, being duly sworn, says that he is a resident and free holder within the State and is worth the sum acknowledged and underwritten herein, over all his debts and liabilities, and exclusive of property exempt from execution.

NAME OF SURETY BONDSMAN COMPANY

TELEPHONE

SIGNATURE OF SURETY BONDSMAN

ADDRESS OF SURETY BONDSMAN

CITY/STATE/ZIP

SIGNATURE OF JUDGE

NAME OF INSURANCE COMPANY

DATE

ADDRESS OF INSURANCE COMPANY

CITY/STATE/ZIP

Form Approved by S.C. Attorney General
Section 17-15-40
March 31, 2012

SCCA/511A (Revised 3/2012)

STATE OF SOUTH CAROLINA,
COUNTY/MUNICIPALITY OF LEXINGTON

IN THE COURT OF GENERAL SESSIONS

AFFIDAVIT OF SURRENDER OF DEFENDANT BY SURETY

STATE OF SOUTH CAROLINA

vs.

BYRON LINDELLE PRINGLE
Defendant

Amount of Bond: 25,000.00
S.S.N. [redacted]
D.O.B. [redacted]
By: JOYCE FREEMAN
Date of Bond: 11/09/2022

IN RE: FREE-MAN BAIL BONDS
Surety

PERSONALLY APPEARED BEFORE ME, the undersigned surety/deponent, who being duly sworn, states that he is a duly authorized representative of Free-Man Bail Bonds Surety Company, who is contractually acting as surety for the above named defendant on the following ☐ticket ☒warrant ☒indictment number(s) and charges: 2021A3210900024, 2021A3210201330.

☐ Defendant was incarcerated by surety/deponent for a violation or imminent violation of a specific term(s) of the bail bond as sworn to below. **Surety/deponent states under penalty of perjury that the information contained in this Affidavit constitutes good cause for the immediate incarceration of defendant.**

☐ Defendant was incarcerated by ☐ surety/deponent ☐ law enforcement as the result of a bench warrant for a violation of a specific term(s) of the bail bond as stated in the bench warrant and sworn to below.

REARRESTED

(Attach additional sheets if necessary.)

Sworn to and Subscribed before me
this 2 day of SEPTEMBER, 2023
[signature]
Notary Public for South Carolina
My Commission expires 2-8-31

[signature: Joyce Freeman]
Signature of Surety/Deponent
FREE-MAN BAIL BONDS
Surety Company

I have received custody of the above named defendant pursuant to ☐ immediate incarceration by surety ☐ bench warrant and the defendant will remain in custody until such time as notice concerning defendant is received from a clerk of court or court of competent jurisdiction.
Officer: [illegible] Date: [illegible]
Detention Facility for the: ☐ County ☐ Municipality of ____

SCCA/636 (07/2008)

STATE OF SOUTH CAROLINA
COUNTY OF LEXINGTON

IN THE COURT OF
General Sessions Court

WARRANT/TICKET/ INDICTMENT # 2021A3210900024, 2021A3210201330

STATE OF SOUTH CAROLINA

-vs-

BYRON LINDELLE PRINGLE
DEFENDANT

AMOUNT OF BOND $25,000.00

SSN [redacted] DOB [redacted]

DATE BOND POSTED November 9, 2022

IN RE:
FREE-MAN BAIL BONDS
SURETY

MOTION TO BE RELIEVED ON BOND

PLEASE TAKE NOTICE that **FREE-MAN BAIL BONDS** Surety, moves before this Court, such motion to be heard on the date and time indicated below, requesting an Order to be Relieved on the bond of the above named defendant.

Surety moves to be relieved on the bond based on the following grounds and facts as stated in the attached affidavit (**affidavit required**)

☐ 1. To prevent defendant from committing an imminent violation of specific terms of the bail bond.

☐ 2. The defendant has violated any one of the specific terms of the bond

☒ 3. Other (specify) **REARRESTED**

SWORN TO AND SUBSCRIBED BEFORE ME
THIS 5 DAY OF September, 2023

[signature]
NOTARY PUBLIC FOR SOUTH CAROLINA
My Commission expires: 2-8-31

[signature]
SURETY

**ORDER OF COURT**

The above motion is hereby ☐ GRANTED ☐ DENIED
The bond shall be set at ______ ☐ remain as is.

