PAMELA A. BAKER v. LEON LOTT, IN HIS OFFICIAL CAPACITY AS THE SHERIFF OF RICHLAND COUNTY SHERIFF'S OFFICE, ET AL.
CASE NO. 3:24-CV-04303-JDA

# EXHIBIT 3
## TO MOVANT'S STATEMENT OF MATERIAL FACTS

*JOHN J. RYAN - DEPOSITION EXCERPTS*

```
                                                              Page 1
 1        IN THE UNITED STATES DISTRICT COURT
             DISTRICT OF SOUTH CAROLINA
 2                COLUMBIA DIVISION

 3             C/A NO. 3:24-cv-04303-JDA

 4

 5   PAMELA A. BAKER,

 6          Plaintiff,

 7   vs.

 8   LEON LOTT, individually and in his
     official capacity as the Sheriff of
 9   Richland County; THE RICHLAND COUNTY
     SHERIFF'S DEPARTMENT; DEPUTY MATTHEW
10   SMITH; DEPUTY MICHAEL DILLARD and
     DEPUTY BRYAN HODGE,
11
            Defendants.
12
      _____/
13

14

15

16   DEPOSITION OF:        JOHN J. RYAN

17   DATE:                 JANUARY 28, 2026

18   TIME:                 10:00 A.M. TO 11:55 A.M.

19   LOCATION:             219 GERANIUM COURT
                           MARCO ISLAND, FLORIDA 34145
20
     TAKEN BY:             PLAINTIFF
21
     STENOGRAPHER:         VICTORIA MILLER, RPR
22

23

24

25
```



Page 48

1  turns out it's a toy gun, a replica.  The officer
2  gets to treat that and make his decision based on
3  what they know at the time.
4          In a pursuit case, the officers get to
5  rely on other officers for reporting felony warrant,
6  they get to rely on DEA agents, DEA Task Force
7  saying, hey, just involved in a buy, even if that
8  information turns out later to be incorrect.
9       Q.   Did you review the information regarding
10 Mr. Pringle, his criminal history.
11      A.   I reviewed a lot of information on
12 Pringle.  I certainly knew and saw the depositions
13 of the prior pursuit that one of the officers was
14 deposed on.  I'd have to go back and look to see if
15 his whole history was in the materials.  It may have
16 been.
17      Q.   Do you agree that Mr. Pringle was
18 well-known to these officers in Richland County and
19 Lexington County?
20      A.   Absolutely.
21      Q.   And he was a felon of illegal drugs that
22 had been in an out of jail for 20 years?
23      A.   No question.
24      Q.   And that he had been arrested on
25 December 20th by Richland County?



Page 49

```
 1        A.   Yeah.  I think I just referenced that.
 2        Q.   And he was not taken into custody but was
 3   released on December 20th?
 4        A.   Yeah, I think that's accurate.
 5        Q.   And that Mr. Pringle had been released on
 6   bond in October on pending drug sales charges, he
 7   was released by the court in October of 2023?
 8        A.   Yeah.  Law enforcement has no control over
 9   the courts releasing people.
10             MR. SPREEUWERS:  Celeste, whenever you get
11        to a good stopping point, if we could take a
12        quick break, I'd appreciate it.
13             MS. JONES:  Okay.
14   BY MS. JONES:
15        Q.   And Mr. Pringle had failed to appear after
16   he was released on bond in October of 2023 and a
17   warrant had been issued for that failure to appear?
18        A.   Can you repeat that?  You broke up quite a
19   bit at the beginning, and then in the middle of that
20   question.  I apologize.
21        Q.   I'm sorry.
22        A.   Not your fault.  It's just with the
23   computer, I think.
24        Q.   We're talking about, Mr. Pringle, as I
25   said, was a well-known street drug seller who had
```

