PAMELA A. BAKER v. LEON LOTT, IN HIS OFFICIAL CAPACITY AS THE SHERIFF OF RICHLAND COUNTY SHERIFF'S OFFICE, ET AL.
CASE NO. 3:24-CV-04303-JDA

# EXHIBIT 4
## TO MOVANT'S STATEMENT OF MATERIAL FACTS

*BYRON PRINGLE PRISMA MEDICAL RECORD EXCERPTS*



RH MICU  
5 Medical Park Rd  
COLUMBIA SC 29203

Pringle, Byron Lindelle  
MRN: 976166107, DOB: ▆▆▆▆▆ Legal Sex: M  
Adm: 12/20/2023, D/C: 12/21/2023

## 12/20/2023 - ED to Hosp-Admission (Discharged) in RH MICU

### Reason for Visit

**Chief Complaint** *[last edited by Eno, Alexandra, RN on 12/20/2023 1856]*
- Ingestion

**Visit Diagnosis** *[last edited by Zmuda, Anna G, MD on 12/22/2023 0446]*
- Drug overdose, accidental or unintentional, initial encounter (primary) [T50.901A]

### Hospital Problems

| Name | Code | Date Noted | Date Resolved | Present on Admission? | Last Updated By | Last Updated On |
|---|---|---|---|---|---|---|
| Drug intoxication (HCC) | F19.929 | 12/21/2023 | — | Unknown | Adepu, Nirosha, MD | 12/21/2023 0405 |
| Polysubstance use disorder | F19.90 | 12/21/2023 | — | Yes | Adepu, Nirosha, MD | 12/21/2023 0405 |

### Visit Information

#### Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 12/20/2023 1856 | Admit Date/Time: | 12/20/2023 1856 | IP Adm. Date/Time: | 12/21/2023 0158 |
| Admission Type: | Emergency | Point of Origin: | Non-healthcare Facility | Admit Category: | |
| Means of Arrival: | Ambulance-richland County Ems | Primary Service: | Critical Care Teaching Service | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | PRISMA HEALTH | Unit: | RH MICU |
| Admit Provider: | Iriza, Andy, DO | Attending Provider: | Brown, Eric Alden, MD | Referring Provider: | |

#### ED Disposition

| ED Disposition | Condition | User | Date/Time | Comment |
|---|---|---|---|---|
| **Admit** | -- | Adepu, Nirosha, MD | Thu Dec 21, 2023 1:58 AM | Primary Team:: MICU RICHLAND [88894] Bed Type:: ICU |

#### Discharge Information

Date/Time: 12/21/2023 0915        Disposition: Left Ama        Destination: Home  
Provider: Iriza, Andy, DO              Unit: RH MICU

### Treatment Team

| Provider | Service | Role | Provider Team | Specialty | From | To |
|---|---|---|---|---|---|---|
| Iriza, Andy, DO | — | Admitting | — | Internal Medicine - Pulmonary Disease | — | — |
| Iriza, Andy, DO | — | Attending | — | Internal Medicine - Pulmonary Disease | 12/21/23 0240 | 12/21/23 0915 |
| Iriza, Andy, DO | — | Attending | — | Internal Medicine - Pulmonary Disease | 12/21/23 0158 | 12/21/23 0240 |
| Ridley, Stephen, MD | — | Attending | — | Emergency Medicine | 12/20/23 2254 | 12/21/23 0218 |
| Brown, Eric Alden, MD | — | Attending | — | Emergency Medicine | 12/20/23 1905 | 12/20/23 2254 |
| Johnson, Kierra Lashaye, FNP | — | Nurse Practitioner | — | General Internal Medicine | 12/21/23 0857 | — |
| Pidcock, | — | Charge Nurse | — | — | 12/21/23 0728 | — |

Generated by 189191 at 8/5/25 9:31 AM        Page 1

**PRISMA HEALTH.**

RH MICU
5 Medical Park Rd
COLUMBIA SC 29203

Pringle, Byron Lindelle
MRN: 976166107, DOB: ▓▓▓▓▓▓▓ Legal Sex: M
Adm: 12/20/2023, D/C: 12/21/2023

**12/20/2023 - ED to Hosp-Admission (Discharged) in RH MICU (continued)**

### H&P Notes (continued)

Electronically signed by Iriza, Andy, DO at 12/21/2023 2:47 PM

**Attribution Key**

NA.1 - Adepu, Nirosha, MD on 12/21/2023 2:14 AM
NA.2 - Adepu, Nirosha, MD on 12/21/2023 4:05 AM
NA.3 - Adepu, Nirosha, MD on 12/21/2023 3:54 AM
M - Manual, T - Template

### Discharge Summary Note

**Discharge Summary by Esperti, Shawn B, DO at 12/21/2023 0915**

Author: Esperti, Shawn B, DO
Filed: 12/27/2023 6:01 PM
Editor: Esperti, Shawn B, DO (Fellow)

Service: Pulmonary Teaching Service
Date of Service: 12/21/2023 9:15 AM

Author Type: Fellow
Status: Signed
Cosigner: Iriza, Andy, DO at 12/29/2023 3:55 PM

**Discharge Summary**

| | |
|---|---|
| Date/Time: | 12/27/23 - 5:57 PM |
| Admitted: | 12/20/2023 |
| Discharged: | 12/21/2023 9:15 AM |
| Total LOS: | LOS: 1 day |
| Admitting MD: | Andy Iriza, DO |
| Discharging MD: | Shawn B Esperti, DO |

