PAMELA A. BAKER v. LEON LOTT, IN HIS OFFICIAL CAPACITY AS THE SHERIFF OF RICHLAND COUNTY SHERIFF'S OFFICE, ET AL.
CASE NO. 3:24-CV-04303-JDA

# EXHIBIT 5
## TO MOVANT'S STATEMENT OF MATERIAL FACTS

*ZAID ABDUSSABUR ABDULLAH – DEPOSITION EXCERPTS*

3:24-cv-04303-JDA     Date Filed 03/10/26     Entry Number 56-6     Page 1 of 5

```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF SOUTH CAROLINA
                       COLUMBIA DIVISION
                   C/A No. 3:24-cv-04303-JDA
```

PAMELA A. BAKER,
    Plaintiff,

vs.

LEON LOTT, INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY AS THE SHERIFF OF RICHLAND COUNTY,
THE RICHLAND COUNTY SHERIFF'S DEPARTMENT, and
DEPUTIES MATTHEW SMITH, MICHAEL DILLARD and
BRYAN HODGE,
    Defendants.

```
                         DEPOSITION OF
                    ZAID ABDUSSABUR ABDULLAH


DATE:            September 5, 2025
TIME:            10:02 a.m. - 12:15 p.m.
LOCATION:        Burr & Forman
                 1221 Main Street, Suite 1800
                 Columbia, South Carolina
REPORTED BY:     Donald L. Whiteley, Jr.
                         LEGAL EAGLE
           864-467-1373 / depos@legaleagleinc.com
```

Deposition of Zaid Abdussabur Abdullah

100

1     Q    Okay.
2         Do you know if Mr. Pringle ever went to Alvin
3 S. Glenn Detention Center after his arrest on December
4 20th, 2023?
5     A    Do I know currently?
6     Q    Yes.
7     A    I know that he did not.
8     Q    Okay. And do you know that he went to Prisma
9 Health Richland Hospital?
10     A    Correct. Yes.
11     Q    Do you know that he was released to go home
12 from Prisma Health Richland Hospital?
13     A    At that time, no, I did not know that.
14     Q    As you sit here today, do you know that?
15     A    Yes.
16     Q    Okay. So if Officer Morrow went with him to
17 the hospital -- give me a quick second to find where I'm
18 going.
19         All right. I've jumped around a little bit.
20 I'm on 348 now. I'll give you some time to turn there.
21 This is the policy and procedure for transportation of
22 prisoners.
23     A    Uh-huh.
24     Q    It goes through some of the specifics. But
25 you'll actually go to the next page for me: 349.

1  Q   I'm sorry.  I wasn't referencing your
2  testimony; I was referencing the paper.  Paragraph 9 goes
3  The supervisor will, in turn, use the following
4  procedures to ensure control of the prisoner.  Next,
5  subparagraph (a), have the prisoner released from
6  Department custody, if appropriate, by contacting and
7  seeking advice from the duty officer.
8          So my question is, the supervisor would
9  contact the duty officer and ask if they should release
10 the prisoner; is that correct?
11 A   I don't know.  I mean that -- that might be
12 an interpretation of that.  But again, like I said, I
13 don't know for certain.
14 Q   Is that what the paper says?
15 A   That is.  That is what the paper says.
16 Q   Okay.
17 A   Yeah.
18 Q   What is your interpretation of it?
19 A   I mean it says have the prisoner released
20 from Department custody, if appropriate, by contacting
21 and seeking advice from the duty officer.
22         From my understanding of that, the duty
23 officer wouldn't be the individual that is transporting;
24 it would be the on-shift supervisor.  That's my
25 interpretation of that.  I don't believe the duty officer

1  Q   Okay. Do you know what goes into the
2  decision-making process to release someone from the
3  hospital instead of taking them to Alvin S. Glenn
4  Detention Center?
5  A   I do not. That -- that is way out of my pay
6  grade, to be honest.
7  Q   I understand that. Who would have the
8  authority to make that decision?
9  A   Staff duty would make that determination.
10 They would send up the charges and -- and everything of
11 the -- of the individual. And then whoever is staff duty
12 would then make that determination if they're going to do
13 a hospital rotation or a crime scene rotation or whatever
14 the case is.
15 Q   Okay. And we've tossed out a lot of terms
16 here. So my question is, is "staff duty" one person a
17 shift or there are multiple people?
18 A   Staff duty is a person that is randomly
19 selected at that given time to be, basically, in charge
20 of that big-money decision-making at that given time.
21 Q   Because releasing someone arrested from the
22 hospital to go home is a big-money decision?
23 A   Correct.
24          MR. SPREEUWERS: Objection.
25 BY MR. JENKINS: