PAMELA A. BAKER v. LEON LOTT, IN HIS OFFICIAL CAPACITY AS THE SHERIFF OF RICHLAND COUNTY SHERIFF'S OFFICE, ET AL.
CASE NO. 3:24-CV-04303-JDA

# EXHIBIT 6
## TO MOVANT'S STATEMENT OF MATERIAL FACTS

## AUDIO FILE – FILED WITH COURT

*CHASE AUDIO - SCDPS_SUBP-0000096*