PAMELA A. BAKER V. LEON LOTT, IN HIS OFFICIAL CAPACITY AS THE SHERIFF OF RICHLAND COUNTY SHERIFF'S OFFICE, ET AL.
CASE NO. 3:24-CV-04303-JDA

# EXHIBIT 8
## TO MOVANT'S STATEMENT OF MATERIAL FACTS

## VIDEO FILE – FILED WITH COURT

*DILLARD DASH CAM VIDEO*