Pamela A. Baker v. Leon Lott, in his official capacity as the Sheriff of Richland County Sheriff's Office, et al.
Case No. 3:24-cv-04303-JDA

# Exhibit 9
## to Movant's Statement of Material Facts

## Video File – Filed with Court

*Smith Dash Cam Video*