PAMELA A. BAKER v. LEON LOTT, IN HIS OFFICIAL CAPACITY AS THE SHERIFF OF RICHLAND
COUNTY SHERIFF'S OFFICE, ET AL.
CASE NO. 3:24-CV-04303-JDA

# E<u>XHIBIT</u> 12
## TO MOVANT'S STATEMENT OF MATERIAL FACTS

*MAIT REPORT*

# SOUTH CAROLINA HIGHWAY PATROL

## MULTI-DISCIPLINARY ACCIDENT INVESTIGATION TEAM



# MAIT CASE: ML-095-23

# RICHLAND
## COUNTY

**DIRECTOR**
**R. G. WOODS, IV**

**COLONEL**
**C.N. WILLIAMSON**

SCDPS_Subp-0000901

ML-095-23

# South Carolina Highway Patrol

The South Carolina Highway Patrol Multi-Disciplinary Accident Investigation Team (MAIT) reserves the right to amend, correct, or detract any or all inferences, conclusions, or opinions presented in this report. This report is based on information and evidence available to MAIT at the time this report was written. If additional information becomes available, it may bear on the inferences, conclusions or opinions presented in this report. Therefore, MAIT reserves the right to revisit and review all inferences, conclusions, or opinions at any future point in time that new evidence relevant to this case is discovered or presented to MAIT.

This report is the intellectual property of the South Carolina Department of Public Safety and shall not be duplicated or copied for distribution, unless written permission is granted by the South Carolina Department of Public Safety Office of General Counsel.

All inquiries regarding this MAIT report or any other associated MAIT investigative materials should be directed to the SCHP/Troop 9/MAIT Commander:

Captain Jeremy T. Leach
South Carolina Department of Public Safety
Highway Patrol Division
10311 Wilson Boulevard
Blythewood, SC 29016
Phone: (803) 896-9652
Email: troop9@scdps.gov

MAIT Post B - Midlands Region:
Sergeant G.E. Cooke
Corporal J. Jones
Master Trooper P.D. Darnell
Master Trooper S.L. Farmer
Lance Corporal M.D. Lindsay
Lance Corporal W.C. Rivett
Senior Trooper A.B. Burnette

SCDPS_Subp-0000902

# INTRODUCTION

This report will outline the findings of the Midlands Multi-Disciplinary Accident Investigation Team (MAIT) as they relate to the traffic collision investigated by the South Carolina Highway Patrol that occurred on December 29, 2023 in Richland County, State of South Carolina.

The collision occurred at approximately 1425 hours on Interstate 126, approximately 1 mile north of the town of Columbia, South Carolina and involved three vehicles (Units); hereafter referred to as Unit #1, Unit #2 and Unit #3 respectively.

MAIT was notified of this collision on December 29, 2023. Upon notification MAIT was informed that this collision was possibly the result of Failure to Stop for Blue Lights with Death. Sergeant G.E. Cooke consulted with the Troop 1 scene supervisor, Corporal A.T. Deal, and identified specific issues to be addressed in the MAIT investigation. It was determined that the following issues would be addressed in this report:

1. Document the scene of the collision and any physical evidence;
2. Complete a Forensic Mapping and CAD of the collision scene;
3. Determine the area of impact;
4. Image and Analyze any recorded data associated with the Event Data Recorder of Unit #1;
5. Image and Analyze any recorded data associated with the Event Data Recorder of Unit #2;
6. Image and Analyze any recorded data associated with the Event Data Recorder of Unit #3;
7. Determine if the pursuing law enforcement vehicle made contact with Unit #3;
8. Determine how the collision occurred.

MAIT dispatched investigators to the collision scene in support of South Carolina Highway Patrol personnel immediately on December 29, 2023.

The Internal Agency Code assigned to this collision in the Computer Aided Dispatch (CAD) is DPSB23CAD514939. Trooper First Class M.L. Gallovitch, South Carolina Highway Patrol Troop 1 was dispatched to this collision scene on the date reported and is the primary investigating officer.

SCDPS_Subp-0000903

ML-095-23

This report will focus only on the issues mentioned above and all other aspects of the investigation will be handled by the primary investigating officer. All investigative materials collected or produced as a result of this investigation are stored on department servers.

## OVERVIEW

Unit information presented in this report will reference the vehicle information as presented on the South Carolina Uniform Traffic Collision Report Form TR-310 for this collision.

Unit #1 is a black, 2023 Mercedes Benz EQS 4dr sedan, displaying South Carolina license plate P0204ZJ, which at the time of the collision was registered to Pamela Baker of Columbia, South Carolina. The driver of Unit #1 was Pamela Baker of Columbia, South Carolina. Ms. Baker possessed a valid South Carolina driver's license at the time of the collision. Ms. Baker was restrained and received possible injuries as a result of the collision.

