PAMELA A. BAKER V. LEON LOTT, IN HIS OFFICIAL CAPACITY AS THE SHERIFF OF RICHLAND
COUNTY SHERIFF'S OFFICE, ET AL.
CASE NO. 3:24-CV-04303-JDA

# EXHIBIT 13
## TO MOVANT'S STATEMENT OF MATERIAL FACTS

*PAMELA A. BAKER – DEPOSITION EXCERPTS*

```
                                                                    1

 1            IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF SOUTH CAROLINA
 2                    COLUMBIA DIVISION

 3
    PAMELA A. BAKER,
 4
      Plaintiff,
 5                                          Civil Action No:
    vs                                      3:24-cv-04303-JDA
 6
    LEON LOTT, INDIVIDUALLY AND
 7  IN HIS OFFICIAL CAPACITY AS
    THE SHERIFF OR RICHLAND COUNTY;
 8  THE RICHLAND COUNTY SHERIFF'S
    DEPARTMENT; AND DEPUTIES MATTHEW
 9  SMITH, MICHAEL DILLARD AND
    BRYAN HODGE,
10
      Defendants.
11

12            D E P O S I T I O N

13  WITNESS:         PAMELA A. BAKER

14  DATE:            Friday, October 24, 2025

15  TIME:            11:08 a.m.

16  LOCATION:        Law Offices of
                     Garfield Spreeuwers Law Group, LLC
17                   1220 Pickens Street
                     Columbia, South Carolina
18
    TAKEN BY:        Attorneys for the Defendants
19
    REPORTED BY:     GINA M. JOHNSON
20                   Certified Shorthand Reporter
                     Registered Professional Reporter
21

22
    ------------------------------------------------------
23          Gina M. Smith Court Reporting, LLC
                 117 Harmon Creek Court
24                 Lexington, SC 29072
                      803-361-1634
25              ginamsmith11@gmail.com
```

                                                          72

1        A.   Well, I mean, I think I just explained it.
2    I mean, their chase which I had no control over and
3    resulted in the collision that left me severely
4    injured.
5        Q.   So you also allege excessive force, said
6    that a couple of times.  So I'm going to ask you
7    about force itself.  Did at any time law
8    enforcement to your knowledge make physical contact
9    with your -- with your car?
10       A.   They did not.
11       Q.   Did at any time law enforcement make any
12   physical contact or, you know, had any -- touched
13   you in any way, have any touching with your person?
14       A.   They did not.
15       Q.   Okay.  So they didn't use force against
16   you?
17            MS. JONES:  Object to the form.
18   BY MR. GARFIELD:
19       Q.   Did they use force against you?
20            MS. JONES:  Please answer the question.
21   Object to the form.
22   BY MR. GARFIELD:
23       Q.   Okay.
24       A.   Yes, they did.
25       Q.   Okay.  Can you explain to me if no one