Pamela A. Baker v. Leon Lott, in his official capacity as the Sheriff of Richland County Sheriff's Office, et al.
Case No. 3:24-cv-04303-JDA

# Exhibit 14
## to Movant's Statement of Material Facts

*Defendant Expert Report Excerpt – Linsday Moore*



**Moore Medical Consulting LLC**
1150 Hungryneck Blvd. Ste C-378 Mt. Pleasant, SC 29464
Ph: (843)628-3377 Fax: (843)628-3388

# Life Care Plan

### Regarding:

### Pamela Baker

**Date Completed:  9/10/2025**

**Prepared for:**

**Celeste Jones**
**Burr & Forman**
**Columbia, SC**

*Lindsay Moore PA-C, CLCP*

**Prepared by: Lindsay Moore, MSPAS, PA-C, CLCP, CBIS, CBCS**

**Pamela Baker**
**DOB: 9/13/1967**

**Primary Disability: L5 Burst Fracture, T8 Compression
Fracture, Right Ankle Fracture, SI Joint Pain**

# LIFE CARE PLAN
## 9/10/2025

*\*This report is presented in its final form as of the date listed above, however, if new information
becomes available prior to deposition or trial, Moore Medical Consulting LLC reserves the right to
incorporate the additional information into the final plan as needed.*

## Introduction:

The purpose of this Life Care Plan is to determine the current and future needs related to the
injuries sustained by Ms. Pamela Baker in a motor vehicle collision that occurred on December 29,
2023. While driving on the highway with her seatbelt fastened, she was hit head on by a vehicle
traveling in the opposite direction. As a result of the collision, Ms. Baker sustained a compression
fracture of the T8 vertebra in her midback, a burst fracture at the L5 vertebra in her lower back,
and a displaced fracture in her right ankle. She subsequently underwent an urgent lumbar fusion
surgery at L4-S1 as well as simultaneous surgical repair of her ankle fracture. She continues to
experience pain in her back and right ankle that disrupts her ability to perform some activities of
daily living and prevents her from returning to her previous level of function. She was referred to
me by her attorney, Ms. Celeste Jones.

This document includes the direct costs that will be incurred by Ms. Baker in accommodating her
injuries. It projects the costs, over her anticipated lifetime, of both the medical and non-medical
needs that have developed as a consequence of her injuries. This Life Care Plan is individualized to
her specific needs and is not generalized to her condition. It was prepared after careful review of
the medical records provided, a clinical interview with Ms. Baker, and consultation with Dr. Philip
Toussaint, her neurosurgeon.

## Client Demographics:

Ms. Baker is a fifty-seven-year-old African American female who lives in Columbia, South Carolina.
She lives with her long-term partner, Paul, who is the chairman of a bank. She has a brother and
sister who live nearby.

Prior to the collision, her medical history included allergies, anxiety, depression, hyperlipidemia,
and hypothyroidism. She had previously undergone a laparotomy. For her ongoing chronic
conditions, Ms. Baker is currently prescribed Celexa, Levothyroxine, Metoprolol, Singulair,
Wellbutrin, an inhaler for allergies, and a cholesterol medication. For her back pain, she is
prescribed Cyclobenzaprine which she takes once or twice every week. She has also received
sacroiliac injections in her hips and receives dry needling once every week. When walking long
distances, she wears a back brace. She had not previously injured her back or ankle. Ms. Baker does
not smoke cigarettes or use recreational substances, and she drinks about one glass of wine per
night. She has an anticipated average life expectancy of 24.9 years remaining per the CDC National
Vital Statistics Reports, Vol. 74, No. 2, Table 15, Life Tables for Black, non-Hispanic Females.

**Life Care Plan** 2

Pamela Baker
DOB: 9/13/1967                    **Primary Disability: L5 Burst Fracture, T8 Compression**
**Fracture, Right Ankle Fracture, SI Joint Pain**

## Chief Complaint/Disabling Problem(s):

As a result of her injuries, Ms. Baker continues to experience pain in her back and right ankle that disrupts her ability to perform some functional and recreational activities. The pain in her back is the most bothersome.  After periods of increased activity, she often encounters swelling in her right ankle. Her pain improves after receiving sacroiliac injections.

