PAMELA A. BAKER V. LEON LOTT, IN HIS OFFICIAL CAPACITY AS THE SHERIFF OF RICHLAND COUNTY SHERIFF'S OFFICE, ET AL.
CASE NO. 3:24-CV-04303-JDA

# EXHIBIT 15
## TO MOVANT'S STATEMENT OF MATERIAL FACTS

*DEFENDANT EXPERT REPORT – C. PHILIP TOUSSAINT, MD*

## ATTESTATION

I, Dr. C. Philip Toussaint, pursuant to Federal Rule of Civil Procedure 26(a)(2)(B), submit the following Independent Medical Examination ("IME") Report ("Report") based upon my education, experience, and knowledge acquired over my more than twenty (20) years of practice as a medical doctor. My opinions herein have been made to a reasonable degree of medical certainty. My opinions are based on the information available to me as of the date of this Report, as set forth herein, as well as my education and experience as a neurosurgeon, as set forth in my Curriculum Vitae included herein. Additionally, I have provided a list of all other cases in which I have testified as an expert in the past four years. I reserve the right to supplement and/or amend the Report in the event that additional information becomes available in this matter.

I was retained by the law firm of Burr & Forman, LLP to perform an IME on Ms. Pamela A. Baker to assess the injuries she suffered resulting from the vehicle pursuit undertaken by the Richland County Sheriff's Department on December 29, 2023 involving Byron L. Pringle. The cost for me to perform the IME was $1,800.00.

C. Philip Toussaint MD FAANS

September 24, 2025



LEXINGTON BRAIN AND SPINE INSTITUTE
222 E Medical Ln, Ste 200
West Columbia SC 29169-4848
Outpatient

Baker, Pamela Augusta
MRN: M000501699, DOB:    1967, Legal Sex: F
Visit date: 1/16/2025

# Baker, Pamela Augusta

MRN: M000501699

**Office Visit** 1/16/2025
LEXINGTON BRAIN AND SPINE INSTITUTE - NEUROSURGERY

Provider: Toussaint, Charles P., MD (Neurosurgery)
Primary diagnosis: Closed fracture of fifth lumbar vertebra, unspecified fracture morphology, sequela
Reason for Visit: Back Pain

## Progress Notes
### Neurosurgery clinic note

Toussaint, Charles P., MD (Physician) • Neurosurgery

**Chief Complaint**
Patient presents with
- Back Pain
  *Pt presents to NS clinic for IME with a c/o back pain.*

### Subjective

Patient is a 57 y.o. female who presents for independent medical evaluation of the thoracic and lumbar spine. On December 29, 2023, she was involved in a motor vehicle accident where she was struck head on by a vehicle moving the wrong direction on the interstate. Reportedly the vehicle was being pursued by law enforcement. There was a fatality involved. Airbags deployed. She was brought to Prisma Richland for evaluation. She was found to have a right ankle fracture as well as thoracic and lumbar spine fractures. She subsequently underwent open repair of the L5 fracture on December 31, 2023. Postoperatively she was nonweightbearing secondary to ankle fracture. She was also managed in a brace. Postoperatively she had significant issues with back pain and pain involving the hips with associated right thigh spasm. She had these complaints at 6 months postop when she was evaluated by her surgeon. The back pain progressively worsened. She presented to Lexington brain and spine for a second opinion. She was found to have lucency around the left S1 screw. CT lumbar spine August 27, 2024 demonstrated bilateral lucency of the S1 screws worrisome for pseudoarthrosis. At that time I felt that she had significant pain around the sacroiliac joints as well. I initiated treatment for sacroiliac joint dysfunction including bracing injections and topical anti-inflammatories.
Sacroiliac joint injections did help significantly but she continues to have pain into the bilateral thighs with associated spasm. She continues to be limited secondary to her back and leg symptoms.
Pain with activities of daily living such as housework. Bending and twisting have significant impact on her pain syndrome. She also has trouble with lifting 20 pounds or greater.
Bending forward to put shoes and pants on increased pain. Significant impact on overall living.
She has increased pain with prolonged sitting and with any prolonged positions which impacts her ability to do her job.
Prior to injury had many activities that brought her joy including dancing, traveling, and water sports. She cannot do these now secondary to her current symptoms.
Review of Systems

