PAMELA A. BAKER V. LEON LOTT, IN HIS OFFICIAL CAPACITY AS THE SHERIFF OF RICHLAND COUNTY SHERIFF'S OFFICE, ET AL.
CASE NO. 3:24-CV-04303-JDA

# EXHIBIT 17
## TO MOVANT'S STATEMENT OF MATERIAL FACTS

*"HONORING THE FALLEN BY TRAINING THE LIVING" – RCSD POWERPOINT EXCERPTS*

1/12/2022





1

CONFIDENTIAL                    BAKER-N-001



# We Are Not Just Killing Ourselves



# Ask yourself these two questions:

"Who are you willing to kill responding to this call/situation?"

"Who are you willing to allow to die as the result of dangerous driving by an officer that you know about, but allow to go unaddressed?"

CONFIDENTIAL					BAKER-N-044

Unless a greater hazard would result, a pursuit should not be undertaken

if the subject(s) can be identified with enough certainty that they can be

apprehended at a later time.

## Initiation of Pursuit

Any department officer in an authorized department vehicle may initiate a vehicular pursuit when the following criteria are met:

a. The suspect exhibits the intention to avoid arrest by using avehicle to flee apprehension for an alleged felony or misdemeanor that would normally require a full custody arrest.

    h.     The totality of the hazards created during the pursuit

    i.     If an officer begins to suspect he/she is nervous, shaky, or frightened

    j.     When the environmental conditions are such that continuation of the pursuit becomes more hazardous than at the onset

    k.     An arrest can be made at a later time (if identity of the offender is known)

    l.     Crime committed is smaller than the risks created in the pursuit

    m.     Supervisor calls off the pursuit

    n.     Your departmental policy guidelines

9. Training

A pursuit policy, its incorporation into training, and its application all affect departmental or municipal liability. If the policy, custom, or practice of the department can be seen as the "moving force" behind an officer's action and can be tied to the plaintiff's injury, then municipal liability is a relative certainty. (Monell v. Department of Soc. Svcs., 436 U.S. 658, 98 S. Ct. 2018 (1978)) Above all, the policy must be in compliance with the law. In South Carolina the provisions of S.C. Code Ann. §56-5-760 (1976) are mandatory considerations for training as are such well-known U.S. Supreme Court decisions as Tennessee v. Garner, 471 U.S. 1, 105 S. Ct. 1694 (1985), Brower v. Inyo County, 489 U.S. 593, 109 S. Ct. 1378 (1989), City of Canton v. Harris, 489 U.S. 378, 109 S. Ct. 1197 (1989), and Scott v. Harris, 550 U.S. 372, 127 S. Ct. 1769 (2007)

There is little doubt that a management plan for pursuit driving must include the following four steps:

    a.     Policy

    b.     Officer and Supervisor Training

    c.     Supervision

    d.     Accountability

Further, departments must prepare for lawsuits that allege negligence or deliberate indifference. The formula for determining the appropriateness of a pursuit is the balance between the need to immediately apprehend the suspect and the risk created by the pursuit. It is critical to maintain records of all pursuits, and to use the information to discriminate the good pursuits from the bad pursuits as well as the outcome. While there are administrators who are concerned with the collection and dissemination of pursuit statistics, it is important to realize that the plaintiff's "expert" witness will be more comfortable with the lack of data than proper statistical analysis. Therefore, it is strongly recommended that each department put into place a mechanism for pursuit post-action reports.

Pursuit driving is a risky part of the law enforcement function. It is also a part of the law enforcement function that has become an accepted practice. A police pursuit entails more than just getting behind the wheel of a police cruiser and chasing a suspect. Pursuits can no longer be viewed as an accepted practice without qualification. They must be controlled either by the officer initiating the pursuit, or by the department's administrators in setting a defensible policy that is implemented through proper training.

CONFIDENTIAL     BAKER-N-124



▫ Your ability to handle a vehicle in "close" places should be greatly improved over that of the average driver.

▫ You should learn to apprehend violators in a safe and efficient manner.
▫ There are numerous hazards involved in pursuit driving.
▫ At its worst, it can be a menace to the people on the highway, and this <u>must</u> be avoided at all times.

CONFIDENTIAL                    BAKER-N-308