PAMELA A. BAKER V. LEON LOTT, IN HIS OFFICIAL CAPACITY AS THE SHERIFF OF RICHLAND COUNTY SHERIFF'S OFFICE, ET AL.
CASE NO. 3:24-CV-04303-JDA

# EXHIBIT 20
## TO MOVANT'S STATEMENT OF MATERIAL FACTS

*RICHLAND COUNTY SHERIFF'S DEPARTMENT – PROFESSIONAL STANDARDS REPORT ON COMPLAINTS, DEFENSIVE ACTIONS, TRAFFIC COLLISIONS, AND ASSAULTS ON RICHLAND COUNTY DEPUTIES EXCERPTS*

# Richland County Sheriff's Department

## 2021 Professional Standards Report on Complaints, Defensive Actions, Traffic Collisions, and Assaults on Richland County Deputies

Professional Standards Unit

## Leon Lott
Sheriff

*Updated: February 2022*

BAKER-Q-001

## VEHICLE PURSUITS
*January 1, 2018 through December 31, 2021*

*\*NOTE: more than one suspect and/or deputy may be associated with a single pursuit. For this reason, the number of suspects involved and the number of deputies involved may not equal the number of actual pursuits that occurred in a given year.*

**Figure 7**: Race and sex of suspects involved in vehicle pursuits. *(Source: RCSD Professional*



*Standards)*

**Figure 8**: Race and sex of deputies involved in vehicle pursuits. *(Source: RCSD Professional Standards)*



# Richland County Sheriff's Department

## 2022 Professional Standards Report on Complaints, Defensive Actions, Traffic Collisions, and Assaults on Richland County Deputies

Professional Standards Unit

**Leon Lott**
Sheriff

*Updated: February 2023*

BAKER-Q-027

# VEHICLE PURSUITS

*January 1, 2019 through December 31, 2022*

*\*NOTE: more than one suspect and/or deputy may be associated with a single pursuit. For this reason, the number of suspects involved and the number of deputies involved may not equal the number of actual pursuits that occurred in a given year.*

**Figure 7**: Race and sex of suspects involved in vehicle pursuits. *(Source: RCSD Professional Standards)*



# Richland County Sheriff's Department

## 2023 Professional Standards Report on Complaints, Defensive Actions, Traffic Collisions, and Assaults on Richland County Deputies

Professional Standards Unit

### Leon Lott
Sheriff

*Updated: February 2024*

BAKER-Q-054

# VEHICLE PURSUITS

448 vehicle pursuits for CY2023

*January 1, 2020 through December 31, 2023*

*NOTE: more than one suspect and/or deputy may be associated with a single pursuit. For this reason, the number of suspects involved and the number of deputies involved may not equal the number of actual pursuits that occurred in a given year.*

**Figure 7**: Race and sex of suspects involved in vehicle pursuits. *(Source: RCSD Professional Standards)*



# Richland County Sheriff's Department

## 2024 Professional Standards Report on Complaints, Defensive Actions, Traffic Collisions, and Assaults on Richland County Deputies

Professional Standards Unit

# Leon Lott
Sheriff

*Updated: February 2025*

BAKER-Q-081

## VEHICLE PURSUITS

419 vehicle pursuits for CY2024

*January 1, 2021 through December 31, 2024*

*NOTE: more than one suspect and/or deputy may be associated with a single pursuit. For this reason, the number of suspects involved and the number of deputies involved may not equal the number of actual pursuits that occurred in a given year.*

**Figure 7**: Race and sex of suspects involved in vehicle pursuits. *(Source: RCSD Professional Standards)*



BAKER-Q-102