PAMELA A. BAKER V. LEON LOTT, IN HIS OFFICIAL CAPACITY AS THE SHERIFF OF RICHLAND COUNTY SHERIFF'S OFFICE, ET AL.
CASE NO. 3:24-CV-04303-JDA

# EXHIBIT 23
## TO MOVANT'S STATEMENT OF MATERIAL FACTS

*MICHAEL DILLARD – DEPOSITION EXCERPTS*

```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF SOUTH CAROLINA
                      COLUMBIA DIVISION
                  C.A. NO.: 3:24-CV-04303-JDA
```

PAMELA A. BAKER,
      PLAINTIFF,


VS.


LEON LOTT, individually
and in his official capacity
as the Sheriff of Richland County,
the Richland County Sheriff's Department;
and Deptuties Matthew Smith,
Michael Dillard and Bryan Hodge,
      DEFENDANTS.




                    D E P O S I T I O N


WITNESS:        MICHAEL DILLARD
DATE:           OCTOBER 2, 2025
TIME:           8:55 A.M.
LOCATION:       VIA ZOOM VIDEOCONFERENCE
REPORTER:       KALEN WILLIAMS




                        LEGAL EAGLE
                   Post Office Box 5682
              Greenville, South Carolina 29606
                       864-467-1373
                  depos@legaleagleinc.com

```
 1   A.   Yeah.  I believe it was 14 shifts -- 14 working shifts,
 2        and then you switch to back and forth.
 3   Q.   Okay.  I'm going to go ahead and try to share this first
 4        exhibit.
 5            MR. JENKINS:  Robbie and Steve, it is Exhibit 21,
 6        Baker H-092 to 140.  I'm going to share my screen.
 7   BY MR. JENKINS:
 8   Q.   Deputy Dillard, can you see this document on the screen?
 9        It's -- at the top, and it says, Training log, Michael
10        Dillard.
11   A.   Yes.  Sorry.
12   Q.   All right.  I'm going to go to Baker H-095.  Okay.  And
13        I'm going to zoom in for you, Mr. Dillard, on 095.
14        Well, first, does this document -- have you seen this
15        document before?
16   A.   I have not.
17   Q.   Okay.  Do you know what this document represents based
18        on looking at it?
19   A.   Well, it says, FTO task list, so I'm assuming it's FTO
20        task list.
21   Q.   Okay.  And this -- is the FTO task list a -- a list of
22        things that you have to complete during your field
23        training officer training?
24   A.   Yes.
25   Q.   Okay.  I'm going to scroll down a little bit here and it
```

| | | |
|---|---|---|
| 1 | | says -- well, let me go back to the top to make sure. |
| 2 | | So, here it says, General Driving Techniques |
| 3 | | Explained-Stu.  And then, I can't see what that says. |
| 4 | | And it says, yes.  You know, is this something that you |
| 5 | | had to check a box on or click yes on, or did someone |
| 6 | | else fill this out? |
| 7 | A. | I said, I've never seen that, so I didn't do it. |
| 8 | Q. | Okay.  Were the general driving techniques explained to |
| 9 | | you during your field training officer training? |
| 10 | A. | Yes. |
| 11 | Q. | Okay.  And I'm going to go to FTO just so I don't have |
| 12 | | to say the three -- three words all at once, just to |
| 13 | | keep it a little shorter.  And then, how -- how were the |
| 14 | | general driving techniques explained to you? |
| 15 | A. | You're talking about driving in itself?  I mean, |
| 16 | | you'd -- you're going to have to get -- become more |
| 17 | | exact on your questioning. |
| 18 | Q. | Okay.  So, general driving techniques explained and |
| 19 | | understood.  Did someone explain to you the general |
| 20 | | driving techniques that need to be abided by when you |
| 21 | | are acting as a Richland County Sheriff's Department |
| 22 | | deputy? |
| 23 | A. | I've never heard that term before, but if you're -- |
| 24 | | general driving techniques, I mean, yes, they taught me. |
| 25 | | They evaluated me on my safety driving.  Yes. |

1  Q.  Okay. And it says, The next point down says general
2      driving techniques practice/demonstrate. How -- do you
3      remember how you demonstrated your knowledge of the
4      general driving techniques?
5  A.  At the Savannah Mall, one of the old -- not Savannah
6      Mall, I'm sorry. The -- the mall off of Two Notch.
7      They -- they set up cones and a little driving course
8      there. That's -- we did that for evaluation and time.
9  Q.  And all of these -- at least for these two, the date
10     completed says October 3rd, 2023. Does that mean you
11     would have been in your FTO training in October of 2023?
12 A.  I'm not sure. Maybe that's when I finished. Yeah.
13 Q.  Okay. And was -- was Richard Stern your FTO trainer?
14 A.  He was.
15 Q.  Okay. I'm going to scroll down to Baker H-098. Here at
16     the top, it says, prisoner transport and booking
17     explained/understood. And then, it has yes next to it.
18     Was the process for transporting and booking prisoners
19     explained to you ---
20 A.  Yes.
21 Q.  --- during your training?
22 A.  Yes.
23 Q.  And can you tell me what was explained to you?
24 A.  The booking. So, transportation, safely transporting
25     people that have been apprehended to the jail. The