IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Pamela A. Baker,<br><br>    Plaintiff,<br><br>v.<br><br>Leon Lott, individually and in his official capacity as the Sheriff of Richland County; the Richland County Sheriff's Department; and Deputies Matthew Smith, Michael Dillard and Bryan Hodge,<br><br>    Defendants. | Civil Action No.: 3:24-cv-04303-JDA<br><br>**NON-STANDARD ITEM FILING NOTIFICATION** |

    Plaintiff submits this non-standard item filing notification in accordance with the rules of this court concerning the exhibits listed below to Movant's Statement of Material Facts. The subject audio and video exhibits are being submitted to this Court on a flash drive in requested MP3 and MP4 format. The undersigned attorneys will also serve the electronic media on the Defendants, in accordance with the requirements for service of paper documents.

**Audio/Visual Exhibits:**

| Ex. 6 | Chase Audio | SCDPS_Subp-0000096 |
|---|---|---|
| Ex. 7 | Hodge Dash Cam Video | Produced by Defendants |
| Ex. 8 | Dillard Dash Cam Video | Produced by Defendants |
| Ex. 9 | Smith Dash Cam Video | Produced by Defendants |
| Ex. 10 | Stokes Body Cam Video | Produced by Defendants |
| Ex. 21 | WIS Investigates Video | Baker_0000432 |

66230838 v1

2

Respectfully submitted,

BURR & FORMAN LLP

s/ *Celeste T. Jones*
Celeste T. Jones, Fed. ID #2225
ctjones@burr.com
Benjamin R. Jenkins, IV, Fed. ID #14138
bjenkins@burr.com
Burr & Forman, LLP
P.O. Box 11390
Columbia, South Carolina 29211
803-799-9800
803-753-3278 (Fax)

Michael K. K. Choy (*pro hac vice*)
mchoy@burr.com
Burr & Forman LLP
420 20th St. N #3400
Birmingham, Alabama 35203
(205) 251-3000
(205) 458-5100 (fax)

*Attorneys for Plaintiff*

Columbia, South Carolina
March 10, 2026

66230838 v1

2