IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Pamela A. Baker,<br><br>    Plaintiff,<br><br>v.<br><br>Leon Lott, individually and in his official capacity as the Sheriff of Richland County; the Richland County Sheriff's Department; and Deputies Matthew Smith, Michael Dillard and Bryan Hodge,<br><br>    Defendants. | Civil Action No.: 3:24-cv-04303-JDA<br><br>**INDEX TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER FED. R. CIV. P. 37 MOTION FOR SANCTIONS INCLUDING BUT NOT LIMITED TO STRIKING DEFENDANTS' ANSWER AND AWARDING PLAINTIFF ATTORNEY'S FEES** |

Exhibit 1 -    February 6, 2024 Preservation Letter

Exhibit 2 -    November 15, 2024 Defendant Discovery Responses

Exhibit 3 -    February 7, 2025 Defendant Supplemental Discovery Responses

Exhibit 4-    June 12, 2025 Deficiency letter to Defendants

Exhibit 5 -    Sherriff Leon Lott Deposition Excerpts

Exhibit 6 -    Matthew Smith Deposition Excerpts

Exhibit 7-    Bryan Hodge Deposition Excerpts

Exhibit 8 -    Michael Dillard Deposition Excerpts

Exhibit 9 -    May 5, 2025 Defendants Third Supplemental Discovery Responses

Exhibit 10 -    May 6, 2025 Email from Nova Office

Exhibit 11 -    May 6, 2025 Letter to Defendants

Exhibit 12 -    Zaid Abdussabur Abdullah Deposition Excerpts

Exhibit 13 -    Schedule D to Defendant's Expert Report

63478417 v1

| | |
|---|---|
| Exhibit 14 - | April 25, 2025 Consultation email relating to RFP 5 |
| Exhibit 15 - | December 20, 2023 RCSD Incident Sheet (BAKER-B-100-102) |
| Exhibit 16 - | 30(b)(6) RCSD Dep. Designee Spurrier Deposition Excerpts |
| Exhibit 17 - | May 9, 2025 Zeigler Email |
| Exhibit 18 - | Pringle Medical Record Excerpts (Pringle Med. Subp. Resp. 7, 42, 199) |
| Exhibit 19 - | Request for Body Worn Camera from 12/20/2023 Arrest |
| Exhibit 20 - | December 11, 2023 Bench Warrant (BAKER-K-179) |
| Exhibit 21 - | Tow Slip |
| Exhibit 22 - | Report of Objections |
| Exhibit 23 - | 30(b)(6) Dep. Designee Pritchett Deposition Excerpts |
| Exhibit 24 - | November 19, 2025 Email from Defendants |
| Exhibit 25 - | 30(b)(6) Dep. Designee Pagano Deposition Excerpts |
| Exhibit 26 - | December 29, 2023 Incident Report (Exhibit 10 to Lott Deposition) |
| Exhibit 27 - | 30(b)(6) Dep. Designee Gilman Deposition Excerpts |
| Exhibit 28 - | https://www.wistv.com/2025/10/06/richland-county-deputy-fired-after-dui-arrest/ |
| Exhibit 29 - | 30(b)(6) Dep. Designee McDuffie Deposition Excerpts |
| Exhibit 30 - | https://www.facebook.com/RichlandCountySheriffsDepartment/photos/meet-our-records-division-team-each-day-they-are-busy-managing-editing-and-enter/785276853644268/?_rdr |
| Exhibit 31 - | RCSD Policy Excerpts (Baker-M) |
| Exhibit 32 - | RCSD FOIA Response to Cynthia Beasley |
| Exhibit 33 - | March 5, 2026 Email from Robert Garfield |