PAMELA A. BAKER V. LEON LOTT, IN HIS OFFICIAL CAPACITY AS THE SHERIFF OF RICHLAND COUNTY SHERIFF'S OFFICE, ET AL.
CASE NO. 3:24-CV-04303-JDA

# EXHIBIT 3
## TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER FED. R. CIV. P. 37 MOTION FOR SANCTIONS INCLUDING BUT NOT LIMITED TO STRIKING DEFENDANTS' ANSWER AND AWARDING PLAINTIFF ATTORNEY'S FEES

*SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS ON BEHALF OF DEFENDANTS (FEBRUARY 7, 2025)*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Pamela A. Baker, | ) | Civil Action No.: 3:24-cv-04303-JDA |
| Plaintiff, | ) | |
| v. | ) | |
| Leon Lott in his official capacity as the Sheriff of Richland County Sheriff's Office; the Richland County Sheriff's Office; and Deputies Matthew Smith, Michael Dillard and Bryan Hodge, | ) | **SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS ON BEHALF OF DEFENDANTS** |
| Defendants. | ) | |

TO:  PLAINTIFF AND HER COUNSEL, CELESTE T. JONES, ESQ. AND BENJAMIN R. JENKINS, IV, ESQ.

Pursuant to Rule 34, Fed. R. Civ. P., the Defendants supplement their responses to the Plaintiff's First Set of Requests for Production of Documents as follows:

### REQUESTS FOR PRODUCTION

1. All documents and materials related to the training policies or practices of the Defendants related to high speed chases.

**SUPPLEMENTAL RESPONSE:**

**As a supplement to their prior response, the Defendants have enclosed herewith additional training records for Defendant Smith (Bates nos. BAKER-G-133 to 153), Defendant Dillard (Bates nos. BAKER-H-092 to 140) and Defendant Hodge (Bates nos. BAKER-I-144 to 164).**

**The Defendants anticipate further supplementing this response with the applicable version of Policy No. 802, <u>Vehicle Pursuits</u> upon determining which version was in effect on December 29, 2023.**

1

3. All documents of any complaints against any Defendant related to any high speed chase or any alleged violation of a constitutional right.

**SUPPLEMENTAL RESPONSE:**

**As a supplement to their prior response, the Defendants maintain their previous objection as to Sheriff Lott. As to Defendants Smith, Dillard and Hodge, none.**

6. All documents related to high speed chases involving Defendants for the last five (5) years.

**SUPPLEMENTAL RESPONSE:**

**As a supplement to their prior response, the Defendants maintain their previous objection as to Sheriff Lott. As to Defendants Smith, Dillard and Hodge, enclosed are reports (Bates nos. BAKER-L-001 to 029) related to vehicle pursuits involving them.**

7. All lawsuits and/or claims made against Defendants for the last five (5) years related to high speed chases, tort claims, negligence claims, and/or 1983 actions/claims.

**SUPPLEMENTAL RESPONSE:**

**As a supplement to their prior response, the Defendants maintain their previous objection as to Sheriff Lott. As to Defendants Smith, Dillard and Hodge, none.**

                GARFIELD SPREEUWERS LAW GROUP

                *s/ Steven R. Spreeuwers*
                Robert D. Garfield, SC Bar # 6557
                Steven R. Spreeuwers, SC Bar # 101373
                Post Office Box 119
                Columbia, South Carolina 29202
                T: 803.730.9545
                robert@gslawsc.com
                steve@gslawsc.com

                *Counsel for Defendants*

Columbia, South Carolina
February 7, 2025

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Pamela A. Baker, ) | Civil Action No.: 3:24-cv-04303-JDA |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Leon Lott in his official capacity as the Sheriff ) | **CERTIFICATE OF SERVICE** |
| of Richland County Sheriff's Office; the ) | |
| Richland County Sheriff's Office; and ) | |
| Deputies Matthew Smith, Michael Dillard and ) | |
| Bryan Hodge, ) | |
| ) | |
| Defendants. ) | |
| ) | |

I, Adam Bruyere, paralegal to Robert D. Garfield and Steven R. Spreeuwers, hereby certify that I have served the **SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS ON BEHALF OF DEFENDANTS** in the above-referenced matter upon Plaintiff's counsel via electronic mail on the date indicated below and addressed as follows:

**COUNSEL SERVED**:
Celeste T. Jones, Esq.
Benjamin R. Jenkins, V, Esq.
BURR & FORMAN, LLP
*ctjones@burr.com*
*bjenkins@burr.com*

Columbia, South Carolina
February 7, 2025

1