PAMELA A. BAKER V. LEON LOTT, IN HIS OFFICIAL CAPACITY AS THE SHERIFF OF RICHLAND COUNTY SHERIFF'S OFFICE, ET AL.
CASE NO. 3:24-CV-04303-JDA

# EXHIBIT 4
## TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER FED. R. CIV. P. 37 MOTION FOR SANCTIONS INCLUDING BUT NOT LIMITED TO STRIKING DEFENDANTS' ANSWER AND AWARDING PLAINTIFF ATTORNEY'S FEES

*JUNE 12, 2025 DEFICIENCY LETTER TO DEFENDANTS*



Benjamin R. Jenkins IV
bjenkins@burr.com
Direct Dial: (803) 753-3239

Burr & Forman LLP
1221 Main Street
Suite 1800
Columbia, SC 29201

Mailing Address:
Post Office Box 11390
Columbia, SC 29211

*Office* (803) 799-9800
*Fax* (803) 753-3278

BURR.COM

June 12, 2025

**VIA EMAIL**

Robert D. Garfield
Steven R. Spreeuwers
Garfield Spreeuwers Law Group, LLC
Post Office Box 119
Columbia, South Carolina 29202

**Re:  Pamela A. Baker v. Leon Lott, individually, and in his official capacity as the Sheriff of Richland County; the Richland County Sheriff's Department; and Deputies Matthew Smith, Michael Dillard and Bryan Hodge
Case No. 3:24-cv-04303-JDA**

Dear Robby and Steve:

Included within Judge Austin's Text Order, ECF No. 19, was the requirement that "Defendants shall provide full and complete responses to Plaintiff's Requests for Production Numbers 1, 3, 6, and 7." Plaintiff's Request No. 6 is as follows:

> 6.  All documents related to high speed chases involving Defendants for the last five (5) years.

While Defendants have provided 8,863 pages of documentation pertaining to this request, Defendants have still failed to properly comply with the Court's Order.

Included within Defendants' Policies and Procedures, Policy 802 – Vehicle Pursuits, is the following:

61272136 v1

Robert D. Garfield
Steven R. Spreeuwers
June 12, 2025
Page 2

---

**802.13    POST PURSUIT EVALUATION**

A. The Professional Standards Division shall review all vehicle pursuits involving departmental personnel (Officer, Supervisor, Communications Center, etc.) to ascertain the following:

   1. Was the pursuit necessary and conducted within departmental policy?
   2. Are there any training needs identified?

B. The Professional Standards Division shall conduct an annual documented analysis of all Post-Pursuit reports.

C. A documented review of the policies and procedures involving motor vehicle pursuits shall be done annually during in-service and new hire EVO training.

As of the date of this letter, Defendants have failed to provide any documentation from the Richland County Sheriff's Department's Professional Standards Division pertaining to any pursuits over the past five (5) years, let alone the pursuit involving Defendants and Ms. Baker.

Due to Defendants failure to produce this documentation, Defendants are in default of this Court's Order, ECF No. 19.

Concurrently, Defendants have failed to produce any use of force report for the collision involving Ms. Baker, despite Defendants being required to complete one under Richland County Sheriff's Department Policy 802.12(G).

Plaintiff requests that Defendants provide the proper documentation from the Richland County Sheriff Department's Professional Standards Division and the proper use of force report, in accordance with this Court's Order, by June 26, 2025 by 2:00 P.M. If Defendants choose to ignore this request, Plaintiff will notify the Court of Defendants' non-compliance with the Court's Order.

Thank you for your assistance with this matter. If you have any questions, please feel free to let me know.

Very truly yours,

Burr & Forman LLP

*[signature]*

Benjamin R. Jenkins IV

61272136 v1                                                    2