Pamela A. Baker v. Leon Lott, in his official capacity as the Sheriff of Richland County Sheriff's Office, et al.
Case No. 3:24-cv-04303-JDA

# Exhibit 5

## to Plaintiff's Memorandum in Support of her Fed. R. Civ. P. 37 Motion for Sanctions including but not limited to Striking Defendants' Answer and Awarding Plaintiff Attorney's Fees

*Deposition Excerpts of Leon Lott*
*(Video Transcript is being filed with Court)*

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

- - -

| | |
|---|---|
| Pamela A. Baker, | : |
| Plaintiff, | : Civil Action No.: |
| | : 3:24-cv-04303-JDA |
| vs. | : |
| | : |
| Leon Lott, individually and | : |
| in his official capacity as | : |
| Sheriff of Richland County; | : |
| the Richland County Sheriff's | : |
| Department; and Deputies | : |
| Matthew Smith, Michael Dillard: | |
| and Bryan Hodge, | : |
| Defendants. | : |

_____

VIDEOTAPED DEPOSITION OF LEON LOTT
_____

DATE TAKEN:     September 4, 2024
TIME BEGAN:     10:03 a.m.
TIME ENDED:     12:30 p.m.
LOCATION:       Burr & Forman
                1221 Main Street, Suite 1800
                Columbia, South Carolina
REPORTED BY:    Tami I. Watters, RPR, CRR
                    LEGAL EAGLE
                Post Office Box 5682
            Greenville, South Carolina 29606
        864-467-1373 / depos@legaleagleinc.com

Videotaped Deposition of Leon Lott

29

1    on Richland County Deputies.
2            And this is for -- I read 2021.
3            Are you familiar with this document?
4       A    Yes, ma'am.
5       Q    Okay.  And where does the funding come
6    from to prepare or to provide the issuance of this
7    document?
8       A    You're asking who pays for it?
9       Q    Yes, sir.
10      A    It comes out of our budget.
11      Q    And you testified earlier your budget is
12   funded by Richland County.
13      A    That's correct.
14      Q    What is the purpose of this report,
15   Exhibit Number 43?
16      A    To be transparent to our community and
17   show what we've done for 2021 when it comes on
18   complaints, defensive actions, traffic collisions,
19   assaults on deputies.
20      Q    I have a real problem hearing you.
21      A    Everything that I just read up there,
22   that's what it's for.
23      Q    And what is your role with respect to the
24   preparation of Exhibit 43, this Professional
25   Standards Report?

Videotaped Deposition of Leon Lott

30

1     A    Nothing.
2     Q    Who is the person or persons responsible
3  for the compilation of this Professional Standards
4  Report?
5     A    Deputy Chief Roxana Meetze.
6     Q    And what department is she again?
7     A    Professional standards.
8     Q    How many employees are in the
9  professional standards?
10    A    I don't know.
11    Q    Approximately.
12    A    Six.
13    Q    And what is the purpose of the
14 professional standards division?
15    A    To receive complaints, review assaults on
16 deputies, review use of force by deputies, review
17 traffic collisions.
18    Q    And how -- on the first page of
19 Exhibit 43 it has Defensive Actions.
20         What is your understanding of defensive
21 actions?  What does that mean?
22    A    It means when a deputy has done anything
23 in defense of itself or others.
24    Q    Can you give me an example?
25    A    Somebody attacks a deputy and they have

|   |   |
|---|---|
| 1 | MS. GOLDING: Thank you. |
| 2 | THE VIDEOGRAPHER: The time is |
| 3 | 12:27. We are off the record. |
| 4 | - - - |
| 5 | (Whereupon there was a recess in the |
| 6 | proceedings.) |
| 7 | - - - |
| 8 | MR. GARFIELD: It's come to my |
| 9 | attention that the sheriff is needed back at |
| 10 | the Richland County Sheriff's Department |
| 11 | headquarters. We're going to have to take a |
| 12 | hard stop, and I was gonna say, you know, in |
| 13 | the next half hour. And then I understand |
| 14 | Ms. Golding made an assertion that we have not |
| 15 | provided the -- some type of written |
| 16 | discovery, and I'd just like to know what that |
| 17 | is. |
| 18 | MS. GOLDING: Okay. I'll have to |
| 19 | provide that to you a little bit -- a little |
| 20 | bit later. |
| 21 | MR. GARFIELD: Well, I'm not going |
| 22 | to, you know, agree to hold anything open or |
| 23 | anything on that note. I know that we've -- |
| 24 | it's my information that we have responded. |
| 25 | MS. GOLDING: Okay. We -- on |