Pamela A. Baker v. Leon Lott, in his official capacity as the Sheriff of Richland County Sheriff's Office, et al.
Case No. 3:24-cv-04303-JDA

# Exhibit 8
## to Plaintiff's Memorandum in Support of her Fed. R. Civ. P. 37 Motion for Sanctions including but not limited to Striking Defendants' Answer and Awarding Plaintiff Attorney's Fees

*Deposition Excerpts of Michael Dillard*

```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF SOUTH CAROLINA
                       COLUMBIA DIVISION
                  C.A. NO.: 3:24-CV-04303-JDA
```

PAMELA A. BAKER,
    PLAINTIFF,


VS.


LEON LOTT, individually
and in his official capacity
as the Sheriff of Richland County,
the Richland County Sheriff's Department;
and Deptuties Matthew Smith,
Michael Dillard and Bryan Hodge,
    DEFENDANTS.



                  D E P O S I T I O N


| | |
|---|---|
| WITNESS: | MICHAEL DILLARD |
| DATE: | OCTOBER 2, 2025 |
| TIME: | 8:55 A.M. |
| LOCATION: | VIA ZOOM VIDEOCONFERENCE |
| REPORTER: | KALEN WILLIAMS |



                  LEGAL EAGLE
            Post Office Box 5682
      Greenville, South Carolina 29606
             864-467-1373
        depos@legaleagleinc.com

| | | |
|---|---|---|
| 1 | | know a lot of deputies jumped on it.  I only saw two |
| 2 | | other cars during the pursuit. |
| 3 | Q. | And when you say you only saw two other cars, two other |
| 4 | | police vehicles? |
| 5 | A. | Correct. |
| 6 | Q. | Were those Richland County Sheriff's Department police |
| 7 | | vehicles? |
| 8 | A. | Correct. |
| 9 | Q. | Do you know the officers that were in those vehicles? |
| 10 | A. | Not for certain, no. |
| 11 | Q. | No.  When you say not for certain, do you have an idea |
| 12 | | of who was in those vehicles? |
| 13 | A. | I'm not going to randomly throw names out there.  If |
| 14 | | I -- if I don't know that they were on a pursuit, I'm |
| 15 | | not going to throw a name out there.  So, no, I don't |
| 16 | | know specifically. |
| 17 | Q. | Okay.  Did you fill out this three-page document for |
| 18 | | this pursuit yourself? |
| 19 | A. | I did, yeah. |
| 20 | Q. | Okay.  And -- and how did you fill it out?  What |
| 21 | | application did you use to fill it out? |
| 22 | A. | I don't know.  I've had so many reporting applications |
| 23 | | in the three departments I've been in.  I don't remember |
| 24 | | what -- I think, is this TriTech?  TriTech sounds |
| 25 | | familiar for Richland. |

```
 1   Q.   Okay.  And it -- was it filled out on your computer?
 2   A.   Yes.
 3   Q.   Okay.  And once you're done filling out the report, do
 4        you submit it to your supervisor?
 5   A.   Correct.
 6   Q.   Okay.  After it's submitted to your supervisor, did you
 7        ever talk with anyone else at the Richland County
 8        Sheriff's Department about this pursuit?
 9   A.   Somebody asked me a question about it, but I don't
10        recall who.  I remember -- I don't remember who it was,
11        but somebody asked me what -- what I saw, what -- why
12        did I initiate it, and I gave the reason that I gave
13        you.
14   Q.   I know you said you don't remember who it was.  Do you
15        remember when that person asked you?
16   A.   It was later, like right after we lost sight, and like
17        we canvassed, and then I parked.  I don't remember the
18        Zimalcrest.  There's a business complex.  I parked in
19        that parking lot to do this packet, and somebody pulled
20        up next to me and asked me what happened.
21   Q.   Okay.  So, it wa -- it was in person.  It wasn't over
22        the radio?
23   A.   Correct.
24   Q.   Okay.  Was this the only pursuit that you were the lead
25        pursuing vehicle in during your time at the Richland
```

```
 1         County Sheriff's Department?
 2   A.    I don't know.  I don't recall.
 3   Q.    Do you recall how many vehicle pursuits you were
 4         involved in, whether or not you were the lead pursuer
 5         while at the Richland County Sheriff's Department?
 6   A.    An exact number, no.  I don't know, 20 or 30 maybe.
 7   Q.    Okay.
 8   A.    I don't know.
 9   Q.    I'm going to go to Baker E-77 to 78.  Down at the top of
10         this page, it states oath for deputy sheriff, and then
11         at the bottom, is that your name and signature?
12   A.    It is.
13   Q.    Sorry.  Could you say that again?  It was a little
14         mumbly.
15   A.    Yes.
16   Q.    Thank you.  All right.  Let me go to Baker I-116.  If I
17         can find it.  I may not.  Let's see.  I'm going to
18         exhibit 37A.  We'll start at the beginning.  Baker
19         N-001.  Deputy Dillard, I'll represent to you, this is -
20         - this the beginning of a -- a PowerPoint presentation.
21         Do you remember seeing this first slide before?
22   A.    Yes.
23   Q.    Okay.  When do you remember seeing it?
24   A.    This is the pursuit packet that you were asking.  This
25         is regarding the -- the class that I said Richland
```