PAMELA A. BAKER V. LEON LOTT, IN HIS OFFICIAL CAPACITY AS THE SHERIFF OF RICHLAND COUNTY SHERIFF'S OFFICE, ET AL.
CASE NO. 3:24-CV-04303-JDA

# EXHIBIT 9

## TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER FED. R. CIV. P. 37 MOTION FOR SANCTIONS INCLUDING BUT NOT LIMITED TO STRIKING DEFENDANTS' ANSWER AND AWARDING PLAINTIFF ATTORNEY'S FEES

*THIRD SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS ON BEHALF OF DEFENDANTS (MAY 5, 2025)*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Pamela A. Baker,<br><br>      Plaintiff,<br><br>v.<br><br>Leon Lott in his official capacity as the Sheriff of Richland County Sheriff's Office; the Richland County Sheriff's Office; and Deputies Matthew Smith, Michael Dillard and Bryan Hodge,<br><br>      Defendants. | Civil Action No.: 3:24-cv-04303-JDA<br><br>**THIRD SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS ON BEHALF OF DEFENDANTS** |

TO:   PLAINTIFF AND HER COUNSEL, CELESTE T. JONES, ESQ. AND BENJAMIN R. JENKINS, IV, ESQ.

Pursuant to Rule 34, Fed. R. Civ. P., the Defendants supplement their responses to the Plaintiff's First Set of Requests for Production of Documents as follows:

### REQUESTS FOR PRODUCTION

1. All documents and materials related to the training policies or practices of the Defendants related to high speed chases.

**RESPONSE**:

**After diligent inquiry, the Defendants are informed and believe that they have previously produced all documents responsive to this request for production. Said documents are listed below.**

**Table of contents for RCSD policy manual (Bates nos. BAKER-C-001 to 006)**
**RCSD policy and procedure manual (Bates nos. BAKER-M-001 to 879)**
**Training records of Matthew Smith (Bates nos. BAKER-G-001 to 153)**
**Training records of Michael Dillard (Bates nos. BAKER-H-001 to 140)**
**Training records of Bryan Hodge (Bates nos. BAKER-I-001 to 164)**

1

3. All documents of any complaints against any Defendant related to any high speed chase or any alleged violation of a constitutional right.

**RESPONSE:**

**As a supplement to their prior responses, see documents being produced today via hand delivery (Bates nos. BAKER-O-0001 to 7441 and BAKER-P-0001 TO 1422).**

6. All documents related to high speed chases involving Defendants for the last five (5) years.

**RESPONSE:**

**As a supplement to their prior responses, the Defendants are furnishing records from the RCSD Office of Professional Standards for the years 2018-2023 (Bates nos. BAKER-O-0001 to 7441) via hand delivery. Same have been marked CONFIDENTIAL.**

7. All lawsuits and/or claims made against Defendants for the last five (5) years related to high speed chases, tort claims, negligence claims, and/or 1983 actions/claims.

**SUPPLEMENTAL RESPONSE:**

**As a supplement to their prior responses, the Defendants the Defendants are furnishing lawsuits filed between September 23, 2019, and September 23, 2024 (Bates nos. BAKER-P-0001 to 1422) via hand delivery. These pleadings were obtained using the search terms "Leon Lott," "Sheriff Lott," "Sheriff Leon Lott," "Sheriff of Richland County" and "Richland County Sheriff."**

GARFIELD SPREEUWERS LAW GROUP

_____
Robert D. Garfield, Fed. ID 7799
Steven R. Spreeuwers, Fed. ID 11766
1220 Pickens Street
Columbia, South Carolina 29201
T: 803.830.5496
robert@gslawsc.com
steve@gslawsc.com

*Counsel for Defendants*

Columbia, South Carolina
May 5, 2025

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Pamela A. Baker, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>Leon Lott in his official capacity as the Sheriff )<br>of Richland County Sheriff's Office; the )<br>Richland County Sheriff's Office; and )<br>Deputies Matthew Smith, Michael Dillard and )<br>Bryan Hodge, )<br> )<br>Defendants. )<br> ) | Civil Action No.: 3:24-cv-04303-JDA<br><br>**CERTIFICATE OF SERVICE** |

I, Adam Bruyere, paralegal to Robert D. Garfield and Steven R. Spreeuwers, hereby certify that I have served the **THIRD SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS ON BEHALF OF DEFENDANTS** in the above-referenced matter upon Plaintiff's counsel via electronic mail on the date indicated below and addressed as follows:

**COUNSEL SERVED**:
Celeste T. Jones, Esq.
Benjamin R. Jenkins, V, Esq.
BURR & FORMAN, LLP
*ctjones@burr.com*
*bjenkins@burr.com*

_____

Columbia, South Carolina
May 5, 2025