Pamela A. Baker v. Leon Lott, in his official capacity as the Sheriff of Richland County Sheriff's Office, et al.
Case No. 3:24-cv-04303-JDA

# Exhibit 10
## to Plaintiff's Memorandum in Support of her Fed. R. Civ. P. 37 Motion for Sanctions including but not limited to Striking Defendants' Answer and Awarding Plaintiff Attorney's Fees

*May 6, 2025 Email exchange with Nova Office*

| | |
|---|---|
| **From:** | Columbia Desk <columbia@novaoffice.net> |
| **Sent:** | Tuesday, May 6, 2025 10:06 AM |
| **To:** | Jones, Celeste |
| **Subject:** | Fw: Copy job/delivery: Baker v. RCSD |

**This is an EXTERNAL email! STOP, ASSESS, and VERIFY**

Good morning Celeste,

Please see the attached email with the link to the documents. If you have any trouble opening or accessing them, please let me know!

Thank you!



Rebekah Street
Columbia Front Desk

1122 Lady St.  | Suite 725
Columbia, South Carolina 29201
Office:803.354.4300
www.novaoffice.net

**From:** Adam Bruyere <adam@gslawsc.com>
**Sent:** Friday, May 2, 2025 2:26 PM
**To:** Columbia Desk <columbia@novaoffice.net>
**Subject:** Copy job/delivery: Baker v. RCSD

Our file: Baker v. RCSD

Rebekah, as we discussed over the phone, I have uploaded 10 PDFs of bates stamped records (BAKER-O0001 to 7441) to a shared folder in OneDrive, and the link to access them is below.

📁For NOVA

Please print these records in black and white and have them delivered to Burr & Forman on Monday after 4 PM.  I will send you a letter on Monday to include with the delivery.

Thank you very much, and please let me know if you have any questions!

Adam J. Bruyere
*Paralegal*
Post Office Box 119
Columbia, SC 29202

1

Direct: 803.964.9606



This e-mail and the information transmitted contains PRIVILEGED and CONFIDENTIAL information and is the property of the sender. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this information, or the taking of any action in reliance on the content of this information, is strictly prohibited. If you have received this e-mail in error, please delete the original transmittal of this information.