PAMELA A. BAKER V. LEON LOTT, IN HIS OFFICIAL CAPACITY AS THE SHERIFF OF RICHLAND COUNTY SHERIFF'S OFFICE, ET AL.
CASE NO. 3:24-CV-04303-JDA

# EXHIBIT 12

## TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER FED. R. CIV. P. 37 MOTION FOR SANCTIONS INCLUDING BUT NOT LIMITED TO STRIKING DEFENDANTS' ANSWER AND AWARDING PLAINTIFF ATTORNEY'S FEES

*ZAID ABDUSSABUR ABDULLAH DEPOSITION EXCERPTS*

```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF SOUTH CAROLINA
                       COLUMBIA DIVISION
                   C/A No. 3:24-cv-04303-JDA
```

PAMELA A. BAKER,

    Plaintiff,

vs.

LEON LOTT, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS THE SHERIFF OF RICHLAND COUNTY, THE RICHLAND COUNTY SHERIFF'S DEPARTMENT, and DEPUTIES MATTHEW SMITH, MICHAEL DILLARD and BRYAN HODGE,

    Defendants.

```
                       DEPOSITION OF
                   ZAID ABDUSSABUR ABDULLAH


DATE:           September 5, 2025
TIME:           10:02 a.m. - 12:15 p.m.
LOCATION:       Burr & Forman
                1221 Main Street, Suite 1800
                Columbia, South Carolina
REPORTED BY:    Donald L. Whiteley, Jr.
                       LEGAL EAGLE
            864-467-1373 / depos@legaleagleinc.com
```

Deposition of Zaid Abdussabur Abdullah

21

1 for us.
2     Q    Okay. And if an incident occurs at two
3 o'clock in the afternoon, it would go on the 5:30 p.m.
4 Desk Sergeant Report?
5     A    Correct.
6     Q    Okay. And how long have you been on night
7 shift?
8     A    So it changes every 28 days. So I'm on night
9 shift currently. I believe I have a week or two left of
10 night shift, and then I would switch back over to day
11 shift.
12     Q    Okay. Do you recall if, in the month of
13 December '23, if you were on day shift or night shift?
14     A    I don't remember. I would assume that, based
15 off of my incident -- or my run-in with Mr. Pringle,
16 I was probably working nights. Based off of the -- the
17 footage, it was at night, so I would assume that I was
18 working at night.
19     Q    Okay. So do you have to go to the
20 headquarters before you start your shift or do you just
21 get in your car and start?
22     A    I just get in my car and start.
23     Q    Okay. So you mentioned that you would have
24 read about the incident on the Desk Sergeant Report.
25 Would that have been on your laptop in your car?

Deposition of Zaid Abdussabur Abdullah

22

1      A     Yes.
2      Q     Okay.  Do you know where those Desk Sergeant
3  Reports are stored?
4      A     I don't know where they're stored.  I mean
5  within our I guess email database, maybe.
6      Q     Okay.  So there's a database for the emails?
7      A     It's I guess like one of those sub things of
8  Outlook where -- so.
9      Q     And you have a Richland County Sheriff's
10 Department email address?
11     A     Correct.
12     Q     Do you know who that Staff Sergeant Report
13 gets sent to?
14     A     I just -- all the sworn deputies that -- that
15 are working out -- typic -- I mean usually it's every
16 sworn deputy.  But you have to request to be put on that
17 email, if that --
18     Q     Okay.
19     A     -- makes sense.
20     Q     Okay.  So it's not automatically assigned?
21     A     No.
22     Q     And it doesn't go to any of the civilian
23 workers?
24     A     No.
25     Q     Okay.  So you, obviously, at some point

Deposition of Zaid Abdussabur Abdullah

23

1 requested to be sent the email; correct?
2     A    Correct.
3     Q    Okay.  Have you had the same email since
4 you've been at the Richland County Sheriff's Department?
5     A    I believe so.
6     Q    Okay.  So you believe that the first time you
7 heard about the pursuit on December 29th was reading the
8 Desk Sergeant Report?
9     A    I don't know a hundred percent, but I --
10 I would assume that that's the way that I'd gotten the
11 news, just because all the major incidents are sent at
12 that.
13     Q    And is it sent in an email or is it an
14 attachment?  Like tell me how that comes through.
15     A    It's an email.
16     Q    Okay.  Bullet point with description or --
17     A    Yes, but -- basically.
18     Q    Okay.  What was your immediate reaction when
19 you read it?
20         MR. SPREEUWERS:  Objection.  Relevance.
21         Go ahead.
22     A    I don't remember, to be honest.
23 BY MR. JENKINS:
24     Q    Understandable.
25         MR. JENKINS:  Give me two seconds.  My

