Pamela A. Baker v. Leon Lott, in his official capacity as the Sheriff of Richland County Sheriff's Office, et al.
Case No. 3:24-cv-04303-JDA

# Exhibit 13
## to Plaintiff's Memorandum in Support of her Fed. R. Civ. P. 37 Motion for Sanctions including but not limited to Striking Defendants' Answer and Awarding Plaintiff Attorney's Fees

*Schedule D to Defendant's Expert Report, John "Jack" Ryan*

# SCHEDULE D

## John "Jack" Ryan

700 N. Carr Rd, #595  
Plainfield, Indiana 46168  
Office (317) 386-8325  
Cellular Phone: (401) 692-1555  
FAX (317) 386-8228  
Email:  jackryan2@cox.net

**Baker v Lott Material Reviewed**

1. **Pleadings**
   a. Amended Complaint
   b. Answer to Amended Complaint
   c. Consent Confidentiality Order
2. **Discovery**
   a. *Plaintiff's*
      i. Responses to Defendants' 1st Interrogatories Supplemental Responses
      ii. Responses to Defendants' 1st Requests for Production Supplemental Responses
   b. *Defendants'*
      i. Responses to Plaintiff's 1st Interrogatories
      ii. Responses to Plaintiff's 1st Requests for Production Supplemental Responses
      iii. 2nd Supplemental Responses
      iv. 3rd Supplemental Responses
      v. 3rd (4th) Supplemental Responses
3. **Bates Documents Produced by Plaintiff**
   a. 0000432 News clip regarding pursuits
   b. 0000846-0000953 RCSD Professional Standards annual reports
   c. 0000954-0000980 Other lawsuits
   d. 0000001-0000928 MAIT file
   e. Bates K-179 (Pringle Bench Warrant).pdf
   f. Bates Q-001 to 107 (RCSD Office of Professional Standards Annual Reports.pdf
   g. Pringle Medical Subp. Resp. (Prisma)_0000001 to 0000207.pdf
4. **Produced by Defendants**
   a. A 001-024 Incident reports
   b. B 001-102 Docs on Byron Pringle
   c. C 001-006 TOC-policies
   d. D 001-046 Personnel-Matthew Smith
   e. E 001-101 Personnel-Michael Dillard
   f. F 001-103 Personnel-Bryan Hodge
   g. G 001-153 Training-Matthew Smith
   h. H 001-140 Training-Michael Dillard
   i. I 001-164 Training-Bryan Hodge
   j. J 001-002 Accident report
   k. K 001-178 LCSD docs on Byron Pringle
   l. L 001-029 Pursuit docs for individual Defendants
   m. M 001-879 RCSD P&P manual (as of 03/06/25)
   n. N 001-374 Training materials re: driving
   o. *Folder of native files*
      i. O 0001-7441 Pursuit packets (2018-2023)

# SCHEDULE D

        ii. P 0001-1422 Lawsuits (09-23-19 to 09-23-24)
5. **Videos**
   a. *Dillard*
      i. BWC
      ii. Dashcam
   b. *Hodge*
      i. BWC
      ii. Dashcam
   c. *Smith*
      i. BWC
      ii. Dashcam
   d. *Stern*
      i. BWC
      ii. Dashcam
   e. *Stokes*
      i. BWC
   f. Monticello_and_Knightner_St_.mp4
6. **Depositions**
   a. *Matthew Smith*
      i. Full-size transcript
      ii. Folder of exhibits
   b. *Leon Lott*
      i. Depo-Leon Lott (full).pdf
      ii. Exhibits-Lott
      iii. Ex. 10 - BAKER-A-001.PDF
      iv. Ex. 36a - Scope of Handbook .pdf
      v. Ex. 36b - Mission Statement .pdf
      vi. Ex. 36c -Rules and Regulations.pdf
      vii. Ex. 36d - Driving Course Operations.pdf
      viii. Ex. 36e - Vehicle Operations.pdf
      ix. Ex. 36f - Emergency Vehicle Operations.pdf
      x. Ex. 36g -Vehicle Pursuits.pdf
      xi. Ex. 36h - Use of Body Worn Cameras.pdf
      xii. Ex. 36i -  Department Ride-Along.pdf
      xiii. Ex. 43 - Baker_0000927.pdf
      xiv. Ex. 45 - Baker_0000900.pdf
      xv. Ex. 53 - 23-23-85 Establishment of required minimum standards for all law enforcement agencies punitive ac.pdf
   c. *Abdullah, Zaid*
      i. Depo-Zaid Abdullah (full).pdf
      ii. *Exhibits-Zaid Abdullah*
         1. Abdullah Plt. Exhibit 36 - Bates M (Baker).pdf
         2. Abdullah Plt. Exhibit 41 - BAKER-B-001.PDF
         3. Abdullah Plt. Exhibit 50 - Prisma_0000001 - Pringle Records.pdf
         4. Abdullah Plt. Exhibit 51 - Monticello_and_Knightner_St_.mp4
         5. Abdullah Plt. Exhibit 51 - SLIP SHEET.pdf
   d. *Bryan Hodge*
      i. Depo-Bryan Hodge (full).pdf
      ii. *Exhbits*
         1. Hodge Ex. 01 - SCDPS_Subp-0000097.WAV
         2. Hodge Ex. 01 - SLIP SHEET.pdf
         3. Hodge Ex. 02 - DefendantsTemp-0000013.MP4
         4. Hodge Ex. 02 - SLIP SHEET.pdf
         5. Hodge Ex. 05 - DefendantsTemp-0000012.MP4
         6. Hodge Ex. 05 - SLIP SHEET.pdf

# SCHEDULE D

       7. Hodge Ex. 06 - DefendantsTemp-0000010.MP4
       8. Hodge Ex. 06 - SLIP SHEET.pdf
       9. Hodge Ex. 08 - SCDPS_Subp-0000228.MOV
      10. Hodge Ex. 08 -SLIP SHEET.pdf
      11. Hodge Ex. 10 - BAKER-A-001.PDF
      12. Hodge Ex. 29 - Baker L - 1-19.pdf
      13. Hodge Ex. 31 - Bates I - 1-143.pdf
      14. Hodge Ex. 36 - Bates M (Baker).pdf
      15. Hodge Ex. 37 - Bates N (Baker) CONFIDENTIAL.pdf
      16. Hodge Ex. 38 - Baker_0000432.MP4
      17. Hodge Ex. 38 - SLIP SHEET.pdf
      18. Hodge Ex. 50 - Prisma_0000001 - Pringle Records.pdf

    e. *Michael Dillard*
       i. Depo-Michael Dillard (full).pdf
      ii. *Exhibits-Michael Dillard*
        1. Ex. 10 - BAKER-A-001.PDF
        2. Ex. 21 - Bates H-092 to 140 (Baker).pdf
        3. Ex. 36a - Scope of Handbook .pdf
        4. Ex. 36d - Driving Course Operations (1).pdf
        5. Ex. 36e - Vehicle Operations.pdf
        6. Ex. 36f - Emergency Vehicle Operations.pdf
        7. Ex. 36g -Vehicle Pursuits.pdf
        8. Ex. 37a.  PowerPoint Honoring the Fallen.pdf
        9. Ex. 37b. PowerPoint Honoring the Fallen.pdf
        10. Ex. 37c.  Pursuit Driving .pdf
        11. Ex. 43 - Baker_0000927.pdf

**7. Plaintiff's Expert Report**
    a. 2025.09.26 Taylor Expert Report.pdf