PAMELA A. BAKER V. LEON LOTT, IN HIS OFFICIAL CAPACITY AS THE SHERIFF OF RICHLAND COUNTY SHERIFF'S OFFICE, ET AL.
CASE NO. 3:24-CV-04303-JDA

# EXHIBIT 14
## TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER FED. R. CIV. P. 37 MOTION FOR SANCTIONS INCLUDING BUT NOT LIMITED TO STRIKING DEFENDANTS' ANSWER AND AWARDING PLAINTIFF ATTORNEY'S FEES

*APRIL 25, 2025 CONSULTATION EMAIL RE: PRINGLE DOCUMENTS*

| | |
|---|---|
| **From:** | Steve Spreeuwers <steve@gslawsc.com> |
| **Sent:** | Friday, April 25, 2025 12:03 PM |
| **To:** | Jenkins, Ben; Robert Garfield |
| **Cc:** | Jones, Celeste; Adam Bruyere; Gibson, Lisa |
| **Subject:** | Re: Baker v. Lott et al., Consultation Regarding Richland Co. Production of Documents Responsive to RFP #5 |

**This is an EXTERNAL email! STOP, ASSESS, and VERIFY**

Ben-

The jail is run by Richland County and not the Sheriff, so you would have to ask the County for any documents relating to his booking, fingerprints, photographs, jail intake, jail release, property release, etc.

Thanks,
Steve

Steven R. Spreeuwers
GARFIELD SPREEUWERS LAW GROUP, LLC
803.964.9607

---

**From:** Jenkins, Ben <bjenkins@burr.com>
**Date:** Friday, April 25, 2025 at 11:56 AM
**To:** Robert Garfield <robert@gslawsc.com>, Steve Spreeuwers <steve@gslawsc.com>
**Cc:** Jones, Celeste <CTJones@burr.com>, Adam Bruyere <adam@gslawsc.com>, Gibson, Lisa <LGibson@burr.com>
**Subject:** Baker v. Lott et al., Consultation Regarding Richland Co. Production of Documents Responsive to RFP #5

Good morning Steve and Robby:

Upon review of your Defendants' production, Plaintiff believes that there is further documentation responsive to Plaintiff's Request for Production of Documents No. 5, provided below:

> 5.    All documents related to Byron L. Pringle.

Per Defendants' previous production, Byron L. Pringle ("Pringle") was arrested on December 20, 2023 by Officer Zaid Abdullah. Baker-B-102. Per Officer Abdullah's report, Pringle was arrested for multiple narcotics, his vehicle was towed, and the narcotics were submitted into evidence at RCSD HQ.

Baker-B-102 is the final page of Defendants' production regarding Pringle's arrest record with RCSD. Defendants have not produced any booking information for the December 20, 2023 arrest, including but not limited to fingerprints,

1

photographs, jail intake information, intake officer observations, property and evidence voucher, booking report, receipt of personal property from arrestee form, NCIC/In-House Warrant Module Check, and/or other documentation pertaining to Pringle being placed in jail for the December 20, 2023 arrest.

Additionally, Defendants have not produced any documentation or information showing when Pringle was released from jail after his December 20, 2023 arrest, including but not limited to Pringle's bond amount, the date of Pringle's release, the time of Pringle's release, Pringle's inmate property release form, and/or the motion for Pringle to be released on bond.

Please produce all records in your possession regarding Pringle's December 20, 2023 arrest, including but not limited to the documentation identified above. If you are in possession of these records and do not intend to produce these records please advise Plaintiff within ten (10) days of this letter so that we may file a Motion to Compel the production of these records. If you are not in possession of these records please identify who is in possession of these records.

Thank you. Please let me know if you have any questions.



**Benjamin R. Jenkins IV**
*Associate*

bjenkins@burr.com
803-753-3239 (*direct*)

*1221 Main Street, Suite 1800*
*Columbia, South Carolina 29201*

_____

The information contained in this email is intended for the individual or entity above. If you are not the intende read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to t delete this message from your system. Thank you.

2