Pamela A. Baker v. Leon Lott, in his official capacity as the Sheriff of Richland County Sheriff's Office, et al.
Case No. 3:24-cv-04303-JDA

# Exhibit 15
## to Plaintiff's Memorandum in Support of her Fed. R. Civ. P. 37 Motion for Sanctions including but not limited to Striking Defendants' Answer and Awarding Plaintiff Attorney's Fees

*December 20, 2023 RCSD Incident Sheet*

# RICHLAND COUNTY SHERIFFS DEPT

5623 TWO NOTCH RD COLUMBIA, SC 29223
803-576-3000



Case #:2312033120                              Incident #: 2312033120

## Event

### Monticello Rd and Knightner St SC SOUTH CAROLINA 29203

| | |
|---|---|
| **Incident Description:** | TRAFFIC |
| **Incident Start Date:** | 12/20/2023 19:53:00 |
| **Incident End Date:** | 12/20/2023 20:30:00 |
| **Reported Date:** | 12/21/2023 01:38:00 |
| **City:** | COLUMBIA |
| **Region Grid:** | REGION 3, 10 |
| **Region:** | REGION 3 |
| **Day of Incident:** | WEDNESDAY |
| **Weapon Code:** | |
| **Case Status:** | ACTIVE |
| **Exceptional Clearance:** | NOT APPLICABLE |
| **How Reported:** | |
| **NCIC Entered:** | No |

## Suspects (1)

### PRINGLE, BYRON

| | |
|---|---|
| **Person Number:** | 1 |
| **Suspected Of Using:** | Drugs |
| **DOB:** | /1975 |
| **Age:** | 48 |
| **Race:** | BLACK OR AFRICAN AMERICAN |
| **Sex:** | MALE |
| **Resident Status:** | JURISDICTION |
| **Ethnicity:** | NOT HISPANIC OR LATINO |
| **Address:** | |
| **Apt/Rm/Bldg:** | |
| **State:** | SC SOUTH CAROLINA |
| **Zip Code:** | 29204 |
| **Primary Phone:** | |
| **Email:** | |
| **Hair Color:** | BLACK |
| **Eye Color:** | BROWN |
| **Height:** | 511 |
| **Weight:** | 201 |

BAKER-B-100

# RICHLAND COUNTY SHERIFFS DEPT

5623 TWO NOTCH RD COLUMBIA, SC 29223
803-576-3000



Case #:2312033120                                                                 Incident #: 2312033120

|  | Victim (1) |
|---|---|

### STATE OF SC

| | |
|---|---|
| Business Number: | 1 |
| Victim Type: | SOCIETY / PUBLIC |
| Address: | 5623 Two Notch ROAD |
| Ste/Bldg: | |
| State: | SC SOUTH CAROLINA |
| Zip Code: | 29223 |
| County: | 40 RICHLAND |
| Phone 1: | (803)-576-3000 |
| Phone 2: | (803)-576-3000 |

|  | Offenses (1) |
|---|---|

### 000147 DRUG/NARCOTICS VIOLATION 35A

| | |
|---|---|
| UCR/NIBRS Code: | 35A DRUG/NARCOTIC VIOLATIONS |
| Counts: | 1 |
| Attempted/Completed: | Completed |
| Completed: | Yes |
| Units Entered: | |
| Bias Motivation: | NOT A BIAS MOTIVATED INCIDENT |
| Premise Type: | HIGHWAY/ROAD/ALLEY |
| Offender Suspected of Using: | Drugs |
| Cargo Theft: | |
| Types of Criminal Activities/Gang Info: | USING/CONSUMING |

|  | Vehicle (1) |
|---|---|

### 2016

| | |
|---|---|
| License Plate Number: | IXE0111 |
| License Plate State: | SC SOUTH CAROLINA |
| Color: | Aluminum/Silver |
| Style: | |
| Vin: | 1C3CCCAB1GN154479 |
| Type Of Loss: | |

|  | Property (0) |
|---|---|

|  | Drug (1) |
|---|---|

### AMPHETAMINES/METHAMPHETIMINES

| | |
|---|---|
| Property Status: | SEIZED |
| Property Class: | DRUG/NARCOTICS |
| Quantity: | 40.0000 |
| Measure: | GRAM |

BAKER-B-101

# RICHLAND COUNTY SHERIFFS DEPT

5623 TWO NOTCH RD COLUMBIA, SC 29223
803-576-3000



Case #:2312033120                                           Incident #: 2312033120

### Narrative (1)

**Abdullah, Zaid S2011**                                                                 **12/21/2023**

On December 20th 2023 while on routine patrol R/O observed a silver Chrysler 200 barring SC Temp Tag (IXE0111) travelling on Monticello Rd and Knightner St weaving in and out of traffic. The tag that was displayed on the vehicle was also improperly displayed and unreadable. A lawful traffic stop was conducted on the vehicle and at that time the suspect later identified as (Byron Pringle) by SCDMV records began to make an illegal U-turn and drove up on the side walk. Byron then exited the vehicle and began digging into his pockets. He began to run on foot behind an abandoned building, dropping plastic baggies containing white powdery like substances. The subject then fell to the ground and began placing his hands near his waistband area. The subject was clutching his hands on a black cellphone. The subject was then handcuffed and walked towards a patrol vehicle. While R/O was walking Pringle to the patrol vehicle, he dropped an additional baggie on the ground. Pringle was arrested for multiple narcotics charges and his, vehicle was towed by Midlands Auto and the puppy was transported by Animal Control to Shelter. The narcotics were bagged and submitted into evidence at RCSD HQ.

| | |
|---|---|
| **Body Worn Camera:** | ON |
| **ShotSpotter:** | NO |
| **Author Name:** | Zaid Abdullah |

### Officer (2)

| | | |
|---|---|---|
| **Reporting Officer:** | Abdullah, Zaid  (S2011) | 12/21/2023 01:36:00 |
| **Approving Officer:** | Linfert, David  (747) | 12/21/2023 08:43:52 |

BAKER-B-102