PAMELA A. BAKER V. LEON LOTT, IN HIS OFFICIAL CAPACITY AS THE SHERIFF OF RICHLAND COUNTY SHERIFF'S OFFICE, ET AL.
CASE NO. 3:24-CV-04303-JDA

# EXHIBIT 17
## TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER FED. R. CIV. P. 37 MOTION FOR SANCTIONS INCLUDING BUT NOT LIMITED TO STRIKING DEFENDANTS' ANSWER AND AWARDING PLAINTIFF ATTORNEY'S FEES

*MAY 9, 2025 ZEIGLER EMAIL*

| | |
|---|---|
| **From:** | Christopher Ziegler <ZIEGLER.CHRISTOPHER@richlandcountysc.gov> |
| **Sent:** | Friday, May 9, 2025 11:18 AM |
| **To:** | Jenkins, Ben |
| **Subject:** | Re: 25-LR-0431 Subpoena Rev: ASGDC - Baker v. Lott et. al: |

**This is an EXTERNAL email! STOP, ASSESS, and VERIFY**

Let me reach out to the Sheriffs department about this

Sent from my iPhone

> On May 9, 2025, at 11:10 AM, Jenkins, Ben <bjenkins@burr.com> wrote:
>
> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>
> Chris:
>
> Thanks for reaching out. We have records indicating Mr. Pringle was arrested on 12/20/2023 by the Richland County Sheriff's Department. Is there anywhere else he would've been taken other than Alvin S. Glenn after his arrest for booking?
>
> Best Regards,
>
> Benjamin R. Jenkins IV
>
> Get Outlook for iOS
>
> **BURR & FORMAN**
>
> **Benjamin R. Jenkins IV**
> *Associate*
>
> bjenkins@burr.com
> 803-753-3239 (*direct*)
>
>      
>
> *1221 Main Street, Suite 1800*
> *Columbia, South Carolina 29201*
>
> ___
>
> The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do

read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.

**From:** Christopher Ziegler <ZIEGLER.CHRISTOPHER@richlandcountysc.gov>
**Sent:** Friday, May 9, 2025 11:00:53 AM
**To:** bjenkins@burr.com <bjenkins@burr.com>
**Subject:** Fwd: 25-LR-0431 Subpoena Rev: ASGDC - Baker v. Lott et. al:

**This is an EXTERNAL email! STOP, ASSESS, and VERIFY**

Good morning,

The Richland County Attorneys Office was asked to review the attached subpoena and there were some questions that we wanted to reach out about before moving forward.

First, the subpoena requests information related to a December 2023 arrest but our records indicate the detainee arrived in March of 2023 and was released from the facility in early September. Was this detainee perhaps booked elsewhere? Regardless of that, would you still like the documents related to his earlier incarceration?

If yes, the records were moved to Iron Mountain and there is a box retrieval fee of $25 per box. Is this acceptable?

Please reach out if you have any questions or know how you would like for me to proceed.

Thank you,

Chris Ziegler

> **From:** Cayla Averyhart <Averyhart.Cayla@richlandcountysc.gov>
> **Sent:** Thursday, May 8, 2025 4:08 PM
> **To:** Tish Gonzales <Gonzales.Tish@richlandcountysc.gov>
> **Cc:** JENNIFER CATOE AIKEY <CATOEAIKEY.JENNIFER@richlandcountysc.gov>
> **Subject:** 25-LR-0431 Subpoena Rev: ASGDC - Baker v. Lott et. al:
>
> Good Afternoon Tish,
>
> This matter was dropped off to admin by Angie Nelson 5/8/25. Please advise assignment.
>
> Thank you.
>
> **Cayla V. Averyhart**

2

Legal Administrative Assistant
Richland County Attorney's Office
2020 Hampton Street, Room 4018
PO Box 192
Columbia, South Carolina 29202
Phone: 803-576-2071
Email: Averyhart.cayla@richlandcountysc.gov

<image004.png>

*Confidential and Privileged:*
*Unless otherwise indicated or obvious from the nature of the communication, the information contained herein may be privileged and confidential information/work product. The communication is intended for the use of the individual or entity named above. If the reader of this transmittal is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.*

*If you have received this communication in error or are not sure whether it is privileged, please immediately notify me by return email and destroy any copies, electronic, paper or otherwise, which you may have of this communication.*