PAMELA A. BAKER V. LEON LOTT, IN HIS OFFICIAL CAPACITY AS THE SHERIFF OF RICHLAND COUNTY SHERIFF'S OFFICE, ET AL.
CASE NO. 3:24-CV-04303-JDA

# EXHIBIT 18
## TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER FED. R. CIV. P. 37 MOTION FOR SANCTIONS INCLUDING BUT NOT LIMITED TO STRIKING DEFENDANTS' ANSWER AND AWARDING PLAINTIFF ATTORNEY'S FEES

*PRINGLE MEDICAL RECORD EXCERPTS*
*(SUBPOENA RESPONSE 7, 42, 199)*



RH MICU  
5 Medical Park Rd  
COLUMBIA SC 29203

Pringle, Byron Lindelle  
MRN: 976166107, DOB: ▇/1975, Legal Sex: M  
Adm: 12/20/2023, D/C: 12/21/2023

## 12/20/2023 - ED to Hosp-Admission (Discharged) in RH MICU

### Reason for Visit

**Chief Complaint** *[last edited by Eno, Alexandra, RN on 12/20/2023 1856]*
- Ingestion

**Visit Diagnosis** *[last edited by Zmuda, Anna G, MD on 12/22/2023 0446]*
- Drug overdose, accidental or unintentional, initial encounter (primary) [T50.901A]

### Hospital Problems

| Name | Code | Date Noted | Date Resolved | Present on Admission? | Last Updated By | Last Updated On |
|---|---|---|---|---|---|---|
| Drug intoxication (HCC) | F19.929 | 12/21/2023 | — | Unknown | Adepu, Nirosha, MD | 12/21/2023 0405 |
| Polysubstance use disorder | F19.90 | 12/21/2023 | — | Yes | Adepu, Nirosha, MD | 12/21/2023 0405 |

### Visit Information

#### Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 12/20/2023 1856 | Admit Date/Time: | 12/20/2023 1856 | IP Adm. Date/Time: | 12/21/2023 0158 |
| Admission Type: | Emergency | Point of Origin: | Non-healthcare Facility | Admit Category: | |
| Means of Arrival: | Ambulance-richland County Ems | Primary Service: | Critical Care Teaching Service | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | PRISMA HEALTH | Unit: | RH MICU |
| Admit Provider: | Iriza, Andy, DO | Attending Provider: | Brown, Eric Alden, MD | Referring Provider: | |

#### ED Disposition

| ED Disposition | Condition | User | Date/Time | Comment |
|---|---|---|---|---|
| **Admit** | -- | Adepu, Nirosha, MD | Thu Dec 21, 2023 1:58 AM | Primary Team:: MICU RICHLAND [88894]<br>Bed Type:: ICU |

#### Discharge Information

Date/Time: 12/21/2023 0915          Disposition: Left Ama          Destination: Home  
Provider: Iriza, Andy, DO           Unit: RH MICU

### Treatment Team

| Provider | Service | Role | Provider Team | Specialty | From | To |
|---|---|---|---|---|---|---|
| Iriza, Andy, DO | — | Admitting | — | Internal Medicine - Pulmonary Disease | — | — |
| Iriza, Andy, DO | — | Attending | — | Internal Medicine - Pulmonary Disease | 12/21/23 0240 | 12/21/23 0915 |
| Iriza, Andy, DO | — | Attending | — | Internal Medicine - Pulmonary Disease | 12/21/23 0158 | 12/21/23 0240 |
| Ridley, Stephen, MD | — | Attending | — | Emergency Medicine | 12/20/23 2254 | 12/21/23 0218 |
| Brown, Eric Alden, MD | — | Attending | — | Emergency Medicine | 12/20/23 1905 | 12/20/23 2254 |
| Johnson, Kierra Lashaye, FNP | — | Nurse Practitioner | — | General Internal Medicine | 12/21/23 0857 | — |
| Pidcock, | — | Charge Nurse | — | — | 12/21/23 0728 | — |

Generated by 189191 at 8/5/25 9:31 AM                                                                                        Page 1

