Pamela A. Baker v. Leon Lott, in his official capacity as the Sheriff of Richland County Sheriff's Office, et al.
Case No. 3:24-cv-04303-JDA

# Exhibit 19

## to Plaintiff's Memorandum in Support of her Fed. R. Civ. P. 37 Motion for Sanctions including but not limited to Striking Defendants' Answer and Awarding Plaintiff Attorney's Fees

*Request for Body Worn Camera from 12/20/2023 Arrest*

| | |
|---|---|
| **From:** | Steve Spreeuwers <steve@gslawsc.com> |
| **Sent:** | Thursday, May 1, 2025 5:09 PM |
| **To:** | Jenkins, Ben; Robert Garfield |
| **Cc:** | Jones, Celeste; Adam Bruyere; Gibson, Lisa |
| **Subject:** | Re: Baker v. Lott et al., Consultation Regarding Richland Co. Production of Documents Responsive to RFP #5 |

**This is an EXTERNAL email! STOP, ASSESS, and VERIFY**

I'll check to see if we have it. Thanks


Steven R. Spreeuwers
GARFIELD SPREEUWERS LAW GROUP, LLC
803.964.9607


**From:** Jenkins, Ben <bjenkins@burr.com>
**Date:** Tuesday, April 29, 2025 at 11:31 AM
**To:** Steve Spreeuwers <steve@gslawsc.com>, Robert Garfield <robert@gslawsc.com>
**Cc:** Jones, Celeste <CTJones@burr.com>, Adam Bruyere <adam@gslawsc.com>, Gibson, Lisa <LGibson@burr.com>
**Subject:** RE: Baker v. Lott et al., Consultation Regarding Richland Co. Production of Documents Responsive to RFP #5

Steve:

We are in the process of gathering the information below from the jail.

However, under the Narrative Report for Pringle's 12/20/2023 arrest, the Arresting Officer Zaid Abdullah – per his report – had his Body Worn Camera on for the incident. Based on the prior productions of the Body Worn Camera Footage from Deputies Hodge, Smith, and Dillard, we understand that RCSD would be in possession of this Body Worn Camera Footage.

Please produce the Body Worn Camera Footage from Officer Abdullah from his December 20, 2023 arrest of Byron Pringle.

> Abdullah, Zaid S2011                                                                                              12/21/2023
>
> On December 20th 2023 while on routine patrol R/O observed a silver Chrysler 200 barring SC Temp Tag (IXE0111) travelling on Monticello Rd and Knightner St weaving in and out of traffic. The tag that was displayed on the vehicle was also improperly displayed and unreadable. A lawful traffic stop was conducted on the vehicle and at that time the suspect later identified as (Byron Pringle) by SCDMV records began to make an illegal U-turn and drove up on the side walk. Byron then exited the vehicle and began digging into his pockets. He began to run on foot behind an abandoned building, dropping plastic baggies containing white powdery like substances. The subject then fell to the ground and began placing his hands near his waistband area. The subject was clutching his hands on a black cellphone. The subject was then handcuffed and walked towards a patrol vehicle. While R/O was walking Pringle to the patrol vehicle, he dropped an additional baggie on the ground. Pringle was arrested for multiple narcotics charges and his, vehicle was towed by Midlands Auto and the puppy was transported by Animal Control to Shelter. The narcotics were bagged and submitted into evidence at RCSD HQ.
>
> Body Worn Camera:     ON
> ShotSpotter:          NO
> Author Name:          Zaid Abdullah
>
> Officer (2)
> Reporting Officer:    Abdullah, Zaid  (S2011)      12/21/2023 01:36:00
> Approving Officer:    Linfert, David  (747)        12/21/2023 08:43:52

Thanks – let me know if you have any questions.



**Benjamin R. Jenkins IV**
*Associate*

bjenkins@burr.com
803-753-3239 (*direct*)

1221 Main Street, Suite 1800
Columbia, South Carolina 29201

_____

The information contained in this email is intended for the individual or entity above. If you are not the intende
read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to th
delete this message from your system. Thank you.

**From:** Steve Spreeuwers <steve@gslawsc.com>
**Sent:** Friday, April 25, 2025 12:03 PM
**To:** Jenkins, Ben <bjenkins@burr.com>; Robert Garfield <robert@gslawsc.com>
**Cc:** Jones, Celeste <CTJones@burr.com>; Adam Bruyere <adam@gslawsc.com>; Gibson, Lisa <LGibson@burr.com>
**Subject:** Re: Baker v. Lott et al., Consultation Regarding Richland Co. Production of Documents Responsive to RFP #5

**This is an EXTERNAL email! STOP, ASSESS, and VERIFY**

Ben-

The jail is run by Richland County and not the Sheriff, so you would have to ask the County for any documents relating to his booking, fingerprints, photographs, jail intake, jail release, property release, etc.

Thanks,

2

Steve

Steven R. Spreeuwers
GARFIELD SPREEUWERS LAW GROUP, LLC
803.964.9607

---

**From:** Jenkins, Ben <bjenkins@burr.com>
**Date:** Friday, April 25, 2025 at 11:56 AM
**To:** Robert Garfield <robert@gslawsc.com>, Steve Spreeuwers <steve@gslawsc.com>
**Cc:** Jones, Celeste <CTJones@burr.com>, Adam Bruyere <adam@gslawsc.com>, Gibson, Lisa <LGibson@burr.com>
**Subject:** Baker v. Lott et al., Consultation Regarding Richland Co. Production of Documents Responsive to RFP #5

Good morning Steve and Robby:

Upon review of your Defendants' production, Plaintiff believes that there is further documentation responsive to Plaintiff's Request for Production of Documents No. 5, provided below:

> 5.    All documents related to Byron L. Pringle.

Per Defendants' previous production, Byron L. Pringle ("Pringle") was arrested on December 20, 2023 by Officer Zaid Abdullah. Baker-B-102. Per Officer Abdullah's report, Pringle was arrested for multiple narcotics, his vehicle was towed, and the narcotics were submitted into evidence at RCSD HQ.

Baker-B-102 is the final page of Defendants' production regarding Pringle's arrest record with RCSD. Defendants have not produced any booking information for the December 20, 2023 arrest, including but not limited to fingerprints, photographs, jail intake information, intake officer observations, property and evidence voucher, booking report, receipt of personal property from arrestee form, NCIC/In-House Warrant Module Check, and/or other documentation pertaining to Pringle being placed in jail for the December 20, 2023 arrest.

Additionally, Defendants have not produced any documentation or information showing when Pringle was released from jail after his December 20, 2023 arrest, including but not limited to Pringle's bond amount, the date of Pringle's release, the time of Pringle's release, Pringle's inmate property release form, and/or the motion for Pringle to be released on bond.

Please produce all records in your possession regarding Pringle's December 20, 2023 arrest, including but not limited to the documentation identified above. If you are in possession of these records and do not intend to produce these records please advise Plaintiff within ten (10) days of this letter so that we may file a Motion to Compel the production of these records. If you are not in possession of these records please identify who is in possession of these records.

Thank you. Please let me know if you have any questions.

3



**Benjamin R. Jenkins IV**
*Associate*

bjenkins@burr.com
803-753-3239 (*direct*)

*1221 Main Street, Suite 1800*
*Columbia, South Carolina 29201*

_____

The information contained in this email is intended for the individual or entity above. If you are not the intende
read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to t
delete this message from your system. Thank you.

4