Pamela A. Baker v. Leon Lott, in his official capacity as the Sheriff of Richland County Sheriff's Office, et al.
Case No. 3:24-cv-04303-JDA

# Exhibit 20
## to Plaintiff's Memorandum in Support of her Fed. R. Civ. P. 37 Motion for Sanctions including but not limited to Striking Defendants' Answer and Awarding Plaintiff Attorney's Fees

*December 11, 2023 Bench Warrant*
*(BAKER-K-179)*

05-JAN-2024 SCANNED

STATE OF SOUTH CAROLINA
COUNTY OF LEXINGTON

THE STATE

v.

Byron Lindelle Pringle

**ORIGINAL**

\*\*\*\*\*\*\*\*BENCH WARRANT\*\*\*\*\*\*\*\*
FAILURE TO APPEAR
GENERAL SESSIONS COURT

G 230961

WARRANT#(s):
2023A3210600017 - Escape
2023A3210201481 – Drugs
2023A3210201482 – Drugs
2021A3210600017 – Larceny
2021A3210201330 – Drugs, trafficking herion
2021A3210900024 - Drugs

Address: 1803 Marley Dr
Columbia, SC 29210
Bond Address: 1803 Marley Dr
Columbia, SC 29210
Phone:

Bond Information:

Sex: M   RACE: B
DOB: ▇▇/1975
SSN#: ▇▇▇▇▇▇▇
FBI#: 227365TA1
SID#: SC00899591
DMV ID Type: Regular Drivers License   Issued By: SC
ID or License #: ▇▇▇▇▇▇▇
Height: 5-11   Weight: 190
Eyes: Brown   Hair: Black
Other Information:
Def. Atty: Ola Johnson
Solicitor: Luke A. Pincelli

PR        Surety
$125,000  $25,000  $2,000

Agency: Lexington Medical Center Public Safety
Officer: Nicholas A Dantzler
Date of Arrest: 9/8/2023

To all the Sheriffs, Deputy Sheriffs, Constables, and other Peace Officers of the State:
WHEREAS, at the term of aforesaid Court on **November 30, 2023** it was among other things ordered by Judge **Walton McLeod** that a bench warrant should be issued for the arrest of Defendant: **Byron Lindelle Pringle**. It is, THEREFORE, ORDERED that you make diligent search for the above named and take him to the county jail where he/she be safely held until he/she may be brought before this Court, or otherwise discharged by due course of Law. It is, FURTHER ORDERED, that the county jailer notify the Clerk of Court and the Solicitor immediately, in writing during the normal operating hours of the office of the Clerk of Court and Solicitor, that the above named is in custody.
WITNESS, the Clerk of Court for the County of Lexington on the __5__ day of __December__, 2023.

Lisa Comer
Lisa Comer Clerk of Court
Lexington C.C.C.P. & G.S.

RETURN OF SERVICE                          SPACE FOR OFFICIAL USE ONLY

Date served: _____
Served by: _____
-or-
Date Returned: 01-02-2024
Reason for: Deceased

RETURNED TO THE CLERK OF COURT LEXINGTON, S.C. UPON SERVICE OR RETURN

RECEIVED
DEC 11 2023
Lexington Co. Sheriff's Dept.

BAKER-K-179