Pamela A. Baker v. Leon Lott, in his official capacity as the Sheriff of Richland County Sheriff's Office, et al.
Case No. 3:24-cv-04303-JDA

# Exhibit 21
## to Plaintiff's Memorandum in Support of her Fed. R. Civ. P. 37 Motion for Sanctions including but not limited to Striking Defendants' Answer and Awarding Plaintiff Attorney's Fees

*Tow Slip*

# RICHLAND COUNTY SHERIFFS DEPT



5623 TWO NOTCH RD COLUMBIA, SC 29223

803-576-3000

Case #:2312033120                                       OtherEvent #: Tow231200720

## Event

### Monticello Rd and Summit Ave COLUMBIA , SC SOUTH CAROLINA 29203

**Ticket Number / Warrant Number:**
**Reason For Tow:**                NARCOTICS

## Owners Information (1)

### Gunn, Annalise
| | |
|---|---|
| **Address:** | 240 Doe Trail Dr |
| **City:** | Lexington |
| **State:** | SC SOUTH CAROLINA |
| **Zip Code:** | 29073 |

## Offense (1)

### 000147 DRUG/NARCOTICS VIOLATION 35A
| | |
|---|---|
| **Seizure:** | NO |
| **Hold:** | NO |

## Vehicle (1)

### 2016 Chrysler
| | |
|---|---|
| **Vehicle Type:** | 2 OR 4 DOOR SEDAN (PASSENGER) |
| **Model:** | 200 |
| **Colors:** | Aluminum/Silver |
| **VIN:** | 1C3CCCAB1GN154479 |
| **Towed By:** | Midlands Auto Recovery |
| **Tow Drivers Name:** | Clay |
| **Towed by Signature:** | *(signature)* |
| **Towed:** | YES |
| **Towed From:** | Monticello Rd and Summit Ave |
| **Keys:** | YES |
| **Owner Notified By:** | |
| **Damage to Vehicle:** | Front Passenger axle torn apart |
| **Property Left in Vehicle:** | Miscellaneous assorted items everywhere inside vehicle |

## Officer (1)

| | | |
|---|---|---|
| **TOWING  Officer:** | Aragon, Evan  (2021) | 12/20/2023 19:17:00 |