Pamela A. Baker v. Leon Lott, in his official capacity as the Sheriff of Richland County Sheriff's Office, et al.
Case No. 3:24-cv-04303-JDA

# Exhibit 24
## to Plaintiff's Memorandum in Support of her Fed. R. Civ. P. 37 Motion for Sanctions including but not limited to Striking Defendants' Answer and Awarding Plaintiff Attorney's Fees

*November 19, 2025 Email from Defendants*

## Oken, Melissa

**From:** Robert Garfield <robert@gslawsc.com>
**Sent:** Wednesday, November 19, 2025 7:16 PM
**To:** Jones, Celeste
**Cc:** Steve Spreeuwers; Adam Bruyere
**Subject:** Tomorrow's 30(b)(6) [Baker v. Lott et al]

**This is an EXTERNAL email! STOP, ASSESS, and VERIFY**

Celeste — Below are the designees for tomorrow's 30(b)(6) deposition. Although this was a blind notice, we've made arrangements to get the right people lined up to make the day productive. We're proposing the following sequence of witnesses based on their pre-existing commitments. We'll do our best to minimize any gaps between each witness.

Capt. Michael Prichett

1. Identify / explain the RCSD's policies related to and the maintenance of post-pursuit reports and the location of such records. (BAKER-M-334-35)
    a. Where and by whom are they maintained?

4. Identify / explain all data the Professional Standards Division uses to review all police vehicular pursuits.

5. Identify / explain the Professional Standards Division investigation duties, processes and records and reviews.

6. Identify / explain the investigation into the Dec. 29, 2023 pursuit of Byron Pringle by the Professional Standards Division?

12. Identify / explain the preparation of the RCSD Professional Standards Reports and how such reports are disseminated.

30. How many pursuits does the RCSD engage in on a yearly basis during the last 10 years.

Jennifer Spurrier

23. Identify and explain all records related to Byron Pringle and the contents of such records.

24. Identify and explain all records related to Plaintiffs collision and injury and the contents of such records.

Chief Kelvin Ashe

3. Identify and explain all documentation by RCSD that reflects when and how a determination is made to release a prisoner from department custody to the hospital. (BAKER-M-352)

7. Identify and explain where supervisors sit and listen to radios when they are on duty.

8.  Identify and explain how warrants are maintained by RCSD and all persons or entities that have access to the warrants.

20. Identify and explain the Desk Sergeant Reports that are sent out twice daily and the content of the Reports related to police chases.

Major Karen Gilman

2.  Identify / explain the RCSD's records regarding tow slips, specifically how they were created and maintained on or around Dec. 20, 2023.

9.  Identify / explain how supervisors on duty have access to information on a fleeing suspect.

10. Identify / explain how dispatch workers on duty have access to information on a fleeing suspect.

11. Identify / explain how the applications installed and used by the Defendants and employees on Defendant deputies' computers and all information recorded and where it is stored.

13. Identify / explain the process for a RCSD deputy to check the status of a warrant.

14. Identify / explain the process for a RCSD deputy to check the arrest record of a fleeing suspect.

15. Identify / explain all reports prepared by RCSD and its agents when a RCSD deputy is involved in an injury to a civilian.

16. Identify / explain all reports prepared by RCSD and its agents when RCSD deputies are involved in the death of a fleeing suspect.

18. Identify / explain all records RCSD maintains related to emails sent or received on RCSD email accounts.

25. Explain the requirements and purpose of the incident reports utilized by the Defendants and the entirety of the contents in Ex. 10 to the deposition of Sheriff Lott (attached hereto).

26. Identify / explain the calendar used by Sheriff Lott and all meetings on it or other notations during December 2023 and January 2024.

28. Identify / explain Baker A-005 through Baker A-007.

29. Identify / explain the difference in the reviews done by the low level and the officer level (Lott depo. p. 71, I. 7 - p. 77, 1. 4) (attached) and the answers to the quests set forth therein from p. 71, I. 7 - p. 77, 1.4.

Chief Joanna McDuffie

17. Identify / explain all records RCSD maintains related to incidents for which RCSD may incur liability.

19. Identify / explain all records related to the Deputy Advisory Council, including who has access to such records.

21. What is the RCSD's opinion, position, or belief regarding the following Policies and Procedures: 100 (Scope of Handbook), 101 (Department Organization), 200 (Fiscal Management), 300 (Records Division), 800

(Operation of Vehicles), 802 (Pursuit Driving), and 803 (Transportation of Prisoners), and the role and responsibility of the RCSD's deputies, officers, and employees to abide by these policies?

22. What is the RCSD's position, opinion or belief regarding the standard and duty law enforcement officers owe to the public to protect the public from harm caused by or contributed to by law enforcement actions?

27. Identify / explain the position of primary officer and "special assignment" and "off duty" designations.

31. Explain and answer all questions set forth in Lott depo. as follows:
- p. 83, lines 3 through p. 84, lines 19
- p. 106, lines 14-25
- p. 108, lines 7-14

See you in the morning.

- Robby

_____


Robert D. Garfield
1220 Pickens Street
Columbia, South Carolina 29202
Direct: 803.964.9600



This e-mail and the information transmitted contains PRIVILEGED and CONFIDENTIAL information and is the property of the sender. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this information, or the taking of any action in reliance on the content of this information, is strictly prohibited. If you have received this e-mail in error, please delete the original transmittal of this information.