PAMELA A. BAKER v. LEON LOTT, IN HIS OFFICIAL CAPACITY AS THE SHERIFF OF RICHLAND
COUNTY SHERIFF'S OFFICE, ET AL.
CASE NO. 3:24-CV-04303-JDA

# EXHIBIT 26

## TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER FED. R. CIV. P. 37 MOTION FOR SANCTIONS INCLUDING BUT NOT LIMITED TO STRIKING DEFENDANTS' ANSWER AND AWARDING PLAINTIFF ATTORNEY'S FEES

*DECEMBER 29, 2023 INCIDENT REPORT*
*(EXHIBIT 10 TO LOTT DEPOSITION)*

## RICHLAND COUNTY SHERIFFS DEPT

5623 TWO NOTCH RD COLUMBIA, SC 29223

803-576-3000



Case #:2312024229                                Incident #: 2312024229

| Event |
|---|

### Bush River Rd / Morninghill Dr SC SOUTH CAROLINA

| | |
|---|---|
| Incident Description: | ASSISTING OTHER AGENCIES (EPC, AOA) |
| Incident Start Date: | 12/29/2023 14:22:00 |
| Incident End Date: | 12/29/2023 16:36:00 |
| Reported Date: | 12/29/2023 19:15:00 |
| City: | COLUMBIA |
| Region Grid: | REGION 4, 14 |
| Region: | REGION 6 |
| Weapon Code: | |
| Case Status: | ACTIVE |
| Exceptional Clearance: | NOT APPLICABLE |
| How Reported: | |
| NCIC Entered: | No |

| Suspects (1) |
|---|

### Pringle, Byron

| | |
|---|---|
| Person Number: | 1 |
| Suspected Of Using: | Not Applicable |
| DOB: | ███/1975 |
| Age: | 48 |
| Race: | BLACK OR AFRICAN AMERICAN |
| Sex: | MALE |
| Ethnicity: | NOT HISPANIC OR LATINO |
| Address: | 1803 Marley Dr |
| Apt/Rm/Bldg: | |
| State: | SC SOUTH CAROLINA |
| Zip Code: | 29210 |
| Primary Phone: | |
| Email: | |

| Victim (5) |
|---|

### Baker, Pamela Augusta

| | |
|---|---|
| Victim Type: | PERSON / INDIVIDUAL (NOT A LAW ENFORCEMENT OFFICER) |
| Person Number: | 1 |
| DOB: | ███/1967 |
| Age: | 56 |
| Race: | BLACK OR AFRICAN AMERICAN |
| Sex: | FEMALE |
| Ethnicity: | NOT HISPANIC OR LATINO |
| Primary Phone: | (803)-917-2626 |
| Email: | |
| Suspected Of Using: | Not Applicable |

Baker v. Lott, et al.

**Plaintiff Exhibit**

**10**

BAKER-A-001

# RICHLAND COUNTY SHERIFFS DEPT

5623 TWO NOTCH RD COLUMBIA, SC 29223

803-576-3000



Case #:2312024229                                              Incident #: 2312024229

### Cobb, Karine Guyot

| | |
|---|---|
| **Victim Type:** | PERSON / INDIVIDUAL (NOT A LAW ENFORCEMENT OFFICER) |
| **Person Number:** | 2 |
| **DOB:** | ▇/1970 |
| **Age:** | 53 |
| **Race:** | WHITE |
| **Sex:** | FEMALE |
| **Ethnicity:** | NOT HISPANIC OR LATINO |
| **Primary Phone:** | (893)-404-1189 |
| **Email:** | |
| **Suspected Of Using:** | Not Applicable |

### Guyot, Gerard Georges

| | |
|---|---|
| **Victim Type:** | PERSON / INDIVIDUAL (NOT A LAW ENFORCEMENT OFFICER) |
| **Person Number:** | 3 |
| **DOB:** | ▇/1942 |
| **Age:** | 81 |
| **Race:** | WHITE |
| **Sex:** | MALE |
| **Ethnicity:** | UNKNOWN |
| **Primary Phone:** | (893)-404-1189 |
| **Email:** | |
| **Suspected Of Using:** | Not Applicable |

### Boyle, Nicole

| | |
|---|---|
| **Victim Type:** | PERSON / INDIVIDUAL (NOT A LAW ENFORCEMENT OFFICER) |
| **Person Number:** | 4 |
| **DOB:** | |
| **Age:** | UNKNOWN |
| **Race:** | WHITE |
| **Sex:** | FEMALE |
| **Ethnicity:** | NOT HISPANIC OR LATINO |
| **Primary Phone:** | (803)-920-8708 |
| **Email:** | |
| **Suspected Of Using:** | Not Applicable |

### LEXINGTON COUNTY SHERIFF OFFICE

| | |
|---|---|
| **Business Number:** | 1 |
| **Victim Type:** | GOVERNMENT (FEDERAL, STATE, COUNTY, CITY) |
| **Address:** | 521 Gibson rd |
| **Ste/Bldg:** | |
| **State:** | SC SOUTH CAROLINA |
| **Zip Code:** | 29072 |
| **County:** | 32 LEXINGTON |
| **Phone 1:** | (803)-785-2400 |

