PAMELA A. BAKER V. LEON LOTT, IN HIS OFFICIAL CAPACITY AS THE SHERIFF OF RICHLAND COUNTY SHERIFF'S OFFICE, ET AL.
CASE NO. 3:24-CV-04303-JDA

# EXHIBIT 28

TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER FED. R. CIV. P. 37 MOTION FOR SANCTIONS INCLUDING BUT NOT LIMITED TO STRIKING DEFENDANTS' ANSWER AND AWARDING PLAINTIFF ATTORNEY'S FEES

*WISTV 10/06/2025 NEWS ARTICLE RE: DEPUTY FIRED FOR DUI*



| | |
|---|---|
| Document title: | Richland County deputy fired after DUI arrest |
| Capture URL: | https://www.wistv.com/2025/10/06/richland-county-deputy-fired-after-dui-arrest/ |
| Page loaded at (UTC): | Mon, 16 Feb 2026 16:58:52 GMT |
| Capture timestamp (UTC): | Mon, 16 Feb 2026 17:01:45 GMT |
| Capture tool: | 10.77.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.265 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 17 |
| Capture ID: | 5c2NLoz1LkREsNToFb6dcg |
| Display Name: | moken |

PDF REFERENCE #:    cDPgKJ4Bjs4AYug1bXFBoV



Live   News   First Alert Weather   Traffic   Palmetto Sports   United for Veterans   Submit a News Tip   Community Calendar

# Richland County deputy fired after DUI arrest



The search for Nancy Guthrie enters Day 12 as investigators continue working to determine what happened after she vanished from her Catalina Foothills home near Tucson.

With limited public updates from authorities, key questions remain.

By Brooke Ashton
Published: Oct. 6, 2025 at 2:21 PM UTC | Updated: Oct. 6, 2025 at 4:23 PM UTC

COLUMBIA, S.C. (WIS) - A Richland County sheriff's deputy was fired after his arrest over the weekend.

The Richland County Sheriff's Department said 45-year-old Christopher Duke was arrested Saturday for driving under the influence.





Christopher Duke (RCSD)

RCSD stated that the South Carolina Highway Patrol stopped Duke for speeding in his personal vehicle, which subsequently led to his arrest. He was not on duty at the time.

The sheriff's department said Duke was immediately suspended without pay and is no longer employed by RCSD. He served with the department for 22 years, most recently as a major.

Records show Duke was booked at the Alvin S. Glenn Detention Center following his arrest. He was later released on a $992 bond.

Feel more informed, prepared, and connected with WIS. For more free content like this, subscribe to our *email newsletter*, and *download our apps*. Have feedback that can help us improve? *Click here*.

Copyright 2025 WIS. All rights reserved.


ADVERTISEMENT


Seniors Born 1939-1969 Receive 11 Benefits This Month If They Ask
HealthyWallet

**Most Read**

- Shooting leaves one dead in Richland County, deputies say 
- Richland County deputies investigate assault after alleged racial slur 
- SCHP: Pedestrian identified in fatal Sumter County crash 
- Elloree Police ask for help searching for suspect in attempted kidnapping 
- Investigators believe botched burglary likely led to Nancy Guthrie's disappearance, source says 
- SC House subcommittee to hold hearing on potentially impeaching solicitor over Logan Federico case 
- Court rules that large Confederate flag be taken down along interstate highway
- Victim identified in fatal Lexington County crash involving multiple vehicles

**Latest News**

- Pro-Life Greenville calls on SC General Assembly after fetus found at SC water plant 
- Autopsy reveals

Live  News  First Alert Weather  Traffic  Palmetto Sports  United for Veterans  Submit a News Tip  Community Calendar







**Latest News**


Pro-Life Greenville calls on SC General Assembly after fetus found at SC water plant


Autopsy reveals more details about fetus found at Sumter County water treatment plant


Lottery ticket bought in Columbia wins $726K jackpot on Valentine's Day


Pedestrian killed in Richland County crash


Second earthquake in 3 days reported near Irmo


Officials report several earthquakes in the Carolinas


South's Finest: USC holds 48th annual band clinic


South's Finest: USC holds 48th annual band clinic





















**Latest News**

 Pro-Life Greenville calls on SC General Assembly after fetus found at SC water plant

 Autopsy reveals more details about fetus found at Sumter County water treatment plant

 Lottery ticket bought in Columbia wins $726K jackpot on Valentine's Day

 Pedestrian killed in Richland County crash

 Second earthquake in 3 days reported near Irmo

 Officials report several earthquakes in the Carolinas

 South's Finest: USC holds 48th annual band clinic

 South's Finest: USC holds 48th annual band clinic

































**At least one killed after college baseball team's bus rolls over in crash**
WIS News 10
















Guy Fieri debuts shocking 'new look' while celebrating 58th birthday
WIS News 10

WATCH: Florida family travels to South Carolina to see snow
WIS News 10




See Why Homeowners Are Ditching Asphalt Roofs!
Don't buy a new roof until you check this out!
Metal Roofing Inn... | Sponsored    Find Now

