Pamela A. Baker v. Leon Lott, in his official capacity as the Sheriff of Richland County Sheriff's Office, et al.
Case No. 3:24-cv-04303-JDA

# Exhibit 29
## to Plaintiff's Memorandum in Support of her Fed. R. Civ. P. 37 Motion for Sanctions including but not limited to Striking Defendants' Answer and Awarding Plaintiff Attorney's Fees

*30(b)(6) Dep. Designee McDuffie Deposition Excerpts*

```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF SOUTH CAROLINA
                      COLUMBIA DIVISION
                  C.A. No.: 3:24-cv-04303-JDA
```

PAMELA BAKER,

       PLAINTIFF,

vs.

LEON LOTT, individually and in his official
capacity as the Sheriff of Richland County;
THE RICHLAND COUNTY SHERIFF'S DEPARTMENT;
and DEPUTIES MATTHEW SMITH, MICHAEL DILLARD,
and BRYAN HODGE,

       DEFENDANTS.

### 30(b)(6) D E P O S I T I O N

| | |
|---|---|
| WITNESS: | JOANNA MCDUFFIE |
| DATE: | NOVEMBER 20, 2025 |
| TIME: | 1:56 P.M. |
| LOCATION: | BURR & FORMAN, LLP |
| | 1221 MAIN STREET, SUITE 1800 |
| | COLUMBIA, SOUTH CAROLINA 29201 |
| REPORTED BY: | AMBER SOMERO |

```
                         LEGAL EAGLE
                     Post Office Box 5682
                 Greenville, South Carolina 29606
                         864-467-1373
                    depos@legaleagleinc.com
```

| | | |
|---|---|---|
| 1 | | But those -- there's no system other than that. |
| 2 | Q. | Do you have a system for lawsuits that are filed? |
| 3 | A. | When a lawsuit is filed, those are sent -- I send those |
| 4 | | to the county attorney's office, and then the county |
| 5 | | attorney's office decides whether to hire outside |
| 6 | | counsel or to handle them themselves, and then those go |
| 7 | | to outside counsel or, in theory, I guess I could say, |
| 8 | | the county attorney's office, but they typically do not. |
| 9 | Q. | Who is your contact at the Richland County Office of |
| 10 | | Risk Management? |
| 11 | A. | I don't have -- I mean, Brittney Terry is the risk |
| 12 | | manager.  Her second is Christa Sheehan, and then I also |
| 13 | | work with the other people in the office, so I don't -- |
| 14 | | there's not one contact. |
| 15 | Q. | What's Terry's last name? |
| 16 | A. | It's Brittney Terry. |
| 17 | Q. | Oh, Brittney Terry, sorry. |
| 18 | A. | Yes, ma'am. |
| 19 | Q. | And the lawsuits, when they are served on the sheriff's |
| 20 | | department or the sheriff, do you send those to Brittany |
| 21 | | or Christa's attention? |
| 22 | A. | I send them to Patrick Wright.  He's the county |
| 23 | | attorney.  I typically will CC Brittney and Christa on |
| 24 | | those. |
| 25 | Q. | Do you keep a list of them in your office? |

1       compilation of the number of pursuits?
2   A.  No, ma'am, I was not.
3   Q.  Has the Richland County Sheriff's Department rolled back
4       high-speed chase procedures over the last ten years?
5   A.  Again, we don't have high-speed chase procedures.
6   Q.  Okay.  How many times has the Richland County Sheriff's
7       Department been sued due to injuries related to chases?
8   A.  I do not know the answer to that question.  We don't
9       keep records like that.
10  Q.  So would those be the lawsuits -- would those be the
11      ones that you send on to the county sheriff's office?
12  A.  I send to the county attorney's office.
13  Q.  I mean, county attorney's office?
14  A.  Yes, ma'am.
15  Q.  Okay.  And did you consult with the county attorney's
16      office about how many times you've been sued over the
17      last ten years?
18  A.  No, ma'am.
19  Q.  You didn't ask anybody?
20  A.  No, ma'am.
21  Q.  And you didn't do any investigation to make that
22      determination?
23  A.  We don't keep records that would -- to do that.
24  Q.  You don't keep the emails where you transmit the
25      lawsuits over to the county attorney's office?

```
 1   A.   Yes, ma'am.  I guess I could go through emails and then
 2        pull each individual lawsuit.
 3   Q.   So do you know how many times the sheriff's department
 4        has been sued the last five years because of pursuit
 5        chases?
 6   A.   No, ma'am.  I do not.
 7   Q.   Has any action been taken by the sheriff's department to
 8        change any of its policies and procedures as a result of
 9        injuries that have occurred to public -- to, you know,
10        individual citizens because of the police pursuit
11        chases?
12             MR. GARFIELD:  Objection.  It's beyond the scope.
13        Go ahead.
14   BY MS. JONES:
15   A.   To -- to injuries to specific individuals?  No, however,
16        we are constantly looking at ways to effectively end
17        pursuits as quickly as possible.  We are going through
18        having our officers trained on the pit maneuver, you
19        know, things like that.  We're constantly testing and
20        evaluating different ways to end pursuits, like tire
21        flattening devices, things of that nature.
22   Q.   Anything other than pit maneuvers and tire flattening
23        devices?
24   A.   I'm not quite sure I understand your question.  Those,
25        you know, are things that -- that we look at to end
```