Pamela A. Baker v. Leon Lott, in his official capacity as the Sheriff of Richland County Sheriff's Office, et al.
Case No. 3:24-cv-04303-JDA

# Exhibit 30
## to Plaintiff's Memorandum in Support of her Fed. R. Civ. P. 37 Motion for Sanctions including but not limited to Striking Defendants' Answer and Awarding Plaintiff Attorney's Fees

*Facebook Page of Richland County Sheriff's Dept.*



| | |
|---|---|
| Document title: | Facebook |
| Capture URL: | https://www.facebook.com/RichlandCountySheriffsDepartment/photos/meet-our-records-division-team-each-day-they-are-busy-managing-editing-and-enter/785276853644268/?_rdr |
| Page loaded at (UTC): | Mon, 16 Feb 2026 17:04:56 GMT |
| Capture timestamp (UTC): | Mon, 16 Feb 2026 17:05:22 GMT |
| Capture tool: | 10.77.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.265 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 2 |
| Capture ID: | eVjM9dP2NHX1DLqVNvveSX |
| Display Name: | moken |

PDF REFERENCE #:    hHAo1brGJEcH69Nhhz6yjw

