Pamela A. Baker v. Leon Lott, in his official capacity as the Sheriff of Richland County Sheriff's Office, et al.
Case No. 3:24-cv-04303-JDA

# Exhibit 32
## to Plaintiff's Memorandum in Support of her Fed. R. Civ. P. 37 Motion for Sanctions including but not limited to Striking Defendants' Answer and Awarding Plaintiff Attorney's Fees

*RCSD FOIA Response to Cynthia Beasley*

**Outlook**

## [Draft] Re: WIS News FOIA request -- pursuit data

| | |
|---|---|
| From | Cynthia.Beasley@wistv.com |
| Draft saved | Thu 12/5/2024 9:02 PM |
| To | Cynthia Beasley <Cynthia.Beasley@wistv.com> |

3:24-cv-04303-JDA    Date Filed 03/17/25    Entry Number 51-34    Page 2 of 3

**From:** FOIA Request <FOIAREQUEST@RCSD.NET>
**Sent:** Monday, November 4, 2024 9:57 AM
**To:** Cynthia Beasley <Cynthia.Beasley@wistv.com>
**Subject:** RE: WIS News FOIA request -- pursuit data

Hello,
Please see the answers in blue.

*If you all could provide the following data for 2023, we would really appreciate it:*

1. Number of pursuits terminated – *Not tracked*
2. Number of pursuits that ended in a collision *- 85*
3. Number of pursuits that ended in injury or death (deputy - *7,* suspect - *63*, civilian – *Not tracked*)
4. Number of pursuits that ended in an arrest - *245*
5. Charge for which the suspect was pursued (some other departments break this down by pretty generically, like traffic offense, suspect DUI, stolen vehicle, murder, assault, etc.) – *Misdemeanors - 372, Felonies – 9*

Thank you,

Jennifer Spurrier
Accreditation Manager/FOIA
Richland County Sheriff's Department
5623 Two Notch Road
Columbia, SC 29223
803-576-3036 (office)

**From:** Cynthia Beasley [mailto:Cynthia.Beasley@wistv.com]
**Sent:** Tuesday, October 15, 2024 12:17 PM
**To:** FOIA Request <FOIAREQUEST@RCSD.NET>; Spurrier, Jennifer <jspurrier@RCSD.NET>

**Cc:** Yturria, Maria <MYturria@RCSD.NET>
**Subject:** WIS News FOIA request -- pursuit data

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon!

I hope you all are doing well.

I am working on a story about police pursuits across the state. I interviewed Sheriff Lott about this last week and was wondering if it's possible for you all to pull some data for me.

*If you all could provide the following data for 2023, we would really appreciate it:*

1. *Number of pursuits terminated*
2. *Number of pursuits that ended in a collision*
3. *Number of pursuits that ended in injury or death (deputy, suspect, civilian)*
4. *Number of pursuits that ended in an arrest*
5. *Charge for which the suspect was pursued (some other departments break this down by pretty generically, like traffic offense, suspect DUI, stolen vehicle, murder, assault, etc.)*

If there's any way to expedite this request, I would really appreciate it! We are planning to run the story mid-November. I'm attaching my communications with Captain Yturria, as she's been helping me when it comes to scheduling with Sheriff Lott and other communications.

If there is any part of this request that is too burdensome or difficult to pull, please let me know and I can alter the request.

Please feel free to call me with any questions. My cell number is at the bottom of the email.

Thank you for your help!
Cynthia

**CYNTHIA BEASLEY**
Investigative Reporter/Anchor

**M:** 803-608-5726