Pamela A. Baker v. Leon Lott, in his official capacity as the Sheriff of Richland County Sheriff's Office, et al.
Case No. 3:24-cv-04303-JDA

# Exhibit 33
## to Plaintiff's Memorandum in Support of her Fed. R. Civ. P. 37 Motion for Sanctions including but not limited to Striking Defendants' Answer and Awarding Plaintiff Attorney's Fees

*March 5, 2026 Email from Robert Garfield*

| | |
|---|---|
| **From:** | Robert Garfield <robert@gslawsc.com> |
| **Sent:** | Thursday, March 5, 2026 1:02 PM |
| **To:** | Jenkins, Ben; Jones, Celeste |
| **Cc:** | Steve Spreeuwers; Adam Bruyere |
| **Subject:** | Baker v. Lott, et al. / 3:24-cv-04303-JDA |
| **Attachments:** | Habitual Offender AW 2.20.23.pdf; Obstruction AW 2.20.23.pdf; Trafficking Meth AW 2.20.23.pdf; Poss Heroin AW 2.20.23.pdf; RSG AW 2.20.23.pdf; Pringle 2023 ASGDC history (Baker).pdf |

**This is an EXTERNAL email! STOP, ASSESS, and VERIFY**

Celeste/Ben –

We've been working to tighten up our proposed statement of facts based on the notes from our teleconference. I want to address Nos. 2- 4 in your statement of facts:

*(2) On Feb. 20, 2023, Pringle was stopped, detained, and arrested by Defendant RCSD for possession of stolen goods. BAKER-B-095-99.*

*(3) On Feb. 20, 2023, after being arrested and treated at the Lexington Medical Center hospital, while departing the hospital, Pringle fled on foot from Defendant RCSD officers and escaped. BAKER-B-099.*

*(4) On May 19, 2023, A. N. Sanner with the Lexington County Sheriff's Department obtained an arrest warrant for Pringle,* **who at the time was already being held at the Alvin S. Glenn Detention Center** *("ASGDC"). BAKER-K-040*

Trying to arrive at an accurate chronology of Pringle's criminal activity/whereabouts has been a chore for us all. Here, there's a significant gap between 2/20/23 and 5/19/23. Based on the 2/20/23 report [*BAKER-B-099*], RCSD arrested Pringle at that time for "Possession of Stolen Goods, Trafficking Methamphetamine, Possession of Heroin, Obstruction of Justice, and DUS Habitual Traffic Offender."

I did some probing this morning and learned that RCSD obtained arrest warrants on 2/20/23 for each of the 5 charges. Pringle was transported and booked into the ASGDC on that date under these charges, as well as an LMC Public Safety-based warrant and a probation violation. He remained incarcerated at ASGDC from 3/30/23 until 9/7/23, at which point he was discharged to the care and custody of the Lexington County Sheriff's Dept. [Bates K-063-064] He was incarcerated at LCDC for roughly 19 days until making bond on September 26, 2023. [Bates K-175-176]

To this end, I'm attaching 5 arrest warrants and a PDF memorializing this information. Would you be amenable to supplementing the record to include the attachments? If so, we would affix new Bates nos. and get them back to you. Please let me know after you have an opportunity to review.

Thanks –

Robert D. Garfield
1220 Pickens Street
Columbia, South Carolina 29202

1

Direct: 803.964.9600



This e-mail and the information transmitted contains PRIVILEGED and CONFIDENTIAL information and is the property of the sender. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this information, or the taking of any action in reliance on the content of this information, is strictly prohibited. If you have received this e-mail in error, please delete the original transmittal of this information.