IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Pamela A. Baker, | ) | Civil Action No.: 3:24-cv-04303-JDA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **NON-STANDARD ITEM FILING** |
| Leon Lott, individually and in his official | ) | **NOTIFICATION** |
| capacity as the Sheriff of Richland County; the | ) | |
| Richland County Sheriff's Department; and | ) | |
| Deputies Matthew Smith, Michael Dillard and | ) | |
| Bryan Hodge, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff submits this non-standard item filing notification in accordance with the rules of this court concerning <u>Exhibit 5</u> to Plaintiff's Memorandum in Support of her Fed. R. Civ. P. 37 Motion for Sanctions including but not Limited to Striking Defendants' Answer and Awarding Plaintiff Attorney's Fees.  The subject video is being submitted to this Court on a flash drive in MP4 format.  The undersigned attorneys will also serve the electronic media on the Defendants, in accordance with the requirements for service of paper documents.

[signature on following page]

66067675 v1

2

Respectfully submitted,

BURR & FORMAN LLP

s/ *Celeste T. Jones*
Celeste T. Jones, Fed. ID #2225
ctjones@burr.com
Benjamin R. Jenkins, IV, Fed. ID #14138
bjenkins@burr.com
Burr & Forman, LLP
P.O. Box 11390
Columbia, South Carolina 29211
803-799-9800
803-753-3278 (Fax)

Michael K. K. Choy (*pro hac vice*)
mchoy@burr.com
Burr & Forman LLP
420 20th St. N #3400
Birmingham, Alabama 35203
(205) 251-3000
(205) 458-5100 (fax)

*Attorneys for Plaintiff*

Columbia, South Carolina
March 10, 2026