IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Pamela A. Baker, | ) | C/A No.: 3:24-cv-04303-JDA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Leon Lott, individually and in his official capacity as the Sheriff of Richland County; the Richland County Sheriff's Department; and Deputies Matthew Smith, Michael Dillard and Bryan Hodge, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO EXCLUDE THE REPORT AND TESTIMONY OF JOHN J. RYAN, AS TO LAW ENFORCEMENT AND VEHICULAR PURSUIT STANDARDS**

Plaintiff, Pamela Baker ("Baker"), by and through the undersigned counsel, respectfully moves pursuant to Rules 702, 703, 704 and in accordance with Local Civ. Rule 7.04 (D.S.C.) to exclude the testimony and Expert Report of John J. Ryan, served on October 23, 2025, *see Designation of Expert*, ECF 42. Mr. Ryan's opinions as to law enforcement standards and vehicular pursuit standards, are improper and inadmissible under the Federal Rules of Civil Procedure, Federal Rules of Evidence, and *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993), and its progeny. In accordance with Local Civ. Rule 7.04 (D.S.C.), the detailed grounds for this motion are set forth in the accompanying memorandum of law and supporting exhibits.

*[Signature on following page]*

65513436 v1

Respectfully submitted,

BURR & FORMAN, LLP

*s/Celeste T. Jones*
Celeste T. Jones, Fed. ID #2225
ctjones@burr.com
Benjamin R. Jenkins, IV, Fed. ID #14138
bjenkins@burr.com
Burr & Forman, LLP
P.O. Box 11390
Columbia, South Carolina 29211
803-799-9800
803-753-3278 (Fax)

Michael K. Choy (*pro hac vice*)
mchoy@burr.com
Burr & Forman, LLP
420 20th St. N #3400
Birmingham, Alabama 35203
(205) 251-3000
(205) 458-5100 (fax)

*Attorneys for Plaintiff*

Columbia, SC
March 10, 2026

65513436 v1

2