PAMELA A. BAKER v. LEON LOTT, IN HIS OFFICIAL CAPACITY AS THE SHERIFF OF RICHLAND COUNTY SHERIFF'S OFFICE, ET AL.
CASE NO. 3:24-CV-04303-JDA

# EXHIBIT 4
**TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE THE REPORT AND TESTIMONY OF JOHN J. RYAN, AS TO LAW ENFORCEMENT AND VEHICULAR PURSUIT STANDARDS**

*LEXISNEXIS OVERALL CHALLENGES OUTCOME ANALYSIS*

## Overall Challenges Outcome Analysis(20)

■ Positive   ■ Negative   ■ Unknown

40%    50%    10%

## Trial Level Challenges

| Cases | Methodology | Qualification | Relevance | Procedural | Outcome |
|---|---|---|---|---|---|
| Sterusky v. Cooper |  | ● |  |  | ✖ |
| Wells v. City of Las Vegas |  | ● |  |  | ✔ |
| Gillispie v. City of Miami Twp. | ● | ● |  |  | ? |
| Gillispie v. City of Miami Twp. |  |  |  |  | ✖ |
| Anderson v. Avond |  |  |  |  | ✖ |
| Comer v. Shrum |  |  |  | ● | ✔ |
| Sosinavage v. Police Chief John Scott Thomson | ● |  | ● | ● | ✔ |
| Finch v. City of Wichita |  |  | ● |  | ✖ |
| Middleton v. Morgan | ● |  |  |  | ✔ |
| Mote v. Moody |  |  |  |  | ✖ |
| Neuroth v. Mendocino Cty. |  |  |  |  | ✔ |
| Provost v. Crockett Cnty. | ● | ● | ● |  | ✖ |
| Murphy v. City of Tulsa |  |  |  |  | ✖ |
| Sanders v. City of Chi. Heights | ● | ● |  |  | ✖ |
| M.H. v. County of Alameda |  | ● | ● | ● | ✖ |
| Stallins v. City of Princeton |  |  | ● |  | ✔ |
| M.H. v. County of Alameda | ● |  |  |  | ✖ |
| Leichtenberg v. City of Leroy |  |  |  |  | ✔ |
| Sisneros v. Fisher |  |  |  |  | ? |
| Parker v. City of S. Portland | ● | ● | ● |  | ✔ |





About LexisNexis | Privacy Policy | Terms and Conditions | Copyright © 2025 LexisNexis.