PAMELA A. BAKER V. LEON LOTT, IN HIS OFFICIAL CAPACITY AS THE SHERIFF OF RICHLAND COUNTY SHERIFF'S OFFICE, ET AL.
CASE NO. 3:24-CV-04303-JDA

# EXHIBIT 6
## TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE THE REPORT AND TESTIMONY OF JOHN J. RYAN, AS TO LAW ENFORCEMENT AND VEHICULAR PURSUIT STANDARDS

*DEPOSITION EXCERPTS OF LEON LOTT*

```
           UNITED STATES DISTRICT COURT
            DISTRICT OF SOUTH CAROLINA
               COLUMBIA DIVISION
                     - - -

Pamela A. Baker,                  :
         Plaintiff,               :   Civil Action No.:
                                  :   3:24-cv-04303-JDA
     vs.                          :
                                  :
Leon Lott, individually and       :
in his official capacity as       :
Sheriff of Richland County;       :
the Richland County Sheriff's     :
Department; and Deputies          :
Matthew Smith, Michael Dillard:
and Bryan Hodge,                  :
         Defendants.              :
_____
        VIDEOTAPED DEPOSITION OF LEON LOTT
_____

DATE TAKEN:       September 4, 2024
TIME BEGAN:       10:03 a.m.
TIME ENDED:       12:30 p.m.
LOCATION:         Burr & Forman
                  1221 Main Street, Suite 1800
                  Columbia, South Carolina
REPORTED BY:      Tami I. Watters, RPR, CRR
                     LEGAL EAGLE
                Post Office Box 5682
           Greenville, South Carolina 29606
       864-467-1373 / depos@legaleagleinc.com
```

Videotaped Deposition of Leon Lott

17

1  accreditation?
2      A    To have accreditation.
3      Q    And --
4      A    Set standards that you follow.
5      Q    And when you say set standards, what type
6  of standards are you referring to?
7      A    Standards in everything.
8      Q    And when you say standards in everything,
9  how about giving me some examples.
10     A    Standards in everything.
11     Q    I asked you for examples.
12     A    Okay. Be more specific on what you're
13 asking me. When I say everything, that is
14 training, equipment.
15     Q    And when you say training, you're
16 referring to law enforcement training?
17     A    Yes, ma'am.
18     Q    Okay. And are you individually
19 associated with the state accreditation?
20     A    No, ma'am.
21     Q    Have you ever been individually
22 associated with the state accreditation?
23     A    No, ma'am.
24     Q    Who on behalf of the sheriff's department
25 is associated with state accreditation?

Videotaped Deposition of Leon Lott

23

1 would be in a manual; is that correct?
2     A    Yes, ma'am.
3     Q    Okay.
4          MS. GOLDING:  And I don't need to
5     bring that up quite yet.
6 BY MS. GOLDING:
7     Q    But I will give you what has been marked
8 as Exhibit Number 36.  I'll be referring that to
9 you later.  But this Exhibit 36 is a notebook I
10 just handed you that contains the Richland County
11 Sheriff's policies and procedures.
12     A    Okay.
13     Q    Okay?  And when I ask you if the minimum
14 standards that are required by Section 2323-85 can
15 be located, you said the policies and procedures.
16          So my question is, is Exhibit Number 36
17 the policies and procedures which contain the
18 minimum standards for the Richland County Sheriff's
19 Department?
20     A    Yes, ma'am.
21     Q    Thank you.  Who in the Richland County
22 Sheriff's Department has the responsibility to
23 ensure that the minimum standards required by state
24 law are -- are the policies and procedures?
25     A    Our staff attorney.

Videotaped Deposition of Leon Lott

28

1  enforcement?
2       A    50 years.
3       Q    Okay.  Now, this Section 23-23-85 states
4  at the very beginning:  Shall establish required
5  minimum standards.
6            Do you believe that minimum standards are
7  required to be met?
8       A    Yes, ma'am.
9       Q    Okay.
10           MS. GOLDING:  We're next going to
11      Exhibit 43.
12 BY MS. GOLDING:
13      Q    Sheriff, I'm gonna have to apologize.  I
14 did not tell you at the beginning of this
15 deposition that you can take a break at any time
16 you would like.
17      A    Thank you.
18      Q    Okay.  But the only thing I ask is that,
19 of course, that there be -- if there's an open
20 question, that it be answered.
21      A    That's fine.
22      Q    Thank you.  Exhibit 43 is a document
23 entitled:  Richland County Sheriff's Department
24 2021 Professional Standards Report on Complaints,
25 Defensive Actions, Traffic Collisions, and Assaults