IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Pamela A. Baker, </br></br>      Plaintiff, </br></br>v. </br></br>Leon Lott in his official capacity as the Sheriff of Richland County Sheriff's Office; the Richland County Sheriff's Office; and Deputies Matthew Smith, Michael Dillard and Bryan Hodge, </br></br>      Defendants. | Civil Action No.: 3:24-cv-04303-JDA |

## MOVANT'S STATEMENT OF MATERIAL FACTS

1. On February 20, 2023, Byron Pringle was stopped by the Richland County Sheriff's Department ("RCSD") and arrested for Habitual Traffic Offender and Receiving Stolen Goods. *See* Bates BAKER-B-098-099. RCSD deputies discovered Pringle to be in possession of heroin and methamphetamine. *Id*.

2. As the deputies were conducting an inventory of Pringle's vehicle, Pringle lunged at a baggie containing Heroin and swallowed it. *Id*. RCSD deputies summoned EMS, and a unit transported Pringle to the Emergency Room at the Lexington Medical Center ("LMC"). *Id*.

3. Pringle was treated and medically cleared by the LMC ER staff. *Id*. While being escorted to the patrol vehicle by the arresting deputy, Pringle went limp, then fled when the deputy momentarily lost his grasp. *Id*. The arresting deputy gave chase and injured his knee during the foot pursuit and could not continue. *Id*. Despite the establishment of a police perimeter and K9 track, deputies were unable to apprehend him. *Id*.

4. RCSD sought and obtained warrants against Pringle for Possession of Stolen Goods, Trafficking Methamphetamine, Possession of Heroin, Obstruction of Justice, and DUS Habitual Traffic Offender. *Id*.

5. The LMC Department of Public Safety initiated its own charges, which included Escape. *See* Bates BAKER-K-063-064.

6. On March 31, 2023, Pringle was arrested on the aforementioned warrants. These charges were dismissed at a preliminary hearing.[1]

7. On September 7, 2023, Pringle was booked into the Lexington County Detention Center ("LCDC") for LMC's outstanding charges. *See* Bates BAKER-K-063-064.

8. Pringle was incarcerated at LCDC for roughly 19 days until making bond on September 26, 2023. *See* Bates BAKER-K-175-176.

9. On November 30, 2023, Pringle's case (LMC as arresting agency) in Lexington County General Sessions Court was called. Pringle failed to appear and Judge Walton McLeod issued a bench warrant for Pringle.[2] *See* Bates BAKER-K-179.

---

[1] This Court may take judicial notice of these Court records that are readily attainable on the Richland County Public Index. *See Philips v. Pitt Cnty. Mem. Hosp.,* 572 F.3d 176, 180 (4th Cir. 2009) (courts "may properly take judicial notice of matters of public record."); *see also Colonial Penn Ins. Co. v. Coil,* 887 F.2d 1236, 1239 (4th Cir. 1989) ("We note that 'the most frequent use of judicial notice is in noticing the content of court records.'"); *see also Massey v. Ojaniit,* 759 F.3d 343, 347 (4th Cir. 2014) (internal citations omitted) (The Court "need not accept allegations that contradict matters properly subject to judicial notice or by exhibit."); *see also Carter v. Beaufort Cnty.,* 774 F. Supp. 3d 717, 721 (D.S.C. 2025)

[2] The Lexington County-based bench warrant provided Pringle's personal information, and specifically, sex; race; date of birth; social security number; driver's license number; height; weight; hair color; eye color; state identification number; and FBI number. Further, the bench warrant stated, "It is, THEREFORE, ORDERED that you make diligent search for the above named and take him to county jail where he/she be safely held until he/she may be brought before this Court, or otherwise discharged by due course of Law." *See* BAKER-K-179.

10. On December 20, 2023, RCSD Deputy Zaid Abdullah charged Pringle with multiple narcotics violations. *See* Bates BAKER-B-102.

11. Pringle told Abdullah and other deputies that he had ingested baggies of drugs, and they arranged for transport to Prisma Health Richland for evaluation. *See* Pringle Medical Subp. Resp. (Prisma)_0000010.

12. Prisma Health Richland laboratory tests revealed Pringle to be positive for amphetamines, cocaine, and fentanyl. *See* Pringle Medical Subp. Resp. (Prisma)_0000013.

13. Pringle was admitted to the Medical Intensive Care Unit of the hospital for observation. At that point, deputies were not allowed to go with Pringle and the RCSD relinquished custody of him to the hospital. *See* Pringle Medical Subp. Resp. (Prisma)_0000013, 0000043; Ashe depo., pp. 10-11.

14. On the following morning (December 21), Pringle insisted on leaving Prisma Health Richland and, at 9:19 a.m., self-discharged against medical advice. *See* Pringle Medical Subp. Resp. (Prisma)_0000043, 0000195.

15. On December 29, 2023, RCSD Deputy Matthew Smith was on an off-duty special assignment when an undercover LCSD investigator[3] requested an RCSD marked unit for a known wanted individual traveling toward Richland County on Bush River Road. *See* Bates BAKER-A-003; Smith depo., pp. 83-86, 127, 215-216; Dkt 56-10.

16. LCSD officials provided the vehicle description and tag information for a black Nissan Sentra. *See* Bates BAKER-A-003-004; Dkt 56-10.

---

[3] As Smith testified at his deposition: "The importance for an undercover officer means that whoever this undercover person was investigating had to be a serious offender." Additionally, "[t]he fact that [he was] from a neighboring jurisdiction came over to RCSD's tac channel, tac four, pretty much shows the importance of the urgency for which they needed officers to respond to that specific incident." *See* Smith depo., pp. 215-216.

