IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Pamela A. Baker,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Leon Lott in his official capacity as the Sheriff of Richland County Sheriff's Office; the Richland County Sheriff's Office; and Deputies Matthew Smith, Michael Dillard and Bryan Hodge,<br><br>　　　　Defendants. | Civil Action No.: 3:24-cv-04303-JDA |

# **<u>EXHIBIT A</u>**

## to

## MOVANT'S STATEMENT OF MATERIAL FACTS

Bates BAKER-B-098-099, 102

# RICHLAND COUNTY SHERIFFS DEPT

5623 TWO NOTCH RD COLUMBIA, SC 29223
803-576-3000



Case #:2302008720                                             Incident #: 2302008720

## Vehicle (0)

**Style:**
**Type Of Loss:**

## Property (1)

**Lisence Plate**
| | |
|---|---|
| **Related Offense:** | 000127 STOLEN PROPERTY (POSSESSION OF STOLEN GOODS) |
| **Quantity:** | 1.0000 |
| **Property Status:** | RECOVERED |
| **Property Class:** | VEHICLE PARTS/ACCESSORIES |
| **Property Value:** | 1 |
| **Recovered Date:** | 02/20/2023 18:04:00 |

## Drug (2)

**AMPHETAMINES/METHAMPHETIMINES**
| | |
|---|---|
| **Property Status:** | SEIZED |
| **Property Class:** | DRUG/NARCOTICS |
| **Quantity:** | 47.0000 |
| **Measure:** | GRAM |

**HEROIN**
| | |
|---|---|
| **Property Status:** | SEIZED |
| **Property Class:** | DRUG/NARCOTICS |
| **Quantity:** | 3.0000 |
| **Measure:** | GRAM |

## Narrative (1)

**02/20/2023**

Deputies were conducting routine patrol on 2/20/23 in Richland County when they observed a BOLO (Be on lookout) for a stolen tag. The BOLO was for SC Tag: USN646/ NCIC:P738131662. The stolen tag was displayed on a older model Cadillac Escalade, and a lawful traffic stop was conducted. Before deputies turned on their blue lights the vehicle pulled into an abandoned parking lot once deputies got behind them. The driver stepped out of his vehicle before deputies made their approach to the vehicle. Deputies immediately detained the driver. The driver and sole occupant of the vehicle was identified via his SC ID as the suspect, Bryon Pringle. The suspect stated in an excited utterance that his license was suspended when deputies went to run his information. According to DMV records the suspect is a DUS Habitual Traffic Offender since 2/17/23 until 2/17/28. The suspect was read his Miranda Rights and initially stated that he had no idea that the tag on the vehicle was stolen. The suspect stated that he had just recently bought the vehicle from a friend for $1200 about 2 months ago. The suspect stated that to his knowledge the tag has been on the vehicle the whole time. The suspect stated that he should have his own tag to the vehicle that is not stolen. However, the suspect stated that he does not have any

BAKER-B-098

registration or a title for the vehicle. Upon further questioning the suspect then admitted that a man named John was messing with the tag on his truck and in the back of his truck last night at the American Inn and that he might have put the tag on the vehicle. The suspect was then placed under arrest for Possession of Stolen Goods.

While deputies were conducting an inventory of the vehicle for a tow the suspect requested to change his shoes. At that point deputies went ahead and searched the suspect incident to arrest. A small baggie of a white powdery substance was discovered in the suspects sock. The suspect admitted to it being Methamphetamine. Deputies then discovered a small baggie of a brown substance in the suspects coat pocket. Deputies placed that baggie on the hood of a patrol vehicle and the suspect then lunged at the baggie with his mouth and swallowed the baggie. The suspect admitted to that baggie containing Heroin and later to weighing about 3 grams. Deputies sat the suspect up as they awaited for EMS to arrive on scene when 2 large bags of a white powdery substance fell out of the suspects shirt. The suspect then admitted that those bags contained Methamphetamine. The large baggies had a field weight of 47 grams. At that point the suspect was under arrest for Possession of Stolen Goods, Trafficking Methamphetamine, Possession of Heroin, Obstruction of Justice and DUS Habitual Traffic Offender.

Lexington EMS unit 6B-EMS 7 (Kahsar) transported the suspect to Lexington Medical Center. The suspect was seen by medical staff at LMC. While I Deputy Graham was escorting the suspect out of the hospital after he was cleared he complained of being light headed. I told the suspect that we were almost to the car and that he would be able to sit down and be in the AC of the car. The suspect went limp on me and attempted to sit down. I put my hands underneath the suspects armpits and pushed/walked him to my patrol vehicle. When I let one hand go from the suspect to unlock my car with my key fob the suspect took of on foot through the parking lot. I pursued the suspect and called out what was happening on the radio while trying to activate my body camera. The suspect leaped over some hedges and I did so as well as I chased him. I landed on my right leg in a way that I felt my knee twist and pop and I became unable to walk and hit the ground. The suspect continued running and I was unable to continue pursuing the suspect. Other deputies responded to include K9. A perminiter was established as well as a track. However, deputies were unable to capture the suspect at it was determined that he got into a vehicle in a hotel parking lot a short distance away from the hospital. Deputies reviewed surveillance camera that showed the suspect walk into room 114 at the Executive Inn (1107 Harbor Dr, West Columbia SC 29169). The suspect was then seen getting into an unknown dark gray convertible driven by an unknown white male. All body camera footage was uploaded to evidence.com.

| | |
|---|---|
| **Body Worn Camera:** | ON |
| **ShotSpotter:** | NO |
| **Author Name:** | |

| Officer (2) | | |
|---|---|---|
| **Arresting Officer:** | Graham, Clayton  (S2121) | 02/20/2023 09:55:00 |
| **Approving Officer:** | Rosenberger, John  (1626) | 02/21/2023 03:10:43 |

# RICHLAND COUNTY SHERIFFS DEPT

5623 TWO NOTCH RD COLUMBIA, SC 29223
803-576-3000



Case #:2312033120                                                                                    Incident #: 2312033120

### Narrative (1)

**Abdullah, Zaid S2011**                                                                                                     **12/21/2023**

On December 20th 2023 while on routine patrol R/O observed a silver Chrysler 200 barring SC Temp Tag (IXE0111) travelling on Monticello Rd and Knightner St weaving in and out of traffic. The tag that was displayed on the vehicle was also improperly displayed and unreadable. A lawful traffic stop was conducted on the vehicle and at that time the suspect later identified as (Byron Pringle) by SCDMV records began to make an illegal U-turn and drove up on the side walk. Byron then exited the vehicle and began digging into his pockets. He began to run on foot behind an abandoned building, dropping plastic baggies containing white powdery like substances. The subject then fell to the ground and began placing his hands near his waistband area. The subject was clutching his hands on a black cellphone. The subject was then handcuffed and walked towards a patrol vehicle. While R/O was walking Pringle to the patrol vehicle, he dropped an additional baggie on the ground. Pringle was arrested for multiple narcotics charges and his, vehicle was towed by Midlands Auto and the puppy was transported by Animal Control to Shelter. The narcotics were bagged and submitted into evidence at RCSD HQ.

| | |
|---|---|
| **Body Worn Camera:** | ON |
| **ShotSpotter:** | NO |
| **Author Name:** | Zaid Abdullah |

### Officer (2)

| | | |
|---|---|---|
| **Reporting Officer:** | Abdullah, Zaid  (S2011) | 12/21/2023 01:36:00 |
| **Approving Officer:** | Linfert, David  (747) | 12/21/2023 08:43:52 |

BAKER-B-102