IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Pamela A. Baker,<br><br>  Plaintiff,<br><br>v.<br><br>Leon Lott in his official capacity as the Sheriff of Richland County Sheriff's Office; the Richland County Sheriff's Office; and Deputies Matthew Smith, Michael Dillard and Bryan Hodge,<br><br>  Defendants. | ) Civil Action No.: 3:24-cv-04303-JDA<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# **EXHIBIT B**

## to

## MOVANT'S STATEMENT OF MATERIAL FACTS

Bates BAKER-K-063-064, 175-176, 179

## LEXINGTON COUNTY SHERIFF
### BOOKING REPORT

09/20/2023 13:04

| Booking # | | Status |
|---|---|---|
| 131174 | *JM131174* | Active |
| Date/Time | Cell Location | |
| 09/07/2023 20:55 | OJL, 2NDB, 2NDB, 07B202 | |

### INMATE INFORMATION

| Name | | Local ID (Names) |
|---|---|---|
| PRINGLE, BYRON LINDELLE | | N/A |

**AKA:** EATON, TYRONE; CONNERS, BYRON; PALMER, BYRON; PRINGLE, SHYLEK

| Address | Race | Sex |
|---|---|---|
| 1803 MARLEY DR | B | M |
| COLUMBIA, SC 29210 | Hair BLK | Eye BRO |

| DOB | Age | Height | Weight |
|---|---|---|---|
| [REDACTED] | 47 | 5'11 | 200 |

| SSN | Marital Status | Time Lived In Area |
|---|---|---|
| [REDACTED] | Single, 4 Dependents | Unk |

| Local ID (Jail) | SID | FBI # |
|---|---|---|
| N/A | SC00899591 | 227365TA1 |

| Country of Birth | Citizenship |
|---|---|
| United States | United States |

*IM68554*
Name ID: 68554

| Juvenile | Security |
|---|---|
| Adult | MAX |

| Employer | Religion |
|---|---|
| Unemployed | Christian |
| Employer Address | Employer Phone # |
| N/A | N/A |
| Attorney | Attorney Phone # |
| Unk | N/A |

| Property Bins | Booking Officer |
|---|---|
| 0160 | OLSON, JILLIAN HOPE |
| | Intake Officer |
| | OLSON, JILLIAN HOPE |
| Prior Bookings | Search Officer |
| 123199, 120653, 111605, 109359, 106353, 105323, 92902, 81872, 75221, 43069 | OLSON, JILLIAN HOPE |

| Jail Alerts |
|---|
| None |

### CHARGES

| Case ID | Date Arrested | Officer | Agency | Charge | UCR | Charge: Type | Status | Amount | Bond: Status | Type |
|---|---|---|---|---|---|---|---|---|---|---|
| Arrest ID #: 290009 | | | | | | | | | | |
| 600017 | 09/07/2023 | Sanchez | LMC | ESCAPE / ESCAPE, ATTEMPTED ESCAPE OR POSSESS TOOLS TO ESCAPE | 99XX | F | PRET | $25,000.00 | ACTR | RECO |
| 22015644 | 09/07/2023 | Sanchez | LMC | DRUGS/MDP, NARCOTIC SCHED. I(B)&(C), LSD, AND SCHED. II 2ND | 99XX | F | PRET | $50,000.00 | ACTI | SURE |
| 22015458 | 09/07/2023 | Sanchez | LMC | DRUGS/MDP, NARCOTIC SCHED. I(B)&(C), LSD, AND SCHED. II 2ND | 99XX | F | PRET | $50,000.00 | ACTI | SURE |
| | 09/07/2023 | Sanchez | LMC | DRUGS/MDP, NARCOTIC SCHED. I(B)&(C), LSD, AND | 99XX | F | PRET | | ACTR | RECO |

jbook
Page 1

68554  .F.
**PRINGLE, BYRON LINDELLE**
*JM131174*



BAKER-K-063

| Case ID | Date Arrested | Officer | Agency | Charge | UCR | Charge: Type | Charge: Status | Amount | Bond: Status | Bond: Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | 09/07/2023 | Sanchez | LMC | SCHED. II 1ST TRAFFICK HEROIN MORPH ETC >4G BUT <14G 2ND OR SUB OFFENSE | 99XX | F | PRET | | ACTR | RECO |

**LEXINGTON COUNTY SHERIFF**
**BOOKING REPORT**
09/20/2023 13:04

**NOTES**

Page 2

68554    .F.
**PRINGLE, BYRON LINDELLE**
*JM131174*



BAKER-K-064

| STATE OF SOUTH CAROLINA | ) | IN THE SUMMARY COURT |
|---|---|---|
| County of Lexington | ) | |
|  | ) | DISCHARGE |
| State of South Carolina | ) | |

vs.

