IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Pamela A. Baker, ) | Civil Action No.: 3:24-cv-04303-JDA |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Leon Lott in his official capacity as the Sheriff ) | |
| of Richland County Sheriff's Office; the ) | |
| Richland County Sheriff's Office; and ) | |
| Deputies Matthew Smith, Michael Dillard and ) | |
| Bryan Hodge, ) | |
| ) | |
| Defendants. ) | |
| ) | |

# EXHIBIT C

## to

## MOVANT'S STATEMENT OF MATERIAL FACTS

Bates Pringle Medical Subp. Resp. (Prisma)_0000010, 0000013, 0000016, 0000043 and 0000195



RH MICU
5 Medical Park Rd
COLUMBIA SC 29203

Pringle, Byron Lindelle
MRN: 976166107, DOB: ▉▉▉▉, Legal Sex: M
Adm: 12/20/2023, D/C: 12/21/2023

## 12/20/2023 - ED to Hosp-Admission (Discharged) in RH MICU (continued)

**ED Provider Note (continued)**

Attestation signed by Brown, Eric Alden, MD at 12/26/2023 10:45 AM

### Attending Attestation

I was present in the ED on the date of service, 12/20/23 for the history and physical, performed my own independent evaluation of the patient and have reviewed the notes, assessments, and/or procedures performed by the resident, I agree with her/his documentation of Byron Lindelle Pringle

Eric A. Brown, MD



Department of Emergency Medicine[AZ.1T]
Anna G Zmuda, MD
12/20/2023[AZ.2T]

Patient Name:[AZ.1T] Byron Pringle[AZ.2T]
MRN:[AZ.1T] 978837598[AZ.2T]

### History of Present Illness

Chief Complaint:[AZ.1T] Ingestion[AZ.2T]

History obtained from:[AZ.1T] the patient, EMS, and police[AZ.3M]

Byron Pringle[AZ.2T] is a(n)[AZ.1T] 48 y.o. male[AZ.2T] who[AZ.1T] has no past medical history on file.[AZ.2T] presents to the ED for evaluation of[AZ.1T] reported methamphetamine and heroine overdose.[AZ.4M] According to EMS and confirmed by patient, patient was found by police and he swallowed multiple packets of meth and heroin. He says that there were several grams of meth in each. He says that they were mostly wrapped in sandwich bags but not well. He thinks that he swallowed about 5 or 6. Occurred just 20 minutes prior to arrival. He says that he swallowed them in an attempt to hide them from police.[AZ.3M]

### History

| Past Medical History[AZ.1T] | Surgical History[AZ.1T] |
|---|---|
| History reviewed. No pertinent past medical history.[AZ.2T] | No past surgical history on file.[AZ.2T] |
| **Social History**[AZ.1T]<br>**Social History**<br><br>Tobacco Use<br>• Smoking status:   Not on file<br>• Smokeless tobacco:   Not on file<br>Substance Use Topics<br>• Alcohol use:   Not on file[AZ.2T] | **Medications**[AZ.1T]<br>No current outpatient medications[AZ.2T] |

### Physical Exam

Physical Exam:
Vitals:[AZ.1T]
Vitals:

|  | 12/21/23 0315 | 12/21/23 0330 | 12/21/23 0400 | 12/21/23 0500 |
|---|---|---|---|---|
| BP: | 121/78 | 137/86 | 138/87 | 126/79 |
| BP Location: |  |  |  | Right arm |
| Patient Position: |  |  |  | Lying |

Generated by 189191 at 8/5/25 9:31 AM                                                                                     Page 4

**PRISMA HEALTH**

RH MICU
5 Medical Park Rd
COLUMBIA SC 29203

Pringle, Byron Lindelle
MRN: 976166107, DOB: ▮▮▮▮, Legal Sex: M
Adm: 12/20/2023, D/C: 12/21/2023

**12/20/2023 - ED to Hosp-Admission (Discharged) in RH MICU (continued)**

ED Provider Note (continued)

### Encounter Orders

CK, Total                345 (*)
All other components within normal limits

**URINE DRUG SCREEN 10A WITHOUT CONFIRMATIONS - Abnormal; Notable for the following components:**

| | |
|---|---|
| Amphetamine Scrn, Urine | Positive (*) |
| Cocaine Scrn, Urine | Positive (*) |
| Fentanyl Scrn, Urine | Positive (*) |

