IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Pamela A. Baker, <br><br> Plaintiff, <br><br> v. <br><br> Leon Lott in his official capacity as the Sheriff of Richland County Sheriff's Office; the Richland County Sheriff's Office; and Deputies Matthew Smith, Michael Dillard and Bryan Hodge, <br><br> Defendants. | Civil Action No.: 3:24-cv-04303-JDA |

# EXHIBIT D

## to

## MOVANT'S STATEMENT OF MATERIAL FACTS

Bates BAKER-A-003-004

# RICHLAND COUNTY SHERIFFS DEPT

5623 TWO NOTCH RD COLUMBIA, SC 29223
803-576-3000



Case #:2312024229                                         Incident #: 2312024229

### Ross, Ben
| | |
|---|---|
| **Person Number:** | 1 |
| **DOB:** | ▇▇/1978 |
| **Age:** | 45 |
| **Phone 1:** | (803)-600-1796 |
| **Email:** | |

## Offenses (1)

### 000145 ASSISTING OTHER AGENCIES
| | |
|---|---|
| **UCR/NIBRS Code:** | 90M OTHER AGENCIES (INCLUDING MENTAL HEALTH PATIENTS) |
| **Counts:** | 1 |
| **Attempted/Completed:** | Completed |
| **Completed:** | Yes |
| **Units Entered:** | |
| **Bias Motivation:** | NOT A BIAS MOTIVATED INCIDENT |
| **Premise Type:** | HIGHWAY/ROAD/ALLEY |
| **Offender Suspected of Using:** | Not Applicable |
| **Cargo Theft:** | |

## Vehicle (1)

### 2017 Nissan Sentra
| | |
|---|---|
| **Vehicle Type:** | 2 OR 4 DOOR SEDAN (PASSENGER) |
| **License Plate Number:** | MKD362 |
| **License Plate State:** | SC SOUTH CAROLINA |
| **Style:** | |
| **Type Of Loss:** | |

## Property (0)

**Property Class:**

## Drug (0)

**Property Class:**

## Narrative (1)

**Smith, Matthew 2225**                                                                                       **12/29/2023**

On 12/29/2023 I was enroute to my special assignment/ off duty when an undercover Lexington Sheriffs Deputy came over onto Tac 4 requesting a marked unit for a known wanted individual traveling toward Richland County on Bush River Rd. Lexington Deputies gave the description of the vehicle bearing

# RICHLAND COUNTY SHERIFFS DEPT

5623 TWO NOTCH RD COLUMBIA, SC 29223
803-576-3000



Case #:2312024229                                                                                       Incident #: 2312024229

SCTAG MKD362 as a Black Nissan Sentra, the driver occupying the vehicle is Byron Pringle (DOB:     /1975) who is wanted out of Lexington County (NIC:W353958585) and license is suspended. I located the vehicle on Bush River Road crossing I-126 towards Broad River Road located in Richland County. I initiated a suspicious vehicle stop and the driver failed to yield and evaded at a high rate of speed.

The vehicle began to drive in the opposite lane of travel on Greystone Blvd before taking the on-ramp to I-126 inbound to downtown Columbia. The vehicle hopped them median and began driving into oncoming traffic on I-126. The vehicle was estimated to be traveling about 70 to 80 miles an hour in the number one lane in opposite way of travel. R/O lost eyes on the vehicle as it crest the hill, as units came over the hill the suspect vehicle had collided head on with another vehicle at approx.. 14:25. K9 handler Hodge deployed K9 Kobe and both Hodge and I drew and pointed our service pistols at the suspect. The suspect was entrapped and pinned in the dash. EMS and Fire were requested and Hodge and I holstered our service weapons and proceeded to render first aid.

The vehicle that Byron collided head on with was a Mercedes bearing SCTAG:P0204ZJ driven by Pamela Baker (DOB:     /1967) her phone number is (803) 917-2626) Pamela complained of mostly back pain but sustained minor injuries. She was transported to Richland Memorial. Byron also sideswiped a car bearing SCTAG WVW185 containing Karine Cobb (DOB:     /1970) phone number 893 404-1189, who was driving and passenger Gerard Guyot (DOB:     /1942). Byron also blew up some debris on the roadway which struck Nicole Boyle vehicle, her phone number is (803) 920-8708. Nicole left the scene prior to SCHP arrival and called into to dispatch for a report.

RCEMS unit S159 declared Byron deceased at 14:41 and RCCO and SCHP responded to the scene. Upon RCCO removing Byron from the vehicle. 2 small bags containing a white powdery substance believed to be fentanyl was collected from Byron's clinched hand. A vehicle searched was conducted and another small bag believed to be containing fentanyl was collected by Deputy Stern. All evidence was collected and submitted by me at RCSD HQ. Desk Sgt Parrish was notified and took Byron out of NCIC, Major Gonzalez responded to the scene and Chief Mcduffie was contacted. Scene was transferred over to SCHP who will investigate all car accidents involved (SCHP Report Number: DPSB23CAD514939).

**Body Worn Camera:**     ON
**ShotSpotter:**     NO
**Author Name:**

| Officer (2) | | |
|---|---|---|
| **Reporting Officer:** | Smith, Matthew (2225) | 12/29/2023 16:10:00 |
| **Approving Officer:** | Smith, Rebekah (2029) | 12/31/2023 21:17:40 |