IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Pamela A. Baker, ) | Civil Action No.: 3:24-cv-04303-JDA |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Leon Lott in his official capacity as the Sheriff ) of Richland County Sheriff's Office; the ) Richland County Sheriff's Office; and ) Deputies Matthew Smith, Michael Dillard and ) Bryan Hodge, ) | |
| ) | |
| Defendants. ) | |

# **<u>EXHIBIT E</u>**

## to

## MOVANT'S STATEMENT OF MATERIAL FACTS

Bates BAKER-Q-057

# 2023 PROFESSIONAL STANDARDS REPORT AT A GLANCE

**Population of Richland County:**
- 416,147*
    - White: 44.6%
    - Black: 49.4%
    - Asian: 3.1%
    - American Indian and Alaska Native: 0.4%
    - Native Hawaiian and other Pacific Islander: 0.1%
    - Two or more races: 2.6%
    - Hispanic: 5.7%
    - Under 18 yoa: 21.2%
    - 65 yoa and over: 14.2%
    - Female: 51.9%

*The above population is based on the 2020 census.

Source: U.S. Census Bureau. (2020, April 1). *State & County QuickFacts: Richland County, South Carolina.* Retrieved January 29, 2024 from
https://www.census.gov/quickfacts/fact/table/richlandcountysouthcarolina,US/POP010220

**Richland County Sheriff's Department Demographic Profile: Our Employees**

|          | **Male** | **Female** | **Total** |
|----------|----------|------------|-----------|
| Sworn    | 519      | 177        | 696       |
| Civilian | 43       | 85         | 128       |
| Total    |          |            | 824       |

**Richland County Sheriff's Department Statistics: Our Workload**

**Calls for service:**

2022 calls for service: 143,505
2023 calls for service: 144,426
0.64% increase in calls for service from 2022 to 2023
*Calls for service not included in the above numbers: BOLO to RCSD, Drill, Front Desk Case Number Call, Out of Vehicle Subject to Call, R Test, Special Assignment/Off Duty, and Test Call.*

BAKER-Q-057