```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF SOUTH CAROLINA
                         COLUMBIA DIVISION
                   C.A. No.: 3:24-cv-04303-JDA
```

PAMELA BAKER,

        PLAINTIFF,

vs.

LEON LOTT, individually and in his official
capacity as the Sheriff of Richland County;
THE RICHLAND COUNTY SHERIFF'S DEPARTMENT;
and DEPUTIES MATTHEW SMITH, MICHAEL DILLARD,
and BRYAN HODGE,

        DEFENDANTS.

        30(b)(6)  D E P O S I T I O N

| | |
|---|---|
| WITNESS: | KELVIN WAYNE ASHE |
| DATE: | NOVEMBER 20, 2025 |
| TIME: | 10:46 A.M. |
| LOCATION: | BURR & FORMAN, LLP |
| | 1221 MAIN STREET, SUITE 1800 |
| | COLUMBIA, SOUTH CAROLINA 29201 |
| REPORTED BY: | AMBER SOMERO |

LEGAL EAGLE
Post Office Box 5682
Greenville, South Carolina 29606
864-467-1373
depos@legaleagleinc.com

```
 1        the hospital and they're admitted to further treatment
 2        by the physician, depending on the level of treatment
 3        they're receiving, then at some point, they're no longer
 4        in our custody.
 5   Q.   And if you arrest them and take them to the hospital, at
 6        what point in time are they no longer in your custody?
 7   A.   Well, if they are being treated and they're admitted to
 8        the intensive care unit, we can no longer provide any
 9        service because we're not allowed to go in that part of
10        the hospital.
11   Q.   And if they're not?
12   A.   And if they ---
13   Q.   If they just go in the emergency department for
14        treatment, when does the custody end?
15   A.   When we arrest them and take them to jail and they're
16        turned over to Alvin S. Glenn Detention Center.
17   Q.   And if you arrest the person, take them to the hospital,
18        and then the police just leave, has custody ended?
19   A.   Could you repeat that question again?
20   Q.   If a -- if a suspect is arrested -- if a suspect is
21        arrested and taken to the hospital, transported to the
22        hospital, and then the sheriff's department or the
23        deputy simply leaves the arrestee at the emergency room,
24        has custody ended?
25   A.   When we arrest someone and we take them to the hospital,
```

```
 1         they are released back into our custody once they're in
 2         our custody.  We have to get a release from a treating
 3         physician in order to transport them to the Alvin Glenn
 4         Detention Center.
 5    Q.   And if that didn't happen, is that a violation of the
 6         Richland County Sheriff's Department's policies and
 7         procedures?
 8              MR. SPREEUWERS:  Objection.  Vague.  It's outside
 9         the scope.  You can answer.
10    BY MS. JONES:
11    A.   Okay.  No.  Because typically, if we have them in our
12         custody, we do not release them.  We start a hospital
13         rotation on them until they are released back to us to
14         go to Alvin Glenn Detention Center.
15    Q.   But if that didn't happen?
16    A.   The only time that would possibly happen would be when
17         the level of treatment exceeds what they can do in the
18         ER and they are being put in intensive care unit and
19         that's when we release, relinquish custody.
20    Q.   Yes, sir.  But if that didn't happen and the arrestee
21         was simply released by the emergency physician and there
22         was no sheriff there, when did custody end?
23              MR. SPREEUWERS:  Objection.  Vague.  That's outside
24         the scope.  You can answer.
25    BY MS. JONES:
```