```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF SOUTH CAROLINA
                       COLUMBIA DIVISION
                  C.A. NO.: 3:24-CV-04303-JDA
```

PAMELA A. BAKER,
    PLAINTIFF,

VS.

LEON LOTT, individually
and in his official capacity
as the Sheriff of Richland County,
the Richland County Sheriff's Department;
and Deptuties Matthew Smith,
Michael Dillard and Bryan Hodge,
    DEFENDANTS.

## D E P O S I T I O N

| | |
|---|---|
| WITNESS: | MICHAEL DILLARD |
| DATE: | OCTOBER 2, 2025 |
| TIME: | 8:55 A.M. |
| LOCATION: | VIA ZOOM VIDEOCONFERENCE |
| REPORTER: | KALEN WILLIAMS |

LEGAL EAGLE
Post Office Box 5682
Greenville, South Carolina 29606
864-467-1373
depos@legaleagleinc.com

PAMELA A. BAKER vs LEON LOTT, ET AL.
Dillard, Michael 10/02/2025
46

```
 1   A.   We did, but it didn't -- it came back to a -- a female
 2        and we saw the male get into the car.  So, it -- it came
 3        back to nothing.
 4   Q.   Okay.  Do you remember any other specific instances
 5        where you downgraded while you were in a vehicle
 6        pursuit?
 7   A.   Yeah.  I mean, there's, another deputy got into pursuit
 8        on Broad River and he just -- I was behind him and he
 9        just called it off.  I don't -- I guess he just didn't
10        feel like risking -- if -- risking himself or the public
11        over a minor trafficking infraction.
12   Q.   Did you say a minor traffic infraction or a minor
13        trafficking infraction?
14   A.   Traffic.
15   Q.   Okay.  Thank you.  Okay.  Who can make the decision to
16        downgrade the code response in a vehicle pursuit?
17   A.   Anybody.
18   Q.   Okay.  So, on December 29th, 2023, you could have made
19        the decision to downgrade the code response in the
20        pursuit of Mr. Pringle?
21   A.   Well, I did downgrade.
22   Q.   And what do you mean by that?
23   A.   So, when I was taking place of -- when the K-9 jumped to
24        me to be number two, I fell back intentionally and
25        basically followed them.  And the only reason I followed
```

```
1        them is if he crashed or got out of the car and ran, I
2        would be close by to help run him down, but I was not in
3        the high pursuit.  So, I downgraded from being in the
4        high pursuit to being back farther.  So, that was a
5        downgrade.
6   Q.   Were your lights and sirens still on?
7   A.   They were, but my speed dropped.
8   Q.   Do you know how much your speed dropped?
9   A.   No.
10  Q.   Okay.  When you've previously downgraded, for example,
11       on December 12th, 2023, when you were pursuing the
12       motorcycle, do you make an announcement on the radio
13       that you're downgrading the response?
14  A.   Put out that I lost sight of him.  Then, pretty much the
15       general guideline is once you lose sight of him, you put
16       out the last seen spot or intersection.  Then, everybody
17       canvases.  Then, once you don't find him after a couple
18       minutes, it's pretty much just a given that the pursuit
19       is over.
20  Q.   Okay.  And -- and you discussed, I think, tight in the
21       pursuit versus sitting back.  Is there a defined amount
22       of space to determine whether you've downgraded the code
23       response in a vehicle pursuit between you and one of the
24       pursuing vehicles?
25  A.   Is there a defined?  No.  I mean, I've -- that's just
```

| | | |
|---|---|---|
| 1 | | vehicles are on foot.  They don't have enough time to |
| 2 | | react. |
| 3 | Q. | Okay.  So, paragraph I, officer training and experience. |
| 4 | | Why is that something to be taken into consideration? |
| 5 | A. | So, training to ensure everybody's kind of up to date on |
| 6 | | their training experiences.  I mean, it's important, but |
| 7 | | that's not really of -- of an effect. |
| 8 | Q. | Okay.  And then --- |
| 9 | A. | I mean, --- |
| 10 | Q. | --- K -- sorry, didn't mean to cut you off. |
| 11 | A. | Yeah. |
| 12 | Q. | And in K, speed and evasive tactics employed by the |
| 13 | | suspect.  Why is that something to be taken into |
| 14 | | consideration? |
| 15 | A. | Because it's a danger to the officer and the public. |
| 16 | Q. | Okay.  Let's see.  I'm on Baker M-332, subparagraph B. |
| 17 | | It starts talking about a second pursuing vehicle.  Were |
| 18 | | you the second pursuing vehicle in the pursuit of Mr. |
| 19 | | Pringle on December 29th, 2023? |
| 20 | A. | I started as a second, yes. |
| 21 | Q. | Okay.  And when -- when did you become not the second |
| 22 | | pursuing vehicle? |
| 23 | A. | River and Broad River, the K-9 vehicle passed me to take |
| 24 | | number two. |
| 25 | Q. | Okay.  Did you request that he pass you? |

