UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

- - -

| | |
|---|---|
| Pamela A. Baker, : | |
|     Plaintiff, : | Civil Action No.: |
| : | 3:24-cv-04303-JDA |
|   vs. : | |
| : | |
| Leon Lott, individually and : | |
| in his official capacity as : | |
| Sheriff of Richland County; : | |
| the Richland County Sheriff's : | |
| Department; and Deputies : | |
| Matthew Smith, Michael Dillard: | |
| and Bryan Hodge, : | |
|     Defendants. : | |

_____

VIDEOTAPED DEPOSITION OF LEON LOTT
_____

DATE TAKEN:     September 4, 2024
TIME BEGAN:     10:03 a.m.
TIME ENDED:     12:30 p.m.
LOCATION:       Burr & Forman
                1221 Main Street, Suite 1800
                Columbia, South Carolina
REPORTED BY:    Tami I. Watters, RPR, CRR
                    LEGAL EAGLE
                Post Office Box 5682
            Greenville, South Carolina 29606
        864-467-1373 / depos@legaleagleinc.com

Videotaped Deposition of Leon Lott

58

1  officer is with respect to this incident that's
2  referenced in Exhibit 10?
3      A    Because I was not part of this incident.
4      Q    Okay.  So where would I go to or what
5  would I look at to determine who the primary
6  officer of this incident that's shown in
7  Exhibit 10?
8      A    I don't know.
9      Q    What's the purpose of a primary officer?
10     A    I don't know.
11     Q    Okay.  With respect to Exhibit Number 10
12 page Baker A-003 --
13          You see that?
14     A    Yes, ma'am.
15     Q    Okay.  It has a narrative by Matthew
16 Smith.  In the narrative he says that:  On
17 December 29, 2023 I was en route to my special
18 assignment slash off duty.
19          Is it normal for uniformed patrol
20 officers to respond to calls from a
21 Lexington County or any other not jurisdictional
22 law enforcement jurisdiction when your officer's
23 off duty?
24     A    He's not off duty.
25     Q    Then why --

1 you didn't see any information in Exhibit 10 that
2 would lead you to believe that any immediate danger
3 to the public existed in the pursuit undertaken by
4 Officer Smith.
5              MR. GARFIELD:  Object to the form.
6              THE WITNESS:  No, ma'am.
7 BY MS. GOLDING:
8      Q    Okay.  Was, in fact, there an immediate
9 danger to the public in the pursuit that was
10 undertaken by Officer Smith?
11     A    I don't know.
12     Q    Okay.  Why don't you know?
13     A    Because I don't know.  I wasn't there.
14 Didn't participate in it.
15     Q    So the only basis you have for knowing if
16 an immediate danger existed is if you were present
17 at the pursuit; is that what you're testifying to?
18     A    That's what I base my conclusion on, yes,
19 ma'am.
20     Q    How many times have you been present in a
21 pursuit over your years of law enforcement?
22     A    I cannot give you a number.
23     Q    Okay.  Were you present in a pursuit --
24 in a vehicle pursuit in the calendar year 2025 thus
25 far?

Videotaped Deposition of Leon Lott

1  Q     Why don't you know any facts about this
2  wreck that occurred on December 2029 -- excuse
3  me -- December 2023 that seriously injured Pamela
4  Baker?
5            MR. GARFIELD:  Objection to the
6       form, several grounds.  Do the best you can.
7            THE WITNESS:  Because I was not
8       involved in it and I have people that handle
9       that.
10 BY MS. GOLDING:
11 Q     As the chief law enforcement officer of
12 Richland County, you don't believe that you have a
13 responsibility of knowing when someone dies in a
14 vehicle pursuit?
15           MR. GARFIELD:  Object to the form.
16           THE WITNESS:  Yeah, I would be
17      advised if someone died.
18 BY MS. GOLDING:
19 Q     Do you know if someone died in this
20 incident?
21 A     I do now, yes, ma'am.
22 Q     When did you first learn that someone
23 died?
24 A     I can't say.  I don't know.
25 Q     What is the policy with regard to