IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Pamela A. Baker,<br><br>Plaintiff,<br><br>v.<br><br>Leon Lott, individually and in his official capacity as the Sheriff of Richland County; the Richland County Sheriff's Department; and Deputies Matthew Smith, Michael Dillard and Bryan Hodge,<br><br>Defendants. | ) | Civil Action No.: 3:24-cv-04303-JDA<br><br>**APPENDIX TO PLAINTIFF'S OPPONENT'S STATEMENT OF MATERIAL FACTS** |

| **Exhibit No.** | **Document** | **Identifier** |
|---|---|---|
| Ex. 24 | Bryan Hodge Deposition Excerpts | September 19, 2025 |
| Ex. 25 | Michael Dillard Deposition Excerpts | October 2, 2025 |
| Ex. 26 | 30(b)(6) Deposition of Richland County Sherriff Department – Joanna McDuffie | November 20, 2025 |
| Ex. 27 | Leon Lott Deposition Excerpts | September 4, 2025 |
| Ex. 28 | Matthew Smith Deposition Excerpts | May 13, 2025 |
| Ex. 29 | Defendant's Discovery Responses | November 15, 2024 |
| Ex. 30 | 30(b)(6) Deposition of Richland County Sherriff Department – Dominick Pagano | November 19, 2025 |