PAMELA A. BAKER v. LEON LOTT, IN HIS OFFICIAL CAPACITY AS THE SHERIFF OF RICHLAND COUNTY SHERIFF'S OFFICE, ET AL.
CASE NO. 3:24-CV-04303-JDA

# EXHIBIT 25

## TO PLAINTIFF'S OPPONENT'S STATEMENT OF MATERIAL FACTS

***MICHAEL DILLARD DEPOSITION EXCERPTS***

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION
C.A. NO.: 3:24-CV-04303-JDA

PAMELA A. BAKER,
PLAINTIFF,

VS.

LEON LOTT, individually
and in his official capacity
as the Sheriff of Richland County,
the Richland County Sheriff's Department;
and Deptuties Matthew Smith,
Michael Dillard and Bryan Hodge,
DEFENDANTS.

D E P O S I T I O N

WITNESS: MICHAEL DILLARD
DATE: OCTOBER 2, 2025
TIME: 8:55 A.M.
LOCATION: VIA ZOOM VIDEOCONFERENCE
REPORTER: KALEN WILLIAMS

LEGAL EAGLE
Post Office Box 5682
Greenville, South Carolina 29606
864-467-1373
depos@legaleagleinc.com

MR. SPREEUWERS: Object to the form.

BY MR. JENKINS:

Q. Yes, sir.

A. Just because of the -- the speed and people aren't expecting it.

Q. Okay. All right. I'm now going to go to Exhibit 43, go to the first page. Have you ever seen this document before?

A. I don't recall.

Q. Okay. Did -- when you were at the Richland County Sheriff's Department, did the Professional Standards Division ever contact you regarding any of the pursuits you were involved in?

A. Let's see. No. I've never been investigated by IA.

Q. But did they ever just contact you generally, not necessarily an investigation?

A. I don't recall, no.

Q. Okay. Do you know what the process is for compiling the statistics for these professional standards reports?

A. No.

Q. Okay. Do you know who at the Richland County Sheriff's Department would know what the process is?

A. I don't. Is it McDuffie, the -- the female law person at -- at the Richland County? She would know.

Q. Okay. In your time at the Richland County Sheriff's

Q. Okay. And when you say it has to be planned, why does it have to be planned?
A. Because, as I said earlier, it's a dangerous maneuver. Two vehicles are colliding, so you have to plan where you want the suspect vehicle to end up.
Q. Okay. When you are engaged in a vehicle pursuit, is that a high stress situation for you?
A. For me, not really.
Q. Okay. And why not?
A. Because I've done it a lot, and I've done it, not only as a police officer, but overseas.
Q. Okay. Can you tell me, when you say overseas, what you mean by that?
A. Doing contract work overseas.
Q. Okay. So, you've performed PIT maneuvers overseas?
A. Correct.
Q. Okay. I'm going to leave contract work. I'm not going to mess with that. Okay. When you're engaged in a vehicle pursuit as a police officer, are -- do you fall back on your training?
A. I fall back on my experience --- my life experience.
Q. Okay. Do you fall back on the policies and procedures of the department?
A. I don't. I mean, I don't know. I think it would be more accurate for -- for human reaction to fall back on