PAMELA A. BAKER V. LEON LOTT, IN HIS OFFICIAL CAPACITY AS THE SHERIFF OF RICHLAND COUNTY SHERIFF'S OFFICE, ET AL.
CASE NO. 3:24-CV-04303-JDA

# EXHIBIT 27

## TO PLAINTIFF'S OPPONENT'S STATEMENT OF MATERIAL FACTS

***LEON LOTT DEPOSITION EXCERPTS***

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION
\- - -

| | | |
|---|---|---|
| Pamela A. Baker, | : | |
| Plaintiff, | : | Civil Action No.: |
| | : | 3:24-cv-04303-JDA |
| vs. | : | |
| | : | |
| Leon Lott, individually and | : | |
| in his official capacity as | : | |
| Sheriff of Richland County; | : | |
| the Richland County Sheriff's | : | |
| Department; and Deputies | : | |
| Matthew Smith, Michael Dillard | : | |
| and Bryan Hodge, | : | |
| Defendants. | : | |

VIDEOTAPED DEPOSITION OF LEON LOTT

| | |
|---|---|
| DATE TAKEN: | September 4, 2024 |
| TIME BEGAN: | 10:03 a.m. |
| TIME ENDED: | 12:30 p.m. |
| LOCATION: | Burr & Forman<br>1221 Main Street, Suite 1800<br>Columbia, South Carolina |
| REPORTED BY: | Tami I. Watters, RPR, CRR |

LEGAL EAGLE
Post Office Box 5682
Greenville, South Carolina 29606
864-467-1373 / depos@legaleagleinc.com

sake of argument that Deputy Hodge passed Deputy Smith and another pursuing vehicle without requesting, or without being requested, in fact, would he have been in violation of this policy?
A I have no idea.
MR. GARFIELD: Objection, hypothetical, compound question. Go ahead.
THE WITNESS: I can't answer that.
BY MS. GOLDING:
Q If a police officer with the Richland County Sheriff's Department or deputy violates this provision B that we just read, what are the consequences?
A I have no idea.
Q If a deputy sheriff violates this provision in overtaking the pursuing vehicle, Officer Smith, would an investigation be undertaken?
A I don't know.
Q If a police officer violated this provision and overpassed and went beyond -- overtook the first responding vehicle, would that police officer have been subject to disciplinary action?
A I don't know the factors involved.