IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Pamela A. Baker,<br><br>Plaintiff,<br><br>v.<br><br>Leon Lott in his official capacity as the Sheriff of Richland County Sheriff's Office; the Richland County Sheriff's Office; and Deputies Matthew Smith, Michael Dillard and Bryan Hodge,<br><br>Defendants. | ) | Civil Action No.: 3:24-cv-04303-JDA |

# EXHIBIT A

**TO**

**RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS ON BEHALF OF DEFENDANTS**

Deposition Excerpts of Michael Prichett

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION
C.A. No.: 3:24-cv-04303-JDA

PAMELA BAKER,

PLAINTIFF,

vs.

LEON LOTT, individually and in his official capacity as the Sheriff of Richland County; THE RICHLAND COUNTY SHERIFF'S DEPARTMENT; and DEPUTIES MATTHEW SMITH, MICHAEL DILLARD, and BRYAN HODGE,

DEFENDANTS.

30(b)(6) D E P O S I T I O N

WITNESS: MICHAEL E. PRITCHETT
DATE: NOVEMBER 20, 2025
TIME: 9:09 A.M.
LOCATION: BURR & FORMAN, LLP
1221 MAIN STREET, SUITE 1800
COLUMBIA, SOUTH CAROLINA 29201

REPORTED BY: AMBER SOMERO

LEGAL EAGLE
Post Office Box 5682
Greenville, South Carolina 29606
864-467-1373
depos@legaleagleinc.com

Q. Okay. Skip around a little bit. How many pursuits has the Richland County Sheriff's Department engaged in on a yearly basis during the last ten years?

A. In the last ten years -- the number of pursuits have risen over the last ten years. Year-to-date, we're probably at 330. Reasons why the pursuits have increased, technology, proactive policing, maybe COVID might have something to do with it, and the fact that bad guys just don't want to go to jail.

Q. And can you tell me how many on a yearly basis?

A. I can show you the documents if I'm allowed to do that.

Q. Yes, sir. Did you bring some documents with you?

A. I have -- I have this. Year 2015, we had 100 pursuits. Year 2016, we had 91. 2017, we had 111. 2018, we had 163. 2019, we had 161. 2020, we had 213. 2021, we had 256. 2022, we had 398. 2023, we had 448. 2024, we had 419. And this year, so far to date, we have 335.

Q. And who prepared that document that you're reading from, sir?

A. Jennifer Spurrier.

MS. JONES: Okay. I'd like to mark that, get a copy of it, and mark it.

MR. SPREEUWERS: This is a communication where a client has sent an email copy to myself and to Mr. Garfield, and so we'll not be producing or showing