IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Pamela A. Baker,<br><br>Plaintiff,<br><br>v.<br><br>Leon Lott, individually and in his official capacity as the Sheriff of Richland County; the Richland County Sheriff's Department; and Deputies Matthew Smith, Michael Dillard and Bryan Hodge,<br><br>Defendant. | C/A No.: 3:24-cv-04303-JDA<br><br>**AFFIDAVIT OF JENNIFER SPURRIER** |

PERSONALLY APPEARED BEFORE ME **Jennifer Spurrier**, who being first duly sworn, deposes and states as follows:

1) I am over the age of eighteen (18) and am fully competent to make this affidavit.

2) I am employed by the Richland County Sheriff's Department ("RCSD") as Public Information Coordinator as of April 2026. I previously was Accreditation Manager, and I provided direct support to Joanna McDuffie, Deputy Chief for Legal Affairs.

3) As part of my duties and responsibilities, I routinely interact with attorneys and members of the public who have submitted FOIA requests or served subpoenas for records. I also regularly assist representatives from the Fifth Circuit Solicitor's Office and counsel who represent the Richland County Sheriff's Department with discovery-related matters, including gathering records, videos and other information as requested.

4) Documents and videos that are typically responsive to discovery requests are maintained by multiple divisions, departments and computer systems within the Richland County

Sheriff's Department, and I often serve as the point person to coordinate search efforts and collect documents, videos and information from various sources.

5) I am familiar with the discovery in this case, including voluminous RCSD records that have been produced to the Plaintiff. I have confirmed that all documents and videos related to the December 29, 2023, pursuit of Byron Pringle have been provided to defense counsel, Robert Garfield. This production included the incident report, drug report, pursuit packet, CAD report, and videos from the body-worn cameras and dash cameras of Matthew Smith, Bryan Hodge and Michael Dillard. I also confirmed that no defensive action reports were created for this pursuit because none of the deputies involved used force against anyone.

6) In responding to discovery in this case, I used the Tri-Tech system to search for all pursuit packets authored by Matthew Smith, Bryan Hodge, and Michael Dillard prior to December 29, 2023, and have confirmed that all of the results from that search have been produced in this case.

7) I am familiar with the RCSD computerized record system, including software used to generate and maintain incident reports, pursuit packets, and other related documents like those produced in this case.

8) Typically, the deputy who initiated the pursuit will complete a pursuit packet, unless he/she fell behind in the pursuit or became less knowledgeable than other deputies for some reason.

9) On December 29, 2023, the RCSD used a software called Tri-Tech to input and maintain incident reports, pursuit packets, and associated reports. This system came online in early 2019, and prior to that, reports were housed in a system called Visions.

10) In January 2024, pursuit packets were transitioned to another software called Benchmark. This transition has required an extensive data migration process from the older and

varied systems, which has been very difficult and remains incomplete to this day. Since that time, pursuit packets still stored in Tri-Tech do not have the same functionality. For instance, results can be generated from a search, but only the list of results can be printed, up to 500 results at a time. Each individual pursuit packet would then need to be accessed from the list and saved one-by-one in a usable format such as PDF.

11) In order to locate a specific incident report or pursuit packet in Tri-Tech, a search can be performed by case number, date or name. If searching by name, the results generated may include reports authored by that deputy or reports that list that deputy as the initiating officer or both.

12) Based upon my experience with these types of reports, it is very common that not every deputy involved in a given pursuit will be named in the pursuit packet. In fact, upon information and belief, the majority of incident reports and pursuit packets do not list every deputy that actually participated. Rather, only deputies with significant or primary involvement will end up named. Therefore, while a thorough search will return all pursuit packets in which a deputy is actually named, those results will not necessarily accurately reflect all of the pursuits in which a given deputy actually participated.

13) In my experience, it is common for deputies assigned to the RCSD K-9 Unit to join pursuits since there is a likelihood that individuals who attempt to flee law enforcement in a vehicle to also flee on foot at the end of a pursuit. Therefore, canine deputies typically participate in far more pursuits than the average deputy. However, RCSD records do not necessarily reflect this greater involvement for the reasons I described above.

14) Booking reports for the Alvin S. Glenn Detention Center are typically prepared by arresting deputies and printed at the detention center. They are then left at the detention center

with the suspect being booked. Based upon my experience and knowledge of Tri-Tech, booking reports are rarely entered into it.

15) I am also familiar with the report referred to as the "desk sergeant report," which is an email summary of major activities undertaken by the RCSD during each shift. There is a desk sergeant report distributed at the conclusion of each day shift and each night shift. What each desk sergeant decides to include in this report varies widely, and these reports are only retrievable from a given deputy's email if he/she has elected to save a copy. It is my understanding that deputies often delete desk sergeant reports because their email inboxes have very limited storage. It is also my understanding that, when a deputy's employment with the RCSD ends, his/her emails are deleted and are no longer accessible after 30 days.

16) I was asked in my deposition as a 30(b)(6) representative of the RCSD about the tow slip for the vehicle driven by Byron Pringle on December 20, 2023. I was able to access that report from my computer during the deposition, but I noted that it was not filed correctly in Tri-Tech. It did not appear with K-9 Specialist Abdullah's incident report as a tow slip normally would.

FURTHER AFFIANT SAYETH NOT.

______________________________
**Jennifer Spurrier**

SWORN TO BEFORE ME this 23rd day
of April, 2026.

______________________________ (SEAL)
Notary Public for South Carolina
My Commission expires: 11/29/2026