IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

Pamela A. Baker,

Plaintiff,

v.

Leon Lott in his official capacity as the Sheriff of Richland County Sheriff's Office; the Richland County Sheriff's Office; and Deputies Matthew Smith, Michael Dillard and Bryan Hodge,

Defendants.

Civil Action No.: 3:24-cv-04303-JDA

# EXHIBIT B

**TO**

**RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS ON BEHALF OF DEFENDANTS**

Email dated August 12, 2025

**Subject:** RE: Baker v. Lott - Sheriff's depo
**Date:** Tuesday, August 12, 2025 at 1:56:03 PM Eastern Daylight Time
**From:** Golding, Henrietta
**To:** Adam Bruyere, Jenkins, Ben
**CC:** Jones, Celeste, Choy, Michael, Oken, Melissa, Gibson, Lisa, Robert Garfield, Steve Spreeuwers
**Attachments:** image003.jpg, image004.jpg, image006.png

Adam –
I bet it is an attorney who wants the deposition to start at 10 am. I'm ok with 10 am at Burr office. Henri

BURR & FORMAN

Henrietta Golding
*Partner*

HGolding@burr.com
843-443-3003 (*direct*)

*2411 Oak Street, Suite 206*
*Myrtle Beach, South Carolina 29577*

---

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.

**From:** Adam Bruyere <adam@gslawsc.com>
**Sent:** Tuesday, August 12, 2025 1:54 PM
**To:** Golding, Henrietta <HGolding@burr.com>; Jenkins, Ben <bjenkins@burr.com>
**Cc:** Jones, Celeste <CTJones@burr.com>; Choy, Michael <mchoy@burr.com>; Oken, Melissa <MOken@burr.com>; Gibson, Lisa <LGibson@burr.com>; Robert Garfield <robert@gslawsc.com>; Steve Spreeuwers <steve@gslawsc.com>
**Subject:** RE: Baker v. Lott - Sheriff's depo

**This is an EXTERNAL email! STOP, ASSESS, and VERIFY**

---

Would it be possible to begin at 10 o'clock?

Thanks,

Adam J. Bruyere
*Paralegal*
Garfield Spreeuwers Law Group, LLC
803.964.9606

**From:** Golding, Henrietta <HGolding@burr.com>
**Sent:** Tuesday, August 12, 2025 1:53 PM
**To:** Jenkins, Ben <bjenkins@burr.com>; Adam Bruyere <adam@gslawsc.com>
**Cc:** Jones, Celeste <CTJones@burr.com>; Choy, Michael <mchoy@burr.com>; Oken, Melissa <MOken@burr.com>; Gibson, Lisa <LGibson@burr.com>; Robert Garfield <robert@gslawsc.com>; Steve Spreeuwers <steve@gslawsc.com>
**Subject:** RE: Baker v. Lott - Sheriff's depo

Hello Adam –
Lott's video deposition will start at 9:30 am on Thursday September 4.  thanks Henri

Henrietta Golding
*Partner*

HGolding@burr.com
843-443-3003 (*direct*)

*2411 Oak Street, Suite 206*
*Myrtle Beach, South Carolina 29577*

---

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.

---

**From:** Jenkins, Ben <bjenkins@burr.com>
**Sent:** Tuesday, August 12, 2025 1:50 PM
**To:** Adam Bruyere <adam@gslawsc.com>
**Cc:** Jones, Celeste <CTJones@burr.com>; Golding, Henrietta <HGolding@burr.com>; Choy, Michael <mchoy@burr.com>; Oken, Melissa <MOken@burr.com>; Gibson, Lisa <LGibson@burr.com>; Robert Garfield <robert@gslawsc.com>; Steve Spreeuwers <steve@gslawsc.com>
**Subject:** RE: Baker v. Lott - Sheriff's depo

Adam:

September 4, 2025 works for us. We will get an amended deposition notice out.

**Benjamin R. Jenkins IV**
*Associate*
Columbia
803-753-3239 (direct)
843-532-4083 (mobile)

---

**From:** Adam Bruyere <adam@gslawsc.com>
**Sent:** Tuesday, August 12, 2025 1:39 PM
**To:** Jenkins, Ben <bjenkins@burr.com>
**Cc:** Jones, Celeste <CTJones@burr.com>; Golding, Henrietta <HGolding@burr.com>; Choy, Michael <mchoy@burr.com>; Oken, Melissa <MOken@burr.com>; Gibson, Lisa <LGibson@burr.com>; Robert Garfield <robert@gslawsc.com>; Steve Spreeuwers <steve@gslawsc.com>
**Subject:** Baker v. Lott - Sheriff's depo

**This is an EXTERNAL email! STOP, ASSESS, and VERIFY**

---

Mr. Jenkins, we have learned that Sheriff Lott is not available for his deposition on Sept. 3, but he is available on the 4th. Please advise whether this change is suitable, and if so, what time you would like to begin his deposition.

Thanks,

Adam J. Bruyere
*Paralegal*
1220 Pickens Street
Columbia, SC 29201
Direct: 803.964.9606

GARFIELD SPREEUWERS

This e-mail and the information transmitted contains PRIVILEGED and CONFIDENTIAL information and is the property of the sender. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this information, or the taking of any action in reliance on the content of this information, is strictly prohibited. If you have received this e-mail in error, please delete the original transmittal of this information.