IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Pamela A. Baker,<br><br>Plaintiff,<br><br>v.<br><br>Leon Lott in his official capacity as the Sheriff of Richland County Sheriff's Office; the Richland County Sheriff's Office; and Deputies Matthew Smith, Michael Dillard and Bryan Hodge,<br><br>Defendants. | Civil Action No.: 3:24-cv-04303-JDA |

# EXHIBIT D

**TO**

**RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS ON BEHALF OF DEFENDANTS**

Email dated March 19, 2025

**Subject:** Re: Baker supplement
**Date:** Wednesday, March 19, 2025 at 4:32:04 PM Eastern Daylight Time
**From:** Steve Spreeuwers
**To:** Jones, Celeste, Adam Bruyere, Jenkins, Ben
**CC:** Gibson, Lisa, Robert Garfield, Oken, Melissa, Choy, Michael
**Attachments:** image003.png

Celeste-

We can check on accepting service.

I would note that Richland County is not a proper party to this case. As a distinct legal entity from the Sheriff, the County has no oversight for or ability to control the operations of the Sheriff's Department. *See, e.g.*, *Cone v. Nettles*, 417 S.E.2d 523 (S.C. 1992) (a deputy sheriff in South Carolina is a state, rather than a county, employee); *Gulledge v. Smart*, 691 F. Supp. 947, 955 (D.S.C. 1988) ("South Carolina's county governing bodies have no measurable control over the appointment, discharge, ..., duties, or policies of the sheriff and his deputies."). Please consider revising your amended complaint to remove the County to save us having to file a motion in this regard.

As for the deposition dates, we are scheduled to be in trial in front of Judge Lydon starting April 14 so the 16th won't work. We'll check with the other witnesses and our own schedules as to the other proposed dates.

Thanks,
Steve

Steven R. Spreeuwers
Garfield Spreeuwers Law Group, LLC
803.730.9545

---

**From:** Jones, Celeste <CTJones@burr.com>
**Date:** Wednesday, March 19, 2025 at 12:37 PM
**To:** Adam Bruyere <adam@gslawsc.com>, Jenkins, Ben <bjenkins@burr.com>
**Cc:** Gibson, Lisa <LGibson@burr.com>, Robert Garfield <robert@gslawsc.com>, Steve Spreeuwers <steve@gslawsc.com>, Gibson, Lisa <LGibson@burr.com>, Oken, Melissa <MOken@burr.com>, Choy, Michael <mchoy@burr.com>
**Subject:** RE: Baker supplement

Dear Robbie, Steve and Adam,
We will be filing plaintiff's amended complaint this week and naming Leon Lott individually and Richland County. Please let me know if you can accept service for Lott and the County.

Also I would like to schedule the depositions of
Lott, Hodge, Smith and Dillard the last week in April. Please let me know the dates one of you are available for these depositions.
I would like to depose Sheriff Lott on April 16, and Hodge on April 23, Smith on April 24 and Dillard on April 25.
Thank you,
Celeste

Celeste T. Jones

BURR & FORMAN

***Partner***

CTJones@burr.com
803-753-3255 (*direct*)

*1221 Main Street, Suite 1800*
*Columbia, South Carolina 29201*

---

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not
read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then
delete this message from your system. Thank you.

**From:** Adam Bruyere <adam@gslawsc.com>
**Sent:** Thursday, March 6, 2025 4:25 PM
**To:** Jones, Celeste <CTJones@burr.com>; Jenkins, Ben <bjenkins@burr.com>
**Cc:** Gibson, Lisa <LGibson@burr.com>; Robert Garfield <robert@gslawsc.com>; Steve Spreeuwers <steve@gslawsc.com>
**Subject:** Baker supplement

This is an EXTERNAL email! STOP, ASSESS, and VERIFY

---

Good afternoon, counsel. Please find attached the **SECOND SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS ON BEHALF OF DEFENDANTS** in the Pamela Baker case.

Thanks,

Adam J. Bruyere
*Paralegal*
Post Office Box 119
Columbia, SC 29202
Direct: 803.673.1551

GARFIELD SPREEUWERS

This e-mail and the information transmitted contains PRIVILEGED and CONFIDENTIAL information and is the property of the sender. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this information, or the taking of any action in reliance on the content of this information, is strictly prohibited. If you have received this e-mail in error, please delete the original transmittal of this information.