IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Pamela A. Baker,<br><br>Plaintiff,<br><br>v.<br><br>Leon Lott in his official capacity as the Sheriff of Richland County Sheriff's Office; the Richland County Sheriff's Office; and Deputies Matthew Smith, Michael Dillard and Bryan Hodge,<br><br>Defendants. | Civil Action No.: 3:24-cv-04303-JDA |

# EXHIBIT E

**TO**

**RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS ON BEHALF OF DEFENDANTS**

Email dated December 1, 2025

**Subject:** Baker v. Lott 30b6
**Date:** Monday, December 1, 2025 at 1:12:30 PM Eastern Standard Time
**From:** Steve Spreeuwers
**To:** Jones, Celeste, Jenkins, Ben
**CC:** Robert Garfield, Adam Bruyere
**Attachments:** image001.png

Celeste-

As you will recall, during the 30b6 deposition on November 20, Jennifer Spurrier was instructed not to answer a question concerning the substance of a conversation she had with Robby and me prior to the start of her testimony. Today is the deadline to file a motion for protective order pursuant to Local Civ. Rule 30.04(C) (D.S.C.). Please let me know whether you will agree to withdraw the question so that we can avoid filing a motion.

On another note, during the deposition of Capt. Michael Prichett, you asked to see an email in his possession, which was an email from Jennifer Spurrier to Robby and me. The email contained the pursuit numbers for the previous ten years. Those figures are as follows:

CY2015: 100 pursuits
CY2016: 91 pursuits
CY2017: 111 pursuits
CY2018: 163 pursuits
CY2019: 161 pursuits
CY2020: 213 pursuits
CY2021: 256 pursuits
CY2022: 398 pursuits
CY2023: 448 pursuits
CY2024: 419 pursuits
CY2025: 335 pursuits YTD

Thanks,
Steve

Steven R. Spreeuwers
*Attorney*
1220 Pickens Street
Columbia, South Carolina 29201
Direct: 803.964.9607

GARFIELD SPREEUWERS

This e-mail and the information transmitted contains PRIVILEGED and CONFIDENTIAL information and is the property of the

sender. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this information, or the taking of any action in reliance on the content of this information, is strictly prohibited. If you have received this e-mail in error, please delete the original transmittal of this information.