IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Pamela A. Baker,<br><br>Plaintiff,<br><br>v.<br><br>Leon Lott in his official capacity as the Sheriff of Richland County Sheriff's Office; the Richland County Sheriff's Office; and Deputies Matthew Smith, Michael Dillard and Bryan Hodge,<br><br>Defendants. | Civil Action No.: 3:24-cv-04303-JDA |

# EXHIBIT F

**TO**

**RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS ON BEHALF OF DEFENDANTS**

Letter dated November 12, 2025

BURR FORMAN LLP
*results matter*

Celeste Jones
ctjones@burr.com
Direct Dial: (803) 753-3255
Direct Fax: (803) 933-1533

1221 Main Street
Suite 1800
Columbia, SC 29201

*Mailing Address*
Post Office Box 11390
Columbia, SC 29211

*Office* (803) 799-9800
*Fax* (803) 753-3278

BURR.COM

November 12, 2025

**VIA EMAIL ONLY**

Robert D. Garfield
Steven R. Spreeuwers
Garfield & Spreeuwers, LLC
Post Office Box 119
Columbia, South Carolina 29202

**Re: Pamela A. Baker v. Leon Lott, et al. C/A No. 3:24-cv-04303-JDA**
**Local Rule 7.02**
**Consult on Rule 37 Motion**

Dear Robbie and Steven:

I am preparing to file a Rule 37 motion against the defendants for failure to comply with the Court's prior Orders, ECF 19 and 32, and the delays in producing the documents related to Byron Pringle, training videos, high-speed chases, the 8863 pages from NOVA that you had in a link, the Annual Reports, Tri Tech records, Professional Standards Reports and underlying data, desk sergeant reports, Deputy Advisory Committee (DAC) meeting records, and Lott's walking out of his deposition to host a press conference; also the representations directing us to the detention center for Pringle's 12/20/2023 arrest records and representing that records are not maintained in electronic format. I am seeking all costs and attorney's fees associates with these issues and/or the striking of Defendants' Answer. I am happy to consult to resolve any of these items, but the cost to cure these deficiencies is and will be significant. Please advise by noon on Friday, November 14, 2025 if you wish to propose a complete cure or resolution to include payment of the costs and fees for this matter.

Thank you for your attention to this matter.

Very truly yours,

Celeste Jones

CTJ/lg