IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Pamela A. Baker,<br><br>Plaintiff,<br><br>v.<br><br>Leon Lott in his official capacity as the Sheriff of Richland County Sheriff's Office; the Richland County Sheriff's Office; and Deputies Matthew Smith, Michael Dillard and Bryan Hodge,<br><br>Defendants. | Civil Action No.: 3:24-cv-04303-JDA<br><br>**NOTICE OF MOTION AND JOINT MOTION FOR EXTENSION TO FILE REPLY BRIEFS** |

YOU WILL PLEASE TAKE NOTICE that the undersigned counsel for the Plaintiff and the Defendants hereby move before the United States District Court Judge for the District of South Carolina, Columbia Division, for an Order extending the time in which all parties may file their reply briefs to the various opposing memoranda filed on April 23, 2026.[1] Specifically, the Plaintiff requests an extension to reply to Defendants' responses in opposition to Plaintiff's *Daubert* motion [Dkt 73], motion for partial summary judgment [Dkt 75], and motion for sanctions [Dkt 77], as well as Defendants' opposing statement of material facts [Dkt 76]. Similarly, the Defendants request an extension to reply to Plaintiff's response in opposition to Defendants' motion for summary judgment [Dkt 71] and Plaintiff's opposing statement of material facts [Dkt 72]. The parties are jointly seeking an additional fifteen (15) days to file their respective reply briefs.

In support of this motion, the parties submit that the response briefs address numerous issues and include additional supporting documents as exhibits. Additionally, counsel for the Defendants

[1] Local Rule 7.07 provides a period of seven (7) days to file reply briefs if necessary.

had emergency eye surgery on April 27, 2026, from which he is still recovering. Upon information and belief, his recovery will take at least several more days.

In light of the above, the undersigned counsel are informed and believe that an extension of fifteen (15) days up to and including May 15, 2026, will provide them sufficient opportunity to prepare reply briefs on behalf of their respective clients.

Upon information and belief, this request is limited to the minimum time needed to complete the various filings. Moreover, this motion is not intended to cause delay; it is in the interests of justice; and would cause no prejudice to any party. Finally, an extension is not believed to affect other deadlines. Pursuant to Local Rule 7.02, the parties jointly move for the relief requested herein.

Respectfully submitted,

BURR & FORMAN LLP

*s/Benjamin R. Jenkins, IV*

Celeste T. Jones, Fed. ID 2255
Benjamin R. Jenkins, IV, Fed. ID 14138
Henrietta U. Golding, Fed. ID 2125
1221 Main Street, Suite 1800
Columbia, South Carolina 29201
T: 803.799.9800
ctjones@burr.com
hgolding@burr.com
bjenkins@burr.com

Michael K. Choy (*Admitted Pro Hac*)
John Wilson Booth (*Admitted Pro Hac*)
420 N. 20th Street, Suite 3400
Birmingham, AL 35203
mchoy@burr.com

*Counsel for the Plaintiff*

Respectfully submitted,

GARFIELD SPREEUWERS LAW GROUP

*s/Robert D. Garfield*

Robert D. Garfield, Fed. ID 7799
Steven R. Spreeuwers, Fed. ID 11766
1220 Pickens Street
Columbia, South Carolina 29201
T: 803.830.5496
robert@gslawsc.com
steve@gslawsc.com

*Counsel for the Defendants*

March 23, 2026