IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Pamela A. Baker,<br><br>Plaintiff,<br><br>v.<br><br>Leon Lott, individually and in his official capacity as the Sheriff of Richland County; the Richland County Sheriff's Department; and Deputies Matthew Smith, Michael Dillard and Bryan Hodge,<br><br>Defendants. | ) | Civil Action No.: 3:24-cv-04303-JDA |

NOTICE OF REQUEST FOR PROTECTION

YOU WILL PLEASE TAKE NOTICE that pursuant to Local Civil Rule 6.02, Plaintiff's attorney, Michael K. K. Choy, respectfully requests protection from Court appearances in the above matter for the time period of August 7, 2026 through August 28, 2026 for vacation plans.

Respectfully submitted,

BURR & FORMAN, LLP

*s/ Michael K. K. Choy*
Michael K. K. Choy (*pro hac vice*)
mchoy@burr.com
Burr & Forman, LLP
420 20th St. N #3400
Birmingham, Alabama 35203
(205) 251-3000
(205) 458-5100 (fax)

*s/Celeste T. Jones*
Celeste T. Jones, Fed. ID #2225
ctjones@burr.com
Burr & Forman, LLP
P.O. Box 11390
Columbia, South Carolina 29211
803-799-9800
803-753-3278 (Fax)

*Counsel for Plaintiff*

Birmingham, Alabama
May 26, 2026