IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Pamela A. Baker,<br><br>Plaintiff,<br><br>v.<br><br>Leon Lott, individually and in his official capacity as the Sheriff of Richland County; the Richland County Sheriff's Department; and Deputies Matthew Smith, Michael Dillard and Bryan Hodge,<br><br>Defendants. | ) | C/A No.: 3:24-cv-04303-JDA |

NOTICE OF REQUEST FOR PROTECTION

YOU WILL PLEASE TAKE NOTICE that pursuant to Local Civil Rule 6.02, Plaintiff's attorney, Celeste T. Jones, respectfully requests protection from Court appearances in the above matter for the time period of October 29, 2026 through November 13, 2026, for vacation plans.

BURR & FORMAN, LLP

*s/Celeste T. Jones*
Celeste T. Jones, Fed. ID #2225
ctjones@burr.com
Benjamin R. Jenkins, IV, Fed. ID #14138
bjenkins@burr.com
Burr & Forman, LLP
P.O. Box 11390
Columbia, South Carolina 29211
803-799-9800
803-753-3278 (Fax)

Michael K. K. Choy, Admitted pro hac vice
mchoy@burr.com
John Wilson Booth, Admitted pro hac vice
jwbooth@burr.com
Burr & Forman, LLP
420 20th St. N #3400
Birmingham, Alabama 35203

*Attorneys for Plaintiff*

Columbia, South Carolina

July 10, 2026