Defendant to be ☐ committed ☐ released under the above charge(s)

Date and Location ______ County, South Carolina

JUDGE ______

**NOTICE OF HEARING**

Please take notice that a hearing on the above motion is scheduled at the ______ located at ______ at ______ o'clock on ______

If you do not appear, the hearing will be held in your absence.

SCCA/635 (07/2008) ☐ **Court Copy** ☐ **Defendant Copy** ☐ **Solicitor's Copy** ☐ **Surety Copy**

STATE OF SOUTH CAROLINA
COUNTY OF Lexington

BAIL PROCEEDING
FORM II
IN THE General Sessions

Criminal Charging Document No.

BOND SET BY ORDER OF CIRCUIT COURT

STATE OF SOUTH CAROLINA
v.
Pringle, Byron Lindelle
NAME OF DEFENDANT

ORDER SPECIFYING METHODS AND CONDITIONS OF RELEASE

Offense Charged: Drugs / Trafficking in Heroin, morph., etc. 4 g or more but less than 14 g - 2nd or sub. offense-[2021A3210201330]; Drugs / MDP, Narcotic drugs in Sch. I(b) & (c), LSD, and Sched. II - 2nd offense-[2021A3210900024]

At a bail proceeding conducted by the undersigned judge, for the defendant named above, it was determined by the court (check one or both):

[X] The release of the defendant on recognizance will not reasonably assure his appearance as required.

[X] The release of the defendant on recognizance will result in an unreasonable danger to the community.

This determination was based upon the following findings of fact:

Nature of Circumstances of Offense:

[Considerations: Nature and Circumstances of the offense charged, the defendant's family ties, employment, financial resources, character and mental condition, the length of his residence in the community, his record of convictions, and any record of flight to avoid prosecution or failure to appear at other court proceedings.]

**THEREFORE, IT IS HEREBY ORDERED:**

1. That the above named defendant be released from custody on the condition that he will personally appear before the designated court at the place, date and time required to answer the charge made against him, and do what shall be ordered by the court and not depart the State without the permission of the court and be of good behavior.

2. That the above named defendant be released from custody provided as follows (check all that apply).

**CASH IN LIEU OF BOND**

[ ] The defendant, acknowledges himself to be indebted to the State of South Carolina in the sum of $ ______ to secure his release from custody. Should the defendant fail to comply with all terms and conditions of this Order, this sum of money is subject to being forfeited to the State.

**CASH PERCENTAGE IN LIEU OF BOND**

[ ] The defendant, acknowledging himself to be indebted to the State of South Carolina in the full amount of $ ______, his release to be obtained by payment to the court of ______ % (not to exceed 10%) of the full amount of the bond, deposits $ ______ to secure his release from custody. Should the defendant fail to perform the conditions of this Order, the full amount shall be levied on his real and personal property for the use of the state.

**APPEARANCE RECOGNIZANCE WITH SURETY**

[ ] The defendant will provide good and sufficient surety approved by the court, in the form hereinafter set forth in this Order, acknowledging an indebtedness to the State in the amount of $ ______.

3. That the defendant shall appear at (check one):

[X] the term of COURT OF GENERAL SESSIONS beginning on January 05, 2021 at 9:00 o'clock A.M. at General Sessions - Mark H. Westbrook Judicial Center/205 East Main Street/Lexington, SC 29072 / (803) 785-8212 and remain there throughout that term of court. If no disposition is made during that term, the defendant shall appear and remain throughout each succeeding term of court until final disposition is made of his case, unless otherwise ordered by the court.

[ ] the session of [ ] MAGISTRATE COURT [ ] MUNICIPAL COURT beginning on ______ at ______ o'clock ______ at ______

If no final disposition is made during that session, the defendant shall appear at such other times and places as ordered by the court.

Bond Amount(s): ~~[illegible]~~ 25,000 (CS) or $25,000.00 (SB)

INITIALS OF DEFENDANT: BP

Per GRC order bond is reset due to recommittal. All bonding is relieved

4. That the defendant will notify the court promptly if he changes his address from the one contained in this order and he will comply with those conditions described hereinafter in the Order.