### Demographics

**Patient:** Byron Lindelle Pringle
**PCP:** None, Unassigned
**PCP Phone:** None
**Readmit Risk:**

**DOB:** ▓▓▓▓▓▓▓
**Code Status:** Full Code

**Diet:** No diet orders on file

**MRN:** 976166107

### Discharge Diagnoses

Active Problems:
 Polysubstance use disorder
 Drug intoxication (HCC)

### Hospital Course

**Presenting Problem:**
**Chief Complaint**
Patient presents with
- Ingestion[SE.1T]

48-year-old male who presented to the emergency department 12/21 for acute onset psychosis, severe agitation after swallowing multiple packets of drugs. Patient was amphetamine positive, cocaine positive. Upon arrival patient was hypertensive, high-grade fevers of 105. CK was elevated. Patient was given Valium in the emergency department,



| RH MICU | Pringle, Byron Lindelle |
|---|---|
| 5 Medical Park Rd | MRN: 976166107, DOB: ▓▓▓▓, Legal Sex: M |
| COLUMBIA SC 29203 | Adm: 12/20/2023, D/C: 12/21/2023 |

**12/20/2023 - ED to Hosp-Admission (Discharged) in RH MICU (continued)**

**Discharge Summary Note (continued)**

had a CT abdomen and pelvis which did not show any foreign body in the GI tract. Patient was admitted to medical intensive care unit for closer monitoring after ingestion of multiple substance abuse as well as acute intoxication. Patient had no complications overnight, following morning woke up and was feeling well. His acute psychosis resolved. He was up and walking around. Patient wanted to leave AGAINST MEDICAL ADVICE. Patient was alert and oriented x 3, had capacity make his own decisions. Despite possibility of death from overdose after ingesting packages of drugs, patient still want to leave AGAINST MEDICAL ADVICE. Patient signed the paperwork immediately left.[SE.1M]

### Discharge Exam and Pertinent labs

**VITALS:**
BP (!) 133/92 | Pulse (!) 108 | Temp 97.6 °F (36.4 °C) (Oral) | Resp (!) 39 | Ht 180.3 cm (71") | Wt 83.9 kg (184 lb 15.5 oz) | SpO2 96% | BMI 25.80 kg/m²

**Discharge Condition:**[SE.1T] good[SE.1M]

**Physical Exam:**

| | |
|---|---|
| General | Well developed, well nourished, no acute distress |
| HEENT | Normocephalic, atraumatic |
| Heart | Regular rate and rhythm. No murmurs, gallops, or rubs |
| Lungs | Clear to auscultation bilaterally. Normal effort |
| Abdomen | Soft, nontender, non-distended. Positive bowel sounds |
| Extremities | Pulses equal. No edema |
| Skin | No lesions, ulcers |
| Neuro | No gross neurologic deficit, A/O x 4 |
| Psych | Normal mood, affect |

**Recent Pertinent Labs:**
**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| WBC | 10.5 | 12/21/2023 02:52 AM |
| HGB | 13.4 | 12/21/2023 02:52 AM |
| HCT | 39.9 | 12/21/2023 02:52 AM |
| PLT | 297 | 12/21/2023 02:52 AM |
| NA | 137 | 12/21/2023 02:52 AM |
| K | 4.0 | 12/21/2023 02:52 AM |
| CL | 107 | 12/21/2023 02:52 AM |
| CO2 | 26 | 12/21/2023 02:52 AM |
| BUN | 9 | 12/21/2023 02:52 AM |
| CREATININE | 1.01 | 12/21/2023 02:52 AM |
| GLUCOSE | 101 (H) | 12/21/2023 02:52 AM |
| CALCIUM | 7.9 (L) | 12/21/2023 02:52 AM |

### Administrative

**Discharge Disposition:**[SE.1T] Stable[SE.1M]

**Time:** Preparation of this discharge document took[SE.1T] 20[SE.1M] minutes for medication reconciliation, patient education, and coordination of services.[SE.1T]
This discharge summary is to serve 12/21/2023.[SE.1M]
**Shawn B Esperti, DO**[SE.1T]



| RH MICU | Pringle, Byron Lindelle |
|---|---|
| 5 Medical Park Rd | MRN: 976166107, DOB: ▮▮▮▮ Legal Sex: M |
| COLUMBIA SC 29203 | Adm: 12/20/2023, D/C: 12/21/2023 |

**12/20/2023 - ED to Hosp-Admission (Discharged) in RH MICU (continued)**

### Documents (continued)

**Permission Form - Hospital - Scan on 12/20/2023 10:53 PM**

Scan (below)

```
TR2023, DELAWARE297
DOB: ▮▮▮▮
MRN: 978837598
HAR: 451003654572
Adm Date: 12/20/2023
```



# PRISMA
## HEALTH.

**General Permission to Treat**

**I SIGN BELOW ACKNOWLEDGING THAT I HAVE READ, ASKED QUESTIONS AND UNDERSTAND AND AGREE TO ALL FIVE PAGES OF THIS FORM.**

*Pt unable to sign due to clinical condition. Pt name was obtained from Officer Morrow. Pt in Police custody.*

*Pt Byron Pringle currently experiencing AMS and can not verify his information*

Patient Signature or Authorized Representative — Printed Name/Relationship — Date/Time

*Latif He* — *Latifah Harrison* — *12/20/23 @ 10:3 pm*
Witness Signature 1 of Patient Signature — Printed Name — Date/Time

*DMcK* — *Dakota McKenzie* — *12/20/23 @ 10:3 pm*
Witness Signature 2 of Patient Signature (For verbal/telephone consent) — Printed Name — Date/Time

General Permission to Treat – **Permission Form**   M10029 (10/23)   Page 5 of 5

i