Unit #2 is a brown, 2016 Hyundai Tucson sport utility vehicle, displaying South Carolina license plate WVW185, which at the time of the collision was registered to John Cobb of Lexington, South Carolina. The driver of Unit #2 was Karine Cobb of Lexington, South Carolina. Ms. Cobb possessed a valid South Carolina driver's license at the time of the collision. Ms. Cobb was restrained and was not injured as a result of the collision.

Unit #2 carried one passenger at the time of the collision. Gerard Guyot occupied the right front seat of Unit #2. Mr. Guyot was restrained and was not injured as a result of the collision.

Unit #3 is a black, 2017 Nissan Versa 4dr sedan, displaying South Carolina license plate MKD362, which at the time of the collision was registered to Kirk Kelsey of Lexington, South Carolina. The driver of Unit #3 was Byron Pringle of Columbia, South Carolina. At the time of the collision, Mr. Pringle's South Carolina driver's license was suspended. Mr. Pringle was not restrained and received fatal injuries as a result of the collision.

## COLLISION SUMMARY

Unit #1 and Unit #2 were traveling east on Interstate 126. Unit #3 was traveling west in the eastbound lanes of Interstate 126, being actively pursued by the Richland County Sheriff's Department who were utilizing emergency blue lights and siren. Unit #3 struck Unit #1 head on.

SCDPS_Subp-0000904

ML-095-23

As a result of the collision with Unit #1, Unit #3 rotated and was struck by Unit #2 on the right front.

## SCENE EXAMINATION

On December 29, 2023, MAIT conducted an examination of the roadway where the collision occurred.  The collision scene was documented through digital photography, digital video, forensic mapping and a field sketch.

The speed limit in the area of the collision is 60 mph in both directions.  The roadway surface is asphalt and the roadway was dry at the time of the collision.

The roadway in the area of the collision is classified as an east-west roadway as designated by the roadway number.  The portion of roadway where the collision occurred is in a predominantly east-west direction.  All references in this report will refer to this roadway in an east-west direction.

The area where impact occurred is in eastbound lane #1.  Scratches and a tire mark were located in eastbound lane #1; these marks are attributed to the area of impact between Unit #1 and Unit #3.  The following pictures depict the area of the collision, the roadway, physical evidence found in the area of the collision, and the involved vehicles at final rest.

SCDPS_Subp-0000905

ML-095-23



**Interstate 126** (Aerial View at Collision Scene)

SCDPS_Subp-0000906

ML-095-23



**Collision Scene facing east on Interstate 126** (Digital Pictures – Darnell IMG_9188)



**Collision Scene facing east on Interstate 126** (Digital Pictures – Darnell IMG_9189)

SCDPS_Subp-0000907



**Collision Scene facing east on Interstate 126** (Digital Pictures – Darnell IMG _9192)



**Collision Scene facing east on Interstate 126** (Digital Pictures – Darnell IMG _9193)

SCDPS_Subp-0000908

ML-095-23

## VEHICLE EXAMINATION

MAIT personnel examined Unit #1 at Broad River Paint and Body in Richland County, after the vehicle had been removed from the collision scene. This examination was documented through photography and the completion of a general vehicle examination. The damage identified during the examination of Unit #1 is consistent with the collision dynamics as reported for this collision.

The following pictures depict damages incurred by Unit #1 as a result of the collision.



**Left front view of Unit #1** (Digital Pictures – Burnette IMG_3050)

SCDPS_Subp-0000909

ML-095-23



**Left rear view of Unit #1** (Digital Pictures – Burnette IMG _3052)



**Right rear view of Unit #1** (Digital Pictures – Burnette IMG _3046)

SCDPS_Subp-0000910

ML-095-23



**Right front view of Unit #1** (Digital Pictures – Burnette IMG _3048)

MAIT personnel examined Unit #2 at St. Andrews Express Towing in Richland County, after the vehicle had been removed from the collision scene. This examination was documented through photography and the completion of a general vehicle examination. The damage identified during the examination of Unit #2 is consistent with the collision dynamics as reported for this collision.

The following pictures depict damages incurred by Unit #2 as a result of the collision.

SCDPS_Subp-0000911



**Left front view of Unit #2** (Digital Pictures – Rivett DSC_3994)



**Left rear view of Unit #2** (Digital Pictures – Rivett DSC_3996)

SCDPS_Subp-0000912

ML-095-23



**Right rear view of Unit #2** (Digital Pictures – Rivett DSC_3989)



**Right front view of Unit #2** (Digital Pictures – Rivett DSC_3991)

SCDPS_Subp-0000913

ML-095-23

MAIT personnel examined Unit #3 at Pro Tow in Richland County, after the vehicle had been removed from the collision scene. This examination was documented through photography and the completion of a general vehicle examination. The damage identified during the examination of Unit #3 is consistent with the collision dynamics as reported for this collision.