## Medical Summary:

On December 29, 2023, Ms. Baker was evaluated at the Prisma Health emergency department following a motor vehicle collision in which she had been wearing her seatbelt when she was hit head-on by a vehicle traveling the wrong way. She had not lost consciousness but was feeling pain in her lower back and right ankle. During her exam, she was wearing a cervical collar and had tenderness in her mid and lower back as well as tenderness and an obvious deformity in her right ankle.

A CT scan of her cervical spine showed minor degenerative changes but nothing acute. A CT scan of her chest, abdomen, and pelvis revealed a superior plate compression fracture at T8 and a burst fracture at L5 where there was mild retropulsion and vertebral body height loss, but no significant canal stenosis. The images also identified an incidental 4mm nodule on her right lower lung, a left renal calculus, and two flash filling hemangiomas within the liver with scattered areas of hepatic steatosis. X-rays of her right ankle identified an acute medial malleolar fracture.

Ms. Baker was admitted to the trauma department.

During an evaluation with a neurosurgeon, it was noted that Ms. Baker had a small amount of retrolisthesis at C5-C6, a compression fracture with minimal height loss at T8, and a burst fracture at L5. She had no neurological deficits. A CT angiogram (CTA) of her head and neck and MRIs of her spine were pending. In the meantime, she was directed to maintain spinal precautions that included strict bedrest, lying flat, and no bending, lifting, or twisting.

An evaluation with an orthopedic surgeon determined that she had a displaced medial malleolus fracture and a fracture of the lateral talus. She was diagnosed with a bimalleolar ankle fracture for which surgery was planned. She was directed to remain non-weightbearing.

On December 30th, it was decided that Ms. Baker would undergo surgery for the burst fracture in her lumbar spine.

On December 31st, Ms. Baker underwent surgery for her lumbar spine with Dr. Bertram Richter that included posterior segmental instrumentation at L4-S1. At the same time, surgery to repair the fractures in her right ankle was completed by Dr. Daniel Cunningham.

On January 1st, Ms. Baker was evaluated by an inpatient physical therapist. At that time, she was able to walk short distances but was experiencing significant pain in her back that limited her ability to participate in therapy. She was directed to wear her back brace anytime she sat up or got out of bed. A wheelchair was recommended for her to take home following discharge.

**Life Care Plan** 3

**Pamela Baker**
**DOB: 9/13/1967**

**Primary Disability: L5 Burst Fracture, T8 Compression**
**Fracture, Right Ankle Fracture, SI Joint Pain**

On January 2nd, her pain was under control, she was wearing a lumbar-sacral orthotic (LSO) brace, and she was in a short leg splint. She was not bearing weight.

During an inpatient evaluation with an occupational therapist, Ms. Baker was functionally mobile with a rolling walker and had good standing balance. She was educated on how to put on the LSO brace.

On January 3rd, Ms. Baker participated in a session of physical therapy. At that time, her gait and mobility had much improved, and she was safe to go home with a rolling walker and wheelchair.

On January 3, 2024, Ms. Baker was discharged from Prisma Health. She was wearing her LSO brace and her right lower leg and ankle were in a splint.  It was noted that a CT scan of her cervical spine showed slight retrolisthesis of C5 on C6 and mild degenerative disc disease. An MRI of her cervical spine had found no evidence of disc herniation or spinal stenosis. An MRI of her lumbar spine had revealed approximately 35% decreased height of L5 where there was compression of the superior endplate with moderate marrow edema.

For the fractures at T8 and L5, Ms. Baker was directed to continue wearing the LSO back brace and to not bend, lift, or twist. For her right ankle, she was directed to remain non-weightbearing and to follow up with an orthopedic surgeon in two or three weeks. For abnormalities identified on the CT scan of her abdomen, she was advised to follow up with her primary care physician and a vascular specialist. She was prescribed Aspirin, Diazepam, Ibuprofen, and Oxycodone.