**Current Outpatient Medications on File Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| budesonide-formoterol (SYMBICORT) 160-4.5 mcg/puff inhaler | Inhale 2 puffs into the lungs 2 (two) times daily. RINSE MOUTH | 1 each | 3 |

CONFIDENTIAL

01-24-25;08:27AM;Lex Med Btrain & Spine                              ;8039358417           # 3/ 6

1/24/25, 8:24 AM          Baker, Pamela Augusta (MRN M000501699) DOB: /1967 Encounter Date: 01/16/2025

| Medication | Instructions | Quantity | Refills |
|---|---|---|---|
| | AFTER INHALATION | | |
| buPROPion (WELLBUTRIN XL) 150 mg 24 hr ER tablet | Take 1 tablet (150 mg total) by mouth daily. | 90 tablet | 1 |
| citalopram (CELEXA) 20 mg tablet | Take 1 tablet (20 mg total) by mouth daily, as directed | 90 tablet | 1 |
| cyclobenzaprine (FLEXERIL) 10 mg tablet | TAKE 1 TABLET (10 MG TOTAL) BY MOUTH EVERY 12 (TWELVE) HOURS AS NEEDED FOR MUSCLE SPASMS. | 60 tablet | 1 |
| EPINEPHrine (EPIPEN) 0.3 mg/0.3 mL injection | epinephrine 0.3 mg/0.3 mL injection, auto-injector | | |
| estradiol (IMVEXXY MAINTENANCE PACK) 10 mcg vaginal insert | Place 1 each (10 mcg total) vaginally twice a week. | 24 each | 4 |
| Estradiol Starter Pack (IMVEXXY STARTER PACK) 10 MCG INST | Place 10 mcg vaginally nightly. | 14 each | 0 |
| fluticasone (FLONASE) 50 mcg/spray nasal spray | 2 sprays by Each Nare route daily. | 48 g | 1 |
| latanoprost (XALATAN) 0.005% ophthalmic solution | Place 1 drop into both eyes nightly. | | |
| levothyroxine (SYNTHROID) 75 mcg tablet | Take 1 tablet (75 mcg total) by mouth every day before breakfast. | 90 tablet | 1 |
| metoprolol succinate (TOPROL XL) 50 mg 24 hr ER tablet | Take 1 tablet (50 mg total) by mouth daily. | | |
| montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth nightly. | 90 tablet | 1 |
| omeprazole (PRILOSEC) 40 mg DR capsule | Take 1 capsule (40 mg total) by mouth every day before breakfast. | 30 capsule | 5 |
| rosuvastatin (CRESTOR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth daily. | 90 tablet | 1 |
| timolol (BETIMOL) 0.25% ophthalmic solution | 1-2 drops 2 (two) times daily. | | |
| traZODone (DESYREL) 50 mg tablet | TAKE 1/2 TO 1 TABLET BY MOUTH AT BEDTIME FOR INSOMNIA. | 90 tablet | 1 |
| levalbuterol (XOPENEX HFA) 45 mcg/puff inhaler | Inhale 2 puffs into the lungs every 4 (four) hours as needed. | | |

No current facility-administered medications on file prior to visit.

The patient has a past medical history of Abnormal Pap smear, Chlamydia, Constipation, Depression, Female infertility (1994), Fibroid (2012), Glaucoma, Headache, Herpes simplex virus (HSV) infection (1993), Hypothyroidism, Kidney stones, Menopause (2019), Motor vehicle accident, Ovarian cyst, Palpitations, Personal history of supraventricular tachycardia, Seasonal allergies, Shortness of breath, Trichomonas infection, Urinary tract infection, and Vertigo.