Deposition of Zaid Abdussabur Abdullah

32

1  at the meeting?
2       A     That, I don't know.
3       Q     Okay.  Describe to me what the report looks
4  like when it comes to you from the DAC meeting.
5       A     It's very similar to the Desk Sergeant
6  Report, just bullet points.  And then it'll -- if it's
7  something that's very important, it'll -- like I said, it
8  would have a picture or something of whatever that policy
9  and procedure that's being changed or whatever the case
10 is or something that's been updated.
11            It will basically be in bold red letters or
12 black letters or asterisks or something of like, hey,
13 this is being changed, you know:  We did it this way;
14 this is what we're doing now, or whatever the case is.
15      Q     Okay.  So if you have something you want
16 taken to the DAC meeting, do you contact the K-9
17 representative?
18      A     Correct.
19      Q     And then they go and they ask Sheriff Lott to
20 change it?
21            MR. SPREEUWERS:  Objection.  Misstates the
22 testimony.
23      A     They don't necessarily ask the sheriff to
24 change anything.  They would just say, hey, you know,
25 this is an issue that we've had; here are some ideas that

Deposition of Zaid Abdussabur Abdullah

77

1  Q   What's the difference between your two
2  reports?
3  A   So he would do the arrest report and then he
4  would do his incident report.  And we have different
5  reports, so.  My report will basic -- just basically be
6  just like a supplemental report.
7      I'm writing the report of I made the stop.
8  I was the one that made contact with -- with Pringle at
9  first, and then the amount of narcotics and what
10 narcotics were submitted into evidence and all.
11 Q   Okay.  And when you fill out the report, do
12 you type it?
13 A   Yes, sir.
14 Q   On your computer?
15 A   Yes.
16 Q   And after you finish it, do you submit it?
17 A   Yes.
18 Q   How do you submit it?
19 A   It's a system that we have called TriTech.
20 And, basically, once everything's filled out and all the
21 information is correct, I just hit a "submit" button for
22 approval through a -- my immediate supervisor, and -- and
23 that's pretty much it.
24 Q   Okay.  Does that get stored somewhere?
25 A   Yes, sir.

Deposition of Zaid Abdussabur Abdullah

78

1  Q    Where does it get stored?
2  A    On that program called TriTech.
3  Q    It's like a cloud system?
4  A    I -- I believe so; yeah.
5  Q    Okay.  Now, Investigator Farr, you said he
6  also fills out an arrest report?
7  A    Correct.
8  Q    And did you -- you say he fills out -- so he
9  fills out an incident report, too?
10 A    Yes, sir.
11 Q    Okay.  Does he do that on his laptop?
12 A    I don't know how he does it.  He may go to
13 his desk.  I -- I -- I -- he may have a laptop.  I'm not
14 sure, exactly.
15 Q    Is it handwritten?
16 A    I -- again, I -- I don't believe so.
17 Q    Okay.
18 A    But whether it's handwritten or not, it's
19 gonna have to be submitted with -- on that -- on that
20 program, TriTech.
21 Q    So it's submitted on TriTech.  And who then
22 -- I guess his supervisor would then approve it?
23 A    Correct.
24 Q    And then it remains on the system?
25 A    Correct.

Deposition of Zaid Abdussabur Abdullah

91

1  Q    Are they like the carbon copy where you got
2  multiple layers and you write it and it pushes through?
3  A    We did have those when I first started, but
4  we have now just gone completely to just using TriTech,
5  and it has a portion where you submit whatever items are
6  in there.
7  Q    So when you first started and were filling
8  out the paper copies, after you fill out the paper copy,
9  what do you do with it?
10  A    It's been such a long time, I don't remember.
11  From my understanding, I believe one of the copies is
12  ours; the others are for the actual tow truck driver.
13  And then the third is either given to the owner of the
14  vehicle that may be placed under arrest or it's just left
15  inside of the -- the vehicle itself.
16  Q    Okay. And I scrolled to Baker M528 in that
17  book. If you go to the bottom there, it's got a heading.
18  It says 2, Tow Slips, and it goes through the specifics
19  of what copies go where. Is that how you remember
20  filling out those copies?
21  A    I'm sorry, which part are you looking?
22  Q    Sorry. 528, at the bottom, where 2 says Tow
23  Slips. It goes "A" and then (i) -- (2)(i) --
24  A    Okay.
25  Q    -- (3)(i).

Deposition of Zaid Abdussabur Abdullah

92

1  A    I see that.  Yes.  That's pretty much how
2  I remember it.
3  Q    Okay.  When it says white, green, and yellow
4  copies go to HQ, is that the Richland County Sheriff's
5  Department Headquarters?
6  A    Correct.
7  Q    When it says for processing by the desk
8  officer, is that the desk sergeant that we were talking
9  about earlier?
10 A    I believe so.
11 Q    And when it says Processing, do they scan it
12 in somewhere?
13 A    I believe this is just -- just so that they
14 have like an actual archive of the vehicles that have
15 been towed, for -- for legal reasons.  But you -- we --
16 we -- we're not very big on using this anymore, just
17 because everything's digital.
18 Q    Completely understand.  But at this time,
19 this was the policy -- at the time of Mr. Pringle's
20 arrest, this was the policy.  So when that white, green
21 and yellow sheet goes to HQ, do you know if it gets
22 scanned into a computer?
23      MR. SPREEUWERS:  And I'll object to the
24 commentary to the extent that was intended to be a
25 question.