**PRISMA HEALTH**

RH MICU
5 Medical Park Rd
COLUMBIA SC 29203

Pringle, Byron Lindelle
MRN: 976166107, DOB: ▮/1975, Legal Sex: M
Adm: 12/20/2023, D/C: 12/21/2023

**12/20/2023 - ED to Hosp-Admission (Discharged) in RH MICU (continued)**

### H&P Notes (continued)

Electronically signed by Iriza, Andy, DO at 12/21/2023 2:47 PM

**Attribution Key**
NA.1 - Adepu, Nirosha, MD on 12/21/2023 2:14 AM
NA.2 - Adepu, Nirosha, MD on 12/21/2023 4:05 AM
NA.3 - Adepu, Nirosha, MD on 12/21/2023 3:54 AM
M - Manual, T - Template

### Discharge Summary Note

**Discharge Summary by Esperti, Shawn B, DO at 12/21/2023 0915**

Author: Esperti, Shawn B, DO
Filed: 12/27/2023 6:01 PM
Editor: Esperti, Shawn B, DO (Fellow)

Service: Pulmonary Teaching Service
Date of Service: 12/21/2023 9:15 AM

Author Type: Fellow
Status: Signed
Cosigner: Iriza, Andy, DO at 12/29/2023 3:55 PM

**Discharge Summary**

| | |
|---|---|
| Date/Time: | 12/27/23 - 5:57 PM |
| Admitted: | 12/20/2023 |
| Discharged: | 12/21/2023 9:15 AM |
| Total LOS: | LOS: 1 day |
| Admitting MD: | Andy Iriza, DO |
| Discharging MD: | Shawn B Esperti, DO |

### Demographics

**Patient:** Byron Lindelle Pringle
**PCP:** None, Unassigned
**PCP Phone:** None
**Readmit Risk:**

**DOB:** 9/21/1975
**Code Status:** Full Code

**Diet:** No diet orders on file

**MRN:** 976166107

### Discharge Diagnoses
Active Problems:
 Polysubstance use disorder
 Drug intoxication (HCC)

### Hospital Course
**Presenting Problem:**
**Chief Complaint**
Patient presents with
- Ingestion[SE.1T]

48-year-old male who presented to the emergency department 12/21 for acute onset psychosis, severe agitation after swallowing multiple packets of drugs. Patient was amphetamine positive, cocaine positive. Upon arrival patient was hypertensive, high-grade fevers of 105. CK was elevated. Patient was given Valium in the emergency department,

**PRISMA HEALTH**

RH MICU
5 Medical Park Rd
COLUMBIA SC 29203

Pringle, Byron Lindelle
MRN: 976166107, DOB: ▮▮/1975, Legal Sex: M
Adm: 12/20/2023, D/C: 12/21/2023

## 12/20/2023 - ED to Hosp-Admission (Discharged) in RH MICU (continued)

### Documents (continued)

**Permission Form - Hospital - Scan on 12/20/2023 10:53 PM**

Scan (below)

**PRISMA HEALTH**

TR2023, DELAWARE297
DOB: 1/1/1901
MRN: 978837598
HAR: 451003654572
Adm Date: 12/20/2023

### General Permission to Treat

**I SIGN BELOW ACKNOWLEDGING THAT I HAVE READ, ASKED QUESTIONS AND UNDERSTAND AND AGREE TO ALL FIVE PAGES OF THIS FORM.**

Pt Unable to sign due to Clinical Condition. Pt name was obtained from Officer Morrow. Pt in Police custody.

Pt Byron Pringle currently experiencing AMS and cannot verify his information

Patient Signature or Authorized Representative | Printed Name/Relationship | Date/Time

[Witness Signature] — Latifah Harrison — 12/20/23 @ 10:3 pm
Witness Signature 1 of Patient Signature | Printed Name | Date/Time

[Witness Signature] — Dakota McKenzie — 12/20/23 @ 10:3 pm
Witness Signature 2 of Patient Signature (For verbal/telephone consent) | Printed Name | Date/Time

General Permission to Treat –
*Permission Form*

M10029 (10/23)

Page 5 of 5

i

Generated by 189191 at 8/5/25 9:32 AM            Page 193