**Witness Of Incident Data (1)**

BAKER-A-002

# RICHLAND COUNTY SHERIFFS DEPT



5623 TWO NOTCH RD COLUMBIA, SC 29223

803-576-3000



Case #:2312024229                                        Incident #: 2312024229

**Ross, Ben**

| | |
|---|---|
| Person Number: | 1 |
| DOB: | ████/1978 |
| Age: | 45 |
| Phone 1: | ████████1796 |
| Email: | |

---

| Offenses (1) |
|---|

**000145 ASSISTING OTHER AGENCIES**

| | |
|---|---|
| UCR/NIBRS Code: | 90M OTHER AGENCIES (INCLUDING MENTAL HEALTH PATIENTS) |
| Counts: | 1 |
| Attempted/Completed: | Completed |
| Completed: | Yes |
| Units Entered: | |
| Bias Motivation: | NOT A BIAS MOTIVATED INCIDENT |
| Premise Type: | HIGHWAY/ROAD/ALLEY |
| Offender Suspected of Using: | Not Applicable |
| Cargo Theft: | |

---

| Vehicle (1) |
|---|

**2017 Nissan Sentra**

| | |
|---|---|
| Vehicle Type: | 2 OR 4 DOOR SEDAN (PASSENGER) |
| License Plate Number: | MKD362 |
| License Plate State: | SC SOUTH CAROLINA |
| Style: | |
| Type Of Loss: | |

---

| Property (0) |
|---|

Property Class:

---

| Drug (0) |
|---|

Property Class:

---

| Narrative (1) |
|---|

**Smith, Matthew 2225**                                        **12/29/2023**

On 12/29/2023 I was enroute to my special assignment/ off duty when an undercover Lexington Sheriffs Deputy came over onto Tac 4 requesting a marked unit for a known wanted individual traveling toward Richland County on Bush River Rd. Lexington Deputies gave the description of the vehicle bearing

---

BAKER-A-003

# RICHLAND COUNTY SHERIFFS DEPT

5623 TWO NOTCH RD COLUMBIA, SC 29223

803-576-3000



Case #:2312024229

Incident #: 2312024229

SCTAG MKD362 as a Black Nissan Sentra, the driver occupying the vehicle is Byron Pringle (DOB:████/1975) who is wanted out of Lexington County (NIC:W353958585) and license is suspended. I located the vehicle on Bush River Road crossing I-126 towards Broad River Road located in Richland County. I initiated a suspicious vehicle stop and the driver failed to yield and evaded at a high rate of speed.

The vehicle began to drive in the opposite lane of travel on Greystone Blvd before taking the on-ramp to I-126 inbound to downtown Columbia. The vehicle hopped them median and began driving into oncoming traffic on I-126. The vehicle was estimated to be traveling about 70 to 80 miles an hour in the number one lane in opposite way of travel. R/O lost eyes on the vehicle as it crest the hill, as units came over the hill the suspect vehicle had collided head on with another vehicle at approx.. 14:25. K9 handler Hodge deployed K9 Kobe and both Hodge and I drew and pointed our service pistols at the suspect. The suspect was entrapped and pinned in the dash. EMS and Fire were requested and Hodge and I holstered our service weapons and proceeded to render first aid.

The vehicle that Byron collided head on with was a Mercedes bearing SCTAG:P0204ZJ driven by Pamela Baker (DOB:09/13/1967) her phone number is (803) 917-2626) Pamela complained of mostly back pain but sustained minor injuries. She was transported to Richland Memorial. Byron also sideswiped a car bearing SCTAG WVW185 containing Karine Cobb (DOB:████/1970) phone number 893 404-1189, who was driving and passenger Gerard Guyot (DOB:████/1942). Byron also blew up some debris on the roadway which struck Nicole Boyle vehicle, her phone number is (803) 920-8708. Nicole left the scene prior to SCHP arrival and called into to dispatch for a report.

RCEMS unit S159 declared Byron deceased at 14:41 and RCCO and SCHP responded to the scene. Upon RCCO removing Byron from the vehicle. 2 small bags containing a white powdery substance believed to be fentanyl was collected from Byron's clinched hand. A vehicle searched was conducted and another small bag believed to be containing fentanyl was collected by Deputy Stern. All evidence was collected and submitted by me at RCSD HQ. Desk Sgt Parrish was notified and took Byron out of NCIC, Major Gonzalez responded to the scene and Chief Mcduffie was contacted. Scene was transferred over to SCHP who will investigate all car accidents involved (SCHP Report Number: DPSB23CAD514939).

| | | |
|---|---|---|
| **Body Worn Camera:** | ON | |
| **ShotSpotter:** | NO | |
| **Author Name:** | | |

| Officer (2) | | |
|---|---|---|
| **Reporting Officer:** | Smith, Matthew  (2225) | 12/29/2023 16:10:00 |
| **Approving Officer:** | Smith, Rebekah  (2029) | 12/31/2023 21:17:40 |