These Are The "Rolex" Of Hearing Aids (And Under $100)
Exceptional hearing technology without the hefty cost, backed by experts
Soundbright Magazine | Sponsored

Senior Ladies Await For A Date in Warrenton
MiaRomance | Sponsored    Join Now





Warrenton: End Spam Calls Today (See How)
Cloaked | Sponsored

Ladies who may be looking for farmer
Funchatt | Sponsored

Find Love at Any Age - Senior Dating
Evenings feel quiet? Meetheage connects adults 40+ with compatible people who...
Meetheage | Sponsored    Sign Up

How Much Does A Walk-In Shower Actually Cost?
Here's Why These Affordable Walk-In Showers Are Sweeping America In 2026
Kohler Showers | Sponsored    Learn More

1 Spoonful Before Sleep Melts Body Fat You Will Fit Into Any...
US Health & Wellness | Sponsored



Close

---

Document title: Richland County deputy fired after DUI arrest
Capture URL: https://www.wistv.com/2025/10/06/richland-county-deputy-fired-after-dui-arrest/
Capture timestamp (UTC): Mon, 16 Feb 2026 17:01:45 GMT

Page 9 of 16



**19-year-old college baseball player identified as student killed in team bus crash**
WIS News 10



**Not a Typical Dating Platform**
Why adults 40+ choose Meetheage: peers your age - or younger - often star...
Meetheage | Sponsored    Sign Up



**Looking For A Date In Warrenton? Start here**
Find Someone Who Actually Gets You
SecretMeet | Sponsored    Read More



**Simple Trick to Stop Spam Calls [Try Now]**
Scan over 120+ broker sites to see who may be selling your information and st...
Cloaked | Sponsored    Buy Now







**The Worst Zip Codes For Car Insurance In Virginia (Is Yours...**
Many driver don't know they already qualify for a lower auto insurance rate. ...
Insure.com | Sponsored    Learn More



**These Warrenton Banks May Help You Earn More on Your...**
Savingspro | Sponsored    Click Here



**These women know how to love and stand by their man**
Forget endless swiping — meet women who actually want to build something ...
Naomidate | Sponsored





Close

---

Document title: Richland County deputy fired after DUI arrest
Capture URL: https://www.wistv.com/2025/10/06/richland-county-deputy-fired-after-dui-arrest/
Capture timestamp (UTC): Mon, 16 Feb 2026 17:01:45 GMT                                                                                                                 Page 10 of 16













**Seasoned Plus Size Singles: Dating Starts Here**
Not a typical BBW dating platform
LatinFeels | Sponsored    Click Here


**White House Insider Warns: Prepare for Public Law 63-43**
Paradigm | Sponsored    Compare


**Nvidia's New Rival (Hint: It's Not AMZN)**
Will This Make the World's First Trillionaire?
The Motley Fool | Sponsored






**Why Podiatrists Recommend This Nail Clipper**
Glosritystore | Sponsored    Learn More



**Surgeons Warn: Your Shoes Are Causing You Pain**
Weber | Sponsored



**This Tiny Cabin Is 290 sq. ft., But Wait Till You See The...**
BuzzFond | Sponsored



Confirmed - This is the deadliest snake in the world
Novelodge | Sponsored



**10 Costco Secrets Even Longtime Members Don't Know About**
Betterbuck | Sponsored



**Man charged with DWI after crash kills 2, including 'exceptional' college student-athlete**
WIS News 10



**Sheriff: SC woman shot, set on fire after meeting she thought was to buy puppy**
WIS News 10



**12 Things to Cut When Money Gets Tight**
Greensprout | Sponsored    Learn More



**The Cozy Cashmere Sweatshirt Every Man Wants!**
The Sweatshirt that looks effortlessly cool and feels unbelievably soft — no ...
Walkergrey | Sponsored    Shop Now



**The 15-minute reading habit linked to higher income...**
You can do it too! Read key insights from top business books in 15 min...
Blinkist Expert ... | Sponsored





Close    TUCSON, AZ    TRUE CRIME AZ LIVE

---

Document title: Richland County deputy fired after DUI arrest
Capture URL: https://www.wistv.com/2025/10/06/richland-county-deputy-fired-after-dui-arrest/
Capture timestamp (UTC): Mon, 16 Feb 2026 17:01:45 GMT                                        Page 13 of 16










Antiwrinkle Item Is "Actually…
Olavita | Sponsored

Dancing
Step up your line dancing game with cowboy boots that offer comfort and …
Ariat | Sponsored    Learn More


Person Drinks This Common…
Mind Alert | Sponsored    Learn More













---

Document title: Richland County deputy fired after DUI arrest
Capture URL: https://www.wistv.com/2025/10/06/richland-county-deputy-fired-after-dui-arrest/
Capture timestamp (UTC): Mon, 16 Feb 2026 17:01:45 GMT

Page 15 of 16