17. The driver occupying the Nissan was Pringle, who was wanted out of Lexington County and had a suspended driver's license. *Id.*; Dkt 56-10.

18. Smith located Pringle operating the Nissan at or near the Bush River Road crossing of I-126, heading towards Broad River Road, in Richland County. *Id*. Smith initiated a suspicious vehicle stop, and Pringle failed to yield and evaded Smith at a high rate of speed. *Id*. A pursuit was underway, and Smith was the primary officer. *Id*.

19. During the pursuit, Smith heard on radio traffic that (1) this LCSD undercover officer had been observing Pringle and that he was wanted by law enforcement; *See* Smith depo., pp. 216-217; Dkt 56-10; (2) Pringle had run from the RCSD the week prior; *Id.*, p. 217; (3) there were active warrants for Pringle involving trafficking heroin; *Id.*; (4) Pringle had General Sessions bench warrants for him; *Id.*, pp. 217-218; and (5) the support of an air unit would not be available during the pursuit due to the weather conditions; *Id.*, p. 218.

20. As the pursuit continued, Pringle drove in the opposite lane of travel on Greystone Boulevard before proceeding onto the on-ramp to I-126 inbound toward downtown Columbia. *See* Bates BAKER-A-004; Dkt 56-10.

21. While on the on-ramp, Pringle abruptly hopped the median and began driving into oncoming traffic on I-126. *Id.*; Dkt 56-10.

22. Sgt. Christopher Blanding, an RCSD supervisor was consulted via radio and instructed deputies, *"If you get the chance, go ahead and take him out. We don't need nobody getting hurt." See* Dkt 56-7, at 02:36; Hodge depo., pp. 133, 154.

23. K-9 Specialist Bryan Hodge and Deputy Michael Dillard joined the pursuit. *See* Dillard depo., pp. 46-47, 53-54, 65; Dkts 56-8, 56-9, 56-10.

24. Pringle was traveling approximately 60-65 m.p.h. in the number one lane in the opposite direction of travel. *See* Dkt 56-13, p. 20; Bates BAKER-A-004.

25. In an attempt to stop Pringle, all three deputies continued the pursuit by engaging their blue lights and siren while traveling west in the eastbound lanes on I-126. *See* Dkts 56-8, 56-9, 56-10.

26. The route Pringle took on I-126 was through a construction zone that restricted the ability to exit the highway, maneuver around vehicles, and access the shoulder. *See* Hodge depo., pp. 63-64; Dkts 56-8, 56-9, 56-10.

27. Hodge overtook Smith and became the lead pursuing vehicle as both deputies lost sight of the Nissan as it crested the hill. *See* Smith depo., pp. 124, 140.

28. As RCSD units came over the hill, Pringle's Nissan had collided head-on with Plaintiff, who was operating a 2023 Mercedes vehicle. *See* Bates BAKER-A-004.

29. Hodge deployed K9 Kobe, and both Hodge and Smith drew and pointed their service pistols at Pringle, who was in the driver's seat. *See* Bates BAKER-A-004; Dkts 56-8, 56-10.

30. Pringle was entrapped and pinned under the dashboard. *Id*. EMS and Fire/Rescue were summoned, at which point Smith and Hodge holstered their service weapons and rendered first aid. *Id*. Plaintiff was transported to Prisma Health Richland. *Id*.

31. At no time prior to the collision did any of these deputies or their vehicles make physical contact with Plaintiff, Pringle, or their respective vehicles. *See* Dkts 56-8, 56-9, 56-10; Smith depo., pp. 221-222.

32. An EMS unit arrived and declared Pringle deceased at 2:41 p.m. *See* Smith depo., p. 143.

33. The South Carolina Highway Patrol ("SCHP") and a Richland County Coroner's Office official responded to the scene. *Id*., pp. 143, 160.

34. Upon the Coroner removing Pringle from his vehicle, two small bags containing a white powdery substance believed to be fentanyl were collected from Pringle's clenched hand.

*Id*., pp. 143-145. A vehicle search was conducted, and another small bag believed to be containing fentanyl was located. *Id*.

35. The scene was transferred over to SCHP, which investigated the collision. *Id*., p. 160.

36. Neither Smith, Hodge, nor Dillard had participated in the December 20, 2023 interaction with the RCSD. *See* Smith depo., pp. 222, 223; Hodge depo., pp. 105-106; Dillard depo., pp. 62-63.

37. With respect to these December 29, 2023 events, Sheriff Lott was not present in the vicinity and played no role in the pursuit. *See* Lott depo., pp. 58, 87, 97. He never issued any directives or relayed any instructions to any officer participating in the pursuit. *Id*. All decision-making pertaining to the suit would have been undertaken solely by the deputies involved and the supervisor monitoring the pursuit. *Id*. It was only after the collision between Pringle and Plaintiff that the Sheriff became aware of the relevant events. *Id*.

38. The RCSD is a law enforcement agency with approximately 700 sworn deputies in 2023. *See* Bates BAKER-Q-057.

                                          Respectfully submitted,

                                          GARFIELD SPREEUWERS LAW GROUP

                                          */s/ Robert D. Garfield*
                                          Robert D. Garfield, Fed. ID 7799
                                          Steven R. Spreeuwers, Fed. ID 11766
                                          1220 Pickens Street
                                          Columbia, South Carolina 29201
                                          T: 803.964.9600
                                          robert@gslawsc.com
                                          steve@gslawsc.com

                                          *Counsel for the Defendants*

Columbia, South Carolina
March 10, 2026