Byron Lindelle Pringle
DEFENDANT(S)

**DISCHARGE**

By Matthew A. Johnson (Magistrate), Judge in and for the County and state aforesaid,

To the Sheriff and Keeper of the Common Jail in the said County:

The Defendant, Byron Lindelle Pringle, having been committed to your custody for the charge of:

| Case number | Charge | Trial Court | Bond Type | Amount |
|---|---|---|---|---|
| 2023A3210201481 | Drugs / MDP, Narcotic drugs in Sch. I(b) & (c), LSD, and Sched. II - 2nd offense | General Sessions | Cash Bond<br>Surety Bond | $50,000.00<br>$50,000.00 |
| 2023A3210201482 | Drugs / MDP, Narcotic drugs in Sch. I(b) & (c), LSD, and Sched. II - 2nd offense | General Sessions | Cash Bond<br>Surety Bond | $50,000.00<br>$50,000.00 |
| 2023A3210600017 | Escape / Escape, attempted escape or possess tools to escape from prison, recaptured | General Sessions | Cash Bond<br>Surety Bond | $25,000.00<br>$25,000.00 |

2023 SEP 26 16:44:24

has posted bond of type
  Surety Bond in the amount of $125,000.00 by Free-Man Bonding/ Joyce Freeman at 1106 Kitty Hawk Dr, West Columbia, SC, 29170

and having given bond as required by the Court, you are hereby authorized and required to discharge the said Defendant from your custody. Provided that said Defendant is not held by you upon commitment for some other offense.

GIVEN UNDER MY HAND AND SEAL THIS DAY September 26, 2023

_____ (Seal)
(Judge)
Lexington County, SC

Ashley Lucas
Notary Public, State of South Carolina
My Commission Expires Nov. 17, 2031

Page 1 of 1

BAKER-K-175

# COMMITMENT

☐ Original Commitment
☐ Additional Charge(s)

TO: Director Lexington County Detention Center            Date: 9/8/2023

You are hereby commanded by this Court to hold in your custody,

_____Byron Lindelle Pringle_____    DOB: 09/21/1975    Race: B    Sex: M
(Defendant's name)
1803 Marley Dr
Columbia, SC 29210

_____
(Address)

Bonding Company:

| Case number | Charge | Trial Court | Bond Type | Amount |
|---|---|---|---|---|
| 2023A3210201481 | Drugs / MDP, Narcotic drugs in Sch. I(b) & (c), LSD, and Sched. II - 2nd offense | General Sessions | Cash Bond<br>Surety Bond | $50,000.00<br>$50,000.00 |
| 2023A3210201482 | Drugs / MDP, Narcotic drugs in Sch. I(b) & (c), LSD, and Sched. II - 2nd offense | General Sessions | Cash Bond<br>Surety Bond | $50,000.00<br>$50,000.00 |
| 2023A3210600017 | Escape / Escape, attempted escape or possess tools to escape from prison, recaptured | General Sessions | Cash Bond<br>Surety Bond | $25,000.00<br>$25,000.00 |

125,000 SB

SB

That you are commanded by this Court to continue custody of the named person until the person in custody is ordered to be released by a Judicial Officer.

Judge _____*M Johnson*_____ Lexington County, SC

Page 1 of 1

BAKER-K-176

05-JAN-2024 SCANNED

STATE OF SOUTH CAROLINA
COUNTY OF LEXINGTON

THE STATE

ORIGINAL

v.

Byron Lindelle Pringle

**********BENCH WARRANT**********
FAILURE TO APPEAR
GENERAL SESSIONS COURT

G 230961

WARRANT#(s):
2023A3210600017 - Escape
2023A3210201481 – Drugs
2023A3210201482 – Drugs
2021A3210600017 – Larceny
2021A3210201330 – Drugs, trafficking herion
2021A3210900024 - Drugs

Address: 1803 Marley Dr
Columbia, SC 29210
Bond Address: 1803 Marley Dr
Columbia, SC 29210
Phone:

Sex: M      RACE: B
DOB:
SSN#:
FBI#: 227365TA1
SID#: SC00899591
DMV ID Type: Regular Drivers License    Issued By: SC
ID or License #: 007440954
Height: 5-11      Weight: 190
Eyes: Brown      Hair: Black
Other Information:
Def. Atty: Ola Johnson
Solicitor: Luke A. Pincelli

Bond Information:

PR         Surety
$125,000   $25,000   $2,000

Agency: Lexington Medical Center Public Safety
Officer: Nicholas A Dantzler
Date of Arrest: 9/8/2023

To all the Sheriffs, Deputy Sheriffs, Constables, and other Peace Officers of the State:
WHEREAS, at the term of aforesaid Court on <u>November 30, 2023</u> it was among other things ordered by Judge <u>Walton McLeod</u> that a bench warrant should be issued for the arrest of Defendant: **Byron Lindelle Pringle**. It is, THEREFORE, ORDERED that you make diligent search for the above named and take him to the county jail where he/she be safely held until he/she may be brought before this Court, or otherwise discharged by due course of Law. It is, FURTHER ORDERED, that the county jailer notify the Clerk of Court and the Solicitor immediately, in writing during the normal operating hours of the office of the Clerk of Court and Solicitor, that the above named is in custody.
WITNESS, the Clerk of Court for the County of Lexington on the _5_ day of _December_, 2023.

Lisa Comer
Lisa Comer Clerk of Court
Lexington C.C.C.P. & G.S.

RETURN OF SERVICE         SPACE FOR OFFICIAL USE ONLY

Date served: _____
Served by: _____
-or-
Date Returned: 01-02-2024
Reason for: Deceased

RETURNED TO THE CLERK OF COURT LEXINGTON, S.C. UPON SERVICE OR RETURN

RECEIVED
DEC 11 2023
Lexington Co. Sheriff's Dept.

BAKER-K-179