All other components within normal limits

Narrative:
FOR MEDICAL PURPOSES ONLY
This Drug Screen is only a preliminary screening test.
A more specific alternate chemical method must be used to obtain a confirmed analytical result. Gas Chromatography/Mass Spectrometry (GC/MS) is the preferred confirmatory method. An order should be entered if confirmation is needed. Please contact the laboratory if confirmatory testing is needed on a specimen already collected.
The submitted urine specimen was screened at the listed cutoffs:

| Drug Class | Cutoff |
|---|---|
| Amphetamines | 500 ng/mL |
| Barbiturates | 200 ng/mL |
| Benzodiazepines | 200 ng/mL |
| Buprenorphine | 5 ng/mL |
| Cannabinoids | 50 ng/mL |
| Cocaine Metabolites | 150 ng/mL |
| Fentanyl | 1 ng/mL |
| Methadone | 300 ng/mL |
| Opiates | 300 ng/mL |
| Oxycodone | 100 ng/mL |

**BASIC METABOLIC PANEL (BMP) (BMET) - Abnormal; Notable for the following components:**

| | |
|---|---|
| Calcium | 7.9 (*) |
| Glucose | 101 (*) |
| Anion Gap | 4 (*) |

All other components within normal limits
Narrative:
Fasting Glucose:
Impaired Fasting 100 - 125 mg/dL
Diagnostic of Diabetes Mellitus >/= 126 mg/dL

Random Glucose:
Reference: 70 - 139 mg/dL
Diagnostic of Diabetes Mellitus >/= 200 mg/dL

**TROPONIN I - Normal**
**TROPONIN I - Normal**
**TROPONIN I - Normal**
**CBC WITHOUT DIFFERENTIAL - Normal**
**MAGNESIUM (MG) - Normal**
**PHOSPHORUS - Normal**
**URINALYSIS W/REFLEX MICROSCOPIC**
Narrative:

3:24-cv-04303-JDA   Date Filed 03/10/26   Entry Number 60-3   Page 4 of 6



**PRISMA HEALTH**

RH MICU
5 Medical Park Rd
COLUMBIA SC 29203

Pringle, Byron Lindelle
MRN: 976166107, DOB: [REDACTED], Legal Sex: M
Adm: 12/20/2023, D/C: 12/21/2023

## 12/20/2023 - ED to Hosp-Admission (Discharged) in RH MICU (continued)

### ED Provider Note (continued)

### ED Course
drinking his GoLytely.

After period of observation in the ED he had no decompensation. He did not have recurrence of his hypertension or tachycardia. Based on the risk of his ingestion and potential opening of swallowed packets resulting in quick decompensation, ICU consulted for admission for continued monitoring[AZ.5M]

### ED Course
**Wed Dec 20, 2023**
| | | |
|---|---|---|
| 2314 | Cocaine Scrn, Urine(!): | Positive |
| 2314 | Fentanyl Scrn, Urine(!): | Positive |
| 2314 | Amphetamine Scrn, Urine(!): | Positive |

### ED Course User Index

### Clinical Impressions
Drug overdose, accidental or unintentional, initial encounter [AZ.6T]

### Disposition
Patient was reevaluated. The results and disposition were discussed.

Disposition:[AZ.1T]
Admit: The decision to elevate care was made and plan is for admission to the hospital.[AZ.5M]

Electronically signed by Zmuda, Anna G, MD at 12/21/2023 6:02 AM
Electronically signed by Brown, Eric Alden, MD at 12/26/2023 10:45 AM

### Attribution Key
AZ.1 - Zmuda, Anna G, MD on 12/20/2023 7:04 PM
AZ.2 - Zmuda, Anna G, MD on 12/21/2023 6:02 AM
AZ.3 - Zmuda, Anna G, MD on 12/20/2023 7:58 PM
AZ.4 - Zmuda, Anna G, MD on 12/20/2023 7:13 PM
AZ.5 - Zmuda, Anna G, MD on 12/21/2023 5:59 AM
AZ.6 - Zmuda, Anna G, MD on 12/22/2023 4:46 AM
M - Manual, T - Template

### ED Notes

#### ED Triage Notes by Bryant, Jarvonna K, RN at 12/20/2023 1859

Author: Bryant, Jarvonna K, RN           Service: —                                  Author Type: Registered Nurse
Filed: 12/20/2023 7:09 PM                Date of Service: 12/20/2023 6:59 PM         Status: Signed
Editor: Bryant, Jarvonna K, RN (Registered Nurse)

Pt presents to ED in custody via EMS; pt possibly swallowed meth and heroin during a traffic stop; unsure of amount[JB.1M]

Electronically signed by Bryant, Jarvonna K, RN at 12/20/2023 7:09 PM

### Attribution Key
JB.1 - Bryant, Jarvonna K, RN on 12/20/2023 6:59 PM

Generated by 189191 at 8/5/25 9:31 AM                                                        Page 10

Pringle Medical Subp. Resp. (Prisma)_0000016



RH MICU
5 Medical Park Rd
COLUMBIA SC 29203

Pringle, Byron Lindelle
MRN: 976166107, DOB: ███████, Legal Sex: M
Adm: 12/20/2023, D/C: 12/21/2023