1  A.   No.  It's typical.  I mean, I don't know if it's policy,
2       but it's typical practice for a felon -- a wanted felon
3       that's fleeing and there's already confirmed charges on
4       the felon for the K-9 to take number two spot, unless
5       it's his pursuit takes number two spot.  So, if he does
6       jump out and run, the suspect that is the dog can be
7       deployed.
8  Q.   Is that an -- an -- an unwritten policy?
9  A.   I couldn't tell you.  I know it's a common practice and
10      that I don't -- I can't recall Richland County's
11      policies verbatim.  I don't recall what's in them.  But
12      I know it's common practice at Richland County to have
13      the -- the K-9 as number two when possible.
14 Q.   Okay.  What about the K-9 taking over the number one
15      spot without request?  Is that also a common practice?
16          MR. SPREEUWERS:  Object to the form.  Misstates the
17      evidence.  Go ahead.
18 BY MR. JENKINS:
19 A.   It's not common practice, but it happens.
20 Q.   Okay.  I'm going read on Baker M-333, subparagraph C. It
21      states, as a general rule, deputy should not pursue a
22      vehicle driving the wrong direction on a roadway,
23      highway, or freeway.  Why should deputies, in your
24      opinion, not pursue a vehicle driving the wrong
25      direction on a roadway, highway, or freeway?

| | | |
|---|---|---|
| 1 | Q. | Okay. Do you remember if you were working days or |
| 2 | | nights in the month of December 2023? |
| 3 | A. | I don't remember. You know, I think I was day shift. |
| 4 | | That was a day shift. Because I remember driving home |
| 5 | | and it was getting dark. |
| 6 | Q. | Okay. Do you remember if you were working the day of |
| 7 | | December 20th, 2023? |
| 8 | A. | That's the day of the pursuit? |
| 9 | Q. | Yes, sir. |
| 10 | A. | December the 20th? |
| 11 | Q. | Yes, sir. |
| 12 | A. | Do I remember? No. |
| 13 | Q. | Okay. When did you first hear about Officer Abdullah's |
| 14 | | involvement with Mr. Pringle on December 20th, 2023? |
| 15 | A. | Yesterday. |
| 16 | Q. | Okay. Did you get sent a desk sergeant report each |
| 17 | | morning and evening when you were at the Richland County |
| 18 | | Sheriff's Department? |
| 19 | A. | Yes. At the end of the shift, the desk sergeant report |
| 20 | | would come out, but it only included major incidences. |
| 21 | Q. | In your words, what would you -- what are major |
| 22 | | incidents? |
| 23 | A. | Like felonies -- forced felonies. Sometimes if a -- a |
| 24 | | deputy got into a -- a crash, even if it was a small |
| 25 | | parking lot crash, that would always be included. But |

| | | |
|---|---|---|
| 1 | | really, serious crimes. |
| 2 | Q. | Is a -- a vehicle pursuit something you would consider a |
| 3 | | major incident? |
| 4 | A. | Not all vehicle pursuits were put on that. |
| 5 | Q. | Okay.  Do you know if the desk sergeant report on the |
| 6 | | morning of December 21st, 2023 included anything about |
| 7 | | Officer Abdullah's involvement with Byron Pringle on |
| 8 | | December 20th, 2023? |
| 9 | A. | Not that I re -- recall, no. |
| 10 | Q. | Okay.  Like I said earlier, I don't want to hear |
| 11 | | anything you talk with your attorneys about, but based |
| 12 | | on your knowledge, can you tell me what you know about |
| 13 | | the incident on December 20th, 2023 involving Mr. Byron |
| 14 | | Pringle and Officer Abdullah Zied? |
| 15 | | MR. SPREEUWERS:  I'm going to -- well, Ben, do you |
| 16 | | mind just asking him if he knows anything about it other |
| 17 | | than from a conversation with his lawyers? |
| 18 | | MR. JENKINS:  Absolutely. |
| 19 | BY MR. JENKINS: | |
| 20 | Q. | Deputy Dillard, do you know anything about the December |
| 21 | | 20th, 2023 arrest outside of conversations you had with |
| 22 | | your lawyers? |
| 23 | A. | No. |
| 24 | Q. | Okay.  So, on December 29th, 2023, the date of the |
| 25 | | pursuit of Mr. Pringle, around what time would you have |

| | | |
|---|---|---|
| 1 | | third vehicle back, and I kind of slowed down.  So, I |
| 2 | | don't -- I don't know if I did a pursuit pattern or not. |
| 3 | Q. | Outside of your attorneys, did anyone from the Richland |
| 4 | | County Sheriff's does -- Sheriff's Department call you |
| 5 | | to discuss the pursuit in the week after the pursuit? |
| 6 | A. | No. |
| 7 | Q. | Okay.  Scroll to Baker A-015 in this document.  Right |
| 8 | | here in the middle of the document, it says, comment |
| 9 | | 34-E6-ADV, EMS will have to come suicide, shared.  What |
| 10 | | does coming suicide mean to you? |
| 11 | A. | I have no idea what that's in reference to. |
| 12 | Q. | Okay.  In your law enforcement career, has anyone |
| 13 | | referenced driving suicide to you? |
| 14 | A. | No.  Have to come suicide?  No.  I don't -- I have no |
| 15 | | idea what that means. |
| 16 | Q. | But -- but as -- while -- while you've been a deputy at |
| 17 | | the three different agencies, driving suicide, what does |
| 18 | | that phrase mean to you? |
| 19 | A. | I've never heard that phrase.  Driving suicide, I -- I |
| 20 | | have no idea. |
| 21 | Q. | Okay. |
| 22 | A. | I've never heard that phrase before. |
| 23 | Q. | Okay.  You discussed earlier when you and Deputy Smith |
| 24 | | arrived and were on opposite -- I guess opposite sides |
| 25 | | of the road, and -- and Mr. Pringle was leaving the |