SIGNATURE OF JUDGE

11/07/2022
DATE

ORIGINAL AND ONE COPY OF THIS FORM ARE TO BE COMPLETED IN EVERY BAIL PROCEEDING IN WHICH IT IS USED

SCCA/BILA (Revised 3/2012) Original Copy For The Trial Court - Copy For The Defendant



BOND SE
ORDER
CIRCUIT C

## ACKNOWLEDGEMENT BY DEFENDANT

I understand that if I violate any condition of this Order, a warrant for my arrest will be issued.

I understand and have been informed that I have a right and obligation to be present at trial and should I fail to attend the court, the trial will proceed in my absence.

It has been explained to me that if I fail to appear before the court as required, a warrant for my arrest will be issued.

ADDRESS

SIGNATURE OF DEFENDANT

Columbia, SC 29204-1342

CITY/STATE/ZIP TELEPHONE DATE

SOCIAL SECURITY NUMBER DRIVER'S LICENSE OR ID NUMBER ATTORNEY REPRESENTING ACCUSED (IF KNOWN)

## SPECIAL CONDITIONS OF RELEASE

a. ☐ Placement in custody. The defendant is placed in the custody of: ______

NAME OF PERSON OR ORGANIZATION

ADDRESS CITY/STATE ZIP TELEPHONE

Who agrees (1) to supervise the defendant as set forth by the court, (2) to use every effort to assure the appearance of the defendant at all scheduled hearings before the court, and (3) to notify the court immediately in the event the defendant violates any conditions of his release or disappears.

SIGNATURE OF CUSTODIAN (IF APPROVED) DATE

b. ☐ Restrictions on Travel, Association or Residence. The defendant will comply with each of the following conditions:

c. ☐ Part-time Release. The defendant will be released from custody from ______ TIME ______ o' clock, ______ AM/PM to ______ TIME ______ o' clock, ______ AM/PM

on ______ DATE(S) on condition that he return to the custody of ______ NAME OF PERSON OR ORGANIZATION

at ______ LOCATION as designated.

d. ☑ Other conditions. The defendant will comply with the following other conditions of release:

*Must Notify Court Immediately of Change of Address; The Defendant must have no contact directly or indirectly with the victim*

## APPEARANCE RECOGNIZANCE WITH SURETY

On the ______ day of ______, ______, personally appeared before the undersigned judge the surety named below who acknowledged himself indebted to the State of South Carolina, in the sum of $ ______, such sum to be levied on his real and personal property for the use of the State, should named defendant fail in performing the conditions of this Order.

The surety, being duly sworn, says that he is a resident and free holder within the State and is worth the sum acknowledged and underwritten herein, over all his debts and liabilities, and exclusive of property exempt from execution.

NAME OF SURETY BONDSMAN COMPANY TELEPHONE

SIGNATURE OF SURETY BONDSMAN

ADDRESS OF SURETY BONDSMAN

CITY/STATE/ZIP

SIGNATURE OF JUDGE

NAME OF INSURANCE COMPANY

DATE

ADDRESS OF INSURANCE COMPANY

CITY/STATE/ZIP

Form Approved by S.C. Attorney General
Section 17-15-40
March 21, 2012

SCCA/311A (Revised 3/2012)



BOND SET BY
ORDER OF
CIRCUIT COURT

## ACKNOWLEDGEMENT BY DEFENDANT

I understand that if I violate any condition of this Order, a warrant for my arrest will be issued.

I understand and have been informed that I have a right and obligation to be present at trial and should I fail to attend the court, the trial will proceed in my absence.

It has been explained to me that if I fail to appear before the court as required, a warrant for my arrest will be issued.