The following pictures depict damages incurred by Unit #3 as a result of the collision.



**Left front view of Unit #3** (Digital Pictures – Rivett DSC_3873)

SCDPS_Subp-0000914



**Left rear view of Unit #3** (Digital Pictures – Rivett DSC_3883)



**Right rear view of Unit #3** (Digital Pictures – Rivett DSC_3877)

SCDPS_Subp-0000915



**Right front view of Unit #3** (Digital Pictures – Rivett DSC_3879)

## POLICE VEHICLE INSPECTION

MAIT personnel examined the Richland County Sheriff's Department pursuing police vehicle. The Richland County Sheriff's Department pursuing police vehicle is a fully marked 2021 Ford Explorer. The vehicle was examined at the collision scene for damage and/or paint transfer. The examination revealed no damage or paint transfer, indicating that no contact was made between the pursuing police vehicle and Unit #3. The pursuing police vehicle was equipped with an in-car video system and it was recording at the time of the collision. The video also confirms that no contact was made between the pursuing police vehicle and Unit #3 prior to the collision. The following pictures depict the condition of the police vehicle.

SCDPS_Subp-0000916

ML-095-23



**Right side view of Pursuit Vehicle** (Digital Pictures – Darnell IMG_9088)



**Left side view of Pursuit Vehicle** (Digital Pictures – Darnell IMG _9090)

SCDPS_Subp-0000917

# EVENT DATA RECORDERS

MAIT imaged the recorded data on the supplemental restraint system (SRS) control module from Unit #1. The recorded data reported a Speed/Time correlation in relation to the event. The recorded data detailed 5 seconds of event data prior to Time Zero presented at 0.5 second intervals. The recorded data is presented here at select intervals:

- 68 mph at -5.0 seconds
- 69 mph at -2.5 seconds
- 57 mph at Time Zero

The brake switch was activated at -1.0 second and remained activated through the remainder of the recorded data.

Sgt. G.E. Cooke completed an analysis of the data involved on this SRS Control Module. It was determined the data was consistent with the crash dynamics. To ensure a complete analysis, Sgt. G.E. Cooke reviewed the data, which was recorded complete and written correctly within the vehicles safety system microcomputers, in the latest version of Bosch software and found it to be matching. The raw data collected as a result of this image is stored on the department's server as a part of this case file.

MAIT imaged the recorded data on the airbag control unit (ACU) from Unit #2. The recorded data reported a Speed/Time correlation in relation to the event. The recorded data detailed 5 seconds of event data prior to Time Zero presented at 0.5 second intervals. The recorded data is presented here at select intervals:

- 107 kph (66 mph) at -5.0 seconds
- 109 kph (67 mph) at -3.5 seconds
- 104 kph (64 mph) at -2.5 seconds
- 76 kph (47 mph) at Time Zero

SCDPS_Subp-0000918

The brake switch was activated at -2.5 seconds before being briefly deactivated at -0.5 seconds and reactivated at Time Zero at which time it remained activated through the remainder of the recorded data.

Sgt. G.E. Cooke completed an analysis of the data involved on this ACU. It was determined the data was consistent with the crash dynamics. To ensure a complete analysis, Sgt. G.E. Cooke reviewed the data, which was recorded complete and written correctly within the vehicles safety system microcomputers. The raw data collected as a result of this image is stored on the department's server as a part of this case file.

MAIT imaged the recorded data on the airbag control unit (ACU) from Unit #3. The recorded data reported a Speed/Time correlation in relation to the event. The recorded data detailed 5 seconds of event data prior to Time Zero presented at 0.5 second intervals. The recorded data is presented here at select intervals:

- 62 mph at -5.0 seconds
- 64 mph at -3.0 seconds
- 48 mph at Time Zero

The brake switch was activated at -2.5 seconds and remained activated through the remainder of the recorded data.

Sgt. G.E. Cooke completed an analysis of the data involved on this ACU. It was determined the data was consistent with the crash dynamics. To ensure a complete analysis, Sgt. G.E. Cooke reviewed the data, which was recorded complete and written correctly within the vehicles safety system microcomputers, in the latest version of Bosch software and found it to be matching. The raw data collected as a result of this image is stored on the department's server as a part of this case file.