On January 14, 2024, Ms. Baker followed up with Dr. Desai, an internist. Her recent injuries and hospitalization were reviewed, and it was noted that a CT scan had found an incidental 4mm pulmonary nodule and angiomas on her liver. She was wearing a back brace and was not bearing weight on her right foot. For acquired hypothyroidism, Synthroid was prescribed. For her history of likely supraventricular tachycardia, she was seeing a cardiologist. For the incidental findings on the CT, she was advised to follow up with a vascular surgeon, and she was referred to a pulmonologist.

On January 16, 2024, Ms. Baker attended a follow-up visit with Dr. Cunningham at Prisma Health Orthopedics. At that time, the pain in her right ankle was manageable, the incisions were healing, and she was doing well overall. An updated x-ray of her right ankle showed no evidence of hardware failure. It was noted that she had sustained a closed displaced fracture of the right tibia and medial malleolus. The sutures were removed, she was placed in a Controlled Ankle Motion (CAM) boot, and she was advised to remain non-weightbearing for a total of eight weeks. She was instructed to follow up in six weeks.

On February 8, 2024, Ms. Baker returned to see Dr. Desai and reported that she suspected she had been experiencing symptoms of post-traumatic stress disorder (PTSD). Every time she thought or talked about the crash, which had involved a death, she started crying. She was not feeling particularly depressed because she was taking Celexa and Wellbutrin, and she was not encountering any flashbacks or nightmares. For depressive disorder, she did not want to change her medications, but she was open to seeing a counselor. A referral was provided.

**Life Care Plan** | 4

**Pamela Baker**
**DOB: 9/13/1967**                                      **Primary Disability: L5 Burst Fracture, T8 Compression**
                                                        **Fracture, Right Ankle Fracture, SI Joint Pain**

On February 27, 2024, Ms. Baker followed up at Prima Health Orthopedics and reported that she had been non-weight bearing since her surgery, had been wearing the CAM boot since her last visit, and was using a wheelchair as needed. An updated x-ray of her right ankle showed the mortise was well aligned and the hardware was intact. The incision had healed, and her active range of motion was intact. She was cleared to begin partial weightbearing and to start transitioning into a regular shoe. Physical therapy was ordered.

On February 29, 2024, Ms. Baker followed up with Dr. Richter at Prisma Health Neurosurgery for her closed lumbar vertebral burst fracture. She had started minimal weightbearing and wanted to discontinue wearing her back brace. She was cleared to advance her activity as tolerated.

Also on February 29, 2024, an x-ray of her thoracic spine showed an incidental calcification in the left upper quadrant that possibly reflected a renal calculus that measured 6mm but was otherwise unremarkable.

On April 9, 2024, Ms. Baker followed up at Prisma Health Orthopedics for her right ankle. Three months after surgery, she was bearing weight as tolerated and was not using an assistive device. Her ankle pain was aggravated by strenuous walking. It was noted that she also sustained fractures at the T8 and L5 vertebrae. During her exam, she had mild tenderness at the lateral ankle and malleolus but did not have pain with active range of motion. An updated x-ray of her right ankle showed the mortise was well aligned and the hardware was intact. Removing the hardware at some point in the future was discussed, she was cleared to participate in activity without restrictions, and she was advised to follow up as needed.

At her next follow up with Dr. Desai on May 2, 2024, Ms. Baker reported that she was experiencing pain and spasms in her back, and she was having difficulty sleeping. She was taking Motrin several times daily and was interested in trying a muscle relaxer. Her depression remained under control with Celexa and Wellbutrin. She had seen a pulmonologist for an incidental nodule. She was scheduled to see a vascular surgeon for a 12mm hemangioma. For insomnia, Trazodone was prescribed. For GERD, she was prescribed Omeprazole and instructed to avoid Motrin and instead take Tylenol as needed for pain. For hypercholesterolemia, she was taking Crestor. For Tachycardia, she was taking Metoprolol. For reactive airway disease, she was using Flonase, Symbicort, and Xopenex.