The patient has a past surgical history that includes Dental surgery; Colonoscopy; Colposcopy (2017); Cervical biopsy w/ loop electrode excision; Laparotomy for removal tumor lumbar plexes; Ankle surgery (Right); and Back surgery.

The patient reports that she has never smoked. She has never used smokeless tobacco. She reports current alcohol use. She reports that she does not use drugs.

The patient has a family history includes Healthy in her sister; Heart disease in her father; Heart failure in

her father; Hyperlipidemia in her brother and mother; Hypertension in her father and mother; Kidney disease in her father; Lung cancer in her mother; Mental illness in her brother; Motor vehicle accident in her brother; Stroke in her brother, brother, and father; Thyroid disease in her mother.

## Objective

Vitals:

| | 01/16/25 1533 |
|---|---|
| BP: | 137/98 |
| Pulse: | 95 |

The patient is awake, alert, and interactive. Their speech is fluent and cohesive.
Well-groomed, well-nourished. Functional cognition intact.

On motor exam, the RIGHT upper extremity is 5 out of 5 throughout with normal tone
The LEFT upper extremity is 5 out of 5 throughout with normal tone
The RIGHT lower extremity is significant for EHL weakness 4 out of 5 otherwise 5 out of 5 throughout with normal tone
The LEFT lower extremity is 5 out of 5 throughout with normal tone
Significant paraspinal muscle spasm with increased pain on flexion.
Tenderness palpation over the bilateral sacroiliac joints
Sensory exam overall unremarkable

**Radiology: CT lumbar spine August 27, 2024 reviewed by me showing lucency around the S1 screws left greater than right. Evidence of L4-S1 fusion**

MRI lumbar spine December 30, 2023 showed 35% loss of height L5
MRI thoracic spine December 30, 2023 shows T8 fracture compression type

Other records reviewed include documentation from hospitalization December 29, 2023 through January 3, 2024
I reviewed documentation from neurosurgery Richter including operative note and subsequent follow-ups February 29, 2024 and May 9, 2024

## Assessment/Plan

57 y.o. female with a T8 compression fracture as well as an L5 burst fracture as a result of a motor vehicle accident on December 29, 2023. The thoracic fracture was managed conservatively and the lumbar fracture was managed operatively. She continues to have significant symptoms over 1 year out from injury. Her current back symptoms are directly attributable to the L5 fracture and involve some persistent lumbar radiculopathy, symptoms of lumbar pseudoarthrosis and sacroiliac joint dysfunction. The symptoms have affected quality of life and activities of daily living. She has been unable to work secondary to her symptoms. Her current activity level is sedentary since pain is exacerbated with any physical activity. She has trouble sitting or standing for any length of time which makes work unsustainable. I do believe she is essentially at maximal medical improvement from the thoracic and lumbar fracture and is dealing with the sequelae of such.
To a reasonable degree of medical certainty, I believe that the motor vehicle accident on December 29, 2023 caused the thoracic and lumbar fractures.
The patient is at maximal medical improvement (MMI) at the current time. Her impairment rating for the lumbar spine would fall into a class II category with an impairment rating of 14% and her thoracic fracture would be a class I with an impairment rating of 4% with a whole person impairment rating of 21% based on the AMA guide to the evaluation of permanent impairment, sixth edition. I will defer any impairment rating related to the ankle to orthopedics.
 At this point I would continue current SI joint treatment with continued injection therapy. I believe she needs physical therapy for the lumbar spine to include dry needling and lumbar traction. In the future I suspect she will need these treatments on a regular basis. She also may need revision lumbar surgery, spinal cord stimulation and/or sacroiliac joint fusion. I would limit her activity to no prolonged sitting or standing for more than 30 minutes at a time. No lifting more than 20 pounds and avoid bending and

CONFIDENTIAL

twisting.