1              MR. SPREEUWERS:  Object to the form.
2              You can answer.
3       A     The desk sergeant that is working currently,
4    before their shift ends at 5:30 a.m., they should have
5    already typed up all the incidents, including this one --
6    should -- and submitted it through the desk sergeant
7    email.
8    BY MR. JENKINS:
9       Q     Okay.  Is the desk sergeant email, like does
10   it come -- like is it its own thing?  That's a very bad
11   question.
12             Do desk sergeants have their own regular
13   email address through the Richland County Sheriff's
14   Department?
15      A     Correct.
16      Q     But there's also a desk sergeant email that
17   they send the report through?
18      A     Correct.
19      Q     Okay.  And only the desk sergeants would have
20   access to the Desk Sergeant Report email; correct?  Email
21   address?
22      A     Typically, but not necessarily.  There's some
23   individuals that are not sergeant ranking, but they are
24   working there and in a capacity of a sergeant, that send
25   it out, and they would have access to that.

1   is the one that is transporting the patient, is what I'm
2   saying.
3       Q   Okay.  So tell me again -- you just said the
4   duty officer is the on-shift supervisor?
5       A   That's from -- from my interpretation of what
6   I'm reading on subsection (a) of 9, is that the duty
7   officer is the one who is the shift leader, is my
8   understanding, or the supervisor of whatever given region
9   is transporting.  I don't believe them to be the actual
10  transporting deputy to make that decision.
11      Q   Okay.  Well, will you read the second part of
12  the sentence that starts with "when a prisoner is
13  transported" to me?  Right after the comment.  It starts
14  with "the officer."
15      A   On 9?
16      Q   9; yes, sir.
17      A   Okay.  When a prisoner is transported to a
18  medical facility and is admitted by the attending
19  physician, the officer will immediately notify the shift
20  supervisor.  The supervisor will, in turn, use the
21  following procedures to ensure control of the prisoner.
22          So again, read -- from reading that and then
23  looking at subsection (a), it would appear that the duty
24  officer would then be the supervisor, just from my
25  understanding.

Deposition of Zaid Abdussabur Abdullah

111

```
 1         Q     Do you know who made the decision to release
 2   Mr. Pringle from the hospital and not send him to Alvin
 3   S. Glenn Detention Center?
 4         A     I do not.
 5         Q     Okay.  In your position of six years at the
 6   Richland County Sheriff's Department, do you believe he
 7   should have been -- Mr. Pringle should have been released
 8   to go home from the Prisma Health Richland Hospital?
 9               MR. SPREEUWERS:  Objection.  Lack of
10   foundation.  Vague.
11               Go ahead.
12         A     I mean it -- it just all depends on the
13   situation.  Again, I'm -- I'm not in that position to
14   make those decisions.  I don't believe anybody with only
15   six or seven years in law enforcement should be making
16   those decisions.
17   BY MR. JENKINS:
18         Q     Okay.  Someone with more experience should be
19   making those decisions?
20         A     Correct.
21         Q     Can you quantify a year for me of how many
22   years someone should have to make those decisions?
23         A     As I previously stated, the -- with staff
24   duty, usually it's anyone that is above the ranking of a
25   lieutenant.  And, usually, that's anywhere between 15, 20
```

Deposition of Zaid Abdussabur Abdullah

112

1    years of law enforcement experience.
2         Q    Okay.
3              MR. JENKINS:  Steve, if I could have two
4    minutes to look at my notes, and then I can turn it over
5    to you.
6              MR. SPREEUWERS:  Sure.
7              MR. JENKINS:  Less than two seconds.
8         (At this point there is a break in the deposition.)
9              MR. JENKINS:  Mr. Abdullah, I appreciate your
10   time today.  I don't have any further questions for you.
11             THE DEPONENT:  All right.
12             MR. SPREEUWERS:  Just a few from us.
13                  E-X-A-M-I-N-A-T-I-O-N
14   BY MR. SPREEUWERS:
15        Q    What was your rank in December of 2023?
16        A    I was just a master deputy.
17        Q    And you were a master deputy in the K-9 unit;
18   correct?
19        A    Correct.
20        Q    Did you supervise any deputies?
21        A    No, sir.
22        Q    So you had no supervisory authority or duties
23   in December of 2023; correct?
24        A    Correct.
25        Q    All right.  And the K-9 Unit has its own