BAKER-A-004

# RICHLAND COUNTY SHERIFFS DEPT

5623 TWO NOTCH RD COLUMBIA, SC 29223

803-576-3000



Case #:2312024229                       OtherEvent #: PP231200729

| Event |
|---|

## Bush River Rd / Morninghill Dr COLUMBIA , SC SOUTH CAROLINA 29210

| | |
|---|---|
| **Date Pursuit Began:** | 12/29/2023 14:22:00 |
| **Date Pursuit Ended:** | 12/29/2023 14:25:00 |
| **Originating Agency:** | RICHLAND COUNTY |
| **Address Pursuit Ended:** | I-126/ Colonial Life Blvd |
| **City:** | Columbia |
| **State:** | South Carolina |
| **Zip Code:** | 29210 |
| **County:** | 40 RICHLAND |
| **Estimated number of miles the pursuit lasted?:** | 4 |
| **Environmental Conditions:** | 1 CLEAR |
| **Visibility:** | DAY |
| **Were stop sticks used?:** | NO |
| **Road Conditions:** | DRY; ASPHALT |
| **Reason for vehicle pursuit/initial charges::** | Received a call from an undercover Lexington Sheriffs Deputy who confirmed a wanted subject was traveling into Richland County.  Vehicle was founded by R/O and a suspicious vehicle stop was initiated. |

| Additional Officers Involved (2) |
|---|

## Hodge, Bryan

| | |
|---|---|
| **Agency:** | RICHLAND COUNTY |
| **BWC Activated:** | YES |
| **BWC Data Stored:** | YES |
| **Dash Cam Activated:** | YES |
| **Dash Cam Data Stored:** | YES |
| **Injury:** | NO |

## Stern, Richard

| | |
|---|---|
| **Agency:** | RICHLAND COUNTY |
| **BWC Activated:** | YES |
| **BWC Data Stored:** | YES |
| **Dash Cam Activated:** | YES |
| **Dash Cam Data Stored:** | YES |

BAKER-A-005

# RICHLAND COUNTY SHERIFFS DEPT

5623 TWO NOTCH RD COLUMBIA, SC 29223

803-576-3000



Case #:2312024229                          OtherEvent #: PP231200729

## Subject (1)

### Pringle, Byron

| | |
|---|---|
| **Was the subject the driver of the vehicle?:** | YES |
| **DOB:** | ████1975 |
| **Age:** | 48 |
| **Race:** | BLACK OR AFRICAN AMERICAN |
| **Sex:** | MALE |
| **Ethnicity:** | NOT HISPANIC OR LATINO |
| **Suspected Of Using:** | Drugs |
| **Subject Intoxicated From:** | Not Applicable |
| **Subject Injured:** | YES |
| **Nature of Injury:** | Vehicle Collision |
| **Rendered Unconscious? (if yes, how?):** | YES |
| **How:** | Chase |
| **EMS Respond:** | YES |
| **EMS Personnel Name:** | S159 |
| **EMS Personnel Name:** | S159 |
| **Witness Statements Taken? (if no, why?:** | NO |
| **If no, explain:** | Highway took Statements |

## Pursuit Vehicle (1)

### 2023 Ford Explorer

| | |
|---|---|
| **Mileage:** | 11034 |
| **Dash#:** | C023 |
| **Appearance (choose all that apply):** | MARKED CAR |
| **Did the pursuit vehicle leave the roadway:** | NO |
| **Any property damage? (if yes, explain):** | NO |

## Suspect Vehicle (1)

### 2017 Nissan Sentra

| | |
|---|---|
| **Color(s):** | Black |
| **Did the suspect vehicle leave the roadway:** | YES |
| **Any property damage? (if yes, explain):** | NO |

## Initiating Officer (1)

| | |
|---|---|
| **Officer:** | Smith, Matthew  (2225) |

BAKER-A-006

# RICHLAND COUNTY SHERIFFS DEPT

5623 TWO NOTCH RD COLUMBIA, SC 29223

803-576-3000



Case #:2312024229                                    OtherEvent #: PP231200729

| | |
|---|---|
| **Race:** | BLACK OR AFRICAN AMERICAN |
| **Gender:** | MALE |
| **Height:** | 6,01 |
| **Weight:** | 250 |
| **Age:** | 23 |
| **Phone Number:** | 8035763000 |
| **Region/Division Assigned To:** | REGION 6 |
| **Rank:** | Deputy |
| **BWC Issued:** | YES |
| **BWC Activated:** | YES |
| **BWC Data Stored:** | YES |
| **Dash Cam Issued:** | YES |
| **Dash Cam Activated:** | YES |
| **Dash Cam Data Stored:** | YES |
| **Officer Injured?:** | NO |
| **Officer:** | Gilman, Karen  (1719) |

## Officer Supervisor Review (1)

| | | |
|---|---|---|
| **Reviewing Officer:** | Gilman, Karen  (1719) | 01/02/2024 18:34:00 |
| **Respond to the scene::** | NO | |
| **Audio Requested from dispatch?:** | | |
| **Date Requested:** | | |
| **Traffic Collision Involved?:** | YES | |
| **Investigating Agency:** | SOUTH CAROLINA HIGHWAY PATROL | |
| **Investigating Officer:** | | |
| **Officer Signature:** | *KMGilman* | |

## Commanders Review (1)

| | | |
|---|---|---|
| **Officer:** | Duke, Christopher  (1282) | 01/03/2024 12:39:00 |
| **Action:** | REVIEWED, CORRECTIVE ACTION TAKEN: VERBAL COUNSELING | |
| **Officer Signature:** | | |

BAKER-A-007



Richland County Sheriff's Department
Forensic Sciences Laboratory
Drug ID
Drug Analysis Report



Matthew Smith
Richland County Sheriff's Department

Report Date: 01/22/2024
Case No: 2312 0242 29
Analysis Initiated: 01/18/2024
Analysis Completed: 01/22/2024

## INITIAL REPORT

*This is an official report of the Richland County Sheriff's Department Forensic Sciences Laboratory. Additional information not included in this report may be found in the case record. Unless otherwise noted, all examinations are conducted at this location. The contents of this report are confidential and may not be reproduced, except in full, without approval of the laboratory. Sheriff Leon L. Lott, Richland County Sheriff's Department, 5623 Two Notch Road, Columbia, SC 29223*

*An ANAB ACCREDITED TESTING LABORATORY (Since June 10, 2009)*

Related Subject(s):

Pringle, Byron

Test Methods:

Testing and reporting were performed according to the RCSD Drug Identification Protocol with guidance from the *Scientific Working Group for the Analysis of Seized Drugs Recommendations (SWGDRG)* and other resources.