**12/20/2023 - ED to Hosp-Admission (Discharged) in RH MICU (continued)**

### Discharge Summary Note (continued)

had a CT abdomen and pelvis which did not show any foreign body in the GI tract. Patient was admitted to medical intensive care unit for closer monitoring after ingestion of multiple substance abuse as well as acute intoxication. Patient had no complications overnight, following morning woke up and was feeling well. His acute psychosis resolved. He was up and walking around. Patient wanted to leave AGAINST MEDICAL ADVICE. Patient was alert and oriented x 3, had capacity make his own decisions. Despite possibility of death from overdose after ingesting packages of drugs, patient still want to leave AGAINST MEDICAL ADVICE. Patient signed the paperwork immediately left.[SE.1M]

### Discharge Exam and Pertinent labs

**VITALS:**
BP (!) 133/92 | Pulse (!) 108 | Temp 97.6 °F (36.4 °C) (Oral) | Resp (!) 39 | Ht 180.3 cm (71") | Wt 83.9 kg (184 lb 15.5 oz) | SpO2 96% | BMI 25.80 kg/m²

**Discharge Condition:**[SE.1T] good[SE.1M]

**Physical Exam:**

| | |
|---|---|
| General | Well developed, well nourished, no acute distress |
| HEENT | Normocephalic, atraumatic |
| Heart | Regular rate and rhythm. No murmurs, gallops, or rubs |
| Lungs | Clear to auscultation bilaterally. Normal effort |
| Abdomen | Soft, nontender, non-distended. Positive bowel sounds |
| Extremities | Pulses equal. No edema |
| Skin | No lesions, ulcers |
| Neuro | No gross neurologic deficit, A/O x 4 |
| Psych | Normal mood, affect |

**Recent Pertinent Labs:**
**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| WBC | 10.5 | 12/21/2023 02:52 AM |
| HGB | 13.4 | 12/21/2023 02:52 AM |
| HCT | 39.9 | 12/21/2023 02:52 AM |
| PLT | 297 | 12/21/2023 02:52 AM |
| NA | 137 | 12/21/2023 02:52 AM |
| K | 4.0 | 12/21/2023 02:52 AM |
| CL | 107 | 12/21/2023 02:52 AM |
| CO2 | 26 | 12/21/2023 02:52 AM |
| BUN | 9 | 12/21/2023 02:52 AM |
| CREATININE | 1.01 | 12/21/2023 02:52 AM |
| GLUCOSE | 101 (H) | 12/21/2023 02:52 AM |
| CALCIUM | 7.9 (L) | 12/21/2023 02:52 AM |

### Administrative

**Discharge Disposition:**[SE.1T] Stable[SE.1M]

**Time:** Preparation of this discharge document took[SE.1T] 20[SE.1M] minutes for medication reconciliation, patient education, and coordination of services.[SE.1T]
This discharge summary is to serve 12/21/2023.[SE.1M]
**Shawn B Esperti, DO**[SE.1T]



**PRISMA HEALTH**

RH MICU
5 Medical Park Rd
COLUMBIA SC 29203

Pringle, Byron Lindelle
MRN: 976166107, DOB: ▇▇▇, Legal Sex: M
Adm: 12/20/2023, D/C: 12/21/2023

## 12/20/2023 - ED to Hosp-Admission (Discharged) in RH MICU (continued)

### Documents (continued)

#### Refusal of Medical Care - AMA - Scan on 12/20/2023

Scan (below)

PRINGLE, BYRON LINDELLE  09211975  976166107

**Prisma Health**

**Consent for Discharge Against Medical Advice**
**Absence Consent**

PRINGLE, BYRON
DOB:
MRN: 978837598
HAR: 451003664572
Adm Date: 12/20/2023

I, _Byron Pringle_, a patient at Prisma Health, am being discharged against the advice of the attending physician. I acknowledge that I have been informed of the risk involved and herby release the attending physician, his associates, partners, assistants or designees, and hospital of any of its personnel from all responsibilities for any ill effects which may result from such discharge.

Patient's Signature: _[signed]_    Patient / Guardian Print Name: _Byron_    Date: 12/21/23    Time: 0919

Relation to Patient: _Self_

Witness: _[signed] RN_    Witness Print Name: _Shuler W.J. RN_    Date: 12/21/23    Time: 0919

---

**ABSENCE CONSENT**

I _____, a patient at Prisma Health find it necessary to leave the hospital temporarily. I am fully aware that whatever illness and/or injuries which may befall me during my absence shall not be the responsibility of the Physicians(s) in charge, the hospital, or anyone connected with Prisma Health.

Patient's Signature or Legally Qualified Representative    Patient / Guardian Print Name    Date    Time

Relation to Patient

Witness    Witness Print Name    Date    Time

55031S10mr  8/13 r2/20