[REDACTED]
ADDRESS

SIGNATURE OF DEFENDANT

Columbia, SC 29204-1342
CITY/STATE/ZIP

[REDACTED]
TELEPHONE

DATE

[REDACTED]
SOCIAL SECURITY NUMBER

[REDACTED]
DRIVER'S LICENSE OR ID NUMBER

ATTORNEY REPRESENTING ACCUSED (IF KNOWN)

## SPECIAL CONDITIONS OF RELEASE

a. ☐ Placement in custody. The defendant is placed in the custody of: ____________________
NAME OF PERSON OR ORGANIZATION

ADDRESS CITY/STATE ZIP TELEPHONE

who agrees (1) to supervise the defendant as set forth by the court, (2) to use every effort to assure the appearance of the defendant at all scheduled hearings before the court, and (3) to notify the court immediately in the event the defendant violates any conditions of his release or disappears.

SIGNATURE OF CUSTODIAN (IF APPROVED) DATE

b. ☐ Restrictions on Travel, Association or Residence. The defendant will comply with each of the following conditions: ____________________

c. ☐ Part-time Release. The defendant will be released from custody from ________ TIME o' clock, ________ AM/PM to ________ TIME o' clock, ________ AM/PM

on ____________________ DATE(S) on condition that he return to the custody of ____________________ NAME OF PERSON OR ORGANIZATION

at ____________________ LOCATION as designated.

d. ☒ Other conditions. The defendant will comply with the following other conditions of release: ____________________
Must Notify Court Immediately of Change of Address

## APPEARANCE RECOGNIZANCE WITH SURETY

On the ________ day of ____________________, ________, personally appeared before the undersigned judge the surety named below who acknowledged himself indebted to the State of South Carolina, in the sum of $ ____________________ such sum to be levied on his real and personal property for the use of the State, should named defendant fail in performing the conditions of this Order.

The surety, being duly sworn, says that he is a resident and free holder within the State and is worth the sum acknowledged and underwritten herein, over all his debts and liabilities, and exclusive of property exempt from execution.

NAME OF SURETY BONDSMAN COMPANY TELEPHONE

SIGNATURE OF SURETY BONDSMAN

ADDRESS OF SURETY BONDSMAN

CITY/STATE/ZIP

SIGNATURE OF JUDGE

NAME OF INSURANCE COMPANY

DATE

ADDRESS OF INSURANCE COMPANY

CITY/STATE/ZIP

Form Approved by S.C. Attorney General
Section 17-15-10
March 21, 2012

SCCA/311A (Revised 3/2012)

STATE OF SOUTH CAROLINA,

COUNTY/MUNICIPALITY OF LEXINGTON

STATE OF SOUTH CAROLINA

vs

BYRON LINDELLE PRINGLE

Defendant

IN RE: FREE-MAN BAIL BONDS

Surety

IN THE COURT OF GENERAL SESSIONS

AFFIDAVIT OF SURRENDER OF DEFENDANT BY SURETY

Amount of Bond: 2,000.00
S.S.N.
D.O.B.
By: JOYCE FREEMAN
Date of Bond: 11/09/2022

PERSONALLY APPEARED BEFORE ME, the undersigned surety/deponent, who being duly sworn, states that he is a duly authorized representative of Free-Man Bail Bonds Surety Company, who is contractually acting as surety for the above named defendant on the following ☐ticket ☒warrant ☒indictment number(s) and charges: 2021A3210600017

☐ Defendant was incarcerated by surety/deponent for a violation or imminent violation of a specific term(s) of the bail bond as sworn to below. **Surety/deponent states under penalty of perjury that the information contained in this Affidavit constitutes good cause for the immediate incarceration of defendant.**

☐ Defendant was incarcerated by ☐ surety/deponent ☐ law enforcement as the result of a bench warrant for a violation of a specific term(s) of the bail bond as stated in the bench warrant and sworn to below.

REARRESTED

(Attach additional sheets if necessary.)