## FORENSIC MAPPING/ CAD

MAIT prepared scale diagrams based on a forensic mapping of the collision scene. The first diagram depicts the roadway in the area of the collision as it would have been found prior to the collision. The second, third and fourth diagrams depict the involved vehicles at their respective impact locations. The fifth diagram depicts the involved vehicles at their final rest positions along

SCDPS_Subp-0000919

with the roadway evidence; placement was determined based upon marked evidence points documented while the vehicles were still at final rest. The sixth diagram depicts a sequence of events of the collision dynamics as determined by MAIT Investigators. These diagrams are located at the end of this report. The raw data collected as a result of this forensic mapping is stored on the department's server as a part of this case file.

## CASE INTERVIEWS

MAIT conducted or attempted to conduct interviews of drivers, occupants, and witnesses in regards to this collision. The complete audio recordings of the below identified interviews or attempted interviews are located within the case file for this investigation.

During the course of the investigation for this case, MAIT conducted audio recorded interviews with:

- TFC M.L. Gallovitch (Primary Investigating Officer)
- Pamela Baker (Driver of Unit #1)
- Karine Cobb (Driver of Unit #2)
- Benjamin Ross (Witness)
- Bryan Hodge (Richland County Deputy)

In addition to the audio interview files, audio files from the Richland County 911 Center and the South Carolina Highway Patrol Telecommunication Center were also collected during the course of the investigation.

## COLLISION DYNAMICS

Unit #1 was traveling east in eastbound lane #1 of Interstate 126. Unit #2 was traveling east in eastbound lane #2 of Interstate 126. Unit #3 was traveling west in eastbound lane #1 of Interstate 126 at approximately 64 miles per hour while attempting to evade law enforcement. Unit #3 struck Unit #1 head on. Following impact, Unit #1 rotated counterclockwise in the roadway to its position at final rest in lane #3 of Interstate 126; the vehicle was facing a northwesterly direction. After striking Unit #1 Unit #3 entered a counterclockwise rotation and was struck by Unit #2 on the right front. Unit #3 continued to rotate in lane #2 to its position at final rest; the vehicle was facing an easterly direction. Following impact with Unit #3, Unit #2 continued east

SCDPS_Subp-0000920

ML-095-23

in lane #3 and off of the roadway onto the eastbound shoulder before returning to lane #3. Unit #2 came to its position at final rest in lane #3 of Interstate 126; the vehicle was facing a southeasterly direction.

Given all the aforementioned factors and the totality of the dynamics involved in this collision, MAIT can conclude with a reasonable amount of scientific certainty the collision occurred in eastbound lane #1 of Interstate 126, which is outside of the proper lane of travel for Unit #3.

SCDPS_Subp-0000921

ML-095-23

## FINDINGS

While reserving the right to review all inferences, conclusions, or opinions at any future point in time MAIT presents the following findings.

1. MAIT documented the collision scene with digital photography, digital video and a field sketch.

2. MAIT completed a forensic mapping and CAD of the collision scene.

3. MAIT determined that the collision occurred in lane #1 on the eastbound side of Interstate 126.

4. The speed of Unit #1, as indicated on the SRS control unit, was 68 miles per hour at -5.0 seconds prior to Time Zero, 69 miles per hour at -2.5 seconds and 57 miles per hour at Time Zero. The speed limit in the area of the collision is posted at 60 miles per hour.

5. The speed of Unit #2, as indicated on the ACU, was 107 kilometers per hour (66 miles per hour) at -5.0 seconds prior to Time Zero, 109 kilometers per hour (67 miles per hour) at -3.5 seconds prior to Time Zero, 104 kilometers per hour (64 miles per hour) at -2.5 seconds and 76 kilometers per hour (47 miles per hour) at Time Zero. The speed limit in the area of the collision is posted at 60 miles per hour.

6. The speed of Unit #3, as indicated on the ACU, was 62 miles per hour at -5.0 seconds prior to Time Zero, 64 miles per hour at -3.0 seconds and 48 miles per hour at Time Zero. The speed limit in the area of the collision is posted at 60 miles per hour.

7. There was no contact made between Unit #3 and the pursuing Law Enforcement vehicle prior to or during the collision sequence.

SCDPS_Subp-0000922

ML-095-23

8. Unit #1 and Unit #2 were traveling east on Interstate 126.  Unit #3 was traveling west in the eastbound lanes of Interstate 126, being actively pursued by the Richland County Sheriff's Department who were utilizing emergency blue lights and siren.  Unit #3 struck Unit #1 head on.  As a result of the collision with Unit #1, Unit #3 rotated and was struck by Unit #2 on the right front.

**Sergeant G.E. Cooke**

**ACTAR Number: 3681**



SCDPS_Subp-0000923