On May 9, 2024, Ms. Baker followed up with Dr. Richter and reported that she was fully weight-bearing on her right foot, but she was experiencing some pain in her back and hip as well as spasms in her right thigh. Her symptoms were aggravated by increased activity and back flexion. An updated x-ray of her lumbar spine showed the transpedicular fusion at L4-S1 and a possible subtle lucency around the screws on the left side of S1. Dr. Richter recommended observation. If her symptoms worsened, an MRI would be ordered.

On August 15, 2024, Ms. Baker was evaluated at Lexington Brain and Spine Institute for ongoing pain in her lower back that had started following a motor vehicle collision that occurred in December. She had undergone urgent surgery for her lumbar spine that included a fusion at L4-S1 and had also undergone surgery for fractures in her right ankle. Due to the ankle fractures, she had been only minimally mobile for several months. In April, she became able to walk without an assistive device. Once she was again walking independently, Ms. Baker reported feeling increased

**Life Care Plan** | 5

**Pamela Baker**
**DOB: 9/13/1967**                    **Primary Disability: L5 Burst Fracture, T8 Compression**
**Fracture, Right Ankle Fracture, SI Joint Pain**

pain in her back. She was also encountering pain, spasms, and twitching in her right leg at night. During her exam, the range of motion in her lumbar spine was limited. The x-ray taken in May showed lucency around the sacral screws. An updated CT scan of her lumbar spine was ordered.

On September 5, 2024, Ms. Baker returned to Lexington Brain and Spine Institute and was evaluated by Dr. Philip Toussaint, a neurosurgeon. She reported pain in her lower back and bilateral sacroiliac (SI) joints that was worse at the end of the day and impacted her quality of life and ability to perform activities of daily living. During her exam, she had significant tenderness around her sacroiliac joints. A recent CT scan of her lumbar spine showed a slight lucency of the screws at S1 that was worse on the left. Dr. Toussaint did not think a surgical revision was necessary at that time but did recommend SI joint bracing, injections, and topical nonsteroidal anti-inflammatory cream for her sacroiliac joints. If her SI pain persisted, an SI joint fusion could be considered. She was referred to a pain management provider.

On September 19, 2024, Ms. Baker was evaluated by Dr. Christopher Beal, a pain management physician at Lexington Brain and Spine Institute, for pain in her lower back, hips, and buttocks that was worse on the right. She had been taking Flexeril but had not attended physical therapy. During her exam, she had decreased range of motion and tenderness in her lower back and tenderness at the SI joints. Compression, Faber, Fortin, Gaenslen, and Yeoman's tests were all positive, and she walked with an antalgic gait. Lumbar degenerative disc disease was noted. Dr. Beal recommended SI joint injections and discussed physical therapy, a home exercise program, and medications.

On October 7, 2024, Dr. Beal performed bilateral SI joint injections.

On October 17, 2024, Ms. Baker returned to see Dr. Toussaint and reported that her pain had significantly improved following the SI joint injections. The SI joint brace was also helping. She was, however, still encountering spasms in her thighs at night and said that her balance had been unsteady since her injury. Dr. Toussaint noted that there was evidence of pseudoarthrosis at L5-S1, especially at the S1 screws. Treatment options included injection therapy, a percutaneous SI joint fusion, and a surgical revision of the fusion at L4-S1 with an extension to the pelvis. Injections and physical therapy were recommended.

Ms. Baker followed up at Lexington Brain and Spine on October 21, 2024, and reported that the SI injections had provided good benefit. She could repeat injections every three to four months and was told not to exceed three steroid injections within six months or four in twelve months.

On January 16, 2025, Dr. Toussaint performed an independent medical exam for Ms. Baker's thoracic and lumbar spine. It was noted that her pain started following a motor vehicle collision in which she had been hit head on by a vehicle traveling the wrong way. She had undergone surgery to repair a fracture of the L5 vertebra in her lower back and to repair fractures in her right ankle. Currently, she was experiencing pain in her thoracic and lumbar spine as well as her SI joints and upper legs. The SI joint injections had improved her SI pain, but she was still experiencing pain and spasms in her thighs. The symptoms in her back and leg were triggered by bending, lifting more than 20 pounds, prolonged sitting and standing, and twisting, and were disrupting her ability to work and perform activities of daily living. Previously, she had enjoyed dancing, swimming, and traveling. Currently she was not able to participate in any recreational activities.