Diagnoses and all orders for this visit:

**1. Closed fracture of fifth lumbar vertebra, unspecified fracture morphology, sequela**
  - Referral to PT for Eval and Treat

**2. Compression fracture of T8 vertebra, sequela**

Orders Placed This Encounter
Procedures
  • Referral to PT for Eval and Treat
      Referral Priority:           Routine
      Referral Type:               Physical Medicine
      Referral Reason:             Specialty Services Required
      Referred to Provider:        Ashley, Anne M, PT, DPT
      Number of Visits Requested:  15

No follow-ups on file.

This note was created using dictation software. Although I take great effort to ensure accuracy, there is a possibility for grammatical, spelling, and transcription errors.

C. Philip Toussaint MD, FAANS

## Instructions

After Visit Summary (Automatic SnapShot taken 1/23/2025)

## Additional Documentation

Vitals:    BP 137/98 (BP Location: Left arm, Patient Position: Sitting) Pulse 95 LMP 07/08/2020
Flowsheets: Shock Index, DI BP Formula

## Media

From this encounter

Workers Comp Documents - Scan on 12/19/2024 0753 by McKinney, Melinda A: IME signed letter
Workers Comp Documents - Scan on 11/4/2024 1338 by McKinney, Melinda A: IME referral form

No questionnaires available.

## Orders Placed

Referral to PT for Eval and Treat Authorized

## Medication Changes

As of 1/16/2025 3:33 PM

None

01-24-25;08:27AM;Lex Med Btrain & Spine          ;8039358417          # 6/ 6
1/24/25, 8:24 AM          Baker, Pamela Augusta (MRN M000501699) DOB: ▮1967 Encounter Date: 01/16/2025

## Medication List at End of Visit
As of 1/16/2025  3:33 PM

| Medication | Refills | Start Date | End Date |
|---|---|---|---|
| budesonide-formoterol (SYMBICORT) 160-4.5 mcg/puff inhaler | 3 | 11/3/2022 | — |
| Inhale 2 puffs into the lungs 2 (two) times daily. RINSE MOUTH AFTER INHALATION - Inhalation | | | |
| buPROPion (WELLBUTRIN XL) 150 mg 24 hr ER tablet | 1 | 11/8/2024 | — |
| Take 1 tablet (150 mg total) by mouth daily. - Oral | | | |
| citalopram (CELEXA) 20 mg tablet | 1 | 11/8/2024 | — |
| Take 1 tablet (20 mg total) by mouth daily, as directed - Oral | | | |
| cyclobenzaprine (FLEXERIL) 10 mg tablet | 1 | 10/28/2024 | — |
| TAKE 1 TABLET (10 MG TOTAL) BY MOUTH EVERY 12 (TWELVE) HOURS AS NEEDED FOR MUSCLE SPASMS. - Oral | | | |
| EPINEPHrine (EPIPEN) 0.3 mg/0.3 mL injection | — | | — |
| epinephrine 0.3 mg/0.3 mL injection, auto-injector | | | |
| Patient-reported medication | | | |
| Estradiol | | | |
| Estradiol Starter Pack (IMVEXXY STARTER PACK) 10 MCG INST | 0 | 5/29/2024 | — |
| Place 10 mcg vaginally nightly. - Vaginal | | | |
| estradiol (IMVEXXY MAINTENANCE PACK) 10 mcg vaginal insert | 4 | 5/30/2024 | — |
| Place 1 each (10 mcg total) vaginally twice a week. - Vaginal | | | |
| fluticasone (FLONASE) 50 mcg/spray nasal spray | 1 | 11/8/2024 | — |
| 2 sprays by Each Nare route daily. - Each Nare | | | |
| latanoprost (XALATAN) 0.005% ophthalmic solution | — | | — |
| Place 1 drop into both eyes nightly. - Both Eyes | | | |
| Patient-reported medication | | | |
| levothyroxine (SYNTHROID) 75 mcg tablet | 1 | 11/8/2024 | — |
| Take 1 tablet (75 mcg total) by mouth every day before breakfast. - Oral | | | |
| metoprolol succinate (TOPROL XL) 50 mg 24 hr ER tablet | — | 9/20/2023 | — |
| Take 1 tablet (50 mg total) by mouth daily. - Oral | | | |
| Patient-reported medication | | | |
| montelukast (SINGULAIR) 10 mg tablet | 1 | 11/8/2024 | — |
| Take 1 tablet (10 mg total) by mouth nightly. - Oral | | | |
| omeprazole (PRILOSEC) 40 mg DR capsule | 5 | 5/2/2024 | — |
| Take 1 capsule (40 mg total) by mouth every day before breakfast. - Oral | | | |
| rosuvastatin (CRESTOR) 10 mg tablet | 1 | 11/8/2024 | — |
| Take 1 tablet (10 mg total) by mouth daily. - Oral | | | |
| timolol (BETIMOL) 0.25% ophthalmic solution | — | | — |
| 1-2 drops 2 (two) times daily. | | | |
| Patient-reported medication | | | |
| traZODone (DESYREL) 50 mg tablet | 1 | 11/8/2024 | — |
| TAKE 1/2 TO 1 TABLET BY MOUTH AT BEDTIME FOR INSOMNIA. | | | |