Substances are qualitatively identified through analysis of solvent extract(s) by gas chromatography-mass spectrometry (GC-MS) and confirmed by comparison to certified reference materials. In addition, presumptive/screening tests and published literature may be used to supplement the identification. Net weight is the weight of an item without packaging. Gross weight is the weight of an item including its innermost packaging.

Results and conclusions contained in this report reflect the interpretations of the author based on the above referenced analytical method(s).

Items Received:

Item 1:          Corner bag containing compressed purple powder

Results – Based On The Following Analytical Test Methods/Techniques:

Item 1:          Chemical Analysis, Gas Chromatography-Mass Spectrometry (GC-MS)

Conclusions, Opinions, and Interpretations:

Item 1:          Fentanyl. Net weight 1.255 grams.

Disposition:

Items were received on 1/17/2024 and will be returned to the Evidence and Property Section.

*Tara Moore*          01/24/24
Tara Moore                                    Date
Drug Identification Technical Leader

End of Report

BAKER-A-008



# Richland County Sheriff's Department
## Forensic Sciences Laboratory
### Drug Identification Section
### Analyst Qualification Statement



Case Number: 2312 0242 29

I, Tara Moore, am an analyst employed by the Richland County Sheriff's Department qualified and authorized to perform testing and analysis for controlled dangerous substances prohibited by law in this State by Title 44, Chapter 53 of the Code of Laws and Rule 61-4 of the Department of Health and Environmental Control.

I have received the following training and authorizations:

*Bachelor of Science (BS) degree in Forensic Chemistry from Eastern Washington University, 2006*
*Training in Forensic Chemistry: Washington State Patrol (WSP) Crime Laboratory-Department of Drug Analysis, 2006*
*Competency in Marijuana Examination: RCSD – Drug Identification Section, 2008*
*Competency in Forensic Drug Chemistry: RCSD – Drug Identification Section, 2012*
*Training in Forensic Drug Chemistry: DEA – Special Testing and Research Laboratory, 2010*
*Member of the Clandestine Laboratory Investigating Chemists Association (CLIC) – 2012-present*
*Basic Clandestine Laboratory Safety Certification - Network Environmental Systems, Inc. (NES), 2013-present*
*Competency in the Quantitative Determination of Cannabis: RCSD – Drug Identification Section, 2022*
*ANAB Forensic ISO/IEC 17025:2017 Technical Assessor Training, 2022*

I have been qualified as an expert witness and testified in court no less than 24 times.

As an ANAB Accredited Laboratory, all forensic laboratory procedures performed at the RCSD Forensic Sciences Laboratory are in accordance with ANAB requirements and are legally accepted and scientifically reliable. I certify that I tested the items in the above referenced case and that the report accurately reflects my opinion regarding the results of the test or tests performed.

Tara Moore                01/24/24 (Date)

Tara Moore
Drug Identification Technical Leader

BAKER-A-009

**RICHLAND COUNTY SHERIFFS DEPT**

5623 TWO NOTCH RD COLUMBIA, SC 29223

803-576-3000



Case #:2312024229                                   CallForService #: 363RCSD00241

| Event |
|---|

**Bush River Rd / Morninghill Dr COLUMBIA, SC SOUTH CAROLINA 29210**

| | |
|---|---|
| Call Taken: | 12/29/2023 14:22:24 |
| Problem: | Chase |
| Call Disposition: | Clear Backup (R11), Clear Backup (R11), Clear Incident Report (R5I) |
| First Unit Assigned: | 12/29/2023 14:22:24 |
| Call Closed: | 12/29/2023 16:35:22 |
| Primary Officer: | Smith, Matthew |
| Beat: | RCSD 4 14 |
| Latitude: | 34.030221 |
| Longitude: | -81.101155 |
| Jurisdiction: | RCSD |
| Battalion: | D14 |
| Priority: | P0 |
| Call Taker: | Green, Justin C |
| How Received: | NO |
| Alarm: | 0 |
| First Unit Enroute: | 12/29/2023 14:22:24 |
| First Unit Arrived: | 12/29/2023 14:22:24 |
| Call Status: | C |
| User Data: | Field Name: Subdivision Field Value: Field ID:10825149 Incident User Data FieldID: 10825149 Performed By: |

| Person (2) |
|---|

**1**

| | |
|---|---|
| Sex: | MALE |

**2**

| | |
|---|---|
| Sex: | MALE |

| Vehicle (2) |
|---|

| | |
|---|---|
| License Plate State: | SC SOUTH CAROLINA |
| License Plate Number: | MKD362 |
| Plate Year: | 2023 |

| | |
|---|---|
| License Plate State: | SC SOUTH CAROLINA |
| License Plate Number: | urs294 |
| Plate Year: | 2020 |

| Comments (1) |
|---|

**Inform CAD Comments**

**12/29/2023**

Location:

12/29/2023 2:22:25 PM, Performed By: WebRMS

BAKER-A-010

Comment: [1] Automatic Case Number(s) issued for Incident #[363RCSD00241], Jurisdiction: RCSD. Case Number(s): 2312024229. requested by R632.