Sworn to and Subscribed before me this 8 day of SEPTEMBER, 2023

[signature]
Notary Public for South Carolina
My Commission expires 2-8-31

[signature]
Signature of Surety/Deponent
FREE-MAN BAIL BONDS
Surety Company

I have received custody of the above named defendant pursuant to ☐ immediate incarceration by surety ☐ bench warrant and the defendant will remain in custody until such time as notice concerning defendant is received from a clerk of court or court of competent jurisdiction.
Officer: 360 Date: 9-8-23
Detention Facility for the ☐ County ☐Municipality of ____

SCCA/636 (07/2008)

STATE OF SOUTH CAROLINA
COUNTY OF LEXINGTON

IN THE COURT OF General Sessions Court

STATE OF SOUTH CAROLINA

-vs-

BYRON LINDELLE PRINGLE
DEFENDANT

WARRANT/TICKET/ INDICTMENT # 2021A3210600017

AMOUNT OF BOND $2,000.00

SSN [redacted] DOB [redacted]

DATE BOND POSTED November 9, 2022

IN RE:

FREE-MAN BAIL BONDS
SURETY

MOTION TO BE RELIEVED ON BOND

PLEASE TAKE NOTICE that **FREE-MAN BAIL BONDS** Surety, moves before this Court, such motion to be heard on the date and time indicated below, requesting an Order to be Relieved on the bond of the above named defendant

Surety moves to be relieved on the bond based on the following grounds and facts as stated in the attached affidavit **(affidavit required)**

☐ 1. To prevent defendant from committing an imminent violation of specific terms of the bail bond

☐ 2. The defendant has violated any one of the specific terms of the bond.

☒ 3. Other: (specify) **REARRESTED**

SWORN TO AND SUBSCRIBED BEFORE ME
THIS 8 DAY OF September, 2023

[signature]
NOTARY PUBLIC FOR SOUTH CAROLINA
My Commission expires 2-8-31

[signature]
SURETY

**ORDER OF COURT**

The above motion is hereby ☐ GRANTED ☐ DENIED.
The bond shall be set at ________ ☐ remain as is

Defendant to be ☐ committed ☐ released under the above charge(s).

Date and Location: ________ County, South Carolina.

JUDGE ________

**NOTICE OF HEARING**

Please take notice that a hearing on the above motion is scheduled at the ________ located at ________ at ________ o'clock on ________

If you do not appear, the hearing will be held in your absence.

SCCA/635 (07/2008) ☐ Court Copy ☐ Defendant Copy ☐ Solicitor's Copy ☐ Surety Copy

Criminal Charging Document No.

**BOND SET ORDER CIRCUIT COURT**

BAIL PROCEEDING
FORM II

STATE OF SOUTH CAROLINA
COUNTY OF Lexington

IN THE General Sessions

STATE OF SOUTH CAROLINA
v.
Pringle, Byron Lindelle
NAME OF DEFENDANT

ORDER SPECIFYING METHODS AND CONDITIONS OF RELEASE

Offense Charged: Larceny / Breaking into motor vehicle or tanks, pumps, where fuel, lubricants stored-(2021A3210600171)

At a bail proceeding conducted by the undersigned judge, for the defendant named above, it was determined by the court (check one or both):

[X] The release of the defendant on recognizance will not reasonably assure his appearance as required.
[X] The release of the defendant on recognizance will result in an unreasonable danger to the community.

This determination was based upon the following findings of fact:

Nature of Circumstances of Offense. The defendant has an extensive criminal history; The defendant is currently out on bond for previous jailable offense. Contempt/FTSBL more than 40 convictions

[Considerations: Nature and Circumstances of the offense charged, the defendant's family ties, employment, financial resources, character and mental condition, the length of his residence in the community, his record of convictions, and any record of flight to avoid prosecution or failure to appear at other court proceedings.]

**THEREFORE, IT IS HEREBY ORDERED:**

1. That the above named defendant be released from custody on the condition that he will personally appear before the designated court at the place, date and time required to answer the charge made against him and do what shall be ordered by the court and not depart the State without the permission of the court and be of good behavior.

2. That the above named defendant be released from custody provided as follows (check all that apply):

**CASH IN LIEU OF BOND**

[ ] The defendant, acknowledges himself to be indebted to the State of South Carolina in the sum of $ ______ to secure his release from custody. Should the defendant fail to comply with all terms and conditions of this Order, this sum of money is subject to being forfeited to the State.