**Pamela Baker**
**DOB: 9/13/1967**                    **Primary Disability: L5 Burst Fracture, T8 Compression**
                                      **Fracture, Right Ankle Fracture, SI Joint Pain**

During her exam, she had paraspinal muscles spasms, SI joint tenderness, and weakness in her right leg. Her previous imaging studies were reviewed.

One year after the collision, Ms. Baker continued to experience significant symptoms related to the L5 fracture that included lumbar radiculopathy and pseudoarthrosis as well as SI joint dysfunction. Her symptoms were aggravated by prolonged sitting and standing which was making it very difficult for her to work.

Dr. Toussaint concluded the collision that occurred on December 29, 2023, had directly caused Ms. Baker's thoracic and lumbar fractures, and the symptoms she was currently experiencing. He determined that Ms. Baker had reached her maximum level of medical improvement and assigned her thoracic spine a 4% impairment rating, her lumbar spine a 14% impairment rating, and her whole person a 21% impairment rating. For an impairment rating regarding her right ankle, she was advised to seek an evaluation with an orthopedic surgeon. For her lumbar spine, Dr. Toussaint recommended dry needling, traction, and physical therapy on a regular basis. He also noted that Ms. Baker may need lumbar revision surgery, spinal cord stimulation, or a sacroiliac joint fusion, or some combination of the three, in the future. She was advised to avoid bending, twisting, lifting objects heavier than 20 pounds, and prolonged sitting and standing.

On January 27, 2025, Ms. Baker was initially evaluated for physical therapy at Lexington Brain and Spine. At that time, her activity tolerance and range of motion were limited, and she was having difficulty sitting and standing for long periods. She was encountering pain when performing activities of daily living.

On February 25th, Ms. Baker completed her sixth session of physical therapy. Dry needling was helping her pain, and she was not experiencing any radicular pain.

At Lexington Brain and Spine on March 17, 2025, Dr. Beal administered bilateral SI joint injections.

On March 31, 2025, after ten sessions of physical therapy, Ms. Baker continued to experience tightness at L3-S1 that was worse on the right. Dry needling helped somewhat to improve her tightness and soft tissue mobilization. She was performing a home exercise program.

*No additional records were available for review at the time of this report. The report will be amended if additional information becomes available.*

## Current and Future Medical Care:

For her collision-related injuries, Ms. Baker is currently under the care of Dr. Christopher Beal, her pain management physician, and Dr. Philip Toussaint, her neurosurgeon. For her chronic conditions, she sees Dr. Nehal Desai, her internist, and Dr. Daniel Iseman, her gastroenterologist. She also has a cardiologist and an ophthalmologist. She attended physical therapy at Lexington Brain and Spine Institute and attended counseling with Jessi Haynes, LPC at Irmo Counseling.

**Life Care Plan** | 7

**Pamela Baker**
**DOB: 9/13/1967**                          **Primary Disability: L5 Burst Fracture, T8 Compression**
                                             **Fracture, Right Ankle Fracture, SI Joint Pain**

In preparing this Life Care Plan, I consulted with Dr. Toussaint who outlined the future medical needs that Ms. Baker will require as a consequence of her injuries.

Dr. Toussaint provided the following recommendations, to a reasonable degree of medical certainty:

- Office visits: She will require ongoing office visits in the future (most likely with an interventional pain management provider): 4x / year, for life exp
- Diagnostic Imaging: There is a strong likelihood in the future she will undergo MRI, CT scans, and x-rays. However, it is difficult to specify further, as imaging will be obtained based on her symptoms.
- Therapy: Physical Therapy is likely, 12 weeks (2x / week), each year, for life exp
- Medical Interventions: There is a strong likelihood that she will require injection therapy targeting the SI joint and also the lumbar spine. For projection purposes, I believe it is reasonably certain she will require SI joint injections 3x / year, for life exp with lumbar injections to be determined.
- Surgery:
  - It is more likely than not that Ms. Baker will require surgical intervention in the future to include a revision lumbar fusion with extension of her fusion across the SI joint as a result of pseudoarthrosis.
- Medications:
  - Cyclobenzaprine 10mg #30, 2-3x / year, for life exp
  - Advil/Ibuprofen 200mg #100, 2-3x / year, for life exp
- Adjunct Notes: Additionally, it would be reasonable to consider other surgical treatment options for Ms. Baker in the future, such as a spinal cord stimulator, although this will be deferred to her pain management provider.

## Physical Limitations:

| | |
|---|---|
| Balance: | Ms. Baker's balance is sometimes unstable and is not as steady as it was before the collision. Her balance is particularly problematic when she bends forward to pick something up off the ground and when she kneels or squats. |
| Bending: | Bending causes pain in her lower back. Instead of bending, she usually squats. |
| Driving: | While driving, she encounters pain when moving her foot between pedals and experiences lower back discomfort when sitting for long periods. Her symptoms improve following sacroiliac injections. |
| Lifting: | Because lifting heavy objects triggers back pain, she tries to avoid lifting anything heavier than ten pounds. |
| Sitting: | Sitting for long periods causes pain in her back and right ankle, especially when she sits on a stool or something without adequate back support. |
| Stamina: | Her stamina is limited, and she becomes fatigued easily. |
| Standing: | Standing for longer than approximately forty-five minutes causes discomfort in her lower back. |

# Life Care Plan | 8

**Pamela Baker**
**DOB: 9/13/1967**                    **Primary Disability: L5 Burst Fracture, T8 Compression**
                                      **Fracture, Right Ankle Fracture, SI Joint Pain**

| | |
|---|---|
| Tactile Sensation: | Ms. Baker sometimes encounters painful tingling in the area of her ankle scars. She also encounters pain in her ankle related to the surgical hardware. |
| Transfers: | She feels pain in her lower back when she stands up from a seated position. |
| Walking: | Walking on uneven surfaces and long distances causes pain in her back and right ankle. Sometimes when walking she hears clicking or popping in her right ankle. |

## Activities of Daily Living:

As a result of her pain and limitations, Ms. Baker has difficulty performing some functional activities including cleaning her home, cooking, dressing, doing laundry, putting on her shoes, shaving her legs, and being intimate with her partner. She now sits down when putting on her pants and shoes and uses a seat in the shower to shave her legs. She uses a lift at her home that was originally installed for her mother. When cooking, she requires help handling heavy pots and dishes and moving items in and out of the oven. Although she did have a cleaning service before her injuries, they do more now than before because she does not perform as many household tasks as she could previously. When traveling, she allows more time for everything because she moves slower and would not be able to run if she were late for a flight or appointment. At night, Ms. Baker has difficulty finding comfortable sleeping positions and often wakes up with pain and muscle spasms. She sleeps with a pillow between her legs, has a sleep number bed, and sometimes uses muscle relaxers which help. The sacroiliac injections significantly improved her sleep quality.

Before the collision, she was in very good shape. She worked out often, did high intensity training, and had a personal trainer. Currently, she does not have a regular exercise routine but does physical therapy exercises at home. Although she would like to resume her previous workout routine, she does not think she could handle vigorous exercise.

## Environmental Influences:

Cold and rainy weather exacerbates the pain in her ankle.

## Social Activities:

Prior to the collision, Ms. Baker was active and sociable. She enjoyed boating, cooking, deep sea fishing, paddle boarding, playing golf, jet and water skiing, swimming, working out, and entertaining friends and family at her lake house. At the time of the collision, she was on two boards associated with the University of South Carolina, one of which she was the chair. Following her injury, she suspended her participation. Although she has returned to both boards, she is no longer the chair and is not as active a participant as she was previously. Currently, her ability to participate in physical activities is very limited. She still goes boating and swimming, but she avoids activities like water skiing that could cause a reinjury. She worries that the twisting involved with playing golf will trigger pain, so she is hesitant to play.