## Visit Diagnoses

Primary: **Closed fracture of fifth lumbar vertebra, unspecified fracture morphology, sequela** S32.059S
Compression fracture of T8 vertebra, sequela S22.060S

Printed by McKinney, Melinda A at 1/24/2025 8:24 AM                                                      5/5

CONFIDENTIAL

## Curriculum Vitae
## Charles Philip Toussaint

Home Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
              Columbia, SC 29205
Mobile Telephone: ▮▮▮▮▮▮▮▮▮
Email: ▮▮▮▮▮▮▮▮▮▮▮▮▮
DOB: ▮▮▮▮/1977

### Education

| | |
|---|---|
| Undergraduate | B.S. Biochemistry, B.A. Chemistry, College Of Charleston, Charleston, SC. 1994-1999. *Magna Cum Laude*. |
| Graduate | M.D. Medical University of South Carolina, Charleston, SC. 1999-2003. *Luther G. Bell Scholarship.* |

### Postgraduate Training

| | |
|---|---|
| Internship: | Department of Surgery, Loyola University Medical Center Stritch School of Medicine, Maywood, IL. 2003-2004. |
| Residency: | Department of Neurological Surgery, Loyola University Medical Center Stritch School of Medicine, Maywood, IL. 2004-2010. |
| Fellowship: | Peripheral Nerve Surgery. Department of Neurological Surgery, University of Pennsylvania, Philadelphia, PA. Mentor: Eric L. Zager, MD. 01-06/2008. |

### Employment

Staff Neurosurgeon, Lexington Brain and Spine Institute. 03/2015-current.

Staff Neurosurgeon, Palmetto Health Neurosurgical Associates. 02/2013-02/2015.

Assistant Professor of Clinical Surgery, University of South Carolina Division of Neurosurgery. 07/2010-02/2013.

### Military Service

Major (O-4), US Army Reserve. AMEDD Professional Management Command, Ft McPherson, GA. 2004-2018.

### Professional License

Unrestricted Physician License #32450, State of South Carolina.

### Certifications

American Board of Neurological Surgeons. Diplomate.

### Board Examinations

USMLE Step 1. *Pass*. 2001.

USMLE Step 2. *Pass*. 2003.

USMLE Step 3. *Pass*. 2007.

ABNS American Board of Neurological Surgery written exam. *Pass*. 2006.

ABNS American Board of Neurological Surgery oral exam. *Pass*. 2013

### Awards

Cahill fellowship award, AANS/CNS Joint Section on Disorders of the Spine and Peripheral Nerves, 2007.