12/29/2023 2:22:25 PM, Performed By: JCG

Comment: [2] [Query] R632, Vehicle: 1,SC,MKD362,SC,2023,PC

12/29/2023 2:22:37 PM, Performed By: JCG

Comment: [3] Backed up R632 with R413

12/29/2023 2:22:44 PM, Performed By: JCG

Comment: [4] Backed up R413 with K990

12/29/2023 2:22:55 PM, Performed By: JCG

Comment: [5] [Notification] [RCSD]-Problem changed from Stopping Suspicious Vehicle to Chase by RCSD

12/29/2023 2:23:35 PM, Performed By: JCG

Comment: [6] [Return]

Request Date/Time:12/29/2023 14:22:24Response Date/Time:12/29/2023 14:22:28Requested By:Smith, MatthewOperator:Green, Justin CUnit:R632Incident #:363RCSD00241Transaction Type:VehicleTotal Results:2Return for query [VEH QVRQ 2020] sent to [SLED]:

TO: CLMCC109-00172102 20231229 14:22:28 359302A046

FROM: DMVWS-ID-08559480 20231229 14:22:28 359300E198

TXTAG SC040011P359300E198

XTAG

2000 MKD362 VALIDATION MKD362 TAG EXP 05/2024 DECAL EXP 05/2024

2017 NISS SD VERSA VIN 3N1CN7AP2HL829690 EMPT WGT 1.9 GVW 000000

KELSEY, KIRK LYNN

348 BUCKTHORNE DR

LEXINGTON SC 290722067 LEXINGTON CNTY

ALTERNATE TAG YEAR

TTL: 772060447677925 TTL ISSUE DT: 08/02/2023 SALES PRICE: $12,398.00

1ST LIEN: WESTLAKE FINANCIAL SERVICES LIEN DT: 07/24/2023

ADDR1: PO BOX 997592

CITY : SACRAMENTO ST: CA

Return for query [VEH QVRQ 2020] sent to [SLED]:

TO: CLMCC109-00172101 20231229 14:22:26 359302A045

FROM: NC2K-03903365 20231229 14:22:26 359300E198

1L01359300E1982QV

SC040011P

NO RECORD LIC/MKD362 LIS/SC


12/29/2023 2:23:55 PM, Performed By: JCG

Comment: [7] ***GREYSTONE PASSING STONERIDGE ***


12/29/2023 2:24:07 PM, Performed By: JCG

Comment: [8] *****INBOUND I26 ***


12/29/2023 2:24:17 PM, Performed By: JDD

Comment: [9] CALLING HWY


12/29/2023 2:24:20 PM, Performed By: JCG

Comment: [10] ***GOING INTO ONCOMING TRAFFIC****


12/29/2023 2:24:47 PM, Performed By: JCG

Comment: [11] Backed up R413 with V2114

BAKER-A-012

12/29/2023 2:25:16 PM, Performed By: JCG

Comment: [12] Backed up R632 with R411


12/29/2023 2:25:22 PM, Performed By: JCG

Comment: [13] *****10-50 ****


12/29/2023 2:25:29 PM, Performed By: MH

Comment: [14] BOLO'D ON METRO


12/29/2023 2:25:39 PM, Performed By: JCG

Comment: [15] Multi-Agency CPD Incident #: 363RCSDC35588


12/29/2023 2:25:39 PM, Performed By: JCG

Comment: [16] [1] Incident linked to [RCEMS] [001907349][Shared]


12/29/2023 2:25:39 PM, Performed By: JCG

Comment: [17] Multi-Agency CFD Incident #: 363CFD045758


12/29/2023 2:25:38 PM, Performed By: JCG

Comment: [18] Multi-Agency RCEMS Incident #: 001907349


12/29/2023 2:25:55 PM, Performed By: JDD

Comment: [19] SCHP BLACK [Shared]


12/29/2023 2:26:04 PM, Performed By: MFH

Comment: [20] Automatic Case Number(s) issued for Incident #[363CFD045758], Jurisdiction: CFD. Case Number(s): 23-0038207. requested by E6. [Shared]

12/29/2023 2:26:05 PM, Performed By: BAC

Comment: [21] Automatic Case Number(s) issued for Incident #[001907349], Jurisdiction: RCEMS. Case Number(s): 001806742. requested by S245. [Shared]

12/29/2023 2:26:05 PM, Performed By: PS

Comment: [22] Paging Groups Notified:CFD Active 911 Paging [Shared]

12/29/2023 2:27:11 PM, Performed By: PS

Comment: [23] Paging Groups Notified:RCESD Command Staff [Shared]

12/29/2023 2:27:11 PM, Performed By: BAC

Comment: [24] [Page] Problem changed from Accident wth Injuries to Accident with Entrapment by RCEMS [Shared]

12/29/2023 2:27:12 PM, Performed By: BAC

Comment: [25] Updated SOP information is available [Shared]

12/29/2023 2:27:13 PM, Performed By: JDD

Comment: [26] SCHP BLACK ADV [Shared]

12/29/2023 2:27:19 PM, Performed By: BAC

Comment: [27] Duplicate incident created: 001907351 [Shared]