**CASH PERCENTAGE IN LIEU OF BOND**

[ ] The defendant, acknowledging himself to be indebted to the State of South Carolina in the full amount of $ ______, his release to be obtained by payment to the court of ______ % (not to exceed 10%) of the full amount of the bond, deposits $ ______ to secure his release from custody. Should the defendant fail to perform the conditions of this Order, the full amount shall be levied on his real and personal property for the use of the state.

**APPEARANCE RECOGNIZANCE WITH SURETY**

[ ] The defendant will provide good and sufficient surety approved by the court, in the form hereinafter set forth in this Order, acknowledging an indebtedness to the State in the amount of $ ______.

3. That the defendant shall appear at (check one):

[X] the term of COURT OF GENERAL SESSIONS beginning on January 05, 2023 at 9:00 o'clock A.M. at General Sessions – Mark H. Westbrook Judicial Center/205 East Main Street/Lexington, SC 29072 / (803) 785-8212 and remain there throughout that term of court. If no disposition is made during that term, the defendant shall appear and remain throughout each succeeding term of court until final disposition is made of his case, unless otherwise ordered by the court.

[ ] the session of [ ] MAGISTRATE COURT [ ] MUNICIPAL COURT beginning on ______ at ______ o'clock at ______
If no final disposition is made during that session, the defendant shall appear at such other times and places as ordered by the court.

Bond Amount(s): $2,000.00 (CS) or $2,000.00 (SB)
Per GSC order bond is reset due to recommittal. AT bonding is relieved

INITIALS OF DEFENDANT BP

4. That the defendant will notify the court promptly if he changes his address from the one contained in this order and he will comply with those conditions described hereinafter in the Order.

SIGNATURE OF JUDGE

11/07/2022
DATE

ORIGINAL AND ONE COPY OF THIS FORM ARE TO BE COMPLETED IN EVERY BAIL PROCEEDING IN WHICH IT IS USED

SCCA/511A (Revised 3/2012) Original Copy For The Trial Court - Copy For The Defendant



BOND SET BY ORDER OF CIRCUIT COURT

## ACKNOWLEDGEMENT BY DEFENDANT

I understand that if I violate any condition of this Order, a warrant for my arrest will be issued.

I understand and have been informed that I have a right and obligation to be present at trial and should I fail to attend the court, the trial will proceed in my absence.

It has been explained to me that if I fail to appear before the court as required, a warrant for my arrest will be issued.

[redacted]
ADDRESS

SIGNATURE OF DEFENDANT

Columbia, SC 29204-1342
CITY/STATE/ZIP

[redacted]
TELEPHONE

DATE

[redacted]
SOCIAL SECURITY NUMBER

[redacted]
DRIVER'S LICENSE OR ID NUMBER

ATTORNEY REPRESENTING ACCUSED (IF KNOWN)

## SPECIAL CONDITIONS OF RELEASE

a. ☐ Placement in custody. The defendant is placed in the custody of: ______ NAME OF PERSON OR ORGANIZATION

ADDRESS ______ CITY/STATE ______ ZIP ______ TELEPHONE ______

who agrees (1) to supervise the defendant as set forth by the court, (2) to use every effort to assure the appearance of the defendant at all scheduled hearings before the court, and (3) to notify the court immediately in the event the defendant violates any conditions of his release or disappears.

SIGNATURE OF CUSTODIAN (IF APPROVED) ______ DATE ______

b. ☐ Restrictions on Travel, Association or Residence. The defendant will comply with each of the following conditions. ______

c. ☐ Part-time Release. The defendant will be released from custody from ______ TIME o' clock, ______ AM/PM to ______ TIME o' clock, ______ AM/PM on ______ DATE(S) on condition that he return to the custody of ______ NAME OF PERSON OR ORGANIZATION at ______ LOCATION as designated.

d. ☑ Other conditions. The defendant will comply with the following other conditions of release:
Must Notify Court Immediately of Change of Address

## APPEARANCE RECOGNIZANCE WITH SURETY

On the ______ day of ______, ______, personally appeared before the undersigned judge the surety named below who acknowledged himself indebted to the State of South Carolina, in the sum of $ ______ such sum to be levied on his real and personal property for the use of the State, should named defendant fail in performing the conditions of this Order.