**Life Care Plan** | 9

Pamela Baker
DOB: 9/13/1967                    Primary Disability: L5 Burst Fracture, T8 Compression
                                  Fracture, Right Ankle Fracture, SI Joint Pain

## Education/Training/Employment/Military Experience:

Ms. Baker graduated with her Juris Doctor from the University of South Carolina. She is an attorney and a certified mediator. Since 2001, she has worked at Burr & Forman, where she is currently a partner. At the time of the collision, she had been working a reduced schedule for about a year but had been planning to return to full-time eventually. Her ability to resume a full-time workload was delayed after her collision. She is still optimistic that she will be able to return to full-time, although she is cognizant that her workload will require travel in the future, which she suspects will be challenging due to her injuries.

## Socioeconomic status, Income, Other Agency Involvement:

Ms. Baker and her partner share time between a condo in downtown Columbia and a house on a lake. They plan to retire to the lake house eventually. The condo is difficult to navigate with her injuries, so she now spends more time at the lake house, since it has a lift. During her recovery, she used some of her retirement savings to pay outstanding medical bills. She drives a personal vehicle for transportation.

## Psychosocial/Behavioral:

Ms. Baker is having difficulty coping with the changes to her life that her injuries have caused. Her family and friends treat her as if she is fragile now. They don't hug her as hard, don't let her carry heavy objects, and prevent her from engaging in activities that might aggravate her condition. She developed social anxiety at one point because everyone she saw kept asking her how she was.

Although she does feel like she is in a different body now, she does not consider herself fragile and does not like being fussed over. Initially following the collision, Ms. Baker experienced symptoms of PTSD that included anxiety, flashbacks, nightmares, and crying episodes. She was, and still is, very upset about the death of the other driver. With time and counseling, her symptoms improved but have not fully resolved. She still experiences anxiety when driving and encounters flashbacks, nightmares, and crying episodes.  She is not currently attending counseling but feels good emotionally overall.

## Observations:

I conducted a clinical interview with Ms. Baker on March 28, 2025. During our discussion she was alert and oriented, and her thought processes were clear and rational. She was open and willing to discuss her injuries and the impact they have had on her life. While discussing the death of the other driver she became tearful.

## Conclusions:

All medical, rehabilitation, and evaluation records were reviewed with careful consideration. Information was obtained through a clinical interview with Ms. Baker as well as consultation with

**Pamela Baker**
**DOB: 9/13/1967**                    **Primary Disability: L5 Burst Fracture, T8 Compression**
**Fracture, Right Ankle Fracture, SI Joint Pain**

Dr. Toussaint. This information provides the foundation of this Life Care Plan and the recommendations it contains.

As a result of the collision that occurred on December 29, 2023, Ms. Baker sustained a burst fracture of the L5 vertebra in her lower back, a compression fracture of the T8 vertebra in her mid-back, and a fracture in her right ankle. She required urgent surgery on her lumbar spine and right ankle. Currently, Ms. Baker continues to experience pain in her back and right ankle that disrupts her ability to perform many activities of daily living and prevents her from returning to her previous level of function.

The present and future needs related to Ms. Baker's injuries and chronic symptoms are outlined in the following appendices. All costs are based on an anticipated average life expectancy of 24.9 years remaining per the CDC National Vital Statistics Reports, Vol. 74, No. 2, Table 15, Life Tables for Black, non-Hispanic Females and are for projection purposes only. Actual life expectancy projections for Ms. Baker may be obtained from her treating physicians or an expert who is well versed in the determination of life expectancy.

The goal of this comprehensive Life Care Plan is to identify the necessary resources for Ms. Baker to reach her optimal quality of life, prevent secondary and unnecessary complications, identify resources to support her, and outline the appropriate clinical and physical environment for an ideal recovery. Additionally, the intention of this plan is to preserve Ms. Baker's personal dignity while maximizing her independence.

*A list of the medical records reviewed is available upon request.*

## Life Care Plan Categories and Tables:
**\*The following tables list specific recommendations and costs associated with each recommendation.\***