### Membership

Congress of Neurological Surgeons
American Association of Neurological Surgeons

### Presentations

Toussaint CP, Zager EL. **The double fascicular nerve transfer.** CNS 58th annual meeting, 2008.

Toussaint CP, Benedict W, Origitano TC. **Decompressive craniectomy: retrospective review of indication, outcome, and implication.** AANS 75th annual meeting, 2007.

Toussaint CP, Brown HG, Petruzzelli GJ, Prabhu VC. **Immunohistochemical similarities between pituitary adenoma and melanoma: a case report.** Lende Winter Neurosurgery meeting 2006.

Origitano TC, Toussaint CP. **Hemicraniotomy and the syndrome of the trephined.** Lende Winter Neurosurgery meeting 2006.

Toussaint CP, Patrick KS. **Drug stability of meperidine in implantable infusion pumps**. Summer Undergraduate Research Program presentation day. Medical University of South Carolina. 1996.

## Abstracts

Brown HG, Toussaint CP, Prabhu VC, Ghai R. **Pituitary tumors with melanocytic differentiation**. *Brain Pathology 16: s109, 2006*.

## Publications

Toussaint CP, Ali, ZS, Zager EL. **Distal Entrapment Syndromes: Carpal Tunnel, Cubital Tunnel, Peroneal, and Tarsal Tunnel** in Winn R. (ed): Youman's Neurological Surgery, 8th edition. 2022

Toussaint CP, Ali, ZS, Zager EL. **Distal Entrapment Syndromes: Carpal Tunnel, Cubital Tunnel, Peroneal, and Tarsal Tunnel** in Winn R. (ed): Youman's Neurological Surgery, 7th edition. 2016

Toussaint CP, Nockels RP. **Ankylosing Spondylitis** in Benzel EC. (ed): Spine Surgery, 3rd edition. 2012

Toussaint CP, Zager EL. **Thoracic outlet syndrome** in Winn R. (ed): Youman's Neurological Surgery, 6th edition. 2011

Toussaint CP, Zager EL. **Distal Entrapment Syndromes: Carpal Tunnel, Cubital Tunnel, Peroneal, and Tarsal Tunnel** in Winn R. (ed): Youman's Neurological Surgery, 6th edition. 2011

Toussaint CP, Zager EL. **Tumors of the peripheral nerves** in Siqueira M. (ed): Lesões do plexo braquial. Di Livros, Brasil. 2011.

Toussaint CP, Zager EL. **Tumors of the brachial and lumbosacral plexus regions** in Siqueira M. (ed): Lesões do plexo braquial. Di Livros, Brasil. 2011.

Toussaint CP, Zager EL. **The double fascicular nerve transfer for restoration of elbow flexion**. Neurosurgery. 68 (1 Suppl Operative):64-7. 2011 Mar.

Toussaint CP, Perry EC, Pisansky MT, Anderson, DE. **What's new in the diagnosis and treatment of peripheral nerve entrapment neuropathies**. Neurology Clinics. 28 (4):979-1004. 2010 Nov.

Fetty LK, Shea J, Toussaint CP, McNulty JA. **A quantitative analysis of variability in brachial plexus anatomy**. Clinical Anatomy. 23 (2) 2010 Mar.

Toussaint CP, Brown HG, Levitt MK, Prabhu VC. **Immunohistochemistry of central nervous system tumors: part one**. Contemporary Neurosurgery. 31(12) 2009 Jun.

Toussaint CP, Brown HG, Levitt MK, Prabhu VC. **Immunohistochemistry of central nervous system tumors: part two**. Contemporary Neurosurgery. 31 (13) 2009 Jun.

Toussaint CP, Brown HG, Levitt MK, Prabhu VC. **Immunohistochemistry of central nervous system tumors: part three**. Contemporary Neurosurgery. 31 (14) 2009 Jul.

Toussaint CP, Zager EL. **What's new in common upper extremity entrapment neuropathies**. Neurosurgical Clinics of North America. 19(4): 573-81, 2008 Oct.