12/29/2023 2:27:26 PM, Performed By: PS

Comment: [28] Paging Groups Notified:Battalion Level Page Group [Shared]

12/29/2023 2:27:26 PM, Performed By: PS

Comment: [29] Paging Groups Notified:CFD Active 911 Paging [Shared]

12/29/2023 2:27:26 PM, Performed By: JCG

Comment: [30] [Page] Problem changed from MVA to MVA with Entrapment by CFD [Shared]

12/29/2023 2:28:40 PM, Performed By: PS

Comment: [31] Paging Groups Notified:RCESD Command Staff [Shared]

12/29/2023 2:30:27 PM, Performed By: JCG

Comment: [32] Backed up R413 with K988 [Shared]

12/29/2023 2:31:57 PM, Performed By: JCG

Comment: [33] Secondary Location for R632: I126 / Greystone Blvd, I126 / GREYSTONE BLVD,COLUMBIA, SC 29210. [Shared]

12/29/2023 2:37:36 PM, Performed By: MFH

Comment: [34] E6 ADV EMS WILL HAVE TO COME SUICIDE [Shared]

12/29/2023 2:37:57 PM, Performed By: MFH

Comment: [35] I126 INBOUND SHUTDOWN [Shared]

12/29/2023 2:38:34 PM, Performed By: MFH

Comment: [36] COMMAND ADV CONFIRMED ENTRAPMENT [Shared]

12/29/2023 2:39:02 PM, Performed By: MFH

Comment: [37] [CPD] has closed their incident [363RCSDC35588]

12/29/2023 2:40:15 PM, Performed By: BAC

Comment: [38] S216 ADV CONFIRM ENTRAPNM [Shared]

12/29/2023 2:40:19 PM, Performed By: JCG

Comment: [39] Secondary Location for R413: I126 / Colonial Life Blvd W, I126 / COLONIAL LIFE BLVD W,COLUMBIA, SC 29210. [Shared]

12/29/2023 2:41:54 PM, Performed By: BAC

Comment: [40] S159 ADV DOA ... [Shared]

12/29/2023 2:43:40 PM, Performed By: BAC

Comment: [41] CREW PLS CALL 7140 @803-622-0008

[Shared]

12/29/2023 2:44:05 PM, Performed By: BAC

Comment: [42] Automatic Case Number(s) issued for Incident #[363RCCOR-000694], Jurisdiction: RC Coroner's Office. Case Number(s): 12292023-0000733. requested by 7140. [Shared]

12/29/2023 2:44:07 PM, Performed By: PS

Comment: [43] Paging Groups Notified:RC Coroner's [Shared]

12/29/2023 2:44:49 PM, Performed By: MFH

Comment: [44] PER BAT5 ADV I126 INBOUND COMPLETELY SHUTDOWN [Shared]

12/29/2023 2:45:23 PM, Performed By: Smith, Matthew

Comment: [45] Victim: Baker, Pamela Augusta

09/13/1967

8039172626

SCTAG: P0204ZJ

BAKER-A-016

Victim Driver: Cobb, Karine Guyot

█████/1970

SCTAG: WVW185

Victim Passenger: Guyot, Gerard Georges

█████/1942

SCTAG: WVW185 [Shared]

12/29/2023 2:45:28 PM, Performed By: JCG

Comment: [46] Incident linked to [RCSD] [363RCSD00243]

12/29/2023 2:46:42 PM, Performed By: JCG

Comment: [47] [RCSD] has closed their incident [363RCSD00243]

12/29/2023 2:47:17 PM, Performed By: MFH

Comment: [48] MCKINSTRY W/ HWY ADV OF UPDATES [Shared]

12/29/2023 2:51:03 PM, Performed By: KH

Comment: [49] CALLER AT HARRIBSON BLVD RQ AN OFFICER BECAUSE HER CAR GOT HIT AND SCATCHED AND REFLECTOR IS LODGED INTO HER WINDOW 803-920-8708 NICOLE BOYLE [Shared]

12/29/2023 2:52:15 PM, Performed By: Smith, Matthew

Comment: [50] Witness: Ben Ross

█████/1978

8036001796 [Shared]

12/29/2023 2:56:02 PM, Performed By: KH

Comment: [51] FORD EXPIDIDTION 2022 UNKN COLOR [Shared]


12/29/2023 2:59:29 PM, Performed By: JCG

Comment: [52] Secondary Location for R411: I126 / Colonial Life Blvd W,COLUMBIA,SC 29210 [Shared]


12/29/2023 2:59:30 PM, Performed By: JCG

Comment: [53] Backed up R413 with R411 [Shared]


12/29/2023 3:02:11 PM, Performed By: BAC

Comment: [54] S216 04/106 [Shared]


12/29/2023 3:06:11 PM, Performed By: Smith, Matthew

Comment: [55] DESK SGT NOTIFIED [Shared]


12/29/2023 3:07:11 PM, Performed By: BAC

Comment: [56] Duplicate incident created: 363RCCOR-000695 [Shared]