The surety, being duly sworn, says that he is a resident and free holder within the State and is worth the sum acknowledged and underwritten herein, over all his debts and liabilities, and exclusive of property exempt from execution.

NAME OF SURETY BONDSMAN COMPANY ______ TELEPHONE ______

SIGNATURE OF SURETY BONDSMAN ______

ADDRESS OF SURETY BONDSMAN ______

CITY/STATE/ZIP ______

SIGNATURE OF JUDGE ______

NAME OF INSURANCE COMPANY ______

DATE ______

ADDRESS OF INSURANCE COMPANY ______

CITY/STATE/ZIP ______

Form Approved by S.C. Attorney General
Section 17-15-40
March 21, 2012

SCCA/511A (Revised 3/2012)

STATE OF SOUTH CAROLINA )
County of Lexington )
State of South Carolina )

IN THE SUMMARY COURT

DISCHARGE

vs.

Byron Lindelle Pringle
DEFENDANT(S)

DISCHARGE

BY Matthew A. Johnson (Magistrate), Judge in and for the County and State aforesaid,

TO the Sheriff and Keeper of the Common Jail in the said County:

The Defendant, Byron Lindelle Pringle having been committed to your custody for the charge of:

| Case number | Charge | Trial Court | Bond Type | Amount |
|---|---|---|---|---|
| 2023A[illegible] | Drugs / MDP narcotic drugs in Sch. I(b),(c), LSD, and Sch. II - 2nd offense | General Sessions | Cash Bond | $50,000.00 |
| | | | Surety Bond | $50,000.00 |
| 2023A[illegible] | Drugs / MDP narcotic drugs in Sch. I(b),(c), LSD, and Sch. II - 2nd offense | General Sessions | Cash Bond | $50,000.00 |
| | | | Surety Bond | $50,000.00 |
| 2023A[illegible] | Escape / Escape or attempted escape of persons lawfully in custody from prison, [illegible] | General Sessions | Cash Bond | $25,000.00 |
| | | | Surety Bond | $25,000.00 |

[illegible]

has posted bond of type:

**Surety Bond** in the amount of **$125,000.00 by Free-Man Bonding/ Joyce Freeman at 1106 Kitty Hawk Dr, West Columbia, SC 29170**

and having given bond as required by the Court, you are hereby authorized and required to discharge the said Defendant from your custody. Provided that said Defendant is not held by you upon commitment for some other offense.

**GIVEN UNDER MY HAND AND SEAL THIS DAY** September 26, 2023

(Seal)
(Judge)
Lexington County, SC

Ashley Lucas
Notary Public, State of South Carolina
My Commission Expires Nov. 17, 2031

# COMMITMENT

☐ Original Commitment
☐ Additional Charge(s)

TO: Director Lexington County Detention Center

Date: 9/8/2023

You are hereby commanded by this Court to hold in your custody,

Byron Lindelle Pringle
(Defendant's name)

DOB: [redacted] Race: B Sex:M

[redacted]
Columbia, SC 29210

(Address)

Bonding Company:

| Case number | Charge | Trial Court | Bond Type | Amount |
|---|---|---|---|---|
| 2023A3210201481 | Drugs / MDP, Narcotic drugs in Sch. I(b) & (c), LSD, and Sched. II - 2nd offense | General Sessions | Cash Bond<br>Surety Bond | $50,000.00<br>$50,000.00 |
| 2023A3210201482 | Drugs / MDP, Narcotic drugs in Sch. I(b) & (c), LSD, and Sched. II - 2nd offense | General Sessions | Cash Bond<br>Surety Bond | $50,000.00<br>$50,000.00 |
| 2023A3210600017 | Escape / Escape, attempted escape or possess tools to escape from prison, recaptured | General Sessions | Cash Bond<br>Surety Bond | $25,000.00<br>$25,000.00 |

SB

That you are commanded by this Court to continue custody of the named person until the person in custody is ordered to be released by a Judicial Officer.