Toussaint CP, Origitano TC. **Decompressive Craniectomy : Review of indication, outcome, and implication**. Neurosurgery Quarterly. 18(1):45-53, 2008 Mar.

Harvey SC, Toussaint CP, Coe SE, Watson EE, O'Neil MG, Patrick KS. **Stability of meperidine in an implantable infusion pump using capillary gas chromatography-mass spectrometry and a deuterated internal standard.** Journal of Pharmaceutical & Biomedical Analysis. 21(3):577-83, 1999 Nov.

# C. Philip Toussaint

| DATE | CASE | SERVICE |
|---|---|---|
| 8/3/2023 | Bayne vs Simpson | Deposition |
| 1/4/2024 | Gaither Speaks v James Skelton | Deposition |
| 1/24/2022 | Keri pendergrass MVA | Deposition |
| 2/17/2022 | Jesse Sheeley MVA | Deposition |
| 8/31/2024 | Clyde Harrison v Lowe's No 2022-CP-15-00689 | Record Review/Report |
| 4/30/2024 | Theresa Patterson MVA | Deposition |
| 1/18/2024 | Nghia Do MVA | Deposition |
| 9/11/2023 | Camanda Page MVA | Deposition |
| 1/7/2022 | Morrison v Lowe's No. 2020-CP-04-01804 | Record Review/Report |
| 1/22/2021 | Jerry Grant v Lowe's No. 9:20-cv-00764-DCN | Record Review/Report |
| 12/14/2020 | Ann R. Reynolds v. Joyce C. Lovell | Record Review/Video deposition |
| 11/5/2020 | Lindsey Bailey v AMS of West Columbia Inc. | Record Review/Medical Statement |
| 10/29/2020 | Shawn Laswell MVA | Record Review/Deposition |
| 10/14/2020 | Aneita Hendrix v. James W. Henderson, Jr. | Record Review |
| 10/12/2020 | Fischer v. Reese | Deposition |
| 9/25/2020 | Hartley v. Quick | Record Review |
| 8/21/2020 | Michael Derry MVA | Record Review/Report |
| 8/21/2020 | Ashley McMackin MVA | Record Review/Report |
| 8/19/2020 | Eddie J. Tucker, Jr MVA | Record Review/Report |
| 5/26/2020 | Ernest Massaro Disablity Case | Record Review/Report |
| 4/3/2020 | Bradley Lewis MVA/Workers Comp | Record Review/Report |
| 3/5/2020 | Jessica Stanley v LCSD | Deposition |

| DATE | CASE | SERVICE |
|---|---|---|
| 1/20/2020 | James H. Whitaker v G4S Secture Solutions Employer, New Hampshire Insurance Co. | Record Review/Report/Deposition |
| 10/28/2019 | Jesse Sheely MVA | Record Review/Report |
| 5/6/2019 | Michael Johnson v Henry Lee Huggins, Emkay Inc. Trust, Lane Carolinas Corporation and Lane Construction Corporation | Record Review/Deposition |
| 12/27/2018 | Robert L. Walker v Dodgeland of Columbia, Inc. and Kevin N. Wiley | Record Review |
| 8/15/2018 | Freddavia Ross MVA | Record Review/Report |
| 7/10/2018 | Elizabeth Lindler MVA | Record Review/Report |
| 4/23/2018 | Ellis, Tony R. V Melson, Tommie Gregory | Record Review |
| 4/17/2018 | Jonnie B Marshall, Jr Disablity Case | Record Review/Report |
| 2/20/2018 | Sylvia Patterson v Palmetto Health Richland and Key Risk Management Services, Inc. | Deposition |
| 2/2/2018 | Lousie M Smoot v House of Raeford and Nash Johnson & Sons Farms, Inc. | Record Review |
| 1/22/2018 | Roger Kennedy V Lee Vern Stubblefield and The County of Chester Civil Action No. 2016-CP-12-146 | Record Review |