12/29/2023 3:08:14 PM, Performed By: Smith, Matthew

Comment: [57] TO: RICSO10C-00011500 20231229 15:08:04 2E65002CEC

FROM: DMVWS-ND-14372635 20231229 15:08:04 2E65000F78


TXREF SC04000002E65000F78

XREF

ID NO 0007440954 DD# 4000510300332507979

PRINGLE,BYRON LINDELLE

1803 MARLEY DR

COLUMBIA SC 292106746 RICH CNTY

BAKER-A-018

SEX M HGT 5 11 WGT 180 BIRTH 09/21/1975 EYE BRO

SSN ***-**-0049 RACE BLACK

STATUS-DL:SUSPENDED CDL:DISQUALIFIED

**** IDENTIFICATION ONLY **** ISSUED 01/05/2023 DD# 4000510300332507979


SUSP Driving Under Suspension BEG 04/18/2023 END 07/18/2023 CAU 09/24/2022

SUSP Habitual Offender BEG 02/17/2023 END 02/17/2028 CAU 09/03/2022

SUSP Driving Under Suspension BEG 01/17/2023 END 04/17/2023 CAU 09/03/2022

SUSP Failure to Pay Traffic Ticket BEG 12/09/2022 END INDEFINITE CAU 06/07/2022

SUSP Failure to Pay Traffic Ticket BEG 12/09/2022 END INDEFINITE CAU 06/07/2022

SUSP Driving Under Suspension BEG 09/08/2022 END 12/08/2022 CAU 06/07/2022

SUSP Failure to Pay Traffic Ticket BEG 06/13/2021 END INDEFINITE CAU 01/25/2021

SUSP Failure to Pay Traffic Ticket BEG 06/13/2021 END INDEFINITE CAU 01/25/2021

SUSP Failure to Pay Traffic Ticket BEG 06/13/2021 END INDEFINITE CAU 01/25/2021

SUSP Driving Under Suspension BEG 04/06/2021 END 07/06/2021 CAU 01/25/2021

SUSP Failure to Stop for Blue Light BEG 05/20/2010 END 06/18/2010 CAU 11/11/2008

SUSP Driving Under Suspension BEG 05/19/2009 END 05/19/2010 CAU 11/10/2008

SUSP Controlled Substance Violation BEG 05/18/2008 END 05/18/2009 CAU 12/15/2005

SUSP Driving Under Suspension BEG 05/17/2007 END 05/17/2008 CAU 02/07/2007

SUSP Controlled Substance Violation BEG 05/16/2006 END 05/16/2007 CAU 01/04/2006

SUSP Controlled Substance Violation BEG 09/05/2002 END 03/05/2003 CAU 01/31/2002

SUSP Failure to Pay Traffic Ticket BEG 05/26/1994 END 04/12/2013 CAU 03/12/1994

SUSP Failure to Pay Traffic Ticket BEG 05/25/1994 END 04/12/2013 CAU 03/12/1994

** END OF INQUIRY ** [Shared]


12/29/2023 3:08:25 PM, Performed By: Smith, Matthew

Comment: [58] TO: RICSO10C-00011501 20231229 15:08:05 2E65002CED

BAKER-A-019

FROM: NC2K-03904918 20231229 15:08:05 2E65000F78

1L012E65000F782QWA

SC0400000


***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.

MKE/WANTED PERSON - CAUTION

CMC/25 - ESCAPE RISK

ADO/N

EXL/4 - NO EXTRADITION - INSTATE PICK-UP ONLY. SEE MIS FIELD FOR LIMITS

ORI/SC0320000 NAM/PRINGLE, BYRON LINDELLE SEX/M RAC/B ETN/N POB/SC

DOB/19750921 HGT/511 WGT/190 EYE/BRO HAI/BLK FBI/227365TA1 CTZ/US

SKN/LBR SMT/TAT L ARM

FPC/10TT05C0C006AATT1214 SOC/251510049

OLN/7440954 OLS/SC OLY/2023

OFF/FAILURE TO APPEAR - SEE MIS

OOC/DANGEROUS DRUGS

DOW/20231205 OCA/21005999 SID/SC00899591

WNO/G230961

MIS/CAUTION PRIOR HISTORY OF ESCAPE, ASSAULT WITH CONCEAL WEAPON, FAIL TO STOP

MIS/FOR BLUE LIGHTS, RESISTING ARREST, FAIL TO STOP FOR POLICE COMMAND, DOMESTIC

MIS/ VIOLENCE, ASSAULT&BATT HIGH AND AGGRAVATED NATURE, SIMPLE ASSAULT, GIVING

MIS/FALSE INFO TO LAW, ASSAULT ON POLICE, PUBLIC DISORDERLY CONDUCT, WEAPON,

MIS/ALCOHOL AND DRUG CHARGES-PROHIBITED FROM POSSESSING OR ACQUIRING FIREARMS OR

MIS/ AMMO-WANTED ON GENERAL SESSIONS BENCH WARRANT G230961 FOR FAILURE TO APPEAR

MIS/ FOR CHARGES OF ESCAPE, DRUGS AND LARCENY

DNA/N

ORI IS LEXINGTON CO SO LEXINGTON 803 785-2400

NIC/W353958585 DTE/20231229 1128 EST DLU/20231229 1128 EST

BAKER-A-020

IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI [Shared]


12/29/2023 3:22:32 PM, Performed By: BAC

Comment: [59] [RCEMS] has closed their incident [001907351]


12/29/2023 3:37:17 PM, Performed By: ALP

Comment: [60] BAT2 SCENE TRANSFER OVER TO SC HP [Shared]


12/29/2023 3:38:56 PM, Performed By: ALP

Comment: [61] [CFD] has closed their incident [363CFD045758]


12/29/2023 3:40:11 PM, Performed By: JCG

Comment: [62] Secondary Location for R402: I126 / Colonial Life Blvd W,COLUMBIA,SC 29210 [Shared]


12/29/2023 3:40:11 PM, Performed By: JCG

Comment: [63] Backed up R413 with R402 [Shared]


12/29/2023 3:47:26 PM, Performed By: BAC

Comment: [64] [RCEMS] has closed their incident [001907349]


12/29/2023 4:35:10 PM, Performed By: CEP

Comment: [65] R632 HAS THE SCENE


12/29/2023 4:35:39 PM, Performed By: BAC

Comment: [66] [RCEMS] has closed their incident [363RCCOR-000694]


12/29/2023 4:36:06 PM, Performed By: BAC

BAKER-A-021

Comment: [67] [RCEMS] has closed their incident [363RCCOR-000695]

| **Unit (8)** |
|---|

### Unknown

| | |
|---|---|
| **Responders:** | RC236736 Smith, Matthew |
| **Primary Unit:** | Yes |
| **Assigned:** | 12/29/2023 14:22:24 |
| **Enroute:** | 12/29/2023 14:22:24 |
| **Arrived At Scene:** | 12/29/2023 14:22:24 |
| **Call Cleared:** | 12/29/2023 16:35:15 |
| **Unit Name:** | R632 |
| **Assigned By:** | Green, Justin C |
| **Left For Secondary Location:** | 12/29/2023 14:31:57 |
| **Arrived At Secondary Location:** | 12/29/2023 14:31:57 |

### Unknown

| | |
|---|---|
| **Responders:** | RC237112 Dillard, Michael |
| **Primary Unit:** | No |
| **Assigned:** | 12/29/2023 14:22:37 |
| **Enroute:** | 12/29/2023 14:22:37 |
| **Call Cleared:** | 12/29/2023 16:02:25 |
| **Unit Name:** | R413 |
| **Unit Disposition:** | Clear Backup (R11) |
| **Assigned By:** | Green, Justin C |
| **Left For Secondary Location:** | 12/29/2023 14:40:19 |
| **Arrived At Secondary Location:** | 12/29/2023 14:40:19 |

### Unknown

| | |
|---|---|
| **Responders:** | RC236516 Hodge, Bryan |
| **Primary Unit:** | No |
| **Assigned:** | 12/29/2023 14:22:44 |
| **Enroute:** | 12/29/2023 14:22:44 |
| **Arrived At Scene:** | 12/29/2023 16:30:49 |
| **Call Cleared:** | 12/29/2023 16:30:52 |
| **Unit Name:** | K990 |
| **Assigned By:** | Green, Justin C |

### Unknown

| | |
|---|---|
| **Responders:** | RC233528 Blanding, Christopher |
| **Primary Unit:** | No |
| **Assigned:** | 12/29/2023 14:24:47 |
| **Enroute:** | 12/29/2023 14:24:47 |
| **Call Cleared:** | 12/29/2023 16:35:22 |
| **Unit Name:** | V2114 |
| **Assigned By:** | Green, Justin C |

### Unknown

| | |
|---|---|
| **Responders:** | RC237135 Stern, Richard |
| **Primary Unit:** | No |
| **Assigned:** | 12/29/2023 14:25:16 |
| **Enroute:** | 12/29/2023 14:25:16 |
| **Call Cleared:** | 12/29/2023 14:58:24 |
| **Unit Name:** | R411 |
| **Assigned By:** | Green, Justin C |
| **Left For Secondary Location:** | 12/29/2023 14:59:29 |
| **Arrived At Secondary Location:** | 12/29/2023 14:59:34 |

BAKER-A-022

### Unknown

| | |
|---|---|
| **Responders:** | RC236497 Washington, Datron |
| **Primary Unit:** | No |
| **Assigned:** | 12/29/2023 14:30:27 |
| **Enroute:** | 12/29/2023 14:30:27 |
| **Call Cleared:** | 12/29/2023 16:35:17 |
| **Unit Name:** | K988 |
| **Assigned By:** | Green, Justin C |

### Unknown

| | |
|---|---|
| **Responders:** | RC237135 Stern, Richard |
| **Primary Unit:** | No |
| **Assigned:** | 12/29/2023 14:59:29 |
| **Call Cleared:** | 12/29/2023 16:29:37 |
| **Unit Name:** | R411 |
| **Assigned By:** | Green, Justin C |
| **Left For Secondary Location:** | 12/29/2023 14:59:29 |
| **Arrived At Secondary Location:** | 12/29/2023 14:59:34 |

### Unknown

| | |
|---|---|
| **Responders:** | RC178124 Sullivan, William |
| **Primary Unit:** | No |
| **Assigned:** | 12/29/2023 15:40:11 |
| **Call Cleared:** | 12/29/2023 16:31:50 |
| **Unit Name:** | R402 |
| **Unit Disposition:** | Clear Backup (R11) |
| **Assigned By:** | Green, Justin C |
| **Left For Secondary Location:** | 12/29/2023 15:40:11 |
| **Arrived At Secondary Location:** | 12/29/2023 15:40:17 |

BAKER-A-023

**RICHLAND COUNTY SHERIFFS DEPT**

5623 TWO NOTCH RD COLUMBIA, SC 29223

803-576-3000



Case #:2312024229            CallForService #: 363RCSD00241

BAKER-A-024