Judge ______________________ Lexington County, SC

## NCIC/IN-HOUSE WARRANT MODULE CHECK

| Last Name: | PRINGLE | First Name: | BYRON | Middle Name: | UNDELLE |
|---|---|---|---|---|---|
| SSN # | [redacted] | DOB: | [redacted] | Sex: | M | Race: | B |
| Aliases: | | | | | |

After querying (TF QW) an inmate in NCIC and receiving a possible WANTED PERSON match: 1. Check identifiers to ensure possible match (Sex, Race, DOB, SSN, etc.) 2. Normal working hours call records to advise them that you are faxing them an inmate that needs a "Hit" confirmation sent on - FAX to 2419 3. After normal working hours call 2400 the front desk confirm the "Hit" - Fax to 2452 4. Activate the HOLD module in JMS if the inmate comes back wanted.

| INITIAL BOOKING CHECKS: | Annotate CLEAR if ther are no HITS or if the HIT comes back clear or not wanted. Annotate WILL NOT EXTRADITE when an out of state agency will not extradite. Annotate WANTED of inmate is confirmed as wanted. |
|---|---|
| NCIC CHECK CONDUCTED BY: / OFFICER NAME | Agency with the HIT: ________ Status: ________ <br> Agency with the HIT: ________ Status: ________ |
| IN-HOUSE & WARRANT MODULE checked by: | Circle: WANTED by / CLEAR |

PRE-RELEASE CHECKS:

Final check is to be conducted by the highest ranking supervisor involved in the release authorization process. N/A fields for not applicable.

| Initial Supervisory Prerelease Check | | Final Supervisory Prerelease Check |
|---|---|---|
| | Verified Warrant/Ticket Number(s) - Satisfied | [initials] |
| | Verified All Charges - Satisfied | [initials] |
| | Victim(s) Notified of I/M's Release | [initials] |
| | Time Served on Sentenced Charges - Satisfied | [initials] |
| | Appropriate Discharge(s) on file - Satisfied | [initials] |
| | In-House/Warrant Module Clear of all Charges | [initials] |
| | IF GPS Monitoring Required - sign/annotate date/time GPS placed on inmate | N/A |
| | Is I/M to await bedspace at a treatment facility? YES = DO NOT RELEASE!! | No |
| | DNA NEEDED/COLLECTED? If YES, annotate date collected On File | 8-18-2004 [initials] |
| | VERIFIED INMATE FINGERPRINTED ON ALL CHARGES Created HARD CARD if NOT showing on RAP sheet | [initials] |
| | CHECKED FOR ANY HOLDS AND VERIFIED NO NCIC HITS - PLACED NEW 1W IN FOLDER | [initials] |

| HIT Warrant # | Serv Agency | Status | Issue Agency | Issue Date | Serving Area | Date Served in jail |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

updated 09.26.18 rkb

Lexington County Sheriff's Department
Detention Bureau

## Segregation Order

Inmate Name: Pringle, Byron Inmate Number: 68554

Date Issued: 9.23.2023 Issuing Officer: Sgt Keyes

You have been placed in segregation and your status is as follows (issuing Supervisor circles one):

**Confinement Pending a Disciplinary Hearing**
{you will receive a disciplinary hearing within 7 days}

**Administrative Segregation**
{your status will be reviewed every 30 days}

**Medical Segregation**
{any changes in status will be determined by medical personnel}

**Protective Custody**
{change in status must be requested by you and be approved by appropriate authority}

**House Alone Rec. Alone** (if not associated with any of the above)
{change in status will be at the discretion of appropriate authority - "Emergency Segregation" **MUST** be reviewed by Classification Officer, Medical, Mental Health, **or** Detention Bureau Command Staff within 72 hours of segregation}

Reason(s) for segregation (to include any rule violations): Contra Band, Creating Safety Hazard

By signing below, you acknowledge receipt of this notice.

Inmate Signature: ______________________
(If inmate refuses to sign, write "refused to sign": form must then be signed by (2) officers)

Supervisor Signature: ______________________

Medical Staff Assessing Inmate: ______________________

**Give a copy to the inmate, attach a copy to the inmate's JMS file, forward a copy to medical, and send an electronic copy to appropriate staff. Specify if this is an "Emergency Segregation Order" so it may be reviewed within 72 hours.**

